# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  
William A. Demmons, III and Karen S. Fowler  
**Debtor**

William Demmons III  
Karen Fowler  
**Plaintiff**

   vs.

R3 Education, Inc. dba Saba University School of Medicine  
American Educational Services  
Maine Educational Services  
Navient Solutions, Inc.  
Nelnet, Inc.  
**Defendant**

**Bankruptcy Case No.:** 14–11638  
**Chapter** 7

**Adversary Proceeding No.** 15–01024

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Maine Educational Services

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

      **Address of Clerk:**  
      United States Bankruptcy Court  
      Eastern District of Louisiana  
      Hale Boggs Federal Building  
      500 Poydras Street, Suite B–601  
      New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

      **Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**  
      Robin R. DeLeo  
      800 Ramon St  
      Mandeville, LA 70448

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: March 13, 2015                                                  /s/ Sheila Booth

                                                                                       Clerk of the Bankruptcy Court



## CERTIFICATE OF SERVICE

I,_____ (name). certify that service of this summons and a copy of complaint was made _____ (date) by:

☐   Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____   Signature _____

   Print Name: _____

   Business Address: _____