## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>William A. Demmons, III and Karen S. Fowler<br>**Debtor** | Bankruptcy Case No.: 14-11638<br>Chapter 7 |
| William Demmons III<br>Karen Fowler<br>**Plaintiff**<br>vs.<br>R3 Education, Inc. dba Saba University School of Medicine<br>American Educational Services<br>Maine Educational Services<br>Navient Solutions, Inc.<br>Nelnet, Inc.<br>**Defendant** | Adversary Proceeding No. 15-01024 |

# SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Maine Educational Services

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**
Robin R. DeLeo
800 Ramon St
Mandeville, LA 70448

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: March 13, 2015    /s/ Sheila Booth

_____
Clerk of the Bankruptcy Court



# CERTIFICATE OF SERVICE

I, Elaine Tonello (name). certify that service of this summons and a copy of complaint was made 3/16/15 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Maine Educational Services, Jonathan Beal, R.A.
PO Box 1400, Portland, ME 04104

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 3/16/15       Signature: E Tonello

Print Name: Elaine Tonello

Business Address: 800 Ramon St, Mandeville, LA 70448