# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>William A. Demmons, III and Karen S. Fowler<br>**Debtor**<br><br>William Demmons III<br>Karen Fowler<br>**Plaintiff**<br>vs.<br>R3 Education, Inc. dba Saba University School of Medicine<br>American Educational Services<br>Maine Educational Services<br>Navient Solutions, Inc.<br>Nelnet, Inc.<br>**Defendant** | Bankruptcy Case No.: 14-11638<br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding No. 15-01024 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Navient Solutions, Inc

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

>**Address of Clerk:**
>United States Bankruptcy Court
>Eastern District of Louisiana
>Hale Boggs Federal Building
>500 Poydras Street, Suite B-601
>New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

>**Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**
>Robin R. DeLeo
>800 Ramon St
>Mandeville, LA 70448

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: March 13, 2015                                              /s/ Sheila Booth
                                                                             _____
                                                                             Clerk of the Bankruptcy Court



# CERTIFICATE OF SERVICE

I, Elaine Tonello _____ (name). certify that service of this summons and a copy of complaint was made 3/16/15 _____ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Navient Solutions, Inc, Corp. Serv. Co., R.A.
320 Somerulos St., Baton Rouge, LA 70802-6129

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 3/16/15 _____ Signature _ECTonollo_____

Print Name: Elaine Tonello _____

Business Address: 800 Ramon St. Mandeville LA 70448