**UNTIED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**New Orleans Division**

In re:

WILLIAM A. DEMMONS, and                    Bankr. Case No.:  14-11638-JAB
KAREN S. FOWLER,
                                           Chapter 7
          Debtors.
_____

WILLIAM A. DEMMONS, and                    Adv. Proc. No.:  15-01024
KAREN S. FOWLER,

          Plaintiffs,

v.

R3 EDUCATION INC. dba SABA
UNIVERSITY SCHOOL OF MEDICINE,
AMERICAN EDUCATIONAL SERVICES,
MAINE EDUCATIONAL SERVICES,
NAVIENT SOLUTIONS, INC., and NELNET, INC.,

          Defendants.
_____


**STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN DEBT**
**BETWEEN PLAINTIFFS AND NAVIENT SOLUTIONS, INC. AND**
**FOR A DISMISSAL OF "NAVIENT SOLUTIONS, INC."**
**AS A DEFENDANT IN THIS ADVERSARY PROCEEDING**


          Plaintiffs, William A. Demmons and Karen S. Fowler ("Plaintiffs"), and Navient

Solutions, Inc. ("Navient"), hereby stipulate as follows:

          1.       On June 25, 2014, Plaintiffs filed a voluntary petition for relief under Chapter 7 of

the United States Bankruptcy Code, and a discharge of eligible debts was entered on September

30, 2014.

2.      On March 12, 2015, Plaintiffs filed a Complaint, naming "Navient Solutions, Inc." as one of the Defendants, seeking a discharge of educational loan debt pursuant 11 U.S.C. §523(a)(8).

3.      Plaintiff, William A. Demmons ("Mr. Demmons"),  is indebted to Navient pursuant to the applicable terms of one (1) Signature Student Loan Promissory Note ("Promissory Note") executed by Mr. Demmons to obtain an educational loan ("Educational Loan"), which was disbursed on May 13, 2003.

4.      As of the date of the filing of this adversary proceeding, there was a balance due and owing on the Educational Loan evidenced by the Promissory Note, including principal, interest and fees, in the amount of $11,025.81.

5.      The parties agree to a discharge of Mr. Demmons' liability on the debt due Navient, owing on the Educational Loan evidenced by the Promissory Note referenced herein above, as included within the general discharge entered in Plaintiffs' main bankruptcy case on September 30, 2014; upon approval of this Stipulation by the court, the Mr. Demmons' debt to Navient, referenced herein, will be included within the general discharge entered in Plaintiffs' main bankruptcy case, and is therefore, discharged.

6.      The parties agree to a dismissal of "Navient Solutions, Inc." as a Defendant in this adversary proceeding, subject to the terms of this Stipulation, upon approval of this Stipulation by the court.

7.      This Stipulation may be executed in counterparts, by facsimile and/or by electronic mail, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation between the parties.

WHEREFORE, the parties pray this Honorable Court for an Order approving this

Stipulation and dismissing "Navient Solutions, Inc." as a Defendant in this adversary proceeding

the above-captioned adversary proceeding.

By:     _/s/  Robin R. DeLeo_____
          Robin R. DeLeo
          Bar Roll No. 20347
          800 Ramon St
          Mandeville, LA 70448
          (985) 727-1664
          jennifer@northshoreattorney.com
          (985) 727-4388 Facsimile
          Attorneys for Plaintiffs,
          William A. Demmons and Karen S. Fowler

By:     _/s/  Petra Shipman_____
          Petra Shipman, Litigation Analyst
          Bankruptcy Litigation / Risk Mitigation Unit
          Navient Solutions, Inc.
          11100 USA Parkway (MC E-3149)
          Fishers, IN 46037
          Telephone:  (800) 251-4127
          Authorized Agent for Navient Solutions, Inc.