UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
Demmons, III et al v. R3 Education, Inc. dba Saba University School of M  
**Debtor**

**Bankruptcy Case No.:** 15–01024

**Chapter** 0

# NOTICE OF DEFICIENCY

**To:** Robin DeLeo

Your is/are deficient for the following reason(s):

Other

New Summons must be requested

Related document(s):

*12* – First Amended Summons Service Executed on American Educational Services 4/8/2015 . (DeLeo, Robin)

*13* – First Amended Summons Service Executed on Maine Educational Services 4/8/2015 . (DeLeo, Robin)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, April 9, 2015.

Gaynell Donelon  
Deputy Clerk