UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

*****************************************************************

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc | * | |
| | * | |
| Defendants | * | |
| | * | |

*****************************************************************

### REQUEST FOR RE-ISSUANCE OF SUMMONS

Plaintiff, William A. Demmons and Karen S. Fowler (the "Debtors"), by and through undersigned counsel, pleads as follows:

1.

Debtors filed an Executed Summons in the above captioned Adversary Proceeding on March 16, 2015 upon Defendant, American Education Services.

2.

Debtors respectfully request that this Court re-issue the Summons in an Adversary Proceeding in order to allow Debtors to serve Amended Summons upon the Defendant, American Education Services.

      WHEREFORE, William A. Demmons and Karen S. Fowler, Debtors herein, pray that the Summons in an Adversary Proceeding be re-issued and for all other relief as is equitable and just.

                                        The De Leo Law Firm LLC

                                        <u>/s/ Robin De Leo</u>
                                        Robin De Leo
                                        Bar No. 20347
                                        The De Leo Law Firm LLC
                                        f/k/a De Leo & Ronquillo LLP
                                        800 Ramon St.
                                        Mandeville, LA  70448
                                        985/727-1664
                                        fax: 985/727-4388
                                        Jennifer@northshoreattorney.com