# CERTIFICATE OF SERVICE

I, Elaine Tonello (name). certify that service of this summons and a copy of complaint was made 4/10/15 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Maine Education Services, 131 Presumpscot St, Portland, ME 04103

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 4/10/15     Signature: E Tonello

Print Name: Elaine Tonello

Business Address: 800 Ramon St, Mandeville LA 70448