# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and<br>Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors,<br>_____/ | |
| William A. Demmons and<br>Karen S. Fowler | |
| Plaintiff/Debtors,<br>vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University<br>School of Medicine; American Educational<br>Services; Maine Educational Services;<br>Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants.<br>_____/ | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

The State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist ("College Assist") is the state-designated guarantor of federal student loans. Pursuant to Fed. R. Civ. P. 25(c), made applicable to this proceeding by Fed. R. Bankr. P. 7025, College Assist moves this Court for substitution in this action in place of the Defendant named as Nelnet, Inc. ("Nelnet") and moves this Court for substitution hereto as the proper party in place of Nelnet.

On April 13, 2015, counsel for College Assist conferred with the office of counsel for Plaintiff and confirmed that Plaintiff does not oppose this Motion.

In further support of its Motion, College Assist states as follows:

{00046849 }

1. The above-captioned Adversary Proceeding was commenced under 11 U.S.C. § 523(a)(8) to discharge student loans, including educational loans Plaintiff had with Nelnet.

2. Student loan debt is generally non-dischargeable "unless excepting such debt from discharge…would impose an undue hardship on the debtor and the debtor's dependents." 11 U.S.C. § 523(a)(8).

3. On or before May 11, 2015, Nelnet will no longer hold the subject loan and promissory note pursuant to the rules and regulations governing the Guaranteed Student Loan Program.

4. College Assist, a Colorado State enterprise, is the designated guarantor of student loans for the State of Colorado pursuant to Colo. Rev. Stat. § 23-3.1-106. College Assist is the guarantor of Plaintiff's loan previously held by Nelnet.

5. Federal regulations require College Assist to purchase the loan from Nelnet and defend against the discharge sought in this action. Specifically, 34 C.F.R. 682.402(f)(5)(i)(C) requires lenders to file claims with guarantors in the event a borrower commences an action "to have the loan obligation determined to be dischargeable on grounds of undue hardship." Upon receipt of a proper claim, the guarantor is to purchase the loan from the lender and, pursuant to 34 C.F.R. 682.402(h)(1)(ii), the guarantor is then required to immediately take action "to oppose the discharge of the loan by the bankruptcy court."

6. The subject loan previously held by Nelnet will be purchased on or before May 11, 2015.

WHEREFORE, College Assist respectfully requests that the Court enter an order granting this Unopposed Motion for Substitution of Party and directing that Nelnet be removed from the caption of the adversary proceeding.

Respectfully Submitted on April 13, 2015.

    STATE OF COLORADO, DEPARTMENT OF
    HIGHER EDUCATION, COLORADO STUDENT
    LOAN PROGRAM D/B/A COLLEGE ASSIST

    By: */s/ Jane A. Jackson*
    Jane A. Jackson (#33197)
    **Kelly Hart & Pitre**
    400 Poydras Street, Suite 1812
    New Orleans, LA 70130
    Phone: 504-522-1812
    Facsimile: 504-522-1813
    Email: jane.jackson@kellyhart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2015, I electronically filed the foregoing **UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY** with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed. R. Bankr. P. and the Local Rules by operation of the Court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:

Plaintiffs' counsel, Robin R. DeLeo     Jennifer@northshoreattorney.com

And by First Class Mail, Postage Prepaid upon:

**R3 Education, Inc. dba Saba University School of Medicine**
Corporate Service Company
84 State St.
Boston, MA 02110

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

**Nelnet, Inc.**
Angie R. Miller
121 S. 13th St.
Suite 201
Lincoln, NE 68508

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com