# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and<br>Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, | |
| _____/ | |
| William A. Demmons and<br>Karen S. Fowler | |
| Plaintiff/Debtors, | |
| vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University<br>School of Medicine; American Educational<br>Services; Maine Educational Services;<br>Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants. | |
| _____/ | |

## MOTION FOR *EX PARTE* CONSIDERATION
## OF MOTION FOR SUBSTITUTION OF PARTY

The State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist ("College Assist") respectfully requests *ex parte* consideration of its April 13, 2015 Motion for Substitution of Party in accordance with Local Rule 9013-1(D). In support of this motion, College Assist represents that it filed a motion requesting the Court to substitute College Assist as the proper party in place of the Defendant named as Nelnet, Inc. Plaintiffs do not oppose College Assist's request for substitution of the proper party. Likewise, Plaintiffs consent to *ex parte* relief in connection with College Assist's motion to substitute.

WHEREFORE, College Assist respectfully requests that the Court grant *ex parte* relief in connection with College Assist's Motion for Substitution of Party and that the Court enter an

1874379_1

order granting College Assist's Unopposed Motion for Substitution of Party and directing that Nelnet be removed from the caption of the adversary proceeding.

Respectfully Submitted on April 13, 2015.

>STATE OF COLORADO, DEPARTMENT OF
>HIGHER EDUCATION, COLORADO STUDENT
>LOAN PROGRAM D/B/A COLLEGE ASSIST
>
>
>By: */s/ Jane A. Jackson*
>Jane A. Jackson (#33197)
>**Kelly Hart & Pitre**
>400 Poydras Street, Suite 1812
>New Orleans, LA 70130
>Phone: 504-522-1812
>Facsimile: 504-522-1813
>Email: jane.jackson@kellyhart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2015, I electronically filed the foregoing **MOTION FOR *EX PARTE* CONSIDERATION OF MOTION FOR SUBSTITUTION OF PARTY** with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed. R. Bankr. P. and the Local Rules by operation of the Court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the Court's electronic filing system upon:

Plaintiffs' counsel, Robin R. DeLeo       Jennifer@northshoreattorney.com

And by First Class Mail, Postage Prepaid upon:

**R3 Education, Inc. dba Saba University School of Medicine**
Corporate Service Company
84 State St.
Boston, MA 02110

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

**Nelnet, Inc.**
Angie R. Miller
121 S. 13th St.
Suite 201
Lincoln, NE 68508

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com

3