# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, | |
| _____/ | |
| William A. Demmons and Karen S. Fowler | |
| Plaintiff/Debtors, | |
| vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University School of Medicine; American Educational Services; Maine Educational Services; Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants. | |
| _____/ | |

## ANSWER

The State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist ("College Assist")[1] hereby answers Debtors' Complaint to Determine Dischargeability of Student Loans (the "Complaint").

### PARTIES, JURISDICTION AND VENUE

1.

Admitted, on information and belief.

2.

Admitted, on information and belief. By way of further response, College Assist states

---

[1] On April 13, 2015, College Assist filed an Unopposed Motion for Substitution of Party, seeking to be substituted in this case in place of named Defendant Nelnet, Inc. Out of an abundance of caution, College Assist files this Answer with that Motion pending.

{00046849 }

that the discharge of the Chapter 7 Proceeding did not operate to discharge the subject loans currently held by or soon to be held by College Assist.

3.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

4.

College Assist admits Paragraph 4 of the Complaint with regard to subparagraph (iv) therein, to the extent Nelnet owned, held, or serviced certain student loans for Debtor William Demmons. College Assist further states that College Assist is or will soon be the owner/holder of those loans. Those loans, which are also identified at Paragraph 13.(ii) of the Complaint, are referred to in this answer as the "College Assist Loans." College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 4 of the Complaint, and therefore denies the same.

5.

Admitted, on information and belief.

6.

College Assist admits that this Court has jurisdiction over this matter.

7.

College Assist admits this is a core proceeding.

8.

College Assist admits venue in this Court is appropriate.

**FACTUAL ALLEGATIONS**

9.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

10.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

11.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

12.

Denied, with regard to the College Assist Loans. With regard to all other loans at issue in this case, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

13.

With regard to Paragraph 13.(ii) of the Complaint, which relates to the College Assist Loans, College Assist admits that the College Assist Loans had an original principal balance of approximately $37,726.08 as of November 13, 2003, and that the outstanding balance as of December 17, 2014 was approximately $49,820.26. College Assist further states that the College Assist Loans accrue interest at the rate of 3.625% per annum, and the current total balance was

$50,179.51 as of March 28, 2015. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint and its subparagraphs, and therefore denies the same.

14.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

15.

College Assist denies the allegations contained in Paragraph 15 that relate to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

16.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

**Fowler Medical Issues**

17.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

## **Demmons Medical Issues**

18.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

19.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

20.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

21.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

22.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

23.

College Assist is without information or knowledge sufficient to form a belief as to the

truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

### Debtors' Current Employment and Financial Condition

24.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

25.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

26.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

27.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

### CAUSE OF ACTION ONE

28.

College Assist incorporates its responses to paragraphs 1 through 27 above as if fully set forth herein.

29.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

30.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

31.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

32.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

33.

Paragraph 33 of the Complaint contains legal conclusions to which no response is required.

## CAUSE OF ACTION TWO

34.

College Assist incorporates its responses to paragraphs 1 through 33 above as if fully set forth herein.

35.

The College Assist Loans are not private student loans. Accordingly, the allegations contained in this paragraph of the Complaint do not apply to College Assist and/or are directed at parties other than College Assist. For these reasons, College Assist denies the allegations. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint as the allegations may apply to other parties, and therefore denies the same.

36.

The College Assist Loans are not private student loans. Accordingly, the allegations contained in this paragraph of the Complaint do not apply to College Assist and/or are directed at parties other than College Assist. For these reasons, College Assist denies the allegations. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint as the allegations may apply to other parties, and therefore denies the same.

37.

The College Assist Loans are not private student loans. Accordingly, the allegations contained in this paragraph of the Complaint do not apply to College Assist and/or are directed at parties other than College Assist. For these reasons, College Assist denies the allegations. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint as the allegations may apply to other parties, and therefore denies the same.

38.

The College Assist Loans are not private student loans. Accordingly, the allegations contained in this paragraph of the Complaint do not apply to College Assist and/or are directed at parties other than College Assist. For these reasons, College Assist denies the allegations. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint as the allegations may apply to other parties, and therefore denies the same.

39.

