UNTIED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
New Orleans Division

In re:

| | |
|---|---|
| WILLIAM A. DEMMONS, and<br>KAREN S. FOWLER, | Bankr. Case No.: 14-11638-Sec B |
| Debtors. | Chapter 7 |

| | |
|---|---|
| WILLIAM A. DEMMONS, and<br>KAREN S. FOWLER, | Adv. Proc. No.: 15-01024 |
| Plaintiffs, | |

v.

R3 EDUCATION INC. dba SABA
UNIVERSITY SCHOOL OF MEDICINE,
AMERICAN EDUCATIONAL SERVICES,
MAINE EDUCATIONAL SERVICES,
NAVIENT SOLUTIONS, INC., and NELNET, INC.,

        Defendants.

**ORDER APPROVING
STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN DEBT
BETWEEN PLAINTIFFS AND NAVIENT SOLUTIONS, INC. AND
DISMISSING "NAVIENT SOLUTIONS, INC."
AS A DEFENDANT IN THIS ADVERSARY PROCEEDING**

This matter came before the court on the Stipulation for Discharge of Educational Loan Debt between Plaintiffs, William A. Demmons and Karen S. Fowler ("Plaintiffs") and Navient Solutions, Inc. ("Navient") and for a Dismissal of "Navient Solutions, Inc." as a Defendant in this Adversary Proceeding, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation is hereby approved and made an Order of this court; and

**IT IS FURTHER ORDERED** that Plaintiff, William A. Demmons ', liability on the educational loan debt owed to Navient, as more fully identified in the Stipulation, is included within the general discharge, entered in Plaintiffs' main bankruptcy case on September 30, 2014, and is therefore, hereby discharged; and

**IT IS FURTHER ORDERED** that "Navient Solutions, Inc." is hereby dismissed as a Defendant in this adversary proceeding, subject to the terms of the Stipulation and this Order.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 14, 2015.

_J. A. Brown_
Jerry A. Brown
U.S. Bankruptcy Judge