## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, _____/ | |
| William A. Demmons and Karen S. Fowler | |
| Plaintiff/Debtors, vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University School of Medicine; American Educational Services; Maine Educational Services; Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants. _____/ | |

## ORDER SUBSTITUTING PARTY

Considering State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist's Motion for Substitution of Party (R. Doc. 22),

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Pursuant to Fed. R. Civ. P. 25(c), made applicable to this proceeding by Fed. R. Bankr. P. 7025, State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist is hereby substituted as the proper party defendant in place of Nelnet, Inc.; and

    2. College Assist shall replace Nelnet in the caption of this adversary proceeding.

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 14, 2015.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge