UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and<br>Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, / | |
| William A. Demmons and<br>Karen S. Fowler | |
| Plaintiff/Debtors,<br>vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University<br>School of Medicine; American Educational<br>Services; Maine Educational Services;<br>Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants. / | |

## ORDER

Considering State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist's Motion for *Ex Parte* Consideration of Motion for Substitution of Party **(P-23)**.

IT IS ORDERED that the Motion is GRANTED

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 14, 2015.

*J. A. Brown*
_____
U.S. Bankruptcy Judge