**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                          CHAPTER 7

William A. Demmons and                          DIVISION "B"
Karen S. Fowler
                                                CASE NO. 14-11638

                        Debtors,
_____/

William A. Demmons and
Karen S. Fowler

                    Plaintiff/Debtors,
        vs.                                     ADV PROC. No. 15-01024

R3 Education, Inc. dba Saba University
School of Medicine; American Educational
Services; Maine Educational Services;
Navient Solutions, Inc., and State of Colorado,
 Department of Higher Education,
Colorado Student Loan Program
d/b/a College Assist

                        Defendants.
_____/


<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on April 14, 2015 in accordance with FRBP and the LBR, I served

this Court's **Order Substituting Party (P-26)** on the following parties who will not receive

notice through the Court's ECF system via First Class Mail, postage prepaid:

**R3 Education, Inc. dba Saba University School of Medicine**
Corporate Service Company
84 State St.
Boston, MA 02110

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

1875492_1

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

**Nelnet, Inc.**
Angie R. Miller
121 S. 13th St.
Suite 201
Lincoln, NE 68508

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com