## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
|                   Debtors, | |
| _____/ | |
| William A. Demmons and Karen S. Fowler | |
|               Plaintiff/Debtors, | |
| vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University School of Medicine; American Educational Services; Maine Educational Services; Navient Solutions, Inc., and State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist | |
|               Defendants. | |
| _____/ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2015 in accordance with FRBP and the LBR, I served this Court's **Order (P-27)** granting State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist's Motion for *Ex Parte* Consideration of Motion for Substitution of Party on the following parties who will not receive notice through the Court's ECF system via First Class Mail, postage prepaid:

**R3 Education, Inc. dba Saba University School of Medicine**
Corporate Service Company
84 State St.
Boston, MA 02110

1875492_1

2

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

**Nelnet, Inc.**
Angie R. Miller
121 S. 13th St.
Suite 201
Lincoln, NE 68508

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com