UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

******************************************************************

| | | |
|---|---|---|
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
|    Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc | * | |
| | * | |
|    Defendants | * | |
| | * | |

******************************************************************

**FIRST AMENDED**
**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Order (P-25) was served on April 15, 2015

by US Mail, Postage Prepaid, upon the following:

R3 Education Inc., dba Saba University School of Medicine
Corporate Service Company, Registered Agent
84 State Street
Boston, MA 02110

American Education Services
James Hopf
2447 Ardsley Ave
Glenside, PA 19038

Maine Education Services
131 Presumpscot St.
Portland, ME 04103

Nelnet, Inc.
c/o College Assist
Jane Jackson, Kelly Hart & Pitre
400 Poydras St., Ste. 1812
New Orleans, LA 70130

        THE DE LEO LAW FIRM LLC
        /s/ Robin R. De Leo
        Bar Roll No. 20347
        800 Ramon St.
        Mandeville, LA 70448
        (985) 727-1664
        (985) 727-4388 (Facsimile)