## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, comes undersigned counsel for Defendant, R3 Education, Inc. d/b/a Saba University School of Medicine ("R3") to move this Honorable Court for an extension of time until and including Monday, June 1, 2015 to file responsive pleadings to Plaintiffs' Complaint in the above-captioned matter.

R3 requests a 30-day extension of time until and including Monday, June 1, 2015 to file responsive pleadings to the Complaint in the captioned matter. Plaintiffs have been contacted and do not oppose the extension request herein.

NO:0103106/00001:176394v1

WHEREFORE, after due proceedings had, Defendant, R3, prays that its Motion be granted; that the Court issue an Order granting an extension of time until and including Monday, June 1, 2015 to file responsive pleadings in the Complaint; and for all other relief to which it may be entitled.

Dated: May 1, 2015                    Respectfully Submitted,

By: */s/ C. Davin Boldissar*_____
C. Davin Boldissar (La. #29094)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**

## CERTIFICATE OF SERVICE

  I certify that on the 1st day of May 2015 the foregoing was served on all parties who have made appearance in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Robin R. DeLeo | Jane Jackson |
| 800 Ramon Street | Kelly Hart & Pitre |
| Mandeville, LA 70448 | 400 Poydras Street |
| ennifer@northshoreattorney.com | Suite 1812 |
| | New Orleans, LA 70130 |
| | jane.jackson@kellyhart.com |

                */s/ C. Davin Boldissar*
                C. Davin Boldissar

NO:0103106/00001:176394v1