## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | |
| | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

### ORDER

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is granted and R3 Education, Inc. d/b/a Saba University School of Medicine has until and including **Monday, June 1, 2015** to file responsive pleadings to the Plaintiffs' Complaint.

New Orleans, Louisiana, this ___ day of May, 2015.

                                                                                    **JUDGE**