## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | | |
| | | Chapter 7 |
| Debtors. | | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| vs. | | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | | |
| Defendants. | | |

### ORDER

Considering the Unopposed Motion **(P-32)** for Extension of Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is granted and R3 Education, Inc. d/b/a Saba University School of Medicine has until and including **Monday, June 1, 2015** to file responsive pleadings to the Plaintiffs' Complaint.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 4, 2015.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge