**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | ' | |
| | ' | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and** | ' | |
| **KAREN S. FOWLER** | ' | |
| | ' | |
| | ' | **Chapter 7** |
| Debtors. | ' | |
| | ' | |
| **WILLIAM A. DEMMONS and** | ' | |
| **KAREN S. FOWLER** | ' | |
| | ' | |
| Plaintiffs, | ' | |
| | ' | |
| vs. | ' | |
| | ' | **Adversary No. 15-01024** |
| **R3 EDUCATION INC., d/b/a** | ' | |
| **SABA UNIVERSITY SCHOOL OF** | ' | |
| **MEDICINE; AMERICAN** | ' | |
| **EDUCATIONAL SERVICES;** | ' | |
| **NAVIENT SOLUTIONS, INC., AND** | ' | |
| **NELNET, INC.** | ' | |
| | ' | |
| Defendants. | ' | |

## ORDER

Considering the Unopposed Motion for Extension of Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is granted and R3 Education, Inc. d/b/a Saba University School of Medicine has until and including **Wednesday, June 10, 2015** to file responsive pleadings to the Plaintiffs' Complaint.

New Orleans, Louisiana, this ___ day of May, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE**

NO:0103106/00001:176394v1