UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | | |
| | | SECTION B |
| | | Chapter 7 |
| Debtors. | | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| vs. | | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | | |
| Defendants. | | |

**ORDER**

Considering the Unopposed Motion **(P-35)** for Extension of Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is granted and R3 Education, Inc. d/b/a Saba University School of Medicine has until and including **June 10, 2015** to file responsive pleadings to the Plaintiffs' Complaint.

NO:0103106/00001:176394v1

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 29, 2015.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge