# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| | Chapter 7 |
| Debtors. | |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| Plaintiffs, | |
| vs. | |
| | Adversary No. 15-01024 |
| **R3 EDUCATION INC., d/b/a** | |
| **SABA UNIVERSITY SCHOOL OF** | |
| **MEDICINE; AMERICAN** | |
| **EDUCATIONAL SERVICES;** | |
| **NAVIENT SOLUTIONS, INC., AND** | |
| **NELNET, INC.** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of June 2015, the Court's Order Granting Unopposed Motion for Extension of Time to File Responsive Pleadings [Docket 36] has been caused to be served on the following in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services

National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

Dated: June 2, 2015

Respectfully Submitted,

By: */s/ C. Davin Boldissar*_____
C. Davin Boldissar (La. #29094)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**