UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that Defendant R3 Education, Inc., dba Saba University School of Medicine, has filed a Motion and Incorporated Memorandum in Support of Motion to Dismiss or, Alternatively, Motion for More Definite Statement ("Motion") in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Jerry A. Brown, in the United States Bankruptcy Court for the Eastern on July 1, 2015 at 9:00 a.m. at U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-705, New Orleans, LA 70130, at which time the court will consider and rule on

NO:9900001/00000:177184v1

said Motion and any objections filed thereto.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing and filed with the Clerk of Court, United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 and served on undersigned counsel at least seven (7) calendar days prior to the scheduled hearing date.

Dated: June 10, 2015

Respectfully Submitted,

By: */s/ C. Davin Boldissar*

C. Davin Boldissar (La. #29094)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

*Attorneys for R3 Education Inc., dba Saba University School of Medicine*

NO:9900001/00000:177184v1