## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-11638 |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| | Chapter 7 |
| Debtors. | |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| Plaintiffs, | |
| vs. | |
| | Adversary No. 15-01024 |
| **R3 EDUCATION INC., d/b/a** | |
| **SABA UNIVERSITY SCHOOL OF** | |
| **MEDICINE; AMERICAN** | |
| **EDUCATIONAL SERVICES;** | |
| **NAVIENT SOLUTIONS, INC., AND** | |
| **NELNET, INC.** | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I certify that on the 10th day of June 2015, the (i) Motion and Incorporated Memorandum in Support of Motion to Dismiss or, Alternatively, Motion for More Definite Statement and (ii) Notice of Hearing for same have been caused to be served on the following in this matter via the ECF system <u>and</u> by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

Robin R. DeLeo
800 Ramon Street
Mandeville, LA 70448

Jane Jackson
Kelly Hart & Pitre
400 Poydras Street
Suite 1812
New Orleans, LA 70130

Dated: June 10, 2015

Respectfully Submitted,

By: */s/ C. Davin Boldissar*
C. Davin Boldissar (La. #29094)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**

2

NO:0103106/00001:176394v1