# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiff, | |
| vs. | |
| | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## AGREED MOTION TO CONTINUE HEARING

**NOW INTO COURT**, comes undersigned counsel for Defendant R3 Education, Inc. d/b/a Saba University School of Medicine who moves this Honorable Court to continue the hearing on its Motion to Dismiss [Docket #38] ("Motion to Dismiss")

1. The Motion to Dismiss is scheduled to be heard on Wednesday, July 1, 2015 at 9:00 a.m.

2. The parties have agreed to request a short continuance in this matter, to the next available hearing date of July 15, 2015.

NO:9900001/00000:177863v1

3. Defendant has conferred with counsel for Plaintiffs, who agree to the requested continuance.

4. A proposed order is attached.

**WHEREFORE**, Plaintiff and Defendants R3 Education, Inc., d/b/a Saba University School of Medicine pray that the hearing on its Motion to Dismiss set for July 1, 2015 at 9:00 a.m. be continued to July 15, 2015.

Dated: June 30, 2015

Respectfully Submitted,

By: /s/ C. Davin Boldissar
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. #35867)
Jacob K. Weixler (La. #36076)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**

## **CERTIFICATE OF SERVICE**

      I certify that on June 30, 2015 the foregoing was served on all parties who have made appearance in this matter via the Court's ECF system, and by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box 15
Spearsville, LA 71277

National Education Association
Jonathan S R Beal, Registered Agent
P.O. Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Agent
320 Somerulos St.
Baton Rouge, LA 70802-6129

                                         */s/ C. Davin Boldissar*
                                         C. Davin Boldissar

NO:9900001/00000:177863v1