**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and** | § | |
| **KAREN S. FOWLER** | § | **SECTION B** |
| | § | **Chapter 7** |
| **Debtors.** | § | |
| **WILLIAM A. DEMMONS and** | § | |
| **KAREN S. FOWLER** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **Adversary No. 15-01024** |
| | § | |
| **R3 EDUCATION INC., d/b/a** | § | |
| **SABA UNIVERSITY SCHOOL OF** | § | |
| **MEDICINE; AMERICAN** | § | |
| **EDUCATIONAL SERVICES;** | § | |
| **NAVIENT SOLUTIONS, INC., AND** | § | |
| **NELNET, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Considering the Motion to Continue Hearing (**P-41**) on the Motion to Dismiss filed by

Defendant R3 Education, Inc. d/b/a Saba University School of Medicine,

**IT IS HEREBY ORDERED** that the Motion to Continue Hearing is granted; and

**IT IS FURTHER ORDERED** that the hearing on the motion to dismiss or for more

definite statement (**P-38**) is continued to **WEDNESDAY, JULY 15, 2015 AT 9:00 A.M.**

NO:9900001/00000:177864v1

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties
who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file
a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, June 30, 2015.

_____
Jerry A. Brown
U.S. Bankruptcy Judge