# CERTIFICATE OF SERVICE

I, __Jennifer Lowry__ (name). certify that service of this summons and a copy of complaint was made __July 16, 2015__ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: __Maine Education Services, Darren J Hurlburt, Pres + CEO, 131 Presumpscot St., Portland ME 04103__

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __7-16-15__  Signature __[signature]__

Print Name: __Jennifer Lowry__

Business Address: De Leo Law Firm, LLC
800 Ramon Street
Mandeville, LA 70448