**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and | § | |
| KAREN S. FOWLER | § | |
| | § | Chapter 7 |
| Debtors. | § | |
| WILLIAM A. DEMMONS and | § | |
| KAREN S. FOWLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Adversary No. 15-01024 |
| | § | |
| R3 EDUCATION INC., d/b/a | § | |
| SABA UNIVERSITY SCHOOL OF | § | |
| MEDICINE; AMERICAN | § | |
| EDUCATIONAL SERVICES; | § | |
| NAVIENT SOLUTIONS, INC., AND | § | |
| NELNET, INC. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Considering the Motion and Incorporated Memorandum in Support of Motion to Dismiss Or, Alternatively, Motion for More Definite Statement ("Motion") (Doc. 38) filed by Defendant R3 Education, Inc. d/b/a Saba University School of Medicine ("Saba"),

**IT IS HEREBY ORDERED** that the Motion is granted in part and denied in part.

**IT IS FURTHER ORDERED** that Plaintiffs shall have seven (7) days from the entry of this Order to file an amended complaint. Should Plaintiffs choose not to file an amended complaint, Saba shall be dismissed with prejudice.

NO:9900001/00000:178192v2

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, July 16, 2015.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

NO:9900001/00000:178192v2