# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053L–2 | User: jn | Date Created: 7/16/2015 |
| Case: 15–01024 | Form ID: pdf989 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     C. Davin Boldissar     nobankecf@lockelord.com

TOTAL: 1