## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and | |
| KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and | |
| KAREN S. FOWLER | |
| | |
| Plaintiff, | |
| | |
| vs. | |
| | Adversary No. 15-01024 |
| | |
| R3 EDUCATION INC., d/b/a | |
| SABA UNIVERSITY SCHOOL OF | |
| MEDICINE; AMERICAN | |
| EDUCATIONAL SERVICES; | |
| NAVIENT SOLUTIONS, INC., AND | |
| NELNET, INC. | |
| | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I certify that on the 17th day of July 2015, the Court's Order [Docket 56] granting in part and denying in part its Motion and Incorporated Memorandum in Support of Its Motion to Dismiss Or, Alternatively, Motion for More Definite Statement [Docket 38] has been caused to be served on the following in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, with all other parties served through the Court's CM/ECF system:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

NO:9900001/00000:178250v1

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

Dated: July 17, 2015

Respectfully Submitted,

By: */s/ Bradley C. Knapp*_____
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**

NO:9900001/00000:178250v1