# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:                                                              **Bankruptcy Case No.:** 14–11638
William A. Demmons, III and Karen S. Fowler                         **Chapter** 7
**Debtor**

William Demmons III
Karen Fowler
**Plaintiff**

    **vs.**                                    **Adversary Proceeding No.** 15–01024
R3 Education, Inc. dba Saba University School of
Medicine
American Educational Services
Maine Educational Services
Navient Solutions, Inc.
State of Colorado, Department of Higher Education,
Colorado Student Loan Program d/b/a College Assist
FCDB NPSL LLC
FCDB NPSL LLC
Deutche Bank
Key Bank N.A.
Key Bank USA, N.A.
**Defendant**

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Key Bank USA, N.A

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

**Address of Clerk:**

United States Bankruptcy Court

Eastern District of Louisiana

Hale Boggs Federal Building

500 Poydras Street, Suite B–601

New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**

Robin R. DeLeo

800 Ramon St

Mandeville, LA 70448

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: July 31, 2015                                    /s/ Sheila Booth

                                                                       _____

Clerk of the Bankruptcy Court



## CERTIFICATE OF SERVICE

I,_____ (name). certify that service of this summons and a copy of complaint was made _____ (date) by:

☐  Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____ Signature _____

Print Name: _____

Business Address: _____