## CERTIFICATE OF SERVICE

I, _Jennifer Lowry_ (name). certify that service of this summons and a copy of complaint was made _July 30, 2015_ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: _Deutsche Bank through its Legal Department 60 Wall St. 36th Floor, New York, NY 10005_

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _7-30-15_   Signature _Jennifer Lowry_

Print Name: _Jennifer Lowry_

Business Address: _De Leo Law Firm, LLC  
900 Ramon Street  
Mandeville, LA 70448_