# MAINE MEDICAL ASSOCIATION

Lisa Ryan, DO *President* • Brian Pierce, MD *President-Elect* • Charles Pattavina, MD *Chair, Board of Directors*
Gordon H. Smith, Esq. *Executive Vice President* • Andrew B. MacLean, Esq. *Deputy Executive Vice President*

August 5, 2015

Sheila Booth, Clerk
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

RE: IN RE: WILLIAM A. DEMMONS, III AND KAREN S. FOWLER
    Adversary Proceeding No. 15-01024

Dear Clerk Booth:

I am an attorney for the Maine Medical Education Foundation ("MMEF"), the promissee of Debtor Demmons' educational loan serviced by Maine Education Services ("MES"), one of the loans that is the subject of this Adversary Proceeding. The MMEF is a foundation affiliated with the Maine Medical Association that is tax-exempt under IRC §501(c)(3). The Maine Medical Association ("MMA") is a Maine non-profit corporation that is also tax-exempt under IRC §501(c)(6) with a principal place of business in Manchester, Maine. The MMA is a professional organization of more than 3700 physicians, residents, and medical students in Maine whose mission is to support Maine physicians, advance the quality of medicine in Maine, and promote the health of all Maine citizens. The MMA's Committee on Loan & Trust Administration is the governing body for the MMEF. The sole purpose of the MMEF is to make educational loans to medical students in Maine with the hope that they will return to serve the people of Maine during their careers.

I am writing in response to the Summons and Complaint dated on or about July 16, 2015 and served upon MES. MES is the loan servicing entity for MMEF, but it is not the promisee. Accordingly, I do not believe that MMEF has been properly identified or served in this Adversary Proceeding. Moreover, I do not believe that the Summons and Complaint adequately state Debtors' claims against MMEF in order for MMEF to provide a substantive motion or answer in response.

Frank O. Stred Building • 30 Association Drive P.O. Box 190 • Manchester, Maine 04351
Phone (207) 622-3374 • Fax (207) 622-3332 • www.mainemed.com

*162nd Annual Session* • *September 11-13, 2015* • *Bar Harbor, Maine*

Letter to Sheila Booth, Clerk, U.S. Bankruptcy Court for the Eastern District of Louisiana re: Adversary Proceeding No. 15-01024
8/5/15, Page 2

Sincerely,

*[signature]*

Andrew B. MacLean

cc: Robin R. De Leo, Esq.