# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and<br>Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, | |
| _____/ | |
| William A. Demmons and<br>Karen S. Fowler | |
| Plaintiff/Debtors, | |
| vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University<br>School of Medicine; American Educational<br>Services; Maine Educational Services;<br>Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants. | |
| _____/ | |

## ANSWER TO FIRST AMENDED COMPLAINT

The State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist ("College Assist")[1] hereby answers Debtors' First Amended Complaint to Determine Dischargeability of Student Loans (the "First Amended Complaint").[2]

---

[1] On April 14, 2015, the Court entered its Order Substituting Party, ordering that College Assist be substituted in this case in place of the original named defendant Nelnet, Inc.

[2] College Assist filed its Answer to the original complaint on April 13, 2015. The First Amended Complaint, filed on July 30, 2015, supplemented the original complaint without re-asserting each of its allegations. Accordingly, College Assist incorporates its original Answer as if fully set forth herein, and supplements its Answer by providing responses to the supplemental allegations set out in the First Amended Complaint.

{00046849 }

## PARTIES, JURISDICTION AND VENUE

4.1

The allegations contained in this paragraph of the First Amended Complaint are directed at parties other than College Assist, and therefore no response is required from College Assist. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

5.1

Admitted, on information and belief.

## FACTUAL ALLEGATIONS

12.1

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

12.2

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

12.3

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

## CAUSE OF ACTION FOUR

65.

Original response to Paragraph 65 in the Complaint has been rewritten and replaced as follows:

College Assist incorporates its responses to paragraphs 1 through 64 above as if fully set forth herein.

65.1

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

68.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

69.

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

## CAUSE OF ACTION 4.1

76.1

College Assist incorporates its responses to paragraphs 1 through 76 above as if fully set forth herein.

76.2

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

76.3

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

76.4

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

76.5

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

76.6

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

76.7

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

76.8

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

77.1

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

77.2

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

77.3

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

## CAUSE OF ACTION 4.2

78.1

College Assist incorporates its responses to paragraphs 1 through 78 above as if fully set forth herein.

78.2

Paragraph 78.2 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.3

Paragraph 78.3 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.4

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.5

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.6

Paragraph 78.6 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.7

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.8

Paragraph 78.8 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.9

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.10

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

78.11

Paragraph 78.11 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

## CAUSE OF ACTION FIVE

80.

Original response to Paragraph 80 in the Complaint has been rewritten and replaced as follows:

Paragraph 80 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.1

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.2

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.3

Paragraph 80.3 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.4

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.5

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.6

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.7

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.8

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.9

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.10

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.11

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.12

Paragraph 80.12 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

80.13

College Assist is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the First Amended Complaint, and therefore denies the same.

81.

Because Paragraph 81 to the original Complaint has been deleted, College Assist withdraws its response to that paragraph.

82.

Because Paragraph 82 to the original Complaint has been deleted, College Assist withdraws its response to that paragraph.

83.

Because Paragraph 83 to the original Complaint has been deleted, College Assist withdraws its response to that paragraph.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief may be granted.

2. The Complaint fails to state sufficient facts to establish an undue hardship pursuant to 11 U.S.C. § 523(a)(8).

3. Any allegations of fact not expressly admitted herein are denied.

4. College Assist reserves the right to assert additional affirmative defenses in the future that may be revealed by investigation or discovery.

**WHEREFORE**, College Assist respectfully requests that this Court dismiss Plaintiff's First Amended Complaint and provide such other and further relief as the Court deems proper.

Respectfully Submitted on August 12, 2015.

STATE OF COLORADO, DEPARTMENT OF
HIGHER EDUCATION, COLORADO STUDENT
LOAN PROGRAM D/B/A COLLEGE ASSIST


By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015, I electronically filed the foregoing **ANSWER TO FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed. R. Bankr. P. and the Local Rules by operation of the court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:

Counsel for Plaintiffs
Robin R. DeLeo        Jennifer@northshoreattorney.com

Counsel for Defendant R3 Education, Inc. dba Saba University School of Medicine
C. Davin Boldissar    nobankecf@lockelord.com
Bradley C. Knapp      bknapp@lockelord.com


And by First Class Mail, Postage Prepaid upon:

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

**FCDB NPSL LLC**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**FCDB NPSL LLC**
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

**Deutche Bank**
Through Legal Department
60 Wall Street 36th Floor
New York, NY 10005

**Key Bank N.A.**
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

**Key Bank USA, N.A.**
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com