# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| | **Chapter 7** |
| Debtors. | |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| | |
| Plaintiff, | |
| | |
| vs. | |
| | **Adversary No. 15-01024** |
| **R3 EDUCATION INC., d/b/a** | |
| **SABA UNIVERSITY SCHOOL OF** | |
| **MEDICINE; AMERICAN** | |
| **EDUCATIONAL SERVICES;** | |
| **NAVIENT SOLUTIONS, INC., AND** | |
| **NELNET, INC.** | |
| | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, comes undersigned counsel for Defendant R3 Education, Inc. d/b/a Saba University School of Medicine ("R3") to move this Honorable Court for an extension of time until and including Thursday, August 20, 2015 to file responsive pleadings to Plaintiffs' First Amended Complaint in the above-captioned matter.

R3 requests a 7-day extension of time until and including Thursday, August 20, 2015 to file responsive pleadings to the First Amended Complaint in the captioned matter. Plaintiffs have been contacted and do not oppose the extension request herein.

1.

NO:9900001/00000:178786v1

**WHEREFORE**, after due proceedings had, Defendant, R3, prays that its Motion be granted, that the Court issue an Order granting an extension of time until and including Thursday, August 20, 2015 to file responsive pleadings in the First Amended Complaint; and for all other relief to which it may be entitled.

Dated: August 12, 2015

Respectfully Submitted,

By: */s/ C. Davin Boldissar*_____
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. #35867)
Jacob K. Weixler (La. #36076)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**

**CERTIFICATE OF SERVICE**

  I certify that on August 12, 2015 the foregoing was served on all parties who have made appearance in this matter via the Court's ECF system, and by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box 8
Spearsville, LA 71277

National Education Association
Jonathan S R Beal, Registered Agent
P.O. Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Agent
320 Somerulos St.
Baton Rouge, LA 70802-6129

              */s/ C. Davin Boldissar*
              C. Davin Boldissar