# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | § § § | Chapter 7 |
| Debtors. | § | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | § § § § § § § | |
| Defendants. | § § | |

## ORDER

Considering the Unopposed Motion **(P-72)** for Extension of Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and R3 Education, Inc. d/b/a Saba University School of Medicine has until and including **Thursday, August 20, 2015** to file responsive pleadings to the Plaintiffs' First Amended Complaint.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties

NO:9900001/00000:178787v1

who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 14, 2015.

*J. A. Brown*

Hon. Jerry A. Brown
U.S. Bankruptcy Judge