# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and | |
| KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and | |
| KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | |
| | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a | |
| SABA UNIVERSITY SCHOOL OF | |
| MEDICINE; AMERICAN | |
| EDUCATIONAL SERVICES; | |
| NAVIENT SOLUTIONS, INC., AND | |
| NELNET, INC. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on the 18th day of August 2015, I have caused to be served the Order [Docket 73] on Motion to Extend Time on the following in this matter via the ECF system <u>and</u> by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277


Maine Educational Services
National Education Association

NO:0103106/00001:176394v1

Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

Robin R. DeLeo
800 Ramon Street
Mandeville, LA 70448

Jane Jackson
Kelly Hart & Pitre
400 Poydras Street
Suite 1812
New Orleans, LA 70130

Dated: August 18, 2015

Respectfully Submitted,

By: */s/ C. Davin Boldissar*_____
C. Davin Boldissar (La. #29094)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE**