# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that counsel for defendants, R3 Education, Inc., dba Saba University School of Medicine, will bring its Motion and Incorporated Memorandum in Support of Motion to Dismiss First Amended Complaint for hearing on September 23 at 9 AM at U.S. Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-705, New Orleans, LA 70130.

Dated: August 20, 2015            Respectfully Submitted,

By: /s/ *Bradley C. Knapp*
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP

NO:9900001/00000:177184v1

                                              601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200
Attorneys for R3 Education Inc., dba Saba
University School of Medicine