## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and KAREN S. FOWLER** | |
| Debtors. | **Chapter 7** |
| **WILLIAM A. DEMMONS and KAREN S. FOWLER** | |
| **Plaintiffs,** | |
| **vs.** | **Adversary No. 15-01024** |
| **R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC.** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I certify that on the 20th day of August 2015, the (i) Motion and Incorporated Memorandum in Support of Motion to Dismiss First Amended Complaint (ii) Notice of Hearing for same have been caused to be served on the following in this matter via the ECF system <u>and</u> by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

    American Educational Services
    Eddie Upshaw, Registered Agent
    Rt 2, Box. 15
    Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

Robin R. DeLeo
800 Ramon Street
Mandeville, LA 70448

Jane Jackson
Kelly Hart & Pitre
400 Poydras Street
Suite 1812
New Orleans, LA 70130

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

Deutche Bank
Through Legal Department
60 Wall Street 36th Floor
New York, NY 10005

Key Bank N.A.
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

2

Key Bank USA, N.A.
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

Dated: August 20, 2015

Respectfully Submitted,

By: */s/ Bradley C. Knapp*
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC.,
d/b/a SABA UNIVERSITY SCHOOL OF
MEDICINE**

3