# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| William A. Demmons | ) | Division B |
| Karen S. Fowler | ) | |
| | ) | Case No. 14-11638 |
| Debtors. | ) | |
| | ) | |
| William A. Demmons and | ) | |
| Karen S. Fowler | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding |
| | ) | No. 15-1024 |
| vs. | ) | |
| | ) | |
| R3 Education Inc. | ) | |
| dba Saba University School of Medicine, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, KeyBank, N.A. represents that it is owned by its holding company Keycorp.

                        Respectfully submitted,

DATED: August 31, 2015     /s/ *Earl F. Sundmaker, III*

                        Attorney for Defendant KeyBank, N.A.
                        The Sundmaker Firm, LLC
                        1027 Ninth St.
                        New Orleans, LA 70115
                        Tel: (504) 568-0515
                        Fax: (504) 568-0519
                        Email: trey@sundmakerfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I electronically filed the foregoing CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed.R.Bankr.P. and the Local Rules by operation of the court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:
Robin R. DeLeo, Attorney for Plaintiffs
Email: jennifer@northshoreattorney.com

C. Davin Boldissar, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: nobankecf@lockelord.com

Bradley C. Knapp, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: bknapp@lockelord.com

Jane Jackson, Attorney for State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist, *State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist*
Email: jane.jackson@kellyhart.com


And by First Class Mail, Postage Prepaid upon:

William A. Demmons, III
Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent

2

PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

Deutche Bank
Through Legal Department
60 Wall Street 36th Floor
New York, NY 10005

/s/ *Earl F. Sundmaker, III*

Attorney for Defendant KeyBank, N.A.
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA 70115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com