UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-1024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION TO
## CONTINUE HEARING

Debtors, William Demmons and Karen Fowler, through undersigned counsel, moves for a continuance of the Motion to Dismiss First Amended Complaint and represents as follows:

1.

Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on June 25, 2014 and a discharge was entered on September 30, 2014. The case was reopened on March 16, 2015 and the Adversary Proceeding was filed on March 12, 2015.

2.

The Motion to Dismiss First Amended Complaint hearing is currently scheduled for September 23, 2015.

3.

Debtors' counsel requests that the Motion to Dismiss by SABA be continued and not be heard until after the trial on the dischargability of student loans.

4.

Opposing counsel has been contacted but he cannot consent as he has not yet heard back from his client giving him permission to agree to an indefinite continuance.

WHEREFORE, for the foregoing reasons, Debtors respectfully request that the hearing on September 23, 2015 on SABA's Motion to Dismiss be continued indefinitely until after the Trial in the Adversary Proceeding and for all other relief as is just and equitable.

Respectfully submitted,

By: /s/ Robin R. De Leo
Bar No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
Jennifer@northshoreattorney.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Ex Parte Motion to Continue Hearings was served on September 18, 2015 by Electronic Filing through the Court's electronic filing system upon:

| | |
|---|---|
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| **C. Davin Boldissar**<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | dboldiss@lockelord.com |

Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)