UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

*****************************************************************

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-1024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc | * | |
| | * | |
| Defendants | * | |
| | * | |

*****************************************************************

## **ORDER**

Considering the foregoing Ex Parte Motion to Continue Hearing **(P-80)**,

**IT IS ORDERED** that the Motion to Continue Hearing filed by Debtors **(P-80)** is **GRANTED** and the hearing on SABA's Motion to dismiss is continued to **WEDNESDAY, OCTOBER 14, 2015 AT 9:00 A.M.**

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, September 21, 2015.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge