UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | CASE NO. 14-11638 |
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc | * | |
| | * | |
| Defendants | * | |

*****************************************************************************

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Order (P-81) was served on September 21, 2015 upon the following:

**C. Davin Boldissar,** Locke Lord LLP       dboldiss@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, LA 70130

Bradley C. Knapp, Locke Lord LLP       bknapp@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036

THE DE LEO LAW FIRM LLC
/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)