UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

        DEBTORS

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

        PLAINTIFFS

VERSUS

**R3 EDUCATION, INC., dba SABA**
**UNIVERSITY SCHOOL OF MEDICINE, et al.**

        DEFENDANTS

**BANKRUPTCY NO.**
**14-11638**
**SECTION "B"**

CHAPTER 7

**ADVERSARY NO.**
**15-1024**

## NOTICE OF RULE 16(b) CONFERENCE AND PRE-TRIAL CONFERENCE

**YOU ARE HEREBY NOTIFIED** that a Rule 16(b) conference and pre-trial conference on the above-captioned complaint will be held before Bankruptcy Judge Jerry A. Brown in **Room 741-A, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana** on **FRIDAY, OCTOBER 30, 2015 AT 10:00 A.M.**  **Trial counsel shall attend and bring their calendars.**  *Out of town counsel may attend by telephone conference call provided that the requesting party contacts the court and opposing counsel and arranges the call.*

New Orleans, Louisiana, September 28, 2015.

JERRY A. BROWN
BANKRUPTCY JUDGE