## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

———————————————————— )
IN RE: ) Chapter 7
 )
William A. Demmons ) Division B
Karen S. Fowler )
 ) Case No. 14-11638
            Debtors. )
———————————————————— )
 )
William A. Demmons and )
Karen S. Fowler )
 )
            Plaintiffs, ) Adversary Proceeding
 ) No. 15-1024
vs. )
 )
R3 Education Inc. )
dba Saba University School of Medicine, et al., )
 )
            Defendants. )
———————————————————— )

### ANSWER OF DEFENDANT, DEUTSCHE BANK NATIONAL TRUST CO. TO PLAINTIFFS' COMPLAINT AND FIRST AMENDED COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

Now comes Defendant, Deutsche Bank National Trust Co. (hereinafter referred to as "Defendant"), by and through counsel, and hereby denies each allegation set forth in Plaintiffs' Complaint to Determine Dischargeability of Student Loan unless specifically admitted herein and further answers as follows:

1.     Defendant admits the allegations contained in paragraph one (1) of Plaintiffs' Complaint.

2.     Defendant admits the allegations contained in paragraph two (2) of Plaintiffs' Complaint.

3.      Defendant denies the allegations contained in paragraph three (3) of Plaintiffs' Complaint for want of sufficient knowledge.

4.      Defendant denies the allegations contained in paragraph four (4)(i-iv) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 4.1(i-iii) of Plaintiffs' Amended Complaint for want of sufficient knowledge.

5.      Defendant denies the allegations contained in paragraph five (5) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 5.1 of Plaintiffs' Amended Complaint for want of sufficient knowledge

6.      Defendant admits the allegations contained in paragraph six (6) of Plaintiffs' Complaint.

7.      Defendant admits the allegations contained in paragraph seven (7) of Plaintiffs' Complaint.

8.      Defendant admits the allegations contained in paragraph eight (8) of Plaintiffs' Complaint.

9.      Defendant denies the allegations contained in paragraph nine (9) of Plaintiffs' Complaint for want of sufficient knowledge.

10.     Defendant denies the allegations contained in paragraph ten (10) of Plaintiffs' Complaint for want of sufficient knowledge.

11.     Defendant denies the allegations contained in paragraph eleven (11) of Plaintiffs' Complaint for want of sufficient knowledge.

12.     Defendant denies the allegations contained in paragraph twelve (12) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 12.1 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 12.2 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 12.3 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

13.     Defendant denies the allegations contained in paragraph thirteen (13)(i-viii) of Plaintiffs' Complaint for want of sufficient knowledge.

14.     Defendant denies the allegations contained in paragraph fourteen (14)(i-ii) of Plaintiffs' Complaint for want of sufficient knowledge.

15.     Defendant denies the allegations contained in paragraph fifteen (15) of Plaintiffs' Complaint for want of sufficient knowledge.

16.     Defendant denies the allegations contained in paragraph sixteen (16) of Plaintiffs' Complaint for want of sufficient knowledge.

17.     Defendant denies the allegations contained in paragraph seventeen (17) of Plaintiffs' Complaint for want of sufficient knowledge.

18.     Defendant denies the allegations contained in paragraph eighteen (18) of Plaintiffs' Complaint for want of sufficient knowledge.

19.     Defendant denies the allegations contained in paragraph nineteen (19) of Plaintiffs' Complaint for want of sufficient knowledge.

20.     Defendant denies the allegations contained in paragraph twenty (20) of Plaintiffs' Complaint for want of sufficient knowledge.

21.     Defendant denies the allegations contained in paragraph twenty-one (21) of Plaintiffs' Complaint for want of sufficient knowledge.

22.     Defendant denies the allegations contained in paragraph twenty-two (22) of Plaintiffs' Complaint for want of sufficient knowledge.

23.     Defendant denies the allegations contained in paragraph twenty-three (23) of Plaintiffs' Complaint for want of sufficient knowledge.

24.     Defendant denies the allegations contained in paragraph twenty-four (24) of Plaintiffs' Complaint for want of sufficient knowledge.

25.     Defendant denies the allegations contained in paragraph twenty-five (25) of Plaintiffs' Complaint for want of sufficient knowledge.

26.     Defendant denies the allegations contained in paragraph twenty-six (26) of Plaintiffs' Complaint for want of sufficient knowledge.

