# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| William A. Demmons ) | Division B |
| Karen S. Fowler ) | |
| ) | Case No. 14-11638 |
| Debtors. ) | |
| ) | |
| ) | |
| William A. Demmons and ) | |
| Karen S. Fowler ) | |
| ) | |
| Plaintiffs, ) | Adversary Proceeding |
| ) | No. 15-1024 |
| vs. ) | |
| ) | |
| R3 Education Inc. ) | |
| dba Saba University School of Medicine, et al., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Deutsche Bank National Trust Co. represents that it is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly traded corporation.

Respectfully submitted,

DATED: September 29, 2015  /s/ *Earl F. Sundmaker, III*
Attorney for Deutsche Bank National Trust Co.
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA 70115

Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com

2

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, I electronically filed the foregoing CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1 with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed.R.Bankr.P. and the Local Rules by operation of the court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:
Robin R. DeLeo, Attorney for Plaintiffs
Email: jennifer@northshoreattorney.com

C. Davin Boldissar, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: nobankecf@lockelord.com

Bradley C. Knapp, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: bknapp@lockelord.com

Jane Jackson, Attorney for State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist, *State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist*
Email: jane.jackson@kellyhart.com


And by First Class Mail, Postage Prepaid upon:

William A. Demmons, III
Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent

3

PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

Key Bank N.A.
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

/s/ *Earl F. Sundmaker, III*
Attorney for Defendant Deutsche Bank National
Trust Company Americas
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA  70115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com