UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

DEBTORS

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

PLAINTIFFS

VERSUS

**R3 EDUCATION, INC., dba SABA**
**UNIVERSITY SCHOOL OF MEDICINE, et al.**

DEFENDANTS

**BANKRUPTCY NO.**
**14-11638**
**SECTION "B"**

CHAPTER 7

**ADVERSARY NO.**
**15-1024**

## NOTICE OF RULE 16(b) CONFERENCE AND PRE-TRIAL CONFERENCE

**YOU ARE HEREBY NOTIFIED** that a Rule 16(b) conference and pre-trial conference on the above-captioned complaint will be held before Bankruptcy Judge Jerry A. Brown in **Room 741-A, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana** on **FRIDAY, OCTOBER 30, 2015 AT 10:00 A.M. Trial counsel shall attend and bring their calendars.** *Out of town counsel may attend by telephone conference call provided that the requesting party contacts the court and opposing counsel and arranges the call.*

New Orleans, Louisiana, September 28, 2015.

JERRY A. BROWN
BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Louisiana

Demmons, III,
    Plaintiff

Adv. Proc. No. 15-01024-JAB

R3 Education, Inc. dba Saba University S,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: lm     Page 1 of 1     Date Rcvd: Sep 28, 2015
                         Form ID: pdf963     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2015.
pla          +Karen S. Fowler,    400 Baptiste Circle,    Houma, LA 70363-8504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Sep 28 2015 19:27:34      Office of the U.S. Trustee,    400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
                                                                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2015 at the address(es) listed below:
        Bradley C. Knapp    on behalf of Defendant    R3 Education, Inc. dba Saba University School of Medicine bknapp@lockelord.com, kmillet@lockelord.com
        C. Davin Boldissar    on behalf of Defendant    R3 Education, Inc. dba Saba University School of Medicine nobankecf@lockelord.com
        Earl F. Sundmaker    on behalf of Defendant    Key Bank N.A. trey@sundmakerfirm.com
        Jane Jackson    on behalf of Defendant    State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist jane.jackson@kellyhart.com, Jennifer.zeringue@kellyhart.com
        Robin R. DeLeo    on behalf of Plaintiff Karen S. Fowler jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
        Robin R. DeLeo    on behalf of Plaintiff William A. Demmons, III jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
                                                                                                                           TOTAL: 6