# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:

William A. Demmons and
Karen S. Fowler

                    Debtors,

_____/

William A. Demmons and
Karen S. Fowler

                   Plaintiff/Debtors,
vs.

R3 Education, Inc., dba Saba University School
Of Medicine; American Education Services;
Maine Education Services; Navient Solutions,
Inc., and Nelnet, Inc.

                   Defendants.

_____/

CHAPTER 7

DIVISION "B"

CASE NO. 14-11638

ADV. PROC. NO. 15-01024

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Louisiana, Jane Jackson (the "Movant"), Counsel to Colorado Student Loan Program d/b/a College Assist ("College Assist"), hereby moves for admission *pro hac vice* of Kyle Seedorf to represent, as Co-Counsel, College Assist. In support of this motion, the Movant states as follows:

    1.    Mr. Seedorf is a member in good standing of the bars of the State of Colorado, the United States District Court for the District of Colorado, the State of Arizona, the United States District Court for the District of Arizona, the United States District

1874379_1

Court for the Central District of Illinois, the United States Court of Appeals for the 10th Circuit, and the United States Court of Appeals for the 7th Circuit.

2. Mr. Seedorf is employed as a partner at Taylor | Anderson, LLP, 1670 Broadway, Suite 900, Denver, Colorado 80202.

3. Mr. Seedorf has never been convicted of a felony or been subject to any disciplinary proceedings. He has never been denied admission or been disciplined by this or any other court.

4. Mr. Seedorf is familiar with the Local Rules of this Court.

5. A certificate evidencing Mr. Seedorf's admission and good standing before the Supreme Court of the State of Colorado is attached as Exhibit 1.

6. Movant contacted Plaintiffs' counsel on October 6, 2015 to request consent for the filing of this motion, but consent was not obtained by the time this motion was filed.

WHEREFORE, the Movant respectfully requests that Kyle Seedorf be admitted *pro hac vice* to represent College Assist, as co-counsel, in the above-captioned proceeding.

Respectfully Submitted: October 8, 2015.

STATE OF COLORADO, DEPARTMENT OF HIGHER EDUCATION, COLORADO STUDENT LOAN PROGRAM D/B/A COLLEGE ASSIST

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2015, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed. R. Bankr. P. and the Local Rules by operation of the Court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the Court's electronic filing system upon:

| | |
|---|---|
| Counsel for Plaintiffs | Jennifer@northshoreattorney.com |
| Counsel for R3 Education, Inc. dba Saba University School of Medicine | nobankefc@lockelord.com<br>bknapp@lockelord.com |
| Counsel for Deutsche Bank National Trust Co. | trey@sundmakerfirm.com |

And by First Class Mail, Postage Prepaid upon:

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Key Bank N.A.**
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**Key Bank USA, N.A.**
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

**FCDB NPSL LLC**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com