# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, / | |
| William A. Demmons and Karen S. Fowler | |
| Plaintiff/Debtors, vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University School of Medicine; American Educational Services; Maine Educational Services; Navient Solutions, Inc., and Nelnet, Inc. | |
| Defendants. / | |

## MOTION FOR *EX PARTE* CONSIDERATION
## OF MOTION FOR SUBSTITUTION OF PARTY

The State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist ("College Assist") respectfully requests *ex parte* consideration of the October 8, 2015 Motion for Admission *Pro Hac Vice* in accordance with Local Rule 9013-1(D). In support of this motion, College Assist represents that it's counsel filed a motion requesting admission *pro hac vice* of Kyle Seedorf to represent College Assist as Co-Counsel. College Assist's counsel requested Plaintiffs' consent for the filing of this motion on October 6, 2015, but Plaintiffs' consent has not yet been obtained.

WHEREFORE, College Assist respectfully requests that the Court grant *ex parte* relief in connection with College Assist's Motion for Admission *Pro Hac Vice* and that the Court enter an order granting College Assist's Motion for Admission *Pro Hac Vice*.

Respectfully Submitted on October 8, 2015.

        STATE OF COLORADO, DEPARTMENT OF
        HIGHER EDUCATION, COLORADO STUDENT
        LOAN PROGRAM D/B/A COLLEGE ASSIST

        By: */s/ Jane A. Jackson*
        Jane A. Jackson (#33197)
        **Kelly Hart & Pitre**
        400 Poydras Street, Suite 1812
        New Orleans, LA 70130
        Phone: 504-522-1812
        Facsimile: 504-522-1813
        Email: jane.jackson@kellyhart.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, I electronically filed the foregoing **MOTION FOR *EX PARTE* CONSIDERATION OF MOTION FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed. R. Bankr. P. and the Local Rules by operation of the Court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the Court's electronic filing system upon:

| | |
|---|---|
| Counsel for Plaintiffs | Jennifer@northshoreattorney.com |
| Counsel for R3 Education, Inc. dba Saba University School of Medicine | nobankefc@lockelord.com<br>bknapp@lockelord.com |
| Counsel for Deutsche Bank National Trust Co. | trey@sundmakerfirm.com |

And by First Class Mail, Postage Prepaid upon:

**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

**FCDB NPSL LLC**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Key Bank N.A.**
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

**Key Bank USA, N.A.**
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com