**Robin Deleo**

| | |
|---|---|
| From: | William Demmons <wdemmons@une.edu> |
| Sent: | Tuesday, October 06, 2015 9:51 PM |
| To: | Robin Deleo |
| Cc: | Elaine Tonello; karensfowler@hotmail.com; William Demmons |
| Subject: | Fw: Saba University 1of 2 |

Communications with Saba's Bursar regarding loan disbursements 1 of 2.

---

**From:** Jacey Rosa <j.rosa@saba.edu>
**Sent:** Wednesday, January 7, 2015 10:58 AM
**To:** William Demmons
**Subject:** RE: Update From Saba University

Below is a record we have for Karen Fowler:

- 08/09/2006 - 1st loan disbursement of $16,130.00 received ($8,825.00 applied to 6th semester invoice, $7,305.00 refunded to student)
- 09/04/2006 - Student entered CM
- 10/31/2007 - Failed 1st Step 1 attempt (13 months after entering CM)
- 12/05/2007 - 2nd loan disbursement of $38460.00 received ($17,260.00 applied to 7th and 8th semester invoices, $21,200.00 refunded to student)
- 03/31/2008 - Failed 2nd Step 1 attempt (5 months after 1st attempt)
- 08/18/2008 - Failed 3rd Step 1 attempt (4.5 months after 2nd attempt)
- 06/09/2009 - Student academically dismissed from university
- 07/17/2009 - Loan funds retained by the university returned to Great Lakes in the amount of $25,210.00 on behalf of student with respect to the above 2 disbursements

*Jacey Rosa*
Bursar
Saba University School of Medicine
R3 Education Inc.
27 Jackson Road, Suite 301
Devens, MA 01434
Phone: 978-862-9600 x 632
Fax: 978-862-9699

R3 Education Inc. (SABA University) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to www.saba.edu

**Saba University School of Medicine**

1

Exhibit "1"

Medical school at Saba University School of Medicine in the Caribbean. Saba's medical school students have a 99% USMLE pass rate and great residency placements.

Read more...

to learn more.

---

**From:** William Demmons [mailto:wdemmons@une.edu]
**Sent:** Friday, January 02, 2015 2:30 PM
**To:** Jacey Rosa
**Cc:** robin@northshoreattorney.com; Elaine Tonello; karensfowler@hotmail.com; William Demmons
**Subject:** Re: Update From Saba University

RE: William A. Demmons III
     Karen S. Fowler


Dear Ms. Rosa,

I hope this finds you had a safe and enjoyable holiday season and are enjoying the New Year.

This responds to your email dated Wednesday, 12/17/2014 11:30 a.m. and will serve to confirm that as of today, Friday, 01/02/2015, I/we have not received any correspondence from the university regarding the status of our request for Financial Transcripts.

Whereas, it has been seventeen days since my/our original request (Tuesday, 12/16/2014); I am formally requesting in writing that you please provide us with the following documentation/accounting:

    All student loan origination dates, associated loan amounts, and the dates that the funds were transferred to Saba University School of Medicine.

    All student loan amounts applied to both of our individual accounts for tuition and fees, and the dates that those amounts were retained by Saba University School of Medicine.

    All individual amounts disbursed to both (Bill and Karen), and the dates that the individual disbursements were made.

    All loan amounts returned to the lender(s), the individual loan account numbers, and the individual amount of returns, and the dates of returns.


Could you please provide us with an update of the status of our request as soon as possible?


Sincerely,


Bill Demmons

2

**From:** Jacey Rosa <j.rosa@saba.edu>
**Sent:** Wednesday, December 17, 2014 11:30 AM
**To:** William Demmons; karensfowler@hotmail.com
**Subject:** Update From Saba University



Hello,
I just wanted to inform you that we are currently reviewing your files. We are going to need some time as we need to gather the information from so long ago. I ask you to please be patient with us and as soon as I receive an update I will be contacting you. Have a great day!

*Jacey Rosa*
Bursar
Saba University School of Medicine
R3 Education Inc.
27 Jackson Road, Suite 301
Devens, MA 01434
Phone: 978-862-9600 x 632
Fax: 978-862-9699

R3 Education Inc. (SABA University) Confidentiality Notice: The information contained in this e-mail transmission is confidential information, proprietary to the sender and legally protected. Its purpose is intended for the sole use of the individual(s) or entity named in the message header. If you are not the intended recipient, you are hereby notified that any dissemination, copying or taking any action in reliance on the contents of this information is strictly prohibited. If you received this message in error, please notify the sender of the error and delete this message and any attachments. Go to **www.saba.edu** to learn more.