## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| William A. Demmons and<br>Karen S. Fowler | CHAPTER 7 |
| | DIVISION "B" |
| Debtors,<br>_____/ | CASE NO. 14-11638 |
| William A. Demmons and<br>Karen S. Fowler | |
| Plaintiff/Debtors,<br>vs. | ADV. PROC. NO. 15-01024 |
| R3 Education, Inc., dba Saba University School<br>Of Medicine; American Education Services;<br>Maine Education Services; Navient Solutions,<br>Inc., and Nelnet, Inc. | |
| Defendants.<br>_____/ | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS PROCEEDING came before the Court on Jane Jackson's Motion for Admission Pro Hac Vice of Kyle Seedorf as co-counsel for College Assist. The Court has reviewed the Motion and the file and is otherwise fully informed. Accordingly, it is

**ORDERED** that the Motion for Admission Pro Hac Vice is hereby GRANTED.

New Orleans, Louisiana, October 9, 2015.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge

{00046765 }