## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| William A. Demmons and Karen S. Fowler | DIVISION "B" |
| | CASE NO. 14-11638 |
| Debtors, _____/ | |
| William A. Demmons and Karen S. Fowler | |
| Plaintiff/Debtors, vs. | ADV PROC. No. 15-01024 |
| R3 Education, Inc. dba Saba University School of Medicine; American Educational Services; Maine Educational Services; Navient Solutions, Inc., and State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist | |
| Defendants. _____/ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2015 in accordance with FRBP and the LBR, I served this Court's Order Granting Motion for Admission *Pro Hac Vice* (R. Doc. 91) on the following parties who will not receive notice through the Court's ECF system via First Class Mail, postage prepaid:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Deutche Bank
Through Legal Department
60 Wall Street 36th Floor
New York, NY 10005

1875492_1

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

Key Bank USA, N.A.
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

By: */s/ Jane A. Jackson*
Jane A. Jackson (#33197)
**Kelly Hart & Pitre**
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Phone: 504-522-1812
Facsimile: 504-522-1813
Email: jane.jackson@kellyhart.com