UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
OCTOBER 14, 2015

IN RE

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

      DEBTORS

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

      PLAINTIFFS

VERSUS

**R3 EDUCATION, INC., dba SABA**
**UNIVERSITY SCHOOL OF MEDICINE, et al.**

      DEFENDANTS

**BANKRUPTCY NO.**
**14-11638**
**SECTION "B"**

CHAPTER 7

**ADVERSARY NO.**
**15-1024**

This matter came before the Court on October 14, 2015 as a hearing on the motion to dismiss first amended complaint filed by R3 Education, Inc. d/b/a Saba University School of Medicine ("Defendant") **(P-75)** and the objection filed by William A. Demmons, III and Karen S. Fowler ("Plaintiffs") **(P-87).**

    PRESENT:  C. Davin Boldissar
                    Counsel for the Defendant

                   Robin R. DeLeo
                    Counsel for the Plaintiffs

Considering the arguments of counsel,

**IT IS ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 19, 2015.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE