UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc | * | |
| | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR RE-ISSUANCE OF SUMMONS

Plaintiff, William A. Demmons and Karen S. Fowler (the "Debtors"), by and through undersigned counsel, pleads as follows:

1.

Debtors filed an Executed Summons in the above captioned Adversary Proceeding on July 16, 2015 upon Defendant, Maine Education Services.

2.

Debtors filed an Executed Summons in the above captioned Adversary Proceeding on March 16, 2015 upon Defendant, Maine Education Services.

WHEREFORE, William A. Demmons and Karen S. Fowler, Debtors herein, pray that the Summons in an Adversary Proceeding be re-issued and for all other relief as is equitable and just.

                                                        The De Leo Law Firm LLC

/s/ Robin De Leo
Robin De Leo
Bar No. 20347
The De Leo Law Firm LLC
f/k/a De Leo & Ronquillo LLP
800 Ramon St.
Mandeville, LA  70448
985/727-1664
fax: 985/727-4388
Jennifer@northshoreattorney.com