# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | ' |
| | ' CASE NO. 14-11638 |
| **WILLIAM A. DEMMONS** and | ' |
| **KAREN S. FOWLER** | ' |
| | ' |
| | ' Chapter 7 |
| Debtors. | ' |
| | |
| **WILLIAM A. DEMMONS** and | ' |
| **KAREN S. FOWLER** | ' |
| | ' |
| Plaintiffs, | ' |
| | ' |
| vs. | ' |
| | ' Adversary No. 15-01024 |
| **R3 EDUCATION INC., d/b/a** | ' |
| **SABA UNIVERSITY SCHOOL OF** | ' |
| **MEDICINE; AMERICAN** | ' |
| **EDUCATIONAL SERVICES;** | ' |
| **NAVIENT SOLUTIONS, INC., AND** | ' |
| **NELNET, INC.** | ' |
| | ' |
| Defendants. | ' |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLEADINGS

**MAY IT PLEASE THE COURT:**

Defendant R3 Education, Inc. d/b/a Saba University School of Medicine ("Saba") respectfully files this Motion for an extension of time until and including Monday, November 23, 2015, to file responsive pleadings to Plaintiffs' First Amended Complaint ("Complaint") in the above-captioned matter.

Saba requests a 21-day extension of time until and including Monday, November 23, 2015, to file responsive pleadings. Saba moved to dismiss the Complaint, and the Court denied the Saba's motion on October 19, 2015. Saba continues to investigate the allegations in the

Complaint and further continues to work with Plaintiffs toward possible resolution. Plaintiffs do not oppose the requested extension.

WHEREFORE, PREMISES CONSIDERED, Defendant R3 Education, Inc. d/b/a/ Saba University School of Medicine prays that its Motion be granted, that the Court enter an order granting an extension of time until and including Monday, November 23, 2015, to file responsive pleadings to the First Amended Complaint, and for all other relief to which it may be entitled.

| | |
|---|---|
| Dated: October 30, 2015 | Respectfully Submitted, |
| | By: */s/ Bradley C. Knapp* |
| | C. Davin Boldissar (La. #29094) |
| | Bradley C. Knapp (La. # 35867) |
| | Locke Lord LLP |
| | 601 Poydras Street, Suite 2660 |
| | New Orleans, Louisiana 70130-6036 |
| | Telephone: (504) 558-5100 |
| | Fax: (504) 558-5200 |
| | *Attorneys for R3 Education Inc., dba Saba University School of Medicine* |

## CERTIFICATE OF SERVICE

I certify that on October 30, 2015 the foregoing was served on all parties who have made appearance in this matter via the Court's ECF system, and by mailing a copy thereof by first class U.S. mail, postage prepaid, addressed as follows:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

Robin R. DeLeo
800 Ramon Street
Mandeville, LA 70448

Jane Jackson
Kelly Hart & Pitre
400 Poydras Street
Suite 1812
New Orleans, LA 70130

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

Deutche Bank
Through Legal Department
600 Wall Street, 36th Floor
New York, NY 10005

Key Bank N.A.
Through CEO Beth Mooney
127 Public SQ
Cleveland, OH 44114

Key Bank USA, N.A.
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

                                              By: */s/ Bradley C. Knapp*_____
                                                  Bradley C. Knapp

NO:1451240/00041:180406v1