UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and | § | |
| KAREN S. FOWLER | § | |
| | § | Chapter 7 |
| Debtors. | § | |
| WILLIAM A. DEMMONS and | § | |
| KAREN S. FOWLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Adversary No. 15-01024 |
| | § | |
| R3 EDUCATION INC., d/b/a | § | |
| SABA UNIVERSITY SCHOOL OF | § | |
| MEDICINE; AMERICAN | § | |
| EDUCATIONAL SERVICES; | § | |
| NAVIENT SOLUTIONS, INC., AND | § | |
| NELNET, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLEADING

Considering the Unopposed Motion **(P-98)** for Extension of Time to File Pleading ("Motion") filed by Defendant R3 Education, Inc. d/b/a Saba University School of Medicine ("Saba"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Saba has until and including **Monday, November 23, 2015**, to file responsive pleadings to Plaintiffs' First Amended Complaint.

NO:1451240/00041:180407v1

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certification of service to that effect within three (3) business days.

New Orleans, Louisiana, November 2, 2015.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

NO:1451240/00041:180407v1