UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS AND | |
| KAREN S. FOWLER | SECTION "B" |
|     DEBTORS | CHAPTER 7 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM A. DEMMONS AND
KAREN S. FOWLER
    PLAINTIFFS

VERSUS                                                                       ADV.P. NO. 15-1024

R3 EDUCATION, INC. dba SABA
UNIVERSITY SCHOOL OF MEDICINE, et al.
    DEFENDANTS

## **ORDER**

This matter came before the Honorable Jerry A. Brown on October 30, 2015 as a

Rule 16(b) conference and pre-trial conference.

    APPEARING:          Robin R. DeLeo
                                       Counsel for Plaintiffs

                                       C. Davin Boldissar
                                       Counsel for R3 Education, Inc.

                                       Jane Jackson
                                       Counsel for College Assist

                                       Earl F. Sundmaker
                                       Counsel for Key Bank, N.A.

| | |
|---|---|
| APPEARING BY TELEPHONE: | Joseph McCandlish<br>Counsel for Key Bank |
| | Kyle Seedorf<br>Counsel for College Assist |

**IT IS ORDERED** that the trial is set for **TUESDAY APRIL 12, 2016 AT 10:00 A.M. AND WEDNESDAY APRIL 13, 2016 AT 10:00 A.M.**, said date and time being agreeable to counsel.

**IT IS FURTHER ORDERED** that all dispositive motions be filed and noticed so that they may be heard no later than February 12, 2016.

**IT IS FURTHER ORDERED** that counsel file a pre-trial order as governed by the Court's Notice of Pretrial and Trial Procedures.

New Orleans, Louisiana, November 3, 2015.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge