**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | ' | |
| | ' | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and** | ' | |
| **KAREN S. FOWLER** | ' | |
| | ' | **Chapter 7** |
| Debtors. | ' | |
| **WILLIAM A. DEMMONS and** | ' | |
| **KAREN S. FOWLER** | ' | |
| | ' | |
| Plaintiff, | ' | |
| | ' | |
| vs. | ' | |
| | ' | **Adversary No. 15-01024** |
| | ' | |
| **R3 EDUCATION INC., d/b/a** | ' | |
| **SABA UNIVERSITY SCHOOL OF** | ' | |
| **MEDICINE; AMERICAN** | ' | |
| **EDUCATIONAL SERVICES;** | ' | |
| **NAVIENT SOLUTIONS, INC., AND** | ' | |
| **NELNET, INC.** | ' | |
| | ' | |
| **Defendants.** | ' | |

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of November 2015, the Court's Order [Docket 99] granting Saba's Motion for Extension of Time to File Pleading [Docket 98] has been caused to be served on the following in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, with all other parties served through the Court's CM/ECF system:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400

NO:1451240/00041:180500v1

Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

| | |
|---|---|
| Dated: November 4, 2015 | Respectfully Submitted, |
| | By: */s/ Bradley C. Knapp*_____<br>C. Davin Boldissar (La. #29094)<br>Bradley C. Knapp (La. # 35867)<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5100<br>Fax: (504) 558-5200 |
| | **ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE** |

NO:1451240/00041:180500v1