UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE NO. 14-11638 |
| WILLIAM A. DEMMONS, III | * | |
| and | * | |
| KAREN S. FOWLER, | * | |
| | * | |
| Debtors, | * | |
| ********************************* | * | ************************************ |
| WILLIAM A. DEMMONS, III | * | ADVERSARY PROC. NO. 15-01024 |
| and | * | |
| KAREN S. FOWLER, | * | |
| Plaintiffs, | * | |
| | * | |
| versus | * | |
| | * | |
| R3 EDUCATION, INC. dba SABA | * | |
| UNIVERSITY SCHOOL OF MEDICINE; | * | |
| AMERICAN EDUCATIONAL | * | |
| SERVICES; MAINE EDUCATIONAL | * | |
| SERVICES; NAVIENT SOLUTIONS, | * | |
| INC.; STATE OF COLORADO, | * | |
| DEPARTMENT OF HIGHER | * | |
| EDUCATION, COLORADO STUDENT | * | |
| LOAN PROGRAM d/b/a COLLEGE | * | |
| ASSIST; FCDP NPSL LLC; DEUTCHE | * | |
| BANK; KEY BANK N.A.; KEY BANK | * | JUDGE JERRY A. BROWN |
| USA, N.A. | * | |
| DefendantS. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * * |

**MOTION FOR SUBSTITUTION OF EDUCATIONAL CREDIT MANAGEMENT
CORPORATION AS PARTY DEFENDANT DUE TO TRANSFER OF INTEREST**

Pursuant to Federal Rule of Bankruptcy Procedure 7025 and Federal Rule of Civil Procedure 25, Educational Credit Management Corporation ("**ECMC**") hereby requests the Court to enter an Order substituting ECMC for defendant State of Colorado, Department of Higher Educations, Colorado Student Loan Program d/b/a College Assist ("**College Assist**") as the party defendant in the instant adversary proceeding, which was initiated by the filing of the Debtors' Complaint to Determine Dischargeability of Student Loans (the "**Complaint**") by the

1483461.1

plaintiffs, William A. Demmons, III and Karen S. Fowler (the "**Plaintiffs**"). In support of the Motion, ECMC represents as follows:

1. Plaintiffs commenced the instant adversary proceeding against several defendants including, among others, Nelnet. Doc. No. 1.

2. Thereafter, College Assist moved to substitute into the action in place of Nelnet as the guarantor of the Plaintiffs' student loans subject to the Complaint that were previously held by Nelnet. Doc. No. 22. Thereafter, College Assist was substituted as the party defendant in place of Nelnet. Doc. No. 26.

3. The Complaint seeks to discharge the Plaintiffs' student loans based upon an alleged "undue hardship" under 11 U.S.C. § 523(a)(8).

4. On or about November 9, 2015, the student loans that are the subject of the Complaint were assigned by College Assist to ECMC, and ECMC now holds all right, title, and interest in and to these student loans.

5. Rule 25(c), Federal Rules of Civil Procedure, made applicable by Federal Rules of Bankruptcy Procedure 7025, provides that upon the transfer of the interest at issue, the Court, upon motion, may "direct the person to whom the interest is transferred to be substituted in the action or joined with the original party." For the reasons stated herein, ECMC should substituted as the party defendant in place of College Assist in the captioned adversary proceeding.

6. Counsel for ECMC has conferred with counsel for the Plaintiffs, who does not oppose the relief requested herein.

WHEREFORE, ECMC respectfully requests the Court enter an Order allowing ECMC to be substituted for College Assist as the party defendant in this adversary proceeding

1483461.1

pursuant to Federal Rule of Bankruptcy Procedure 7025, amending the caption of this proceeding accordingly, and granting ECMC such other and further relief as the Court deems necessary and proper.

Respectfully submitted, this 11th day of November, 2015.

>  */s/ Heather LaSalle Alexis*_____
> HEATHER LaSALLE ALEXIS (#31227)
> MARK J. CHANEY, III (#35704)
> McGlinchey Stafford PLLC
> 601 Poydras Street, 12th Floor
> New Orleans, LA 70130-3477
> Telephone: (504) 586-1200
> Facsimile: (504) 324-0749
>
> Counsel for Educational Credit Management Corporation

1483461.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been forwarded to the following:

| | | |
|---|---|---|
| William A. Demmons, III<br>Karen S. Fowler<br>400 Baptiste Circle<br>Houma, LA 70363 | Robin R. DeLeo<br>800 Ramon St<br>Mandeville, LA 70448<br>*Counsel for Plaintiffs* | C. Davin Boldissar<br>Bradley C. Knapp<br>Locke Lord LLP<br>601 Poydras Street<br>Suite 2660<br>New Orleans, LA 70130-6036<br>*Counsel for R3 Education, Inc. dba Saba University School of Medicine* |
| American Educational Services, c/o Eddie Upshaw, Registered Agent<br>Route 2, Box 15<br>Spearsville, LA 71277 | Maine Educational Services National Education Association, c/o Jonathan S R Beal, Registered Agent<br>P.O. Box 1400<br>Portland, ME 04104 | Jane Jackson<br>Kelly Hart & Pitre<br>400 Poydras Street<br>Suite 1812<br>New Orleans, LA 70130<br>*Counsel for College Assist* |
| Kyle Seedorf<br>1670 Broadway Su 900<br>Denver, CO 80202<br>*Counsel for College Assist* | FCDB NPSL LLC, c/o The Corporation Trust Company Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | FCDB NPSL LLC<br>c/o Goal Structured Solutions<br>401 West A Street, Su 1300<br>San Diego, CA 92101 |
| Deutche Bank<br>Through Legal Department<br>60 Wall Street 36th Floor<br>New York, NY 10005 | Earl F. Sundmaker<br>The Sundmaker Firm<br>1027 Ninth St.<br>New Orleans, LA 70115<br>*Counsel for Key Bank N.A.* | Key Bank USA, N.A.<br>Through Keybank Risk Operations<br>4901 Tiedman Road<br>OH-01-51-4002<br>Brooklyn, OH 44144 |

by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 11th day of November, 2015.

*/s/ Heather LaSalle Alexis*
HEATHER LaSALLE ALEXIS

1483461.1