# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE NO. 14-11638 |
| WILLIAM A. DEMMONS, III | * | |
| and | * | |
| KAREN S. FOWLER, | * | |
| | * | |
| Debtors, | * | |
| ********************************* | * | ************************************ |
| WILLIAM A. DEMMONS, III | * | ADVERSARY PROC. NO. 15-01024 |
| and | * | |
| KAREN S. FOWLER, | * | |
| Plaintiffs, | * | |
| | * | |
| versus | * | |
| | * | |
| R3 EDUCATION, INC. dba SABA | * | |
| UNIVERSITY SCHOOL OF MEDICINE; | * | |
| AMERICAN EDUCATIONAL | * | |
| SERVICES; MAINE EDUCATIONAL | * | |
| SERVICES; NAVIENT SOLUTIONS, | * | |
| INC.; STATE OF COLORADO, | * | |
| DEPARTMENT OF HIGHER | * | |
| EDUCATION, COLORADO STUDENT | * | |
| LOAN PROGRAM d/b/a COLLEGE | * | |
| ASSIST; FCDP NPSL LLC; DEUTCHE | * | |
| BANK; KEY BANK N.A.; KEY BANK | * | JUDGE JERRY A. BROWN |
| USA, N.A. | * | |
| DefendantS. | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * |

## **ORDER**

Upon considering the Motion for Substitution of Educational Credit Management Corporation as Party Defendant Due to Transfer of Interest [Doc. No. 103] filed pursuant to Federal Rule of Bankruptcy Procedure 7025 and Federal Rule of Civil Procedure 25, and good cause appearing therefor,

IT IS HEREBY ORDERED that Educational Credit Management Corporation is hereby substituted in the captioned adversary proceeding as the party defendant in place of

1483510.1

State of Colorado, Department of Higher Educations, Colorado Student Loan Program d/b/a College Assist.

    IT IS FURTHER ORDERED that the counsel for movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service evidencing such within three (3) days.

    New Orleans, Louisiana, November 12, 2015.

                                     */s/ J. A. Brown*
                                     Hon. Jerry A. Brown
                                     U.S. Bankruptcy Judge

1483510.1