# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE NO. 14-11638 |
| WILLIAM A. DEMMONS, III | * | |
| and | * | |
| KAREN S. FOWLER, | * | |
| | * | |
| Debtors, | * | |
| ********************************** | * | ************************************ |
| WILLIAM A. DEMMONS, III | * | ADVERSARY PROC. NO. 15-01024 |
| and | * | |
| KAREN S. FOWLER, | * | |
| Plaintiffs, | * | |
| | * | |
| versus | * | |
| | * | |
| R3 EDUCATION, INC. dba SABA | * | |
| UNIVERSITY SCHOOL OF MEDICINE; | * | |
| AMERICAN EDUCATIONAL | * | |
| SERVICES; MAINE EDUCATIONAL | * | |
| SERVICES; NAVIENT SOLUTIONS, | * | |
| INC.; STATE OF COLORADO, | * | |
| DEPARTMENT OF HIGHER | * | |
| EDUCATION, COLORADO STUDENT | * | |
| LOAN PROGRAM d/b/a COLLEGE | * | |
| ASSIST; FCDP NPSL LLC; DEUTCHE | * | |
| BANK; KEY BANK N.A.; KEY BANK | * | JUDGE JERRY A. BROWN |
| USA, N.A. | * | |
| DefendantS. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | * * * * * * * * * * * * * * * * * * * * * * |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Order entered on November 13, 2015 [Doc. No. 104], a copy of which is attached hereto as Exhibit "1," which was entered by the Court granting the Motion for Substitution of Educational Credit Management Corporation as Party Defendant Due to Transfer of Interest filed on behalf of Defendant, Educational Credit Management Corp. ("**ECMC**"), was served on this 13th day of November, 2015, by U.S. mail, postage prepaid, on the following parties:

1

1. The debtor, William A. Demmons, III, Karen S. Fowler, 400 Baptiste Circle, Houma, LA 70363;

2. Robin R. DeLeo, Esq., 800 Ramon Street, Mandeville, LA 70448;

3. C. Davin Boldissar, Bradley C. Knapp, Locke Lord LLP, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6036;

4. American Educational Services, c/o Eddie Upshaw, Registered Agent, Route 2, Box 15, Spearsville, LA 71277;

5. Maine Educational Services National Educational Association, c/o Jonathan S R Beal, Registered Agent, P.O. Box 1400, Portland, ME 04104;

6. Jane Jackson, Esq., Kelly Hart & Pitre, 400 Poydras Street, Suite 1812, New Orleans, LA 70130;

7. Kyle Seedorf, Esq., 1670 Broadway, Suite 900, Denver, CO 80202;

8. FCDB NPSL LLC, c/o The Corporation Trust Company, The Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801;

9. FCDB NPSL LLC, c/o Goal Structured Solutions, 401 West A Street, Suite 1300, San Diego, CA 92101;

10. Deutche Bank through Legal Department, 60 Wall Street, 36th Floor, New York, NY 10005;

11. Earl F. Sundmaker, The Sundmaker Firm, 1027 Ninth Street, New Orleans, LA 70115; and

12. Key Bank USA, N.A. through Keybank Risk Operations, 4901 Tiedman Road, OH-01-51-4002, Brooklyn, OH 44144.

Respectfully submitted, this 13th day of November, 2015.

**McGlinchey Stafford, PLLC**

 */s/ Heather LaSalle Alexis*_____
Heather LaSalle Alexis (#31227)
Mark Chaney (#35704)
12th Floor, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 596-0395
Facsimile: (504) 324-0749
hlasalle@mcglinchey.com
mchaney@mcglinchey.com
Counsel for Educational Credit Management Corp.