**Demmons et al. vs. R3 Education et al. -- Motion to Withdraw the Reference**

**Brian Richoux**     to: LAEDml_Intake                                          11/25/2015 11:20 AM
Cc: Gaynell Donelon

| From: | Brian Richoux/LAEB/05/USCOURTS |
|---|---|
| To: | LAEDml_Intake |
| Cc: | Gaynell Donelon/LAEB/05/USCOURTS@USCOURTS |

Please find attached the complete docket sheet and a Motion and Incorporated Memorandum to Withdraw Reference in our Adversary Proceeding 15-1024 (Main Bankruptcy Case No. 14-11638). This motion seeks relief from a district court judge. If you need additional pleadings, please contact Gaynell Donelon. Thank you.

 

15-1024 Demmons  Docket Sheet.pdf   Demmons p-107.pdf

Brian J. Richoux, Chief Deputy
U.S. Bankruptcy Court, Eastern District of Louisiana
504.589.7822
Brian_Richoux@laeb.uscourts.gov