# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>William A. Demmons<br>Karen S. Fowler<br><br>        Debtors.<br><br>William A. Demmons and<br>Karen S. Fowler<br><br>        Plaintiffs,<br><br>vs.<br><br>R3 Education Inc.<br>dba Saba University School of Medicine, et al.,<br><br>        Defendants. | Chapter 7<br><br>Division B<br><br>Case No. 14-11638<br><br><br><br><br><br>Adversary Proceeding<br>No. 15-1024 |

## *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 2014-1, Earl F. Sundmaker, III, ("Movant") an attorney duly admitted to this Bar of this Court, moves for admission of Joseph M. McCandlish of Weltman, Weinberg & Reis Co., LPA, *pro hac vice* for the purpose of appearing as co-counsel on behalf of Defendants KeyBank, N.A. and Deutsche Bank National Trust Co. in the within case. In support of this motion, Movant states as follows:

1. Joseph M. McCandlish is a member in good standing in the Supreme Court of Ohio, The Florida Bar, The Arizona Bar, U.S. District Court (Northern and Southern Districts of Ohio), all U.S. Districts Courts in Florida, U.S. District Court (District of Arizona), U.S. District Court (District of Colorado), and the Eleventh Circuit Court of Appeals.

2. Mr. McCandlish is employed as an attorney with Weltman, Weinberg & Reis, Co., LPA, 3705 Marlane Drive, Grove City, Ohio 43123.

3. Mr. McCandlish has not been convicted of a felony and has not previously been subject to any formal disciplinary proceedings.

4. Mr. McCandlish is familiar with the Local Rules of the Court.

5. Accompanying this motion is a Certificate of Good Standing issued by the Supreme Court of Ohio, as required by L.R. 2014-1(A)(3).

WHEREFORE, Movant respectfully requests that Joseph M. McCandlish be admitted *pro hac vice* to represent Defendants KeyBank, N.A. and Deutsche Bank National Trust Co. as co-counsel.

Respectfully submitted,

s/ *Earl F. Sundmaker, III*
Attorney for Defendants KeyBank, N.A. and
Deutsche Bank National Trust Co.
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA 701115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com

/s/ Joseph M. McCandlish
Joseph M. McCandlish OH Bar #0073775
Weltman, Weinberg & Reis Co., L.P.A.
3705 Marlane Drive
Grove City, OH 43123
(614) 801-2619
(614) 801-2601 (fax)
jmccandlish@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2015, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice*** using the CM/ECF system. Copies of this filing are being served this same date on all parties or their counsel of record in accordance with Fed.R.Bankr.P. and the Local Rules by operation of the court's electronic filing system or via First Class Mail, postage prepaid.

Electronic Filing through the court's electronic filing system upon:
Robin R. DeLeo, Attorney for Plaintiffs
Email: jennifer@northshoreattorney.com

C. Davin Boldissar, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: nobankecf@lockelord.com

Bradley C. Knapp, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: bknapp@lockelord.com

Heather A. LaSalle, Attorney for Educational Credit Management Corporation
Email: hlasalle@mcglinchey.com


And by First Class Mail, Postage Prepaid upon:
William A. Demmons, III
Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104


Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

/s/ *Earl F. Sundmaker, III*
Attorney for Defendants KeyBank, N.A. and
Deutsche Bank National Trust Co.
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA 70115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Joseph Michael McCandlish

was admitted to the practice of law in Ohio on November 13, 2001; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

> IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of November, 2015.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

Tammy White
*Attorney Services Manager*