**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| _____ | ) | |
| IN RE: | ) | Chapter 7 |
| | ) | |
| William A. Demmons | ) | Division B |
| Karen S. Fowler | ) | |
| | ) | Case No. 14-11638 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| William A. Demmons and | ) | |
| Karen S. Fowler | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding |
| | ) | No. 15-1024 |
| vs. | ) | |
| | ) | |
| R3 Education Inc. | ) | |
| dba Saba University School of Medicine, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING**
**_EX PARTE_ MOTION FOR ADMISSION _PRO HAC VICE_ [DOCKET #109]**

Upon consideration of the motion by Earl F. Sundmaker, III for admission of Joseph

M. McCandlish _pro hac vice_, Joseph M. McCandlish is admitted pro hac vice, for purposes of

this action. Mr. McCandlish is entered as co-counsel for Defendants Keybank, N.A. and

Deutsche Bank National Trust Co.

**IT IS SO ORDERED.**

New Orleans, Louisiana, December 10, 2015.

_J. A. Brown_
_____
Jerry A. Brown
U.S. Bankruptcy Judge