## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | Chapter 7 |
| William A. Demmons | Division B |
| Karen S. Fowler | |
| | Case No. 14-11638 |
|         Debtors. | |
| | |
| William A. Demmons and | |
| Karen S. Fowler | |
| | |
|         Plaintiffs, | Adversary Proceeding |
| | No. 15-1024 |
| vs. | |
| | |
| R3 Education Inc. | |
| dba Saba University School of Medicine, et al., | |
| | |
|         Defendants. | |

### **CERTIFICATE OF SERVICE**

I certify that the Order granting the *Ex Parte* Motion for Admission *Pro Hac Vice* (Docket #110) was served on all interested parties as listed below by depositing same in the U.S. Mail, postage prepaid, and/or by electronic mail on the 11th day of December, 2015:

Electronic Filing through the court's electronic filing system upon:
Robin R. DeLeo, Attorney for Plaintiffs
Email: jennifer@northshoreattorney.com

C. Davin Boldissar, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: nobankecf@lockelord.com

Bradley C. Knapp, Attorney for R3 Education, Inc. dba Saba University School of Medicine
Email: bknapp@lockelord.com

Heather A. LaSalle, Attorney for Educational Credit Management Corporation

Email: hlasalle@mcglinchey.com

And by First Class Mail, Postage Prepaid upon:
William A. Demmons, III
Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

/s/ *Earl F. Sundmaker, III*
Attorney for Defendants KeyBank, N.A. and
Deutsche Bank National Trust Co.
The Sundmaker Firm, LLC
1027 Ninth St.
New Orleans, LA  70115
Tel: (504) 568-0515
Fax: (504) 568-0519
Email: trey@sundmakerfirm.com