# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## AGREED MOTION TO AMEND SCHEDULING ORDER

R3 Education, Inc. d/b/a Saba University School of Medicine ("Saba") files this Agreed Motion to Amend Scheduling Order as follows:

1. The Court issued an Order (Doc. 100) scheduling a deadline that all dispositive motions be filed and noticed so that they may be heard no later than February 12, 2016;

2. The parties' understanding from the pretrial conference was that any dispositive motion was to be filed so that it may be heard no later than 30 days before trial (currently set for April 12, 2016). Therefore, dispositive motions could be filed as late as February 12, 2016, to be heard no later than March 11, 2016.

NO:1451240/00021:181210v1

3. To clarify this deadline, Saba requests that the Court enter an amended scheduling order, in the form attached as Exhibit A, with sole change being that the February 12, 2016 deadline be a deadline for <u>filing</u> dispositive motions.

4. The undersigned counsel has contacted the other parties to this matter, and that parties agree to the entry of the order in the form attached as Exhibit A hereto.

WHEREFORE, R3 Education, Inc. d/b/a Saba University School of Medicine respectfully prays that this Court enter the proposed Amended Scheduling Order in the form attached as Exhibit A hereto, and grant them such other relief in equity or law to which they show themselves entitled.

Dated: January 7, 2016

Respectfully Submitted,

By: <u>/s/ C. Davin Boldissar</u>
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

*Attorneys for R3 Education Inc., dba Saba University School of Medicine*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of January, 2016, the foregoing has been caused to be served on the following parties in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, with all other parties served through the Court's CM/ECF system:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

                                                   */s/ C. Davin Boldissar*
                                                   C. Davin Boldissar

NO:1451240/00021:181210v1