# EXHIBIT A

NO:1451240/00041:181206v1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and | |
| KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and | |
| KAREN S. FOWLER | |
| | |
| Plaintiff, | |
| | |
| vs. | |
| | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a | |
| SABA UNIVERSITY SCHOOL OF | |
| MEDICINE; AMERICAN | |
| EDUCATIONAL SERVICES; | |
| NAVIENT SOLUTIONS, INC., AND | |
| NELNET, INC. | |
| | |
| Defendants. | |

## AMENDED ORDER

This matter came before the Honorable Jerry A. Brown on October 30, 2015 as a Rule 16(b) conference and pre-trial conference.

    APPEARING:        Robin R. DeLeo
                                    Counsel for Plaintiffs

                                    C. Davin Boldissar
                                    Counsel for R3 Education, Inc.

                                    Jane Jackson
                                    Counsel for College Assist

                                    Earl F. Sundmaker
                                    Counsel for Key Bank, N.A.

2

|  |  |
|---|---|
| APPEARING BY TELEPHONE: | Joseph McCandlish<br>Counsel for Key Bank |
|  | Kyle Seedorf<br>Counsel for College Assist |

**IT IS ORDERED** that the trial is set for **TUESDAY, APRIL 12, 2016 AT 10:00 A.M. AND WEDNESDAY APRIL 13, 2016 AT 10:00 A.M**., said date and time being agreeable to counsel.

**IT IS FURTHER ORDERED** that all dispositive motions be filed no later than February 12, 2016, and noticed so that they may be heard no later than March 11, 2016.

**IT IS FURTHER ORDERED** that counsel file a pre-trial order as governed by the Court's Notice of Pretrial and Trial Procedures.

New Orleans, Louisiana, January __, 2016.

                                                                                                                                _____
                                                                                                                                Jerry A. Brown
                                                                                                                                U.S. Bankruptcy Judge

NO:1451240/00041:181206v1