## UNTIED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
### New Orleans Division

In re:

| | |
|---|---|
| WILLIAM A. DEMMONS, and<br>KAREN S. FOWLER,<br><br>      Debtors. | Bankr. Case No.: 14-11638-JAB<br><br>Chapter 7 |

| | |
|---|---|
| WILLIAM A. DEMMONS, and<br>KAREN S. FOWLER,<br><br>      Plaintiffs,<br>Vs.<br>R3 EDUCATION INC. dba SABA<br>UNIVERSITY SCHOOL OF MEDICINE,<br>AMERICAN EDUCATIONAL SERVICES,<br>MAINE EDUCATIONAL SERVICES,<br>NAVIENT SOLUTIONS, INC., and NELNET, INC.,<br><br>      Defendants. | Adv. Proc. No.: 15-01024 |

### STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN DEBT AND DISMISSING "MAINE EDUCATIONAL SERVICES." AS A DEFENDANT IN THIS ADVERSARY PROCEEDING

William A. Demmons and Karen S. Fowler ("Plaintiffs") and Maine Educational Services, the current owner of educational loans made by Maine Medical Association and serviced by Maine Education Services ("Maine") hereby stipulate as follows:

1. On June 25, 2014, Plaintiffs filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, and a discharge of eligible debts was entered on September 30, 2014.

2. On March 12, 2015, Plaintiffs filed a Complaint Seeking a Discharge of Educational

Loan Debt pursuant 11 U.S.C. § 532.(a)(8). Maine is a named Defendant in the Complaint.

3. Maine is the current owner of four educational loans originally made to Defendant Demmons by Maine Medical Association and serviced by Maine Education Service.

4. Plaintiff, William A. Demmons ("Mr. Demmons") is indebted to Maine pursuant to four private student loans which issued disbursements in December of 2006, July of 2007, September of 2008 and August of 2009 (the "Educational Loans").

5. As of the date of the filing of this Adversary Proceeding, there was a balance due and owing on the Educational Loans evidenced by the Promissory Note, including principal, interest and fees, in the amount of $62,791.16.

6. The parties agree to a discharge of Mr. Demmons' liability on the Educational Loans evidenced by the Promissory Note referenced herein above, as included within the general discharge entered in Plaintiff's main bankruptcy case on September 30, 2014, and is therefore, discharged.

7. The parties also agree to a dismissal of Maine as a Defendant in this Adversary Proceeding, subject to the terms of this Stipulation , upon approval of this Stipulation by the Court.

8. This Stipulation may be executed in counterparts, by facsimile and/or by electronic mail, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation between the parties.

WHEREFORE, the parties pray that this Honorable Court for an Order approving this Stipulation as to the discharge of four Educational Loans owned by Maine Educational Services (originally made by Maine Medical Association and serviced by Maine Education Service) in the

approximate amount of $62,791.16 and further dismissing Maine Educational Services as a

Defendant in this Adversary Proceeding, and for all other relief as is equitable and just.


By:/s/ Robin R De Leo
Robin R. De Leo
Bar Roll Number 20347
800 Ramon St.
Mandeville, LA 70448
985/727-1664
Jennifer@northshoreattorney.com
Attorney for Plaintiffs, Demmons and Fowler


By: /s/ Andrew B. MacLean
Bar Roll Number
PO Box 190
Manchester Maine 04351
(207) 622-3374
gsmith@mainemed.com
Attorney for Defendant, Maine
Deputy EVP and General Counsel