UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | |
| | BANKRUPTCY NO. |
| **WILLIAM A. DEMMONS** | **14-11638** |
| **KAREN S. FOWLER** | SECTION "B" |
| DEBTORS | CHAPTER 7 |
| **WILLIAM A. DEMMONS** | |
| **KAREN S. FOWLER** | |
| PLAINTIFFS | |
| VERSUS | ADVERSARY NO. |
| | 15-1024 |
| **R3 EDUCATION, INC., dba SABA** | |
| **UNIVERSITY SCHOOL OF MEDICINE, et al.** | |
| DEFENDANTS | |

## ORDER

Considering the motion to amend order **(P-112)**,

**IT IS ORDERED** that the motion to amend **(P-112)** is **GRANTED**. The amended scheduling order will be entered separately.

New Orleans, Louisiana, January 8, 2016.

JERRY A. BROWN
BANKRUPTCY JUDGE