# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § § § § § § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER § § § § § § Plaintiff, § § vs. § § R3 EDUCATION INC., d/b/a § SABA UNIVERSITY SCHOOL OF § MEDICINE; AMERICAN § EDUCATIONAL SERVICES; § NAVIENT SOLUTIONS, INC., AND § NELNET, INC. § § Defendants. § § | Adversary No. 15-01024 |

## AMENDED ORDER

This matter came before the Honorable Jerry A. Brown on October 30, 2015 as a Rule 16(b) conference and pre-trial conference.

    APPEARING:    Robin R. DeLeo
                                  Counsel for Plaintiffs

                                  C. Davin Boldissar
                                  Counsel for R3 Education, Inc.

                                  Jane Jackson
                                  Counsel for College Assist

                                  Earl F. Sundmaker
                                  Counsel for Key Bank, N.A.

    APPEARING BY

NO:1451240/00041:181206v1

TELEPHONE: Joseph McCandlish
Counsel for Key Bank

Kyle Seedorf
Counsel for College Assist

**IT IS ORDERED** that the trial is set for **TUESDAY, APRIL 12, 2016 AT 10:00 A.M. AND WEDNESDAY APRIL 13, 2016 AT 10:00 A.M**., said date and time being agreeable to counsel.

**IT IS FURTHER ORDERED** that all dispositive motions be filed no later than February 12, 2016, and noticed so that they may be heard no later than March 11, 2016.

**IT IS FURTHER ORDERED** that counsel file a pre-trial order as governed by the Court's Notice of Pretrial and Trial Procedures.

New Orleans, Louisiana, January 8, 2016.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

NO:1451240/00041:181206v1