# UNTIED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
### New Orleans Division

| | |
|---|---|
| In re: | |
| WILLIAM A. DEMMONS, and<br>KAREN S. FOWLER, | Bankr. Case No.: 14-11638-JAB |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS, and<br>KAREN S. FOWLER, | Adv. Proc. No.: 15-01024 |
| Plaintiffs, | |
| v. | |
| R3 EDUCATION INC. dba SABA<br>UNIVERSITY SCHOOL OF MEDICINE,<br>AMERICAN EDUCATIONAL SERVICES,<br>MAINE EDUCATIONAL SERVICES,<br>NAVIENT SOLUTIONS, INC., and NELNET, INC., | |
| Defendants. | |

**ORDER APPROVING
STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN DEBT
BETWEEN PLAINTIFF, WILLIAM A. DEMMONS AND
MAINE EDUCATIONAL SERVICES, AND
DISMISSING "MAINE EDUCATIONAL SERVICES"
<u>AS A DEFENDANT IN THIS ADVERSARY PROCEEDING</u>**

This matter came before the court on the Stipulation for Discharge of Educational Loan Debt between Plaintiff, William A. Demmons ("Plaintiff") and Maine Educational Services as the current owners of Educational Loans originally made by Maine and for a Dismissal of "Maine" as a Defendant in this Adversary Proceeding, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation is hereby approved and made an Order of this Court; and

**IT IS FURTHER ORDERED** that any and all Educational Loans between Maine, Maine Medical Association and Maine Education Services and Plaintiff, William A. Demmons', as more fully identified in the Stipulation, is discharged and specifically included within the general discharge, entered in Plaintiffs' main bankruptcy case on September 30, 2014; and

**IT IS FURTHER ORDERED** that Maine Educational Services is hereby dismissed as a Defendant in this Adversary Proceeding.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 8, 2016.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge