**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM A. DEMMONS and<br>KAREN S. FOWLER<br><br>Debtors. | CASE NO. 14-11638<br><br>Chapter 7 |
| WILLIAM A. DEMMONS and<br>KAREN S. FOWLER<br><br>Plaintiff,<br><br>vs.<br><br>R3 EDUCATION INC., d/b/a<br>SABA UNIVERSITY SCHOOL OF<br>MEDICINE; AMERICAN<br>EDUCATIONAL SERVICES;<br>NAVIENT SOLUTIONS, INC., AND<br>NELNET, INC.<br><br>Defendants. | Adversary No. 15-01024 |

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of January 2016, the Court's Order [Docket 115] has been caused to be served on the following in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, with all other parties served through the Court's CM/ECF system:

American Educational Services
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

Maine Educational Services
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

NO:1451240/00041:181568v1

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

| | |
|---|---|
| Dated: January 8, 2016 | Respectfully Submitted, |
| | By: */s/ C. Davin Boldissar*<br>C. Davin Boldissar (La. #29094)<br>Bradley C. Knapp (La. # 35867)<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5100<br>Fax: (504) 558-5200 |
| | **ATTORNEYS FOR R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE** |