**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and | § | |
| KAREN S. FOWLER | § | |
| | § | Chapter 7 |
| Debtors. | § | |
| WILLIAM A. DEMMONS and | § | |
| KAREN S. FOWLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a | § | |
| SABA UNIVERSITY SCHOOL OF | § | |
| MEDICINE; AMERICAN | § | |
| EDUCATIONAL SERVICES; | § | |
| NAVIENT SOLUTIONS, INC., AND | § | |
| NELNET, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## AMENDED ORDER

This matter came before the Honorable Jerry A. Brown on October 30, 2015 as a Rule 16(b) conference and pre-trial conference.

    APPEARING:    Robin R. DeLeo
                                Counsel for Plaintiffs

                                C. Davin Boldissar
                                Counsel for R3 Education, Inc.

                                Jane Jackson
                                Counsel for College Assist

                                Earl F. Sundmaker
                                Counsel for Key Bank, N.A.

    APPEARING BY

NO:1451240/00041:181206v1

TELEPHONE: Joseph McCandlish
Counsel for Key Bank

Kyle Seedorf
Counsel for College Assist

**IT IS ORDERED** that the trial is set for **TUESDAY, APRIL 12, 2016 AT 10:00 A.M. AND WEDNESDAY APRIL 13, 2016 AT 10:00 A.M**., said date and time being agreeable to counsel.

**IT IS FURTHER ORDERED** that all dispositive motions be filed no later than February 12, 2016, and noticed so that they may be heard no later than March 11, 2016.

**IT IS FURTHER ORDERED** that counsel file a pre-trial order as governed by the Court's Notice of Pretrial and Trial Procedures.

New Orleans, Louisiana, January 8, 2016.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

Demmons, III,
    Plaintiff

Adv. Proc. No. 15-01024-JAB

R3 Education, Inc. dba Saba University S,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: gd     Page 1 of 2     Date Rcvd: Jan 08, 2016
                         Form ID: pdf932     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2016.

```
smg            +Collector of Revenue,   City of New Orleans,    Department of Finance,
                 1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
                 Baton Rouge, LA 70896-6658
smg             U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
                 New Orleans, LA  70130-7212
dft             American Educational Services,    Eddie Upshaw, Registered Agent,    Rt 2, Box. 15,
                 Spearsville, LA  71277
dft            +Deutche Bank,    Through Legal Department,    60 Wall Street  36th Floor,
                 New York, NY 10005-2837
cr             +Deutsche Bank National Trust Co.,    1027 Ninth St.,    New Orleans, LA 70115-2308
dft            +Educational Credit Management Corporation,    McGlinchey Stafford, PLLC,
                 c/o Heather LaSalle Alexis,    601 Poydras Street, 12th Floor,    New Orleans, LA 70130-6057
dft            +FCDB NPSL LLC,    The Corporation Trust Company,    Corporation Trust Center,
                 1209 Orange Street,    Wilmington, DE 19801-1196
dft            +FCDB NPSL LLC,    c/o Goal Structured Solutions,    401 West A Street, Su 1300,
                 San Diego, CA 92101-7901
pla            +Karen S. Fowler,    400 Baptiste Circle,    Houma, LA 70363-8504
dft            +Key Bank N.A.,    Through CEO Beth Mooney,    127 Public SQ,    Cleveland, OH 44114-1226
dft             Key Bank USA, N.A.,    Through Keybank Risk Operations,    4901 Tiedman Road,    OH-01-51-4002,
                 Brooklyn, OH  44144
dft            +Maine Educational Services,    National Education Association,
                 Jonathan S R Beal, Registered Agent,    PO Box 1400,    Portland, ME 04104-1400
dft             Navient Solutions, Inc.,    Corporate Service Company, Registered Ag,    320 Somerulos St.,
                 Baton Rouge, LA  70802-6129
dft            +R3 Education, Inc. dba Saba University School of M,    Corporate Service Company,    84 State St.,
                 Boston, MA 02109-2202
pla            +William A. Demmons, III,    400 Baptiste Circle,    Houma, LA 70363-8504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Jan 08 2016 19:16:38     Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
ust             E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Jan 08 2016 19:16:32      Office of the U.S. Trustee,
                 400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
                                                                                              TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2016 at the address(es) listed below:

```
              Bradley C. Knapp    on behalf of Defendant    R3 Education, Inc. dba Saba University School of
               Medicine bknapp@lockelord.com, kmillet@lockelord.com
              C. Davin Boldissar    on behalf of Defendant    R3 Education, Inc. dba Saba University School of
               Medicine nobankecf@lockelord.com
              Earl F. Sundmaker    on behalf of Defendant    Key Bank N.A. trey@sundmakerfirm.com
              Earl F. Sundmaker    on behalf of Creditor    Deutsche Bank National Trust Co.
               trey@sundmakerfirm.com
              Heather A. LaSalle    on behalf of Defendant    Educational Credit Management Corporation
               hlasalle@mcglinchey.com, lgraff@mcglinchey.com
```

```
District/off: 053L-2          User: gd                   Page 2 of 2                   Date Rcvd: Jan 08, 2016
                              Form ID: pdf932            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Joseph M McCandlish    on behalf of Defendant    Key Bank USA, N.A. jmccandlish@weltman.com, colnationalecf@weltman.com
         Robin R. DeLeo    on behalf of Plaintiff Karen S. Fowler jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
         Robin R. DeLeo    on behalf of Plaintiff William A. Demmons, III jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com

                                                                                                                  TOTAL: 8