UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | CASE NO. 14-11638 |
| | * | |

William A. Demmons and
Karen S. Fowler

     Plaintiff/ Debtors       *     ADV PROC. NO. 15-01024

versus

R3 Education Inc., dba Saba University
School of Medicine;
American Educational Services; Maine
Educational Services; Navient Solutions,
Inc., and Nelnet, Inc

     Defendants

****************************************************************************

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Order (P-116) was served on January 12, 2016 upon the following:

**C. Davin Boldissar,** Locke Lord LLP       dboldiss@lockelord.com
Attorney for R3 Education, dba Saba

Bradley C. Knapp, Locke Lord LLP       bknapp@lockelord.com
Attorney for R3 Education, dba Saba

Andrew B. MacLean       amaclean@mainemed.com
Attorney for Defendant, Maine
Deputy EVP and General Counsel

Gordon Smith       gsmith@mainemed.com
Executive VP for Defendant, Maine

Earl F. Sundmaker       trey@sundmakerfirm.com
Attorney for Key Bank N.A.

Joseph McCandlish
Attorney for Key Bank N.A.
jmccandlish@weltman.com


Heather A. LaSalle
Attorney for Educational Credit Management
Corporation
hlasalle@mcglinchey.com


                                        THE DE LEO LAW FIRM LLC
                                        /s/ Robin R. De Leo
                                        Bar Roll No. 20347
                                        800 Ramon St.
                                        Mandeville, LA 70448
                                        (985) 727-1664
                                        (985) 727-4388 (Facsimile)