UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

**********************************************************

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
|    Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit Management | * | |
| Corporation, | * | |
|    Defendants | * | |
| | * | |

****************************************

### DEBTOR'S/PLAINTIFF'S REQUEST FOR CLERK OF COURT'S ENTRY OF DEFAULT

William A. Demmons and Karen S. Fowler, Debtors/Plaintiffs in the above captioned adversary proceeding ("Plaintiff") requests that the Clerk of Court issue an Entry of Default against FCDB NPSL Trust, 2010-1, aka Goal Structured Solutions ("FCDB"), a Defendant herein and represent as follows:

1.

Plaintiffs initiated this Adversary Proceeding as a Complaint to determine Dischargablity of Student Loan Debt on March 12, 2015. Plaintiff filed their First Amended Complaint on July 30, 2015 to specifically name Defendant, FCDB as the Owner of Student Loan debt serviced by American Education Services.

2.

The Clerk issued a summons for Defendant FCDB on July 31, 2015. A copy of the summons and the pacer docket sheet for this Adversary Proceeding is attached hereto as Exhibit "A". The Plaintiffs filed into the record his Notice of Services of Summons on July 31, 2015.

3.

Service of the Summons was made by Plaintiffs by Certified Mail received by the Defendant as evidenced by the USPS Tracking Certified Mail Return Receipt print out, attached hereto as Exhibit "B".

4.

No answer has been filed by Defendant, FCDB although the deadlines imposed by the Federal Rules of Bankruptcy Procedure for the filing of an Answer or other defense has lapsed.

WHEREFORE, Plaintiffs/Debtors, William Demmons and Karen Fowler, Plaintiffs herein request the Clerk of Court's Entry of Default.

    Respectfully submitted,

    THE DE LEO LAW FIRM, L.L.C.
    /s/ Robin R. De Leo
    Bar Roll No. 20347
    800 Ramon St.
    Mandeville, LA 70448
    (985) 727-1664
    Jennifer@northshoreattorney.com
    (985) 727-4388 Facsimile