ProHacVice

# U.S. Bankruptcy Court
## Eastern District of Louisiana (New Orleans)
## Adversary Proceeding #: 15-01024

*Assigned to:* Jerry A. Brown                        *Date Filed:* 03/12/15
*Lead BK Case:* 14-11638
*Lead BK Title:* William A. Demmons, III and Karen S.
Fowler
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 63 Dischargeability - 523(a)(8), student loan

### *Plaintiff*
-----------------------

**William A. Demmons, III**            represented by **Robin R. DeLeo**
400 Baptiste Circle                                      800 Ramon St
Houma, LA 70363                                          Mandeville, LA 70448
SSN / ITIN: xxx-xx-5558                                  (985) 727-1664
                                                         Fax : (985) 727-4388
                                                         Email: jennifer@northshoreattorney.com


### *Plaintiff*
-----------------------

**Karen S. Fowler**                    represented by **Robin R. DeLeo**
400 Baptiste Circle                                      (See above for address)
Houma, LA 70363
SSN / ITIN: xxx-xx-8597


V.

### *Defendant*
-----------------------

**R3 Education, Inc. dba Saba University**   represented by **C. Davin Boldissar**
**School of Medicine**                                    Locke Lord LLP
Corporate Service Company                                 601 Poydras Street
84 State St.                                              Suite 2660
Boston, MA 02110                                          New Orleans, LA 70130-6036
                                                          (504) 558-5110
                                                          Fax : (504) 558-5200
                                                          Email: nobankecf@lockelord.com

**Bradley C. Knapp**
Locke Lord LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130
504 558-5210
Fax : 504 910-6847
Email: bknapp@lockelord.com

*Defendant*

--------------------

**American Educational Services**          represented by **American Educational Services**
Eddie Upshaw, Registered Agent                            PRO SE
Rt 2, Box. 15
Spearsville, LA 71277

*Defendant*

--------------------

**Maine Educational Services**             represented by **Maine Educational Services**
National Education Association                            PRO SE
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

*Defendant*

--------------------

**Navient Solutions, Inc.**                represented by **Navient Solutions, Inc.**
Corporate Service Company, Registered Ag                  PRO SE
320 Somerulos St.
Baton Rouge, LA 70802-6129

*Defendant*

--------------------

**State of Colorado, Department of Higher**   represented by **Jane Jackson**
**Education, Colorado Student Loan**                         Kelly Hart & Pitre
**Program d/b/a College Assist,** *State of*                 400 Poydras Street
*Colorado, Department of Higher Education,*                  Suite 1812
*Colorado Student Loan Program d/b/a*                        New Orleans, LA 70130
*College Assist*                                            (504) 522-1812
1560 Broadway                                               Fax : (504) 522-1813
Suite 1700                                                  Email: jane.jackson@kellyhart.com
Denver, CO 80202                                            *TERMINATED: 11/13/2015*
720-264-8531
*TERMINATED: 11/13/2015*                                    **Kyle Seedorf**

1670 Broadway Su 900
Denver, CO 80202
Email: KSeedorf@talawfirm.com
*TERMINATED: 11/13/2015*

*Defendant*

-----------------------

**FCDB NPSL LLC**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Defendant*

-----------------------

**FCDB NPSL LLC**
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

*Defendant*

-----------------------

**Deutche Bank**
Through Legal Department
60 Wall Street 36th Floor
New York, NY 10005

*Defendant*

-----------------------

**Key Bank N.A.**                        represented by **Earl F. Sundmaker**
Through CEO Beth Mooney                  The Sundmaker Firm
127 Public SQ                            1027 Ninth St.
Cleveland, OH 44114                      New Orleans, LA 70115
                                         (504) 568-0515
                                         Fax : (504) 568-0519
                                         Email: trey@sundmakerfirm.com

*Defendant*

-----------------------

**Key Bank USA, N.A.**                   represented by **Joseph M McCandlish**
Through Keybank Risk Operations          Weltman Weinberg & Reis Co., LPA
4901 Tiedman Road                        3705 Marlane Drive
OH-01-51-4002                            Grove City, OH 43123

