UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: William A. Demmons, III, Karen S. Fowler | BANKRUPTCY NO.: 14-11638 |
| | SECTION: "B" |
| DEBTOR(S) | |
| William A. Demmons, III-Karen S. Fowler | ADVERSARY NO.: 15-1024 |
| PLAINTIFF(S) | CHAPTER: 7 |

v.

FCDB NPSL LLC
DEFENDANT(S)

## ENTRY OF DEFAULT

A review of the record and the docket sheet shows that FCDB NPSL LLC, defendant, has failed to file an answer or otherwise defend this case.

Accordingly, default is entered against this defendant as authorized by Bankruptcy Rule 7055.

New Orleans, Louisiana, February 2, 2016.

                                              Sheila Booth
                                              **Clerk of Court**

                                              By: Gaynell Donelon
                                                    DEPUTY CLERK