UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

**************************************************************

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
|     Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit Management | * | |
| Corporation, | * | |
|     Defendants | * | |
| | * | |

****************************************

**MOTION FOR DEFAULT JUDGMENT**

Debtors/Plaintiffs, William A. Demmons ("Demmons") and Karen S. Fowler ("Fowler"), (collectively "Plaintiffs" or "Debtors") move this Court for the entry of a Default Judgment under Local Rule 7055-1, Bankruptcy Rule 7055 and FRCP Rule 55 against FCDB NPLS Trust 2010-1 aka Goal Structured Solutions ("FCDB") and respectfully represent as follows:

1.

Plaintiffs/Debtors filed for Chapter 7 relief on June 25, 2014. Debtors discharge was entered on September 30, 2014.

2.

On March 12, 2015, Debtors/Plaintiffs filed a Complaint to Determine Dischargability of their Student Loans which named American Educational Services ("AES") as the owner of a number of Debtors' Loans.

3.

Debtors subsequently learned that AES was the servicer as opposed to the owner of the loan.

4.

Debtors subsequently amended their Complaint on July 30, 2015 to add Defendant, FCDB, the actual owner of the loans, as an additional defendant herein.

5.

FCDB was served with the Amended Complaint and with the Summons on July 31, 2015.

6.

All the time has lapsed for the Defendant FCDB to file an answer or otherwise defend the Adversary Proceeding, yet FCDB has taken no action.

7.

The Clerk of Court made an Entry of Default against FCDB on February 2, 2016.

8.

Undersigned counsel has spoken to in-house counsel for the servicer of the FCDB student loans and was informed that Defendant FCDB is aware of this Adversary Proceeding.

9.

Prior to the filing of their Chapter 7 Petition, Demmons incurred two student loans owned by Defendant FCDB in the amount of $72,443.56 and Fowler incurred one student loans owned by Defendant FCDB in the amount of $14,031.35. Collectively, prepetition student loans owed by Plaintiffs/Debtors to FCDB total $86,474.91.

10.

As more fully set forth in the First Amended Complaint, Debtors advers that the FCDB student loan debt of approximately $86,474.91 be discharged in their Chapter 7 Bankruptcy Proceeding as repayment of such debt imposes an undue hardship upon Debtors.

WHEREFORE, Plaintiffs/Debtors, William Demmons and Karen Fowler, Plaintiffs herein pray that the Court enter a Judgment of Default against the Defendant FCDB, in favor of Plaintiffs, finding that all student loans made in favor of Demmons and/or Fowler, and owned by FCDB totaling approximately $86,674.91, are discharged.

    Respectfully submitted,

    THE DE LEO LAW FIRM, L.L.C.
    /s/ Robin R. De Leo
    Bar Roll No. 20347
    800 Ramon St.
    Mandeville, LA 70448
    (985) 727-1664
    Jennifer@northshoreattorney.com
    (985) 727-4388 Facsimile