UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

*************************************************************

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
|    Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit Management | * | |
| Corporation, | * | |
|    Defendants | * | |
| | * | |

*********************************************

**NOTICE OF HEARING**

     PLEASE BE ADVISED that, on February 3, 2016, Debtors/Plaintiffs filed a Motion for Default Judgment ("Motion") (P-123). A copy of the Motion is attached to this Notice of Hearing, or may be obtained from counsel for Debtors/Plaintiffs at the address shown below.

     PLEASE TAKE FURTHER NOTICE that you have until **February 24, 2016** to file an answer, objection or opposition to the Motion.

     **IF AND ONLY IF** an answer, objection or opposition to the Motion is filed with the Clerk's Office and mailed to the counsel for Plaintiffs/Debtors, Robin R. De Leo, 800 Ramon St, Mandeville, Louisiana 70448, within seven (7) days of the filing date shown on the certificate of

service of the Motion, the hearing on the Motion will be held on the **2nd day of March, 2016 at 9:00 a.m.**, United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

        The De Leo Law Firm LLC

        /s/ Robin De Leo
Bar Roll No. 20347
800 Ramon St
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
Elaine@northshoreattorney.com

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing copy of the Notice of Hearing was served on February 3, 2016 by Electronic Filing through the Court's electronic filing system upon:

C. Davin Boldissar, Locke Lord LLP     dboldiss@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, LA 70130

Bradley C. Knapp, Locke Lord LLP     bknapp@lockelord.com
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036

Earl F. Sundmaker     trey@sundmakerfirm.com
The Sundmaker Firm
1027 Ninth St.
New Orleans, LA 70115

Joseph M McCandlish     jmccandlish@weltman.com
Weltman Weinberg & Reis Co., LPA
3705 Marlane Drive
Grove City, OH 43123

Heather LaSalle     hlasalle@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

FCDB NPSL, LLC
c/o Goal Structured Solutions
401 W. A Street, St. 1300
San Diego, CA 92101

FCDB NPSL, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

                                                THE DE LEO LAW FIRM LLC
/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)