UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

******************************************************************

| | | |
|---|---|---|
| | * | |
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit Management | * | |
| Corporation, | * | |
| Defendants | * | |
| | * | |

*******************************************

**FIRST AMENDED NOTICE OF HEARING**

     PLEASE BE ADVISED that, on February 3, 2016, Debtors/Plaintiffs filed a Motion for Default Judgment ("Motion") (P-123).  A copy of the Motion is attached to this Notice of Hearing, or may be obtained from counsel for Debtors/Plaintiffs at the address shown below.

     PLEASE TAKE FURTHER NOTICE that you have until **March 9, 2016** to file an answer, objection or opposition to the Motion.

     **IF AND ONLY IF** an answer, objection or opposition to the Motion is filed with the Clerk's Office and mailed to the counsel for Plaintiffs/Debtors, Robin R. De Leo, 800 Ramon St, Mandeville, Louisiana 70448, within seven (7) days of the filing date shown on the certificate of

service of the Motion, the hearing on the Motion will be held on the **16th day of March, 2016 at 9:00 a.m.**, United States Bankruptcy Court, 500 Poydras Street, Room B-705, New Orleans, Louisiana.

                The De Leo Law Firm LLC

                /s/ Robin De Leo
                Bar Roll No. 20347
                800 Ramon St
                Mandeville, LA 70448
                (985) 727-1664
                (985) 727-4388 (Facsimile)
                Elaine@northshoreattorney.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing copy of the Notice of Hearing was served on February 3, 2016 by Electronic Filing through the Court's electronic filing system upon:

| | |
|---|---|
| C. Davin Boldissar, Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | dboldiss@lockelord.com |
| Bradley C. Knapp, Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036 | bknapp@lockelord.com |
| Earl F. Sundmaker<br>The Sundmaker Firm<br>1027 Ninth St.<br>New Orleans, LA 70115 | trey@sundmakerfirm.com |
| Joseph M McCandlish<br>Weltman Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123 | jmccandlish@weltman.com |
| Heather LaSalle<br>McGlinchey Stafford, PLLC<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 | hlasalle@mcglinchey.com |

FCDB NPSL, LLC
c/o Goal Structured Solutions
401 W. A Street, St. 1300
San Diego, CA 92101

FCDB NPSL, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

                                      THE DE LEO LAW FIRM LLC
                                      /s/ Robin R. De Leo
                                      Bar Roll No. 20347
                                      800 Ramon St.
                                      Mandeville, LA 70448
                                      (985) 727-1664
                                      (985) 727-4388 (Facsimile)