UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: William A. Demmons, III, Karen S. Fowler     BANKRUPTCY NO.: 14-11638
SECTION: "B"

DEBTOR(S)

William A. Demmons, III-Karen S. Fowler     **ADVERSARY NO.:** 15-1024
PLAINTIFF(S)     CHAPTER: 7

v.

FCDB NPSL LLC
DEFENDANT(S)

### ENTRY OF DEFAULT

A review of the record and the docket sheet shows that FCDB NPSL LLC, defendant, has failed to file an answer or otherwise defend this case.

Accordingly, default is entered against this defendant as authorized by Bankruptcy Rule 7055.

New Orleans, Louisiana, February 2, 2016.

Sheila Booth
**Clerk of Court**

By: /s/ Gaynell Donelon
DEPUTY CLERK

United States Bankruptcy Court
Eastern District of Louisiana

Demmons, III,
    Plaintiff

Adv. Proc. No. 15-01024-JAB

R3 Education, Inc. dba Saba University S,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 053L-2      User: gd      Page 1 of 1      Date Rcvd: Feb 02, 2016
                       Form ID: pdf967     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2016.
dft         +FCDB NPSL LLC,    The Corporation Trust Company,    Corporation Trust Center,    1209 Orange Street,    Wilmington, DE 19801-1196
dft         +FCDB NPSL LLC,    c/o Goal Structured Solutions,    401 West A Street, Su 1300,    San Diego, CA 92101-7901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2016 at the address(es) listed below:
         Bradley C. Knapp     on behalf of Defendant    R3 Education, Inc. dba Saba University School of Medicine bknapp@lockelord.com, kmillet@lockelord.com
         C. Davin Boldissar     on behalf of Defendant    R3 Education, Inc. dba Saba University School of Medicine nobankecf@lockelord.com
         Earl F. Sundmaker     on behalf of Defendant    Key Bank N.A. trey@sundmakerfirm.com, alexis@sundmakerfirm.com;michelle@sundmakerfirm.com
         Earl F. Sundmaker     on behalf of Creditor    Deutsche Bank National Trust Co. trey@sundmakerfirm.com, alexis@sundmakerfirm.com;michelle@sundmakerfirm.com
         Heather A. LaSalle     on behalf of Defendant    Educational Credit Management Corporation hlasalle@mcglinchey.com, lgraff@mcglinchey.com
         Joseph M McCandlish     on behalf of Defendant    Key Bank USA, N.A. jmccandlish@weltman.com, colnationalecf@weltman.com
         Robin R. DeLeo     on behalf of Plaintiff Karen S. Fowler jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
         Robin R. DeLeo     on behalf of Plaintiff William A. Demmons, III jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
                                                                                                             TOTAL: 8