# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiffs, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT R3 EDUCATION, INC. d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE

Defendant R3 Education, Inc. d/b/a Saba University School of Medicine ("Saba"), through undersigned counsel, upon the facts stated in the accompanying Statement of Undisputed Fact and for the reasons discussed in the accompanying Memorandum in Support of Motion for Summary Judgment, both of which are incorporated herein, submit that there is no genuine issue of material fact as to claims asserted by Plaintiffs against Saba in the above-captioned case, and Saba is entitled to judgment as a matter of law on such claims.

Wherefore, Saba prays that the Court enter judgment in its favor on all claims against

1

Saba in this case, pursuant to the Local Rules, with a form of proposed Order submitted with this motion.

DATED: February 12, 2016

Respectfully Submitted,

LOCKE LORD LLP

Respectfully Submitted,

By: /s/ C. Davin Boldissar_____

C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: 504-558-5211
Fax: (1) (504)-681-5211

*Attorneys for R3 Education Inc., dba Saba University School of Medicine*