**<u>EXHIBIT "1"</u>**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and KAREN S. FOWLER** | |
| | **Chapter 7** |
| Debtors. | |

| | |
|---|---|
| **WILLIAM A. DEMMONS and KAREN S. FOWLER** | |
| **Plaintiffs,** | |
| vs. | |
| | **Adversary No. 15-01024** |
| **R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC.** | |
| **Defendants.** | |

## DECLARATION OF TERRY J. MOYA

| | |
|---|---|
| **STATE OF MASSACHUSETTS** | § |
| | § |
| **COUNTY OF MIDDLESEX** | § |

1.      My name is Terry J. Moya.  I am over 18 years of age, of sound mind, have never been convicted of a felony, and am fully competent to make this Declaration.  The facts contained herein are true and correct and are within my personal knowledge.

2.      In my capacity as Chief Financial Officer for R3 Education, Inc., d/b/a Saba University School of Medicine ("Saba"), I have personal knowledge of the facts set forth herein.

DECLARATION – Page 1

3.     Saba's records indicate that William A. Demmons, Plaintiff herein, was enrolled as a student at Saba between January 5, 2004 and May 21, 2010.

4.     Saba's records indicate that Karen S. Fowler, Plaintiff herein, was enrolled as a student at Saba between January 5, 2004 and June 9, 2009.

5.     Saba's records indicate that Karen S. Fowler borrowed, under a student loan, a total of $25,810.00 for tuition and fees covering semesters 6 (fall of 2006), 7 (fall of 2007), and 8 (spring of 2008).

6.     Saba's records indicate that with the exception of a non-refundable administrative fee ($100.00) and a non-refundable deposit ($500.00), the tuition and fees borrowed by Karen S. Fowler covering semesters 6 (fall of 2006), 7 (fall of 2007), and 8 (spring of 2008) were refunded to the lender through a check in the amount of $25,210.00 issued by Saba and dated June 9, 2009, a copy of which is attached as Exhibit "A" hereto.

7.     Saba has had a longstanding practice and policy, in place prior to, during, and after the period 2006 through 2009, that students are not allowed to participate in clinical programs until _after_ successful passage of the United States Medical Licensing Examination Step 1 Exam ("USMLE Step 1 Exam"). This policy is consistent with industry norms.

8.     Saba's records indicate that Karen S. Fowler attempted and failed the USMLE Step 1 Exam on three separate occasions between 2007 and 2009.

9.     As a result of her failure to pass the USMLE Step 1 Exam, Karen S. Fowler was academically dismissed from Saba effective June 9, 2009 for failure to progress.

10.     William A. Demmons participated in certain clinical programs as a student during the years 2006 through 2010. The timing of these programs was dependent on program availability at the specific program locales requested by Mr. Demmons including programs in

Shreveport, New Orleans, and Houma, Louisiana.  Any delays experienced were caused by the fact that Mr. Demmons requested specific program locales, and such locales had limited availability and fixed start times for such clinical programs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on this _11TH_ day of _FEBRUARY_, 2016.

Terry J. Moya

DECLARATION – Page 3

**EXHIBIT "A"**

· **Bank of America**
ACH R/T 011900571

**4878**

51-57/119 CT
6877

SABA UNIVERSITY SCHOOL OF MEDICINE
OPERATING ACCOUNT
27 JACKSON RD. STE. 301
DEVENS, MA  01434

6/9/2009

PAY TO THE
ORDER OF        Great Lakes

$   **25,210.00

Twenty five thousand two hundred ten and 00/100***************************************************************

DOLLARS

Great Lakes
Cash Operations Dept.
P.O. Box 7941
Madison WI 53707
United States

MEMO

Karen Fowler

AUTHORIZED SIGNATURE

Details on Back | Security Features Included

⑈004878⑈ ⑆011900571⑆ 003851258286⑈

---

SABA UNIVERSITY SCHOOL OF MEDICINE        OPERATING ACCOUNT        **4878**

Great Lakes
1200 Accounts Receivable        Academic Dismissal 06/09/2009
VAT on Purchases AN        VAT

4878
6/9/2009
25,210.00
0.00

Karen Fowler

1030 B of A (8286) Saba Operating        25,210.00

SABA UNIVERSITY SCHOOL OF MEDICINE        OPERATING ACCOUNT        **4878**

Great Lakes
1200 Accounts Receivable        Academic Dismissal 06/09/2009
VAT on Purchases AN        VAT

4878
6/9/2009
25,210.00
0.00

1030 B of A (8286) Saba Operating        25,210.00

39297