**EXHIBIT "3"**

## Tuition Payment Policies

All students are responsible for payment of tuition and fees in U.S. personal check, bank check or money order, one month prior to matriculation into each new semester whether Basic Science or Clinical Medicine Program. A $500.00 deposit is due within thirty days of the date of the letter of acceptance. A student may request a refund within three days of receipt of the deposit. After the three day grace period, the deposit is nonrefundable and is applied to the first term basic science tuition. All students entering into first semester must pay tuition 45 days prior to matriculation. If payment is made by check, the cancelled check will serve as the student's receipt. If a student remits a check that is returned because of insufficient funds, he or she must make any future payments to the University in the form of a U.S. bank check, or money order. Payment of all tuition and fees are due in full by the due date specified on the student bill. A returned check fee of $35.00 will be imposed for a personal check returned not honored. Students will be billed approximately two months prior to the beginning of each new semester. Invoices are mailed to the permanent address on record for registered students. Payments for a student's semester bill should be directed to the Bursar's Office. If a bill is not received, it is the student's responsibility to contact the Finance office. All fees for the Clinical Medicine program must be paid prior to graduation. Students whose account has not been paid in full, or otherwise cleared by the finance office, will be subject to cancellation of class enrollment. SABA University reserves the right to withhold all diplomas, degrees, official transcripts and any other documentation from any student with outstanding financial obligations. (Rates are subject to change without notice)

## Tuition Refund Policy

Tuition and fees shall be refunded in full, less an administrative fee of $100, and the $750 acceptance deposit, if notice of withdrawal is received prior to the first day of class. Tuition and fees shall also be refunded in full for the current enrollment period, less an administrative fee of $100, and the acceptance deposit, under the following circumstances:

- Courses cancelled by the institution
- Involuntary call to active military duty
- Documented death of the student
- Exceptional circumstances, with approval of the president or designee of the institution.

Application fees are non-refundable. Refunds will be calculated by the finance office and will be refunded within (30) days of withdrawal. The tuition will be refunded as follows:

A refund of 100% of the tuition for which the student is obligated shall be issued if the student withdraws prior to the first day of class.

A refund of 90% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 10% of the period of enrollment for which the student was charged or obligated.

A refund of 50% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 25% of the period of enrollment for which the student was charged or obligated but more than 10%.

A refund of 25% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 50% of the period of enrollment for which the student was charged or obligated but more than 25%.

In case of withdrawal after 50% of the period of enrollment, the student is obligated for full tuition and fees.

All monies paid by an applicant will be refunded if cancellation occurs within three business days after signing the terms of enrollment and making initial payment. In order to be eligible for a tuition refund, students must obtain a financial clearance letter from the administrative office at SABA University and a formal withdrawal form must be completed and authorized by the Dean.

## Late Fees

Students will be assessed a late fee of $200.00 for tuition not paid on or before the tuition due date. Tuition not received prior to the start of each semester will result in cancellation of classes.

## Tuition and fees payment policy for first semester student

First semester students must pay their tuition and fees (U.S. currency) in full 45 days prior to registration. Subsequent semesters are due 30 days prior to matriculation. Credit card payments are not accepted. Please mail your check or money order made payable to:

SABA University School of Medicine
C/O Education Information Consultants Inc.
P.O. Box 386
Gardner, MA 01440