The College Assist Loans are not private student loans. Accordingly, the allegations contained in this paragraph of the Complaint do not apply to College Assist and/or are directed at parties other than College Assist. For these reasons, College Assist denies the allegations. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint as the allegations may apply to other parties, and therefore denies the same.

**CAUSE OF ACTION THREE**

40.

College Assist incorporates its responses to paragraphs 1 through 39 above as if fully set forth herein.

41.

Paragraph 41 of the Complaint recites language of 11 U.S.C. § 523(a)(8). College Assist denies this paragraph of the Complaint to the extent it misstates the statutory language or is incomplete.

42.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

43.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

44.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

45.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

46.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

47.

Paragraph 47 of the Complaint contains legal conclusions to which no response is required.

48.

Paragraph 48 of the Complaint contains legal conclusions to which no response is required.

49.

Paragraph 49 of the Complaint recites language of United States Code. College Assist denies this paragraph of the Complaint to the extent it misstates the statutory language or is incomplete. To the extent Paragraph 49 of the Complaint emphasizes portions of the United States Code, it is an attempt to make or convey legal conclusions, to which no response is required.

50.

Paragraph 50 of the Complaint recites language of the United States Code. College Assist denies this paragraph of the Complaint to the extent it misstates the statutory language or is incomplete. To the extent Paragraph 50 of the Complaint contains legal conclusions or emphasizes portions of the United States Code to make or convey legal conclusions, no response is required.

51.

Paragraph 51 of the Complaint recites language of the United States Code. College Assist denies this paragraph of the Complaint to the extent it misstates the statutory language or is incomplete. To the extent Paragraph 51 of the Complaint contains legal conclusions regarding the language or meaning of the United States Code, no response is required.

52.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the

same.

53.

Paragraph 53 of the Complaint contains legal conclusions to which no response is required. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

54.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

55.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

56.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

57.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

58.

Denied, with regard to the College Assist Loans. College Assist is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and therefore denies the same.

## CAUSE OF ACTION FOUR

59.

College Assist incorporates its responses to paragraphs 1 through 58 above as if fully set forth herein.

60.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

61.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

62.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

63.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the

same.

64.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

65.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

66.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

67.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

68.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

69.

College Assist is without information or knowledge sufficient to form a belief as to the

truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

70.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

71.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

72.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

73.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

74.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

75.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

76.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

77.

The allegations of paragraph 77 of the Complaint apply to parties other than College Assist. College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

78.

Paragraph 78 of the Complaint contains legal conclusions to which no response is required.

**CAUSE OF ACTION FIVE**

79.

College Assist incorporates its responses to paragraphs 1 through 78 above as if fully set forth herein.

80.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the

same.

81.

Paragraph 81 of the Complaint contains legal conclusions to which no response is required.

82.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

83.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore denies the same.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief may be granted.

2. The Complaint fails to state sufficient facts to establish an undue hardship pursuant to 11 U.S.C. § 523(a)(8).

3. Any allegations of fact not expressly admitted herein are denied.

4. College Assist reserves the right to assert additional affirmative defenses in the future that may be revealed by investigation or discovery.

**WHEREFORE**, College Assist respectfully requests that this Court dismiss Plaintiff's Complaint and provide such other and further relief as the Court deems proper.

Respectfully Submitted on April 13, 2015.

        STATE OF COLORADO, DEPARTMENT OF
        HIGHER EDUCATION, COLORADO STUDENT
        LOAN PROGRAM D/B/A COLLEGE ASSIST

        By: */s/ Jane A. Jackson*
        Jane A. Jackson (#33197)
        **Kelly Hart & Pitre**
        400 Poydras Street, Suite 1812
        New Orleans, LA 70130
        Phone: 504-522-1812
        Facsimile: 504-522-1813
        Email: jane.jackson@kellyhart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2015, I electronically filed the foregoing **ANSWER** with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed. R. Bankr. P. and the Local Rules by operation of the court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:

Plaintiffs' counsel, Robin R. DeLeo      Jennifer@northshoreattorney.com

And by First Class Mail, Postage Prepaid upon:

**R3 Education, Inc. dba Saba University School of Medicine**
Corporate Service Company
84 State St.
Boston, MA 02110

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

**Nelnet, Inc.**
Angie R. Miller
121 S. 13th St.
Suite 201
Lincoln, NE 68508

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com