27.     Defendant denies the allegations contained in paragraph twenty-seven (27) of Plaintiffs' Complaint for want of sufficient knowledge.

28.     Defendant reincorporates its responses contained in paragraphs one through twenty-seven (1-27).

29.     Defendant denies the allegations contained in paragraph twenty-nine (29) of Plaintiffs' Complaint.

30.     Defendant denies the allegations contained in paragraph thirty (30) of Plaintiffs' Complaint for want of sufficient knowledge.

31.     Defendant denies the allegations contained in paragraph thirty-one (31) of Plaintiffs' Complaint.

32.     Defendant denies the allegations contained in paragraph thirty-two (32) of Plaintiffs' Complaint.

33.     Defendant denies the allegations contained in paragraph thirty-three (33) of Plaintiffs' Complaint.

34.     Defendant reincorporates its responses contained in paragraphs one through thirty-three (1-33).

35.     Defendant admits the allegations contained in paragraph thirty-five (35) of Plaintiffs' Complaint.

36.     Defendant denies the allegations contained in paragraph thirty-six (36) of Plaintiffs' Complaint for want of sufficient knowledge.

37.     Defendant denies the allegations contained in paragraph thirty-seven (37) of Plaintiffs' Complaint for want of sufficient knowledge.

38.     Defendant denies the allegations contained in paragraph thirty-eight (38) of Plaintiffs' Complaint for want of sufficient knowledge.

39.     Defendant denies the allegations contained in paragraph thirty-nine (39) of Plaintiffs' Complaint.

40.     Defendant reincorporates its responses contained in paragraphs one through thirty-nine (1-39).

41.     Defendant admits the allegations contained in paragraph forty-one (41)(A)(i-ii) and (B) of Plaintiffs' Complaint.

42.     Defendant denies the allegations contained in paragraph forty-two (42) of Plaintiffs' Complaint.

43.     In response to paragraph forty-three of Plaintiffs' Complaint, Defendant denies that the Student Loans were not an educational benefit but admits that a governmental unit was not involved.

44.     Defendant denies the allegations contained in paragraph forty-four (44) of Plaintiffs' Complaint for want of sufficient knowledge.

45.     Defendant denies the allegations contained in paragraph forty-five (45) of Plaintiffs' Complaint.

46.     Defendant denies the allegations contained in paragraph forty-six (46) of Plaintiffs' Complaint.

47.     Defendant denies the allegations contained in paragraph forty-seven (47) of Plaintiffs' Complaint for want of sufficient knowledge.

48.     Defendant denies the allegations contained in paragraph forty-eight (48) of Plaintiffs' Complaint for want of sufficient knowledge.

49.     Defendant denies the allegations contained in paragraph forty-nine (49) of Plaintiffs' Complaint for want of sufficient knowledge.

50.     Defendant denies the allegations contained in paragraph fifty (50) of Plaintiffs' Complaint for want of sufficient knowledge.

51.     Defendant denies the allegations contained in paragraph fifty-one (51) of Plaintiffs' Complaint for want of sufficient knowledge.

52.     Defendant denies the allegations contained in paragraph fifty-two (52) of Plaintiffs' Complaint for want of sufficient knowledge.

53.     Defendant denies the allegations contained in paragraph fifty-three (53) of Plaintiffs' Complaint for want of sufficient knowledge.

54.     Defendant denies the allegations contained in paragraph fifty-four (54) of Plaintiffs' Complaint.

55.     Defendant denies the allegations contained in paragraph fifty-five (55) of Plaintiffs' Complaint.

56.     Defendant denies the allegations contained in paragraph fifty-six (56) of Plaintiffs' Complaint.

57.     Defendant denies the allegations contained in paragraph fifty-seven (57) of Plaintiffs' Complaint.

58.     Defendant denies the allegations contained in paragraph fifty-eight (58) of Plaintiffs' Complaint.

59.     Defendant reincorporates its responses contained in paragraphs one through fifty-eight (1-58).

60.     Defendant denies the allegations contained in paragraph sixty (60) of Plaintiffs' Complaint for want of sufficient knowledge.

61.     Defendant denies the allegations contained in paragraph sixty-one (61) of Plaintiffs' Complaint for want of sufficient knowledge.

62.     Defendant denies the allegations contained in paragraph sixty-two (62) of Plaintiffs' Complaint for want of sufficient knowledge.