Brooklyn, OH 44144

(614) 801-2619
Fax : (614) 801-2601
Email: jmccandlish@weltman.com

**Defendant**
--------------------

**Educational Credit Management**
**Corporation**
McGlinchey Stafford, PLLC
c/o Heather LaSalle Alexis
601 Poydras Street, 12th Floor
New Orleans, LA 70130

represented by **Heather A. LaSalle**
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(504) 596-0395
Fax : (504) 324-0749
Email: hlasalle@mcglinchey.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/12/2015 | <u>1</u><br>(19 pgs) | Adversary case 15-01024. Complaint *to Determine Dischargeability of Student Loans* by William A. Demmons III, Karen S. Fowler against R3 Education, Inc. dba Saba University School of Medicine, American Educational Services, Maine Educational Services, Navient Solutions, Inc., Nelnet, Inc.. Fee Amount $350. (63 (Dischargeability - 523(a)(8), student loan)) (DeLeo, Robin) (Entered: 03/12/2015) |
| 03/12/2015 | | Receipt of filing fee for Complaint(15-01024) [cmp,cmp] ( 350.00). Receipt number 5127476, amount $ 350.00. (re:Doc# <u>1</u>) (U.S. Treasury) (Entered: 03/12/2015) |
| 03/13/2015 | <u>2</u><br>(3 pgs) | Summons Issued on Maine Educational Services of National Education Association Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | <u>3</u><br>(3 pgs) | Summons Issued on Navient Solutions, Inc. of Corporate Service Company, Registered Ag Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | <u>4</u><br>(3 pgs) | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | <u>5</u><br>(3 pgs) | Summons Issued on Nelnet, Inc. of Angie R. Miller Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| | | |

| | | |
|---|---|---|
| 03/13/2015 | 6<br>(3 pgs) | Summons Issued on R3 Education, Inc. dba Saba University School of Medicine of Corporate Service Company Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/16/2015 | 7<br>(1 pg) | Summons Service Executed on R3 Education, Inc. dba Saba University School of Medicine 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 8<br>(2 pgs) | Summons Service Executed on American Educational Services 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 9<br>(2 pgs) | Summons Service Executed on Maine Educational Services 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 10<br>(2 pgs) | Summons Service Executed on Navient Solutions, Inc. 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 11<br>(2 pgs) | Summons Service Executed on Nelnet, Inc. 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 04/08/2015 | 12<br>(2 pgs) | First Amended Summons Service Executed on American Educational Services 4/8/2015 . (DeLeo, Robin) (Entered: 04/08/2015) |
| 04/08/2015 | 13<br>(2 pgs) | First Amended Summons Service Executed on Maine Educational Services 4/8/2015 . (DeLeo, Robin) (Entered: 04/08/2015) |
| 04/08/2015 | 14<br>(3 pgs) | Stipulation By William A. Demmons III, Karen S. Fowler and Between Navient Solutions, Inc. Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)1 Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (DeLeo, Robin) (Entered: 04/08/2015) |
| 04/09/2015 | 15<br>(1 pg) | Notice of Deficiency New Summons must be requested The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.(RE: (related document(s)12 Summons Service Executed, 13 Summons Service Executed) |