63.     Defendant denies the allegations contained in paragraph sixty-three (63) of Plaintiffs' Complaint for want of sufficient knowledge.

64.     Defendant denies the allegations contained in paragraph sixty-four (64) of Plaintiffs' Complaint for want of sufficient knowledge.

65.     Defendant reincorporates its responses contained in paragraphs one through sixty-four (1-64).

Defendant denies the allegations contained in paragraph 65 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 65.1 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

66.     Defendant denies the allegations contained in paragraph sixty-six (66) of Plaintiffs' Complaint for want of sufficient knowledge.

67.     Defendant denies the allegations contained in paragraph sixty-seven (67) of Plaintiffs' Complaint for want of sufficient knowledge.

68.     Defendant denies the allegations contained in paragraph sixty-eight (68) of Plaintiffs' Amended Complaint for want of sufficient knowledge.

69.     Defendant denies the allegations contained in paragraph sixty-nine (69) of Plaintiffs' Amended Complaint for want of sufficient knowledge.

70.     Defendant denies the allegations contained in paragraph seventy (70) of Plaintiffs' Complaint for want of sufficient knowledge.

71.     Defendant denies the allegations contained in paragraph seventy-one (71) of Plaintiffs' Complaint for want of sufficient knowledge.

72.     Defendant denies the allegations contained in paragraph seventy-two (72) of Plaintiffs' Complaint for want of sufficient knowledge.

73. Defendant denies the allegations contained in paragraph seventy-three (73) of Plaintiffs' Complaint for want of sufficient knowledge.

74. Defendant denies the allegations contained in paragraph seventy-four (74) of Plaintiffs' Complaint for want of sufficient knowledge.

75. Defendant denies the allegations contained in paragraph seventy-five (75) of Plaintiffs' Complaint for want of sufficient knowledge.

76. Defendant denies the allegations contained in paragraph seventy-six (76) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant reincorporates its responses to paragraphs 1 through 76.1 of Plaintiff's Amended Complaint.

Defendant denies the allegations contained in paragraph 76.2 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 76.3 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 76.4 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 76.5 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 76.6 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 76.7 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 76.8 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

77.     Defendant denies the allegations contained in paragraph seventy-seven (77) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 77.1 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 77.2 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 77.3 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

78.     Defendant denies the allegations contained in paragraph seventy-eight (78) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant reincorporates its responses contained in paragraphs 1 through 78 above.

Defendant denies the allegations contained in paragraph 78.2 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.3 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.4 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.5 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.6 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.7 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.8 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.9 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.10 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 78.11 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

79.     Defendant reincorporates its responses contained in paragraphs one through seventy-eight (1-78).

80.     Defendant denies the allegations contained in paragraph eighty (80) of Plaintiffs' Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.1 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.2 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.3 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.4 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.5 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.6 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.7 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.8 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.9 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.10 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.11 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.12 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

Defendant denies the allegations contained in paragraph 80.13 of Plaintiffs' Amended Complaint for want of sufficient knowledge.

81.     Defendant denies the allegations contained in paragraph eighty-one (81) of Plaintiffs' Complaint for want of sufficient knowledge.

82.     Defendant denies the allegations contained in paragraph eighty-two (82) of Plaintiffs' Complaint for want of sufficient knowledge.

83.     Defendant denies the allegations contained in paragraph eighty-three (83) of Plaintiffs' Complaint for want of sufficient knowledge.

Respectfully Submitted,

*/s/ Earl F. Sundmaker, III*
Attorney for Defendant
Deutsche Bank National Trust Co.
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA  701115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, I electronically filed the foregoing Answer to Plaintiffs' Complaint with the Clerk of Court using the CM/ECF system.  Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed.R.Bankr.P. and the Local Rules by operation of the court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:
Robin R. DeLeo, Attorney for Plaintiffs
Email: jennifer@northshoreattorney.com

C. Davin Boldissar, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: nobankecf@lockelord.com

Bradley C. Knapp, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: bknapp@lockelord.com

Jane Jackson, Attorney for State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist, *State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist*
Email: jane.jackson@kellyhart.com

<u>And by First Class Mail, Postage Prepaid upon:</u>
William A. Demmons, III
Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

Key Bank N.A.
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

/s/ *Earl F. Sundmaker, III*
Attorney for Defendant
Deutsche Bank National Trust Co.

The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA  70115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com