|            |                | Deficiency Correction due by 4/13/2015. (Donelon, G) (Entered: 04/09/2015) |
|------------|----------------|----------------------------------------------------------------------------|
| 04/09/2015 | 16 (2 pgs)     | Request for Issuance of Summons *for Defendant, American Education Services* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 04/09/2015) |
| 04/09/2015 | 17 (2 pgs)     | Request for Issuance of Summons *for Defendant, Maine Education Services* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 04/09/2015) |
| 04/09/2015 | 18 (3 pgs)     | Summons Issued on Maine Educational Services of National Education Association Answer Due 5/11/2015. (Donelon, G) (Entered: 04/09/2015) |
| 04/09/2015 | 19 (3 pgs)     | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 5/11/2015. (Donelon, G) (Entered: 04/09/2015) |
| 04/10/2015 | 20 (1 pg)      | Summons Service Executed on American Educational Services 4/10/2015 . (DeLeo, Robin) (Entered: 04/10/2015) |
| 04/10/2015 | 21 (1 pg)      | Summons Service Executed on Maine Educational Services 4/10/2015 . (DeLeo, Robin) (Entered: 04/10/2015) |
| 04/13/2015 |                | Corrective Deficiency Satisfied (Donelon, G) (Entered: 04/13/2015) |
| 04/13/2015 | 22 (4 pgs)     | Unopposed Motion for Authority *to Substitute State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist as Proper Party in place of Nelnet, Inc.* Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (Jackson, Jane) (Entered: 04/13/2015) |
| 04/13/2015 | 23 (3 pgs)     | Unopposed Motion *for Ex Parte Consideration* Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)22 Motion for Authority filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) (Jackson, Jane) (Entered: 04/13/2015) |

| 04/13/2015 | <u>24</u><br>(19 pgs) | Answer to Complaint Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (Jackson, Jane) (Entered: 04/13/2015) |
| 04/14/2015 | <u>25</u><br>(2 pgs) | Order APPROVING STIPULATION FOR DISCHARGE of EDUCATIONAL LOAN LOAN DEBT Between PLAINTIFFS AND NAVIENT SOLUTIONS, INC, and Dismissing "NAVIENT SOLUTIONS, INC" AS DEFENDANT IN THIS AVERSARY IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on April 14, 2015 (RE: related document (s)<u>14</u> Stipulation filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Donelon, G) (Entered: 04/14/2015) |
| 04/14/2015 | <u>26</u><br>(2 pgs) | Order Granting Motion For Authority IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) <u>22</u> Motion for Authority filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) Signed on April 14, 2015. (Donelon, G) (Entered: 04/14/2015) |
| 04/14/2015 | <u>27</u><br>(1 pg) | Order Granting Motion IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)<u>23</u> Motion to substitute party filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) Signed on April 14, 2015. (Donelon, G) (Entered: 04/14/2015) |
| 04/14/2015 | <u>28</u><br>(2 pgs) | Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)<u>25</u> Order) (DeLeo, Robin) (Entered: 04/14/2015) |
| 04/14/2015 | | |

|  |  |  |
|---|---|---|
|  | 29 (2 pgs) | Certificate of Service Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)26 Order on Motion for Authority) (Jackson, Jane) (Entered: 04/14/2015) |
| 04/14/2015 | 30 (2 pgs) | Certificate of Service Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)27 Generic Order) (Jackson, Jane) (Entered: 04/14/2015) |
| 04/15/2015 | 31 (2 pgs) | First Amended Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)28 Certificate of Service filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (DeLeo, Robin) (Entered: 04/15/2015) |
| 05/01/2015 | 32 (4 pgs; 2 docs) | Unopposed Motion to Extend Time *to File FResponsive Pleadings* Filed by R3 Education, Inc. dba Saba University School of Medicine (Attachments: # 1 Exhibit) (Boldissar, C.) (Entered: 05/01/2015) |
| 05/04/2015 | 33 (2 pgs) | Order Granting Motion to Extend Time till, Deadline extended to June 1, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)32 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on May 4, 2015. (Donelon, G) (Entered: 05/04/2015) |
| 05/04/2015 | 34 (2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)33 Order on Motion to Extend Time) (Boldissar, C.) (Entered: 05/04/2015) |
| 05/28/2015 | 35 (4 pgs; 2 docs) | Unopposed Motion to Extend Time *to File Responsive Pleadings* Filed by R3 Education, Inc. dba Saba University School of Medicine (Attachments: # 1 Exhibit Proposed Order to be emailed) (Boldissar, C.) (Entered: 05/28/2015) |
| 05/29/2015 | 36 (2 pgs) | Order Granting Motion to Extend Time until June 10, 2015 IT IS FURTHER ORDERED that movant shall |

| | | |
|---|---|---|
| | | serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)35 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on May 29, 2015. (Donelon, G) (Entered: 05/29/2015) |
| 06/02/2015 | 37 (2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)36 Order on Motion to Extend Time) (Boldissar, C.) (Entered: 06/02/2015) |
| 06/10/2015 | 38 (7 pgs) | Motion to Dismiss Adversary Proceeding *and Incorporated Memorandum in Support or Alternatively, Motion for More Definite Statement* Filed by R3 Education, Inc. dba Saba University School of Medicine (Boldissar, C.) (Entered: 06/10/2015) |
| 06/10/2015 | 39 (2 pgs) | Notice of Hearing Filed by Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Hearing scheduled for 7/1/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (Boldissar, C.) (Entered: 06/10/2015) |
| 06/10/2015 | 40 (2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)39 Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (Boldissar, C.) (Entered: 06/10/2015) |
| 06/30/2015 | 41 (3 pgs) | Agreed Motion to Continue Hearing On *its Motion to Dismiss* Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (Boldissar, C.) (Entered: 06/30/2015) |
| 06/30/2015 | 42 (2 pgs) | Order Granting Motion To Continue/Reschedule Hearing On (RE: related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of |

| | | |
|---|---|---|
| | | Medicine) Signed on June 30, 2015. Hearing scheduled for 7/15/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (Donelon, G) (Entered: 06/30/2015) |
| 07/07/2015 | <u>43</u><br>(8 pgs) | Response with Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)<u>38</u> Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, <u>39</u> Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, <u>42</u> Order on Motion to Continue/Reschedule Hearing) Hearing scheduled for 7/15/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (DeLeo, Robin) (Entered: 07/07/2015) |
| 07/13/2015 | <u>44</u><br>(3 pgs) | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 8/12/2015. (Donelon, G) (Entered: 07/13/2015) |
| 07/13/2015 | 45 | Summons Issued on Maine Educational Services of National Education Association Answer Due 8/12/2015. (Donelon, G) (Entered: 07/13/2015) |
| 07/13/2015 | <u>46</u><br>(3 pgs) | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 8/12/2015. (Donelon, G) (Entered: 07/13/2015) |
| 07/16/2015 | <u>47</u><br>(1 pg) | Summons Service Executed on American Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | <u>48</u><br>(1 pg) | Summons Service Executed on American Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | <u>49</u><br>(1 pg) | Summons Service Executed on American Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | <u>50</u><br>(3 pgs) | *Disregard* Summons Issued on Maine Educational Services of National Education Association Answer Due 8/17/2015. (McGinn, S) Modified on 7/16/2015 (McGinn, S). (Entered: 07/16/2015) |
| 07/16/2015 | <u>51</u><br>(3 pgs) | Summons Issued on MES Answer Due 8/17/2015. (McGinn, S) (Entered: 07/16/2015) |

| 07/16/2015 | 52 (3 pgs) | Summons Issued on Maine Education Services Answer Due 8/17/2015. (McGinn, S) (Entered: 07/16/2015) |
|---|---|---|
| 07/16/2015 | 53 (1 pg) | Summons Service Executed on Maine Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 54 (1 pg) | Summons Service Executed on Maine Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 55 (1 pg) | Summons Service Executed on Maine Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 56 (3 pgs; 2 docs) | Order Denying Motion to Dismiss Adversary Proceeding and Granting Motion for More Definite Statement. (RE: related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Plaintiffs have 7 Days to file an Amended Complaint. Signed on July 16, 2015. (Nunnery, J.) (Entered: 07/16/2015) |
| 07/17/2015 | 57 (2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)56 Order on Motion to Dismiss Adversary Proceeding) (Knapp, Bradley) (Entered: 07/17/2015) |
| 07/30/2015 | 58 (12 pgs) | Amended Complaint *to Determine Dischargeability of Student Loans* by Robin R. DeLeo on behalf of William A. Demmons III, Karen S. Fowler against all defendants (related document(s)1). (DeLeo, Robin) (Entered: 07/30/2015) |
| 07/31/2015 | 59 (3 pgs) | Summons Issued on Deutche Bank of Through Legal Department Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 60 (3 pgs) | Summons Issued on FCDB NPSL LLC of The Corporation Trust Company Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 61 (3 pgs) | |

| | | |
|---|---|---|
| | | Summons Issued on FCDB NPSL LLC of c/o Goal Structured Solutions Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 62 (3 pgs) | Summons Issued on Key Bank N.A. of Through CEO Beth Mooney Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 63 (3 pgs) | Summons Issued on Key Bank USA, N.A. of Through Keybank Risk Operations Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 64 (1 pg) | Summons Service Executed on Deutche Bank 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 65 (1 pg) | Summons Service Executed on Deutche Bank 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 66 (1 pg) | Summons Service Executed on FCDB NPSL LLC 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 67 (1 pg) | Summons Service Executed on FCDB NPSL LLC 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 68 (1 pg) | Summons Service Executed on Key Bank N.A. 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 69 (1 pg) | Summons Service Executed on Key Bank USA, N.A. 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 08/11/2015 | 70 (2 pgs) | Document (Letter received from Maine Medical Association). (Nunnery, J.) (Entered: 08/11/2015) |
| 08/12/2015 | 71 (14 pgs) | Answer to Amended Complaint Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Jackson, Jane) (Entered: 08/12/2015) |
| 08/12/2015 | 72 (3 pgs) | Unopposed Motion to Extend Time Filed by R3 Education, Inc. dba Saba University School of Medicine (Boldissar, C.) (Entered: 08/12/2015) |
| 08/14/2015 | 73 (2 pgs) | Order Granting Motion to Extend Time to August 20, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not |

| | | |
|---|---|---|
| | | receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)72 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on August 14, 2015. (Donelon, G) (Entered: 08/14/2015) |
| 08/18/2015 | 74 (2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)73 Order on Motion to Extend Time) (Boldissar, C.) (Entered: 08/18/2015) |
| 08/20/2015 | 75 (9 pgs) | Motion to Dismiss Document *First Amended Complaint* Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Knapp, Bradley) (Entered: 08/20/2015) |
| 08/20/2015 | 76 (2 pgs) | Notice of Hearing Filed by Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) Hearing scheduled for 9/23/2015 at 09:00 AM (check with court for location). (Knapp, Bradley) (Entered: 08/20/2015) |
| 08/20/2015 | 77 (3 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)76 Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (Knapp, Bradley) (Entered: 08/20/2015) |
| 08/31/2015 | 78 (15 pgs) | Answer to Amended Complaint Filed by Key Bank N.A. (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Sundmaker, Earl) (Entered: 08/31/2015) |
| 08/31/2015 | 79 (3 pgs) | Statement of Corporate Ownership filed. Filed by Key Bank N.A. (Sundmaker, Earl) (Entered: 08/31/2015) |
| 09/18/2015 | 80 (3 pgs) | Ex Parte Motion to Continue Hearing On *SABA's Motion to Dismiss with Certificate of Service* Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)75 Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba |

| | | |
|---|---|---|
| | | Saba University School of Medicine, <u>76</u> Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (DeLeo, Robin) (Entered: 09/18/2015) |
| 09/21/2015 | <u>81</u><br>(2 pgs) | Order Granting Motion To Continue/Reschedule Hearing On (RE: related document(s)<u>75</u> Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, <u>80</u> Motion to Continue/Reschedule Hearing filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) Signed on September 21, 2015. Hearing scheduled for 10/14/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B.** (Donelon, G) (Entered: 09/21/2015) |
| 09/21/2015 | <u>82</u><br>(1 pg) | Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)<u>81</u> Order on Motion to Continue/Reschedule Hearing) (DeLeo, Robin) (Entered: 09/21/2015) |
| 09/28/2015 | <u>83</u><br>(1 pg) | Notice of Rule 16(b) Conference and Pre-Trial Conference. Pre-Trial Conference scheduled for 10/30/2015 at 10:00 AM at Hale Boggs Federal Building, Room B-741A, 500 Poydras Street. (Matrana, L) (Entered: 09/28/2015) |
| 09/29/2015 | <u>84</u><br>(15 pgs) | Answer to Complaint , Answer to Amended Complaint Filed by Deutsche Bank National Trust Co. (RE: (related document(s)<u>1</u> Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler, <u>58</u> Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Sundmaker, Earl) (Entered: 09/29/2015) |
| 09/29/2015 | <u>85</u><br>(4 pgs) | Statement of Corporate Ownership filed. Filed by Deutsche Bank National Trust Co. (Sundmaker, Earl) (Entered: 09/29/2015) |
| 09/30/2015 | <u>86</u><br>(2 pgs) | BNC Certificate of Mailing - PDF Document(RE: (related document(s)<u>83</u> Rule 16b Conference and Pre-Trial Conference) Notice Date 09/30/2015. (Admin.) (Entered: 09/30/2015) |
| 10/06/2015 | <u>87</u><br>(8 pgs) | Opposition with Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)<u>75</u> Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba |

| | | |
|---|---|---|
| | | Saba University School of Medicine) Hearing scheduled for 10/14/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (DeLeo, Robin) (Entered: 10/06/2015) |
| 10/08/2015 | 88 (4 pgs; 2 docs) | Motion to Appear pro hac vice Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (Attachments: # 1 Exhibit 1 - Certificate of Good Standing) (Jackson, Jane) (Entered: 10/08/2015) |
| 10/08/2015 | 89 (3 pgs) | Motion *for Ex Parte Consideration* Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)88 Motion to Appear pro hac vice filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) (Jackson, Jane) (Entered: 10/08/2015) |
| 10/08/2015 | 90 (3 pgs) | Document *Exhibit 1* Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)87 Opposition filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (DeLeo, Robin) (Entered: 10/08/2015) |
| 10/09/2015 | 91 (1 pg) | Order Granting Motion Kyle Seedolf To Appear pro hac vice IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)88 Motion to Appear pro hac vice filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) Signed on October 9, 2015. (Donelon, G) (Entered: 10/09/2015) |
| 10/13/2015 | 92 (2 pgs) | Certificate of Service Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)91 Order on Motion to Appear pro hac vice) (Jackson, Jane) (Entered: 10/13/2015) |
| 10/16/2015 | 93 (1 pg) | Second Amended Summons Service Executed on Maine Educational Services 10/16/2015 . (DeLeo, Robin) (Entered: 10/16/2015) |

| | | |
|---|---|---|
| 10/19/2015 | 94<br>(2 pgs) | Order Denying Application to Dismiss/Withdraw Document (RE: related document(s)75 Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on 10/19/15. (Lew, K) (Entered: 10/19/2015) |
| 10/19/2015 | 95<br>(2 pgs) | Request for Issuance of Summons *for Maine* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 10/19/2015) |
| 10/20/2015 | 96<br>(3 pgs) | Summons Issued on Maine Educational Services of National Education Association Answer Due 11/19/2015. (Donelon, G) (Entered: 10/20/2015) |
| 10/20/2015 | 97<br>(1 pg) | Summons Service Executed on Maine Educational Services 10/20/2015 . (DeLeo, Robin) (Entered: 10/20/2015) |
| 10/30/2015 | 98<br>(4 pgs) | Unopposed Motion to Extend Time *to File Pleadings* Filed by R3 Education, Inc. dba Saba University School of Medicine (Knapp, Bradley) (Entered: 10/30/2015) |
| 11/02/2015 | 99<br>(2 pgs) | Order Granting Motion to Extend Time to November 23, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)98 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on November 2, 2015. (Donelon, G) (Entered: 11/02/2015) |
| 11/03/2015 | 100<br>(2 pgs) | Order Setting Trial Signed on November 3, 2015 (RE: related document(s)1 Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) Trial scheduled for 4/12/2016 at 10:00 AM and April 13,2016 at 10:00 A.M at 500 Poydras Street, Suite B-705 **SECTION B**. (Donelon, G) (Entered: 11/03/2015) |
| 11/04/2015 | 101<br>(2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)99 Order on Motion to Extend Time) (Knapp, Bradley) (Entered: 11/04/2015) |

| 11/05/2015 | 102<br>(4 pgs) | BNC Certificate of Mailing - PDF Document(RE: (related document(s)100 Order to Set Trial) Notice Date 11/05/2015. (Admin.) (Entered: 11/05/2015) |
| 11/11/2015 | 103<br>(4 pgs) | Unopposed Motion for Authority *for Substitution of Educational Credit Management Corporation as Party Defendant due to Transfer of Interest* Filed by Educational Credit Management Corporation (LaSalle, Heather) (Entered: 11/11/2015) |
| 11/13/2015 | 104<br>(2 pgs) | Order Granting Motion For Authority to Substitute Party Defendant IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)103 Motion for Authority filed by Creditor Educational Credit Management Corporation) Signed on November 12, 2015. (Nunnery, J.) (Entered: 11/13/2015) |
| 11/13/2015 | 105<br>(5 pgs; 2 docs) | Certificate of Service Filed by Educational Credit Management Corporation (RE: (related document(s) 104 Order on Motion for Authority) (Attachments: # 1 Exhibit 1) (LaSalle, Heather) (Entered: 11/13/2015) |
| 11/23/2015 | 106<br>(16 pgs) | Answer to Complaint , Answer to Amended Complaint Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)1 Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler, 58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Knapp, Bradley) (Entered: 11/23/2015) |
| 11/23/2015 | 107<br>(11 pgs) | Motion for Withdrawal of Reference *and Incorporated Memorandum.* Fee Amount $176. Filed by R3 Education, Inc. dba Saba University School of Medicine (Knapp, Bradley) (Entered: 11/23/2015) |
| 11/23/2015 |  | Receipt of filing fee for Motion for Withdrawal of Reference(15-01024) [motion,mwdrefad] ( 176.00). Receipt number 5381053, amount $ 176.00. (re:Doc# 107) (U.S. Treasury) (Entered: 11/23/2015) |
| 11/25/2015 | 108<br>(1 pg) | Motion transmitted by email to USDC (RE: (related document(s)107 Motion for Withdrawal of Reference filed by Defendant R3 Education, Inc. dba Saba |

| | | University School of Medicine) (Richoux, Brian) Modified on 11/25/2015 to add the assigned USDC number 15-cv-6329 B(2) (Richoux, Brian). (Entered: 11/25/2015) |
|---|---|---|
| 12/10/2015 | 109 (5 pgs) | Ex Parte Motion to Appear pro hac vice Filed by Deutsche Bank National Trust Co. (Sundmaker, Earl) (Entered: 12/10/2015) |
| 12/11/2015 | 110 (1 pg) | Order Granting Motion Joseph M. McCandlish To Appear pro hac vice IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)109 Motion to Appear pro hac vice filed by Creditor Deutsche Bank National Trust Co.) Signed on December 10, 2015. (Donelon, G) (Entered: 12/11/2015) |
| 12/11/2015 | 111 (2 pgs) | Certificate of Service Filed by Deutsche Bank National Trust Co. (RE: (related document(s)110 Order on Motion to Appear pro hac vice) (Sundmaker, Earl) (Entered: 12/11/2015) |
| 01/07/2016 | 112 (6 pgs; 2 docs) | Agreed Motion to File Amended Document *Scheduling Order* Filed by R3 Education, Inc. dba Saba University School of Medicine (Attachments: # 1 Exhibit) (Boldissar, C.) (Entered: 01/07/2016) |
| 01/07/2016 | 113 (3 pgs) | Stipulation By William A. Demmons III, Karen S. Fowler, Maine Educational Services and Between Maine Educational Services Filed by William A. Demmons III, Karen S. Fowler, Maine Educational Services (DeLeo, Robin) (Entered: 01/07/2016) |
| 01/08/2016 | 114 (1 pg) | Order Granting Motion to File Amended Document IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s) 112 Motion to File Amended Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on January 8, 2016. (Donelon, G) (Entered: 01/08/2016) |
| 01/08/2016 | | |

| | | |
|---|---|---|
| | 115 (2 pgs) | Amended Order Setting Trial Signed on January 8, 2016 (RE: related document(s)100 Order to Set Trial) Trial scheduled for 4/12/2016 at 10:00 AM, and April 13, 2016 at 10:00 at 500 Poydras Street, Suite B-705 **SECTION B**. (Donelon, G) (Entered: 01/08/2016) |
| 01/08/2016 | 116 (2 pgs) | ORDER APPROVING STIPULATION FOR DISCHARGE OF EDUCATIONAL LOAN DEBT BETWEEN PLAINTIFF, WILLIAM A. DEMMONS AND MAINE EDUCATIONAL SERVICES, AND DISMISSING MAINE EDUCATIONAL SERVICES AS A DEFENDANT IN THIS ADVERSARY PROCEEDING IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on January 8, 2016 (RE: related document(s)113 Stipulation filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler, Defendant Maine Educational Services) (Donelon, G) (Entered: 01/08/2016) |
| 01/08/2016 | 117 (2 pgs) | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)115 Order to Set Trial) (Boldissar, C.) (Entered: 01/08/2016) |
| 01/10/2016 | 118 (4 pgs) | BNC Certificate of Mailing - PDF Document(RE: (related document(s)115 Order to Set Trial) Notice Date 01/10/2016. (Admin.) (Entered: 01/10/2016) |
| 01/12/2016 | 119 (2 pgs) | Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)116 Order) (DeLeo, Robin) (Entered: 01/12/2016) |
| 02/01/2016 | 120 (2 pgs) | Request for Clerk's Entry of Default *as to FCDB NPSL Trust* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 02/01/2016) |

| PACER Service Center | |
|---|---|
| TrE□□□C□C□□□□□E□□sOii□T□□□□□□□□□□□N□□C□□□□ | |

## CERTIFICATE OF SERVICE

I, _Jennifer Lowry_ (name). certify that service of this summons and a
copy of complaint was made _July 30, 2015_ (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
FCDB NPSL LLC through agent for service:
The Corporation Trust Company, Corporation Trust Center

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of
defendant at: _1209 Orange St., Wilmington, DE 19801_

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of
_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less that 18 years of age
and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _7-30-15_          Signature _____

Print Name: _Jennifer Lowry_

Business Address: De Leo Law Firm, LLC
800 Ramon Street
Mandeville, LA 70448

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Amy McLane*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>NOV 12 2015 |

1. Article Addressed to:

FCDB NPSL, LLC
C/o Corp. Reg agent
1209 Orange St
Wilmington. De 19801

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

||||||||||||||||||||||||||||||||||||||||

9590 9403 0575 5183 7279 86

2. Article Number (*Transfer from service label*)

7015 1520 0001 4739 7695

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

English          Customer Service          USPS Mobile          Register / Sign In

# ⌅USPS.COM®

# USPS Tracking®



Tracking Number: **70131710000187945309**

On Time
Expected Delivery Day: **Tuesday, August 4, 2015**

## Product & Tracking Information

Av:

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™          Return Receipt

See tracking for related item: 9590952106150275490269

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 4, 2015 , 6:44 am** | Delivered | **WILMINGTON, DE 19801** |

Your item was delivered at 6:44 am on August 4, 2015 in WILMINGTON, DE 19801.

| | | |
|---|---|---|
| August 4, 2015 , 4:21 am | Arrived at Unit | WILMINGTON, DE 19801 |
| August 3, 2015 , 7:13 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| August 2, 2015 , 2:24 pm | Arrived at USPS Origin Facility | WILMINGTON, DE 19850 |
| August 1, 2015 , 4:00 am | Departed USPS Facility | NEW ORLEANS, LA 70113 |
| July 31, 2015 , 10:20 pm | Arrived at USPS Facility | NEW ORLEANS, LA 70113 |
| July 31, 2015 , 6:54 pm | Departed Post Office | MANDEVILLE, LA 70471 |
| July 31, 2015 , 6:20 pm | Acceptance | MANDEVILLE, LA 70471 |