**EXHIBIT "4"**








# SABA
# UNIVERSITY
## SCHOOL OF MEDICINE

### 2015-2017
### CATALOG




**SABA UNIVERSITY SCHOOL OF MEDICINE**
**"EDUCATION FOR LIFE"**

P.O. Box 1000, Church Street
The Bottom, Saba, Dutch Caribbean
Phone 011-599-416-3456  Fax 011-599-416-3458
Website: www.Saba.edu
E-mail: admissions@Saba.edu

U.S. Information Office:

c/o R3 Education Inc.
27 Jackson Road, Suite 301
Devens, Massachusetts 01434, United States
Phone: (978) 862-9600  Fax: (978) 862-9699

## DISCLAIMER

*The information in this catalog is subject to change. Such changes may be without notice. Potential students should not consider this catalog to represent a contract between Saba University and an entering student.*

*Tuition, fees and other expenses are listed in U.S. dollars, unless otherwise noted.*

*The university disclaims any misrepresentation that may have occurred as a result of errors in preparation or typesetting of the catalog.*

**WELCOME** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

**HISTORY AND ACCREDITATION** . . . . . . . . . . . . . . . . . . . . . . . .2
  The Island of Saba

**MISSION STATEMENT / GOALS AND OBJECTIVES** . . . . . . . . . . . .3

**ACADEMIC CALENDAR FOR 2015-2017** . . . . . . . . . . . . . . . . .4

**ADMISSION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
  Education Requirements
  Required Documents for Applying
  Admission Selection
  MCAT Requirement
  Applicants from Other Countries
  Reapplication
  Transfer Applicants/Advanced Standing
  Deferred Enrollment
  Checklist for Accepted Students
  Student Orientation
  Website Information

**CAMPUS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

**BASIC SCIENCES CURRICULUM** . . . . . . . . . . . . . . . . . . . . . .10
  Requirements for Graduation
  Basic Sciences Curriculum
  Basic Sciences Course Descriptions
  Elective Courses

**CLINICAL MEDICINE CURRICULUM** . . . . . . . . . . . . . . . . . . . .16
  Requirements for the Transition to Clinical Medicine
  Research: Literature Review and Analysis
  Description of Clinical Clerkships
  Clinical Placement
  Hospital Affiliations
  Postgraduate Medical Education

**RESEARCH** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20

**ACADEMIC POLICIES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
  Honor System
  Attendance
  Withdrawal
  Dismissal
  Student Grievance: Procedures and Appeals
  Examinations and Grading
  Transcript Information
  Leave of Absence
  Educational Commission for Foreign Medical Graduates (ECFMG)
  Student Promotions Committee
  Student Conduct
  Student Services and Advising
  Student Awards
  Ceremonies
  Student Responsibilities

**STUDENT LIFE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
  Arriving on Saba
  Housing and Meals
  Clothing
  Student Organizations and Recreation

**FINANCIAL INFORMATION** . . . . . . . . . . . . . . . . . . . . . . . . . .29
  Tuition and Fees
  Tuition Payment Policies
  Financial Aid
  Required Equipment and Materials

**LIVING ON SABA** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
  Saba Calendar of Events

**ADMINISTRATION AND FACULTY** . . . . . . . . . . . . . . . . . . . . . .34
  Administration
  Clinical Chairs
  Faculty

**RESIDENCY PLACEMENTS** . . . . . . . . . . . . . . . . . . . . . . . . . .40

# HIPPOCRATIC OATH

*I swear to fulfill, to the best of my ability and judgment, this covenant:*

*I will respect the hard-won scientific gains of those physicians in whose steps I walk,
and gladly share such knowledge as is mine with those who are to follow.*

*I will apply, for the benefit of the sick, all measures [that] are required,
avoiding those twin traps of overtreatment and therapeutic nihilism.*

*I will remember that there is art to medicine as well as science, and that warmth, sympathy,
and understanding may outweigh the surgeon's knife or the chemist's drug.*

*I will not be ashamed to say "I know not," nor will I fail to call in my colleagues
when the skills of another are needed for a patient's recovery.*

*I will respect the privacy of my patients, for their problems are not disclosed to me that the world may know. Most
especially must I tread with care in matters of life and death. If it is given to me to save a life, all thanks. But it
may also be within my power to take a life; this awesome responsibility must be faced with great humbleness and
awareness of my own frailty. Above all, I must not play at God.*

*I will remember that I do not treat a fever chart, a cancerous growth, but a sick human being,
whose illness may affect the person's family and economic stability.
My responsibility includes these related problems, if I am to care adequately for the sick.*

*I will prevent disease whenever I can, for prevention is preferable to cure.*

*I will remember that I remain a member of society, with special obligations to all my fellow human beings, those
sound of mind and body as well as the infirm.*

*If I do not violate this oath, may I enjoy life and art, respected while I live and remembered with affection
thereafter. May I always act so as to preserve the finest traditions of my calling and may I long experience
the joy of healing those who seek my help.*



# WELCOME TO SABA UNIVERSITY SCHOOL OF MEDICINE

Saba University began operations in 1992 with a vision that has now become a successful reality. Our primary educational goal is to provide our students with a foundation in general medical concepts and problem solving to address the medical concerns pertinent to the patients, families, health care system and community population in which they will practice. This foundation of training fosters a provision of care that is considerate, compassionate, humanistic and of high quality. As a key part of our medical education curriculum, the faculty constantly reviews and assesses the program around three key concepts:

- cultivating professional behavior to promote lifelong learning;
- integrating basic science knowledge and educational reasoning through clinical experience; and
- promoting an awareness of global health care needs.

Such an extensive educational enterprise cannot be achieved by classroom teaching alone. The student is the important factor in sharing and comparing information among faculty, peers and patients. At Saba University School of Medicine, where students are the greatest assets, we open the door of medical knowledge and together prepare them for their future roles as health care providers.

*The Board of Trustees expresses its gratitude to the government of Saba for its assistance in establishing Saba University School of Medicine.*

*Special recognition is also given to the citizens of Saba who have continued to welcome our medical students into their community.*



Joseph Chu, M.D., M.P.H., President

Saba University School of Medicine began in 1986 as a combined project between the local government of Saba and a group of medical educators from the United States. This medical consortium spent several years examining medical school curricula throughout the United States and Europe before adopting a Basic Sciences and Clinical Medicine curriculum comparable to some of the finest medical schools. Saba University was approved by the federal government of the Netherlands-Antilles in 1988 and an official charter was granted in 1989. Saba University School of Medicine is listed in the World Health Organization directory.

Saba University School of Medicine is accredited by the NVAO (In Dutch: Nederlands-Vlaamse Accreditatieorganisatie). The NVAO is the accreditation organization of the Netherlands and Flanders. The organization was established by international treaty and it ensures the quality of higher education in the Netherlands and Flanders.

The New York State Education Department/State Board for Medicine approved Saba University in 2003 for clerkships and residencies within that state. This approval process has led to several new hospital affiliations in New York.

On November 5, 2004, the Medical Board of California granted recognition to Saba University School of Medicine. Graduates are eligible to apply for postgraduate training and licensure in California.

In 2006, the Board of Healing Arts of the State of Kansas granted approval for licensure to those students who entered at Saba University School of Medicine after January 1, 2002.

Saba University School of Medicine is licensed by the Commission for Independent Education, Florida Department of Education.  Additional information may be obtained by contacting the Commission at 325 West Gaines Street, Suite 1414, Tallahassee, FL 32399-0400, toll-free telephone number (888) 224-6684.

# THE ISLAND OF SABA

Columbus discovered Saba on his second voyage to the New World in 1493. Over the centuries, the island changed hands several times between the English, French, Spanish and Dutch, but for the past two hundred years Saba has remained a quiet, stable, Dutch island. Today, Saba is rightfully known as the "Unspoiled Queen of the Caribbean." It is located in the central Caribbean, 28 miles south of St. Maarten. There are daily, direct flights to Saba from the United States and Europe and five flights a day from St. Maarten.

The island of Saba, which is 5 square miles, has a total population of just over 1,500 residents. Tourists frequently visit Saba for its world-renowned diving, tropical rain forest and safe, relaxing environment. This charming, friendly island is virtually crime-free, and poverty is nonexistent on Saba.





To provide students of diverse backgrounds who exhibit a passion for the field of medicine with the opportunity to acquire the medical and clinical expertise needed for a successful career as a practicing clinician along with the skills and confidence needed to critically evaluate and apply new information.

In order to fulfill its mission, the university's program is structured around certain ideals which embody its view of the essential qualities of today's practicing physician.  These ideals are defined in the six competencies adopted by the university and summarized below:

**1. Patient Care:** Students must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of illness and the promotion of health.

**2. Scientific & Medical Knowledge:** Students must demonstrate knowledge about established and evolving biomedical, clinical, and associated sciences and application of this knowledge to the practice of medicine throughout the life cycle.

**3. Learning, Scholarship, & Collaboration:** Students must be able to examine and evaluate their patient care practices, appraise and assimilate scientific evidence, and use this information to improve their abilities.

**4. Professionalism:** Students must demonstrate a commitment to the highest standards of professional responsibility, adherence to ethical principles, and sensitivity in all interactions with patients, families, colleagues, and others with whom physicians must interact in their professional lives.

**5. Communication & Interpersonal Skills:** Students must display interpersonal and communication skills that foster effective information exchange and build rapport with patients, their families, and professional associates.

**6. Social & Community Context of Healthcare:** Students must demonstrate knowledge of and responsiveness to the larger context of health care and the ability to effectively call on system resources to provide care that is of optimal value to the health of the individual and of the community.



## SPRING 2015

| | |
|---|---|
| First Day of Enrollment | January 5 |
| Orientation and Registration | January 5 |
| Classes Begin | January 6 |
| Graduation – no ceremony | January 9 |
| Graduation – no ceremony | March 13 |
| Tuition Due for Next Semester | April 1 |
| Last Day of Classes | April 14 |
| Basic Science Awards Ceremony | April 16 |
| Reading Day and Final Exams | April 15-17 |

## SUMMER 2015

| | |
|---|---|
| First Day of Enrollment | May 4 |
| Orientation & Registration | May 4 |
| Classes Begin | May 5 |
| Graduation | May 22 |
| Commencement Ceremony | May 30 |
| Tuition Due for Next Semester | August 1 |
| Last Day of Classes | August 11 |
| Basic Science Awards Ceremony | August 13 |
| Reading Day & Final Exams | August 12–14 |

## FALL 2015

| | |
|---|---|
| First Day of Enrollment | August 31 |
| Orientation & Registration | August 31 |
| Classes Begin | September 1 |
| Graduation – no ceremony | September 4 |
| Tuition Due for Next Semester | December 1 |
| Last Day of Classes | December 8 |
| Basic Science Awards Ceremony | December 10 |
| Reading Day and Final Exams | December 9–11 |

## SPRING 2016

| | |
|---|---|
| First Day of Enrollment | January 4 |
| Orientation  and Registration | January 4 |
| First Day of Classes | January 5 |
| Graduation – No Ceremony | January 8 |
| Graduation – No Ceremony | March 18 |
| Tuition Due for Next Semester | April 1 |
| Last Day of Classes | April 12 |
| Basic Science Awards Ceremony | April 14 |
| Reading Day and Final Exams | April 13–15 |

## SUMMER 2016

| | |
|---|---|
| First Day of Enrollment | May 2 |
| Orientation and Registration | May 2 |
| First Day of Classes | May 3 |
| Graduation | May 27 |
| Commencement Ceremony | June 4 |
| Tuition Due for Next Semester | August 1 |
| Last Day of Classes | August 9 |
| Basic Science Awards Ceremony | August 11 |
| Reading Day and Final Exams | August 10–12 |

## FALL 2016

| | |
|---|---|
| First Day of Enrollment | August 29 |
| Orientation and Registration | August 29 |
| First Day of Classes | August 30 |
| Graduation – No Ceremony | September 9 |
| Tuition Due for Next Semester | December 1 |
| Last Day of Classes | December 6 |
| Basic Science Awards Ceremony | December 8 |
| Reading Day and Final Exams | December 7-9 |

## SPRING 2017

| | |
|---|---|
| First Day of Enrollment | January 2 |
| Orientation and Registration | January 2 |
| First Day of Classes | January 3 |
| Graduation – No Ceremony | January 6 |
| Graduation – No Ceremony | March 17 |
| Tuition Due for Next Semester | April 1 |
| Last Day of Classes | April 11 |
| Basic Science Awards Ceremony | April 13 |
| Reading Day and Final Exams | April 12–14 |

## SUMMER 2017

| | |
|---|---|
| First Day of Enrollment | May 8 |
| Orientation and Registration | May 8 |
| First Day of Classes | May 9 |
| Graduation | May 26 |
| Commencement Ceremony | TBD |
| Tuition Due for Next Semester | August 1 |
| Last Day of Classes | August 15 |
| Basic Science Awards Ceremony | August 17 |
| Reading Day and Final Exams | August 16–18 |

## FALL 2017

| | |
|---|---|
| First Day of Enrollment | September 4 |
| Orientation and Registration | September 4 |
| First Day of Classes | September 5 |
| Graduation – No Ceremony | September 8 |
| Tuition Due for Next Semester | December 1 |
| Last Day of Classes | December 12 |
| Basic Science Awards Ceremony | December 14 |
| Reading Day and Final Exams | December 13–15 |

Saba University School of Medicine was established to provide a comprehensive basic sciences and clinical medicine education leading to completion of a Doctor of Medicine degree. Enrollment is open to all persons regardless of race, national origin, religion, gender or age who wish to devote the extensive time and effort necessary to practice medicine.

As the cost of medical education increases and training institutions limit the number of applicants, Saba University School of Medicine fulfills a vital need by offering individuals throughout the world a chance to pursue their dream of a medical career.

The curriculum incorporates standards of academic and clinical instruction that parallel those of the Licensing Committee for Medical Education of the United States and Canada. All classes are taught in English by experienced medical educators from the United States and abroad.

Candidates applying to Saba University are expected to possess those intellectual, ethical, physical and emotional capabilities required to undertake the full curriculum and achieve the levels of competence required by the faculty.

Once enrolled in the school of medicine, each candidate for the medical degree must be able quickly and accurately to integrate all information received, perform in a reasonable, independent manner and demonstrate the ability to learn, integrate, analyze and synthesize information and data.



Saba University School of Medicine will make every effort to provide reasonable accommodations for physically challenged students; however, in doing so, Saba University must maintain the integrity of its curriculum and preserve those elements deemed essential to the acquisition of knowledge in all areas of medicine, including the demonstration of basic skills requisite for the practice of medicine.

A student's acceptance to Saba University is granted upon the presumption by the Admissions Committee that all statements made by the applicant, both oral and written, are true and that all documents are authentic. If it is later discovered that false or inaccurate information was submitted, the medical school may nullify acceptance into the program or, if the student is registered, dismiss the student.

**IMPORTANT NOTICE TO NON-U.S AND NON-CANADIAN STUDENTS:** In order to complete the program in medicine, students from outside the U.S. and Canada may need to obtain certain visas in order to undertake all or a portion of the requisite clinical training in affiliated hospitals in the U.S. and Canada. Additionally, all students from outside the U.S. and Canada will need certain visas to take one or more segments of the USMLE exams in the U.S. These visas are solely the student's responsibility to obtain. Saba University School of Medicine understands that as a result of policies or practices adopted by the U.S. State Department, a number of medical students from outside the U.S. and Canada have been unable to obtain the required visas. Students from outside the U.S. and Canada who are unable to obtain the necessary visas will not be able to complete the school's degree program. In such a case, no refund of tuition or other expenses incurred in connection with his or her attendance at Saba University School of Medicine will be made.



# EDUCATION REQUIREMENTS

Applicants from the United States (who are U.S. citizens or have permanent visas) or Canada are expected to have a minimum of three years of undergraduate studies or the equivalent of 90 semester hours or 135 quarter hours, including premedical requirements from an accredited college or university. A baccalaureate degree is recommended but not required. Preference will be given to applicants who have completed a bachelor's degree or higher. The following courses are considered standard premedical requirements for admission. Exceptions will be considered on an individual basis.

| | |
|---|---|
| General biology or zoology | one academic year |
| Inorganic chemistry (with lab) | one academic year |
| Organic chemistry/ Biochemistry (with lab) | one academic year |
| Physics (recommended) | one academic year |
| English | one academic year |
| Other | a broad background in humanities, social sciences or physical sciences and computer skills |

**Biology:** A one-year general biology or zoology course with a laboratory component. Students who elect to pursue additional coursework in the biological sciences should consider genetics, embryology, cell and molecular biology or comparative anatomy.

**Chemistry:** One year of inorganic and one year of organic chemistry with laboratory component. Biochemistry can be considered as an option for one semester of organic chemistry.

**English:** At least one year of college-level English literature or composition. Applicants must demonstrate proficiency in writing, reading and oral communication.

Additional coursework in biology and related disciplines is highly recommended. Students completing courses such as cell biology, anatomy and physiology, genetics, biochemistry, molecular biology, statistics and psychology/ interpersonal skills and communication are given preference in admissions.

# REQUIRED DOCUMENTS FOR APPLYING

The following documents are required to complete the application process:

- A completed application form along with a personal statement.

- Application fee $75.00

- Official transcript(s) from each college/university or professional school attended. Student issued copies will suffice, pending official transcripts.

- Two letters of recommendation from college professors or physicians well acquainted with your character and abilities. Evaluations from a college pre-medical committee are accepted in lieu of the recommendation forms.

- Two (2" X 2") color passport size photos.

- MCAT official report (All applicants who are U.S. citizens, nationals or permanent residents are required – and all other students are strongly encouraged – to take the MCAT).

- TOEFL scores, official report, if applicable.

# ADMISSION SELECTION

Prospective students may apply for admission to Saba University at any time throughout the year. Applicants are encouraged to submit their documents early (generally six to eight months in advance) and, to ensure that their files are complete for consideration, at least three months prior to the semester of their first choice.

- Rolling admission
- Three entering classes per year: January, May and September
- Approximately 90 newly admitted students every semester
- Twenty-month Basic Sciences program on Saba
- All classes in English

Since the number of students in each class is limited and the application pool is competitive, the early applicants will have a better chance of securing a place in the semester of their choice.

Completed applications are reviewed and evaluated by the Pre-Screening Committee. Those with incomplete applications will be notified, as will unqualified applicants. Applicants are selected for interview on the basis of the candidate's ability to meet the challenges of a rigorous medical school curriculum. Factors such as motivation, perseverance, scholastic record, letters of recommendation and personal statement are important in the selection process. MCATs are required for all applicants who are U.S. citizens, nationals, or permanent residents. MCATs are strongly recommended for all others, and, at the discretion of the Admissions Committee, they may be required. An in-person interview at the main administrative office in Massachusetts is preferred. However, if this is not feasible, a telephone interview with the Admissions Committee will be scheduled. The personal interview plays a major role in the selection of students. Decisions regarding admission are normally made within 10 business days. All interviewed applicants will receive the final decision of the committee in writing via the postal service.

Applicants are encouraged to visit the Basic Sciences campus as part of the admission process. In such cases, the assessment of the Associate Dean of Basic Sciences will be sent to the Admission Committee.

# MCAT REQUIREMENT

The Medical College Admission Test (MCAT) is required for all applicants who are U.S. citizens, nationals, or permanent residents. In addition, it is strongly encouraged for all other applicants and specifically required from those students who meet any of the following three conditions:

1. Students with outdated required science coursework (>5 years old).

2. Students who completed required science coursework at a community college.

3. Students with C grades or lower in the required science courses.

Saba's MCAT code is SUSOM. More information about the MCAT is available at the Association of American Medical Colleges (AAMC) website. Applicants can send Saba University the MCAT exam scores through the online THx system as soon as they are available at the AAMC.

# APPLICANTS FROM OTHER COUNTRIES

The Admissions Committee will evaluate applicants from countries with educational standards similar to the U.S. Each applicant, in general, should meet the educational requirements for admission to medical school in the country of origin. Students who have attended institutions outside the U.S. and whose transcripts are not in English must provide an interpretation of the transcript from an approved translation service. Students who have attended a college or university outside the U.S. or Canada are required to obtain a course-by-course evaluation of their transcript through the World Education Services (www.wes.org) or from another accredited agency that is a member of the National Association of Credential Evaluation Services (www.naces.org).

Since English is the language of instruction at Saba University, it is important that applicants be prepared academically to pursue the curriculum and be able to communicate. Applicants whose principal language is not English are required to take the TOEFL (Test of English as a Foreign Language).

# REAPPLICATION

Unsuccessful candidates may re-apply by submitting a new application form, $75 application fee, a new personal statement and updated transcript if applicable. Application materials are maintained on file for one year; thereafter, students must reapply for admission by re-submitting all required documents.

# TRANSFER APPLICANTS/ ADVANCED STANDING

Basic Sciences transfer applicants will only be accepted to the first, second or third semester. Depending on space availability, consideration is given to applicants from schools listed by the World Health Organization. Saba University will not consider coursework completed through a distance learning program. Students with unsatisfactory records or dismissal for any reason from other medical schools are not considered for advanced standing. Acceptance is contingent upon the recommendation of the Admissions Committee and on the basis of space available within the class.

Students requesting to transfer directly to the Clinical Medicine program must have passed the United States Medical Licensing Exam (USMLE) Step 1 with a minimum board score of 210 and have exhibited a strong academic performance in their current medical school. For licensure purposes, all Clinical Medicine transfer students must complete a minimum of 30 weeks of clerkships (two semesters) through Saba University.

Transfer students must meet all documentation requirements of a new student and must be in good academic standing. A student applying for transfer must fulfill the same documentation requirements of a new student, including:

- An official transcript from his/her current institution and all past educational institutions.
- A letter from his/her current medical school indicating the applicants stand at that school.
- A statement that the student has met all outstanding financial and academic obligations.

Saba University does not offer advanced-standing credit for courses taken in graduate or professional degree program (chiropractic, physician assistant, podiatry, dentistry or other allied health professional programs) other than coursework completed through an accredited medical school.

# DEFERRED ENROLLMENT

Students requesting to defer their original date of matriculation must submit a written request to the Admissions Committee and must have already secured placement

in that original starting class by paying their tuition deposit. If approved, the tuition deposit will be credited to the semester for which the deferment was made. In addition, a $500 deferment fee will be charged, which is non-refundable and due within 10 working days of the approved deferral. This fee will also be credited to the 1st semester's tuition. Deferment requests will be considered on a case-by-case basis and may only be granted if a seat is available in the intended semester. A deferral is limited to two semesters from the original start date. Only one deferment request will be honored. If the student is still unable to attend after deferral, he/she must reapply for admission.

## STUDENT ORIENTATION

Attendance for student orientation is mandatory for all new incoming students and transfer students. Orientation and registration is usually held on the day before classes begin. During the orientation session, students will officially register for classes, submit required documents for temporary residence, meet the deans and faculty and learn about medical school policies and island life.

# CHECKLIST FOR ACCEPTED STUDENTS

The following documents are required once the student has been granted admission to the program of medicine, in addition to required documents for applying:

- ✓ Police clearance
- ✓ Immunization record/health certificate to include: rubella, diphtheria, tetanus, polio, and tuberculin test within past year
- ✓ Birth certificate with raised seal

- ✓ Six passport-sized photos
- ✓ A valid passport
- ✓ Application for temporary residence (enclosed with acceptance packet)
- ✓ If applicable, marriage certificate

## WEBSITE INFORMATION

Please visit our website at www.Saba.edu. Although a Website cannot replace the experience of visiting the campus, it will provide a wealth of information about the university and the island of Saba.

The Saba University campus is fully equipped with modern classrooms, laboratories, a medical library, administrative offices, faculty offices, a fitness center and student support services.

All of the classrooms are air-conditioned and equipped with state-of-the-art teaching aids (LCD projectors, flat-screen displays, multimedia capability, video-microscope cameras, etc) to facilitate the teaching process.

A computer testing lab (for USMLE preparation) is located on campus, as well as conference rooms, a cafeteria and recreational facilities. Student dormitories are adjacent to the main campus.

## LABORATORIES

The gross anatomy laboratory is supplied with human cadavers for dissection and radiological materials to conduct detailed studies of the human body. A modern microbiology laboratory provides students the opportunity to acquire in-depth knowledge of the fundamentals of infectious disease.

## W.F.M. JOHNSON MEDICAL LIBRARY

The W.F.M. Johnson Library on campus provides students with a central location for medical literature, reference books and a computer center. Students have access to a wide variety of hard-copy journals as well as online access to full text journals and bibliographic information through the university subscription to major research publications and educational Web services. The library contains a learning resource center supplied with tutorial materials, videotapes, models and specialized computer programs.



The Saba University School of Medicine curriculum parallels the courses and training offered by medical schools in the United States and Canada. The Basic Sciences program is five semesters in length and may be completed in 20 months. The 80-week Clinical Medicine program is comprised of 72 weeks of clinical clerkships in hospitals in the United States and abroad, and eight weeks of the Research: Literature Review and Analysis module. The normal time to complete the entire program is approximately 48 months.



## REQUIREMENTS FOR GRADUATION

Graduation requirements are as follows:

- Satisfactory completion of Basic Sciences and Clinical Medicine curriculum.

- Passing scores on the United States Medical Licensing Exam (USMLE) Step 1, USMLE Step 2 Clinical Knowledge and Step 2 Clinical Skills.

- Payment of all outstanding financial obligations.

- Return of all assigned institutional property and equipment in acceptable condition.

Approval to graduate is subject to the approval from the Board of Trustees.

## BASIC SCIENCES CURRICULUM

The first five semesters comprising the Basic Sciences program are taught on the island of Saba by qualified M.D. and Ph.D. medical school faculty who are dedicated to providing the highest quality instruction. The low student-professor ratio provides ample opportunity for students to interact with the teaching faculty.

The Basic Sciences program consists of five 15-week semesters of coursework with two-week breaks between each semester.

The following represents the Basic Sciences curriculum.

# BASIC SCIENCES CURRICULUM

| Course | Course Name | Large Group | Small Group | Lab | Shelf Exam | Total |
|---|---|---|---|---|---|---|
| **Semester 1** | | | | | | |
| MED 511 | Scientific Foundations | 60 | 8 | | | 68 |
| MED 512 | Human Body Structure & Function | 120 | | 100 | 3 | 223 |
| MED 513 | Cell / Tissue Structure & Function | 108 | | 12 | | 120 |
| MED 516 | Clinical Skills I | 9 | 6 | 15 | | 30 |
| | **SEMESTER ONE TOTAL:** | | | | | **441** |
| **Semester 2** | | | | | | |
| MED 611 | Metabolism & Nutrition | 120 | 8 | | 3 | 131 |
| MED 612 | Genetics & Development | 93 | 8 | | | 101 |
| MED 613 | Infection / Defense / Response | 134 | 8 | | 3 | 145 |
| MED 616 | Clinical Skills II | 12 | 16 | 26 | | 54 |
| MED 617 | Foundational / Applied Clinical Correlate | | 28 | | | 28 |
| MED 619 | Research Curriculum - Evidence Based Medicine | 24 | | 12 | | 36 |
| | **SEMESTER TWO TOTAL:** | | | | | **495** |
| **Semester 3** | | | | | | |
| MED 711 | Neuroscience, Mind & Behavior | 155 | 8 | 15 | 3 | 181 |
| MED 712 | Systems & Disease I (Introduction/Neuro) | 148 | 7 | | | 155 |
| MED 713 | Medical Ethics | 24 | 2 | | | 26 |
| MED 716 | Clinical Skills III | 8 | 12 | 28 | | 48 |
| MED 717 | Epidemiology | 28 | 2 | | | 30 |
| MED 718 | Foundational / Applied Clinical Correlate | | 28 | | | 28 |
| | **SEMESTER THREE TOTAL:** | | | | | **468** |
| **Semester 4** | | | | | | |
| MED 811 | Systems & Disease II (Repro/Endo) | 94 | 28 | | | 122 |
| MED 812 | Systems & Disease III (CV/Resp/Renal) | 135 | 25 | | | 160 |
| MED 813 | Systems & Disease IV (GI/Peds) | 80 | 17 | | | 97 |
| MED 816 | Clinical Skills IV | 46 | 24 | 50 | | 120 |
| | **SEMESTER FOUR TOTAL:** | | | | | **499** |
| **Semester 5** | | | | | | |
| MED 911 | Systems & Disease V (Heme/Immune/Integument/MSK/Multisystem) | 147 | 31 | | 5 | 183 |
| MED 912 | Comprehensive Basic Science Review | 238 | | | 8 | 246 |
| MED 916 | Clinical Skills V | 12 | 9 | 23 | | 44 |
| MED 919 | Research Curriculum - Critical Appraisal | 8 | 8 | | | 16 |
| | **SEMESTER FIVE TOTAL:** | | | | | **489** |

## MED 511 SCIENTIFIC FOUNDATIONS

Students will gain an understanding of basic cellular functions. Topics include: macromolecules along with their functions and regulation, basic cell biology, epigenetics, biotechnology and principles of pharmacology. The topics covered in this course will serve as the foundation for numerous longitudinal aspects of the basic sciences curriculum. Each of the mechanisms and processes discussed in Scientific Foundations will be reinvestigated in more detail as students progress through semesters 1 - 5. The mechanistic elements of basic cellular processes will be related to medical applications. A thorough understanding of the foundational information presented in this course is critical to establishing a structure upon which to add levels of detail in subsequent courses. Additionally, Foundational / Applied Clinical Correlate sessions will introduce students to the relationship between basic science and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. These sessions will include didactic instruction, group problem –solving exercises and critical appraisal of the primary literature. **(5 credits; 68 hrs.)**

## MED 516 CLINICAL SKILLS I

This is the first course in a five-part series that focuses on communication skills, eliciting the patient's history, performing a physical exam, and communicating their findings to healthcare professionals through oral presentations and written notes. In this course, students will learn and practice the foundations of patient-physician communication skills, including initiating the session, building the relationship, exploration of problems, understanding the patient agenda and structuring the consultation. Students will also learn the first steps of eliciting the patient's story in a patient centered manner

and the initial components of a physical exam. In addition, students will begin to develop their skills documenting their findings in a patient note. **(2 credits; 30 hrs.)**

## MED 512 HUMAN GROSS ANATOMY & EMBRYOLOGY

This course explores basic gross human anatomy, allowing students to understand the relationship anatomical structure and function. Through lectures, regional dissections of cadavers and evaluation of radiographs (including CT and MRI), students acquire a basic knowledge of the normal gross structure, functional and clinical anatomy of organs and systems of the adult human body, including the brain and spinal cord. Computer-based tutorial programs and structured reviews are used to supplement the lectures and labs. **(15 credits; 223 hrs.)**

## MED 513 CELL / TISSUE STRUCTURE & FUNCTION

This is a lecture and laboratory course that examines the microanatomy of cells, tissues and organs. Lectures illustrate the microstructure of major tissues and organs in relation to their function. Laboratory exercises use the light microscope to study these components and make use of slides and electron micrographs for review and discussion. This lab-oriented program presents the molecular biology and histology of normal cells, tissues and organ systems at various developmental functional stages. Students learn how individual cell functions interact with one another and how such interactions are accomplished from the tissue levels to the organ levels. The course introduces molecular and control systems and prepares students for an understanding of normal (homeostasis) systems and pathological conditions. In addition, students learn how molecular building blocks are utilized for

growth and differentiation, wound healing and tissue repair, defence mechanisms and transfer of hereditary characters. **(8 credits; 120 hrs.)**

## MED 611 METABOLISM & NUTRITION

The biochemical pathways of living organisms are studied with a focus on metabolic processes. Topics include pathways linking nutritional intake and energy yielding processes as well as the application of underlying principles discussed in Scientific Foundations (First Semester – First Block). Broad content includes a study of the chemistry and reactions of constituents of living matter, including carbohydrates, lipids, proteins, nucleic acids, vitamins, coenzymes, and minerals. In addition, the chemistry and regulation of the reactions and processes of whole organisms will be examined including: endocrinology, enzymology, nutrition, intermediary metabolism and biochemical mechanisms involved in select disease states. The content of MED 611 - Metabolism & Nutrition is integrated with the course MED 617 – Foundational / Applied Clinical Correlate allowing for the direct application of the principles learned to human health. **(9 credits; 131 hrs.)**

## MED 612 GENETICS & DEVELOPMENT

This course provides students with an understanding of the principles and concepts upon which current clinical genetic practice (diagnosis, treatment, and genetic counselling) is based. It also incorporates human development, allowing students to understand the relationship between embryonic development, in terms of human body structure & function, and the underlying genetic mechanisms of congenital abnormalities. This course covers the genetics of human populations and introduces recent and ongoing discoveries so that their future

applications may be understood. It builds upon the material introduced in MED 612 Scientific Foundations and is integrated with MED 617 – Foundational / Applied Clinical Correlate. **(7 credits; 101 hrs.)**

## MED 613 ███ ███████/ ███████ ████ ████ ██ ███

This course considers the characteristics and properties of microorganisms, their role in the disease processes and selected aspects of diagnosis and treatment of infectious disease. Other topics include the basic principles of bacteriology, mycology, parasitology, virology, immunology and microbial genetics, including cultural characteristics and pathogenic properties of medically important species of bacteria, fungi, and viruses. Students will build upon basic pharmacology included in MED 511 - Scientific Foundations. This course covers the basic immunologic concepts of the cells and humoral products of the immune system. Lectures include the molecular biology and genetics of antigen recognition and immunoglobulin production plus the characteristics and detection of antigen-antibody reactions. The approach is to correlate these basic concepts with clinical manifestations of disease, the immunopathologic mechanisms of hypersensitivity, autoimmunity, transplantation, tumor immunology, hematology, reproduction, infectious diseases, immunodefiency and pharmacotherapy. This course will be integrated with the course MED 617 – Foundational / Applied Clinical Correlate. **(10 credits; 145 hrs.)**

## MED 616 ██ ██████ ███████ ██

After a review of the skills developed in Clinical Skills I, students will learn additional components of a patient-centered history, including explaining and planning a treatment plan and communication skills in specific situations including delivering bad news, cultural and social diversity, and demonstration of empathy. Instruction on the history continues with the past medical history, family history, social history and a complete review of systems. Students will also learn to perform a complete screening

physical exam, and will continue to develop documentation skills with oral presentations and the patient note. **(4 credits; 54 hrs.)**

## MED 619 ██████ ██ ███████ ██████ ██ █████████ █████ ██████ ███

Student will have an opportunity to develop research skills related to Evidence-Based Medicine (EBM). Students will be introduced to concepts of research analysis and critical thinking. At the end of this course, students will be able to identify and frame a clinical question based on therapy, diagnosis, prognosis or etiology; develop a focused search strategy to identify articles that best answer the clinical question; find the appropriate medical database; and critically appraise articles for validity. Students will be required to independently utilize various types of EBM resources. Students will use technological resources that are available online and in the Saba University School of Medicine library. Skills acquired in this course will allow students to successfully complete the research module, Research: Literature Review and Analysis (RLRA). **(2 credits; 36 hrs.)**

## MED 617 ██████████ ██ / ████████ █████ ████ ███████ ████

In Foundational / Applied Clinical Correlate sessions, students will be introduced to the relationship between basic science and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. In addition, there will be integration of concepts learned in MED 616 – Clinical Skills II. Each of these interactive sessions will include didactic instruction, group problem –solving exercises and critical appraisal of the primary literature. Students will present different aspects of contemporary scientific and medical literature including the background, current understanding and future directions. This course will also be integrated with MED 611 – Metabolism & Nutrition, MED 612 – Genetics & Development and MED 613 – Infection / Defense / Response. **(2 credits; 28 hrs.)**

## MED 711 ██ ██████ ████████, ████ ██ ████████ ████ ██ ████

This course will include an interdisciplinary investigation of the physiology and the gross and microscopic structure of the brain, spinal cord, and nervous system of humans. Aspects of brain energy metabolism, neurotransmitter synthesis and degradation, and psychopharmacology are presented. This course integrates anatomical and physiological material to assist the student in understanding common neurological disease processes. Laboratory exercises will provide slides and dissection of the human brain, spinal cord, and relevant structures. Students will be introduced to modern methods of neuroimaging, including CT scans and MRI. Additionally, this course presents the basic principles of human behavior including biological, social, and cultural substrates. Both normal and abnormal behavior theories will be included in an overview of personality development. Workshops will cover areas such as interviewing techniques, death education, human sexuality, and psychophysiological disorders including stress management and biofeedback. Additional lectures present various classes of psychotropic drugs and their indications. This course will be very closely integrated with MED 718 – Foundational / Applied Clinical Correlate and MED 712 -- Systems & Disease I. **(12 credits; 181 hrs.)**

## MED 712 ██████ ████████ & █████████ █ ████████████ ████████ ████ ██ ████

Basic principles of human physiology are first studied followed by an investigation of the Neurological System. This course employs the Neurological System as a transition to semesters 4 and 5 where the remainder of the systems will be discussed. As with the rest of the Systems & Disease courses, each system will begin with a detailed review of pertinent human body structure & function as well as cell / tissue structure & function. This will be followed

by the presentation of the individual systems in detail, including relevant pathology, physiology, pharmacology, clinical skills and clinical presentations of disease. All content will be integrated. Additionally, Clinical Correlate sessions will introduce students to the relationship between individual systems, pharmacology and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. These sessions will include didactic instruction, group problem–solving exercises and critical appraisal of the primary literature. **(10 credits; 155 hrs.)**

## MED 713 MEDICAL ETHICS (WEEK 1)

This course provides a comprehensive study of the legal and ethical issues involved in the practice of medicine. Medical ethics will consist of a series of seminars devoted to discussion of various topics such as disclosure, confidentiality, informed consent, and death and dying. The inclusion of ethics case discussions will allow students to discuss and debate ethical scenarios. Legal cases posing dilemmas that relate to each case will be presented, along with abstract material to facilitate conceptual and ethical analysis. This course will be integrated with MED 716 – Clinical Skills III. **(2 credits; 26 hrs.)**

## MED 716 CLINICAL SKILLS III (WEEKS 1-4)

After a review of the skills developed in Clinical Skills I & II, students will learn to communicate in a patient-centered manner in other specific situations including patients with mental illness, obtaining information from other caregivers, providing advocacy and support and medically unexplained symptoms. Students will continue to refine their ability to obtain a complete history and conduct a complete physical exam. Students will also refine their ability to obtain a complete history and physical exam in a patient-centered manner, and will begin to learn to obtain a problem-focused history. Documentation skills will focus on the complete history and physical exam with oral presentations and the patient note. **(3 credits; 48 hrs.)**

## MED 717 EPIDEMIOLOGY (WEEKS 1-4)

This course addresses the fundamental principles of the distribution of diseases and their causes in human populations. Students will learn how to conduct epidemiologic investigations, how to critically review medical literature and how to use this information in a clinical environment. Students will acquire a basic level of proficiency in epidemiologic principals, biostatistics and be able to apply these in clinical practice. **(2 credits; 30 hrs.)**

## MED 718 FOUNDATIONS I: MEDICAL THREADS AND CLINICAL CORRELATES

In Foundational / Applied Clinical Correlate sessions, students will be introduced to the relationship between basic science and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. In addition, there will be integration of concepts learned in MED 716 – Clinical Skills III. Each of these interactive sessions will include didactic instruction, group problem–solving exercises and critical appraisal of the primary literature. Students will present different aspects of contemporary scientific and medical literature including the background, current understanding and future directions. This course will also be integrated with MED 711 – Neuroscience, Mind & Behavior. **(2 credits; 28 hrs.)**

## MED 811 SYSTEMS & DISEASE I (PERIOD 1)

The Systems & Disease series of courses begin with a detailed review of pertinent human body structure & function as well as cell / tissue structure & function. This will be followed by the presentation of the individual systems in detail, including relevant pathology, physiology, pharmacology, clinical skills and clinical presentations of disease. All content will be integrated. Additionally, Clinical Correlate sessions will introduce students to the relationship between individual systems, pharmacology and clinical medicine with emphasis on diagnostics, therapeutics and disease causation. These sessions will include

didactic instruction, group problem-solving exercises and critical appraisal of the primary literature. This course covers the Reproductive and Endocrine systems. **(8 credits; 122 hrs.)**

## MED 812 SYSTEMS & DISEASE II (PERIOD 2)

This course covers the Cardiovascular, Respiratory and Renal systems, and follows the structure described in MED 811 – Systems & Disease II. **(11 credits; 160 hrs.)**

## MED 813 SYSTEMS & DISEASE III (PERIOD 3)

This course covers the Gastrointestinal system and Pediatrics, and follows the structure described in MED 811 – Systems & Disease II. **(6 credits; 97 hrs.)**

## MED 816 CLINICAL SKILLS IV

After a review of the skills developed in Clinical Skills I - III, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease, concentrating on the integumentary, cardiovascular, respiratory, renal and neurological systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will focus on the complete history and physical exam with oral presentations and the patient notes for both a complete history and physical exam and a focused patient visit. **(8 credits; 120 hrs.)**

## MED 911

This course covers the Hematologic, Immune, Integumentary and Musculoskeletal systems as well as Multisystem disease. It follows the structure described in MED 811 – Systems & Disease II. **(12 credits; 183 hrs.)**

## MED 916

After a review of the skills developed in Clinical Skills I - IV, students will continue to develop their communication skills and ability to perform a complete history and physical exam. Physical exam skills will be reinforced by more in-depth instruction in the physical exam skills that correspond to the systems studied in Systems & Disease V, concentrating on the gastrointestinal, endocrine, reproductive, and musculoskeletal systems. Students will further develop their ability to complete a problem-focused history and physical exam. Documentation skills will be further developed with focused patient visits, with additional instruction on medical order writing, diagnostic decision-making, and prescription writing. **(3 credits; 44 hrs.)**

## MED 919

Students will participate in the critical appraisal of contemporary medical literature, including publications representing various study designs as well as the incorporation of basic science principles. Selected primary literature will range from preclinical investigation through the various phases of clinical trials. Templates such as PICOT (population, intervention, comparison, outcome and time) will be introduced and utilized. This course will be integrated with the content presented in MED 911 – Systems & Disease V. Skills acquired in this course will allow students to successfully complete the research module, Research: Literature Review and Analysis (RLRA). **(1 credit; 16 hrs.)**

## MED 912

This course utilizes daily lectures, lecture notes and computerized testing to provide an integrated review of the basic sciences. An emphasis is placed on understanding of disease processes and clinical problem solving. Students attend daily online lectures. A faculty member from the appropriate discipline is present during each lecture to provide additional information and answer questions. Early in the course students are given a diagnostic pre-test to help identify problem areas and individualize learning goals. At the end of the course students are administered a full-length, simulated USMLE Step 1 exam to evaluate progress. Sufficient progress must be documented to pass the course and complete the Basic Sciences program. **(16 credits: 246 hrs.)**

Elective courses are offered during the first five semesters. The objective of an elective rotation is to provide the student with a structured, in-depth experience in a subject matter that will contribute to the student's basic science knowledge base and promote scientific inquiry skills. Electives are as follows:

## MED 913

This elective allows the student to apply the principles of epidemiologic investigation to an independent clinical research project. Special attention is given to projects that will contribute to the health care needs and statistical database of the island of Saba. The student is expected to prepare a written report and give an oral presentation. **(1 or 2 credits)**

## MED 923

This elective allows the student to participate in a structured research project at the Saba University Research Center at the Cove Bay facility. Students will participate in ongoing research projects with 1:1 faculty supervision or may propose their own project. The student is expected to prepare a written report as well as an oral presentation. **(2 credits)**





In concert with curriculum reform occurring in U.S. medical schools, Saba University promotes the early introduction of students to learning interviewing skills and gaining experience developing relationships with patients.

Basic Sciences students may attend hospital clinics and make house calls to home-bound residents. To prepare students for clerkship duties, they are instructed in the Infection Control practices, and the HIPAA (confidentiality) regulations. Simple clinical skills including suturing, wound care, and blood drawing are also taught.

After successful completion of the Basic Sciences program, students enter the Clinical Medicine portion of their studies. The 80 week Clinical Medicine component consists of a required eight week research module followed by 72 weeks of clinical clerkships through various medical specialties in hospitals within the United States and abroad that are affiliated with Saba University School of Medicine. Saba University also has affiliations with teaching hospitals in the Dutch Caribbean, making it possible for Dutch Caribbean graduates to complete their entire medical degree within the same country.

During these clinical clerkships, students will work directly with physicians and hospital staff, conducting history taking, physical examinations, case presentations, laboratory analysis, and attending workshops, conferences and grand rounds.

During clinical clerkships, students will have 42 weeks of required core clerkships in Surgery, Internal Medicine, Pediatrics, Psychiatry, and Obstetrics and Gynecology. The remaining 30 weeks include elective clinical clerkships which students may select based upon their projected medical specialty.

All Saba University students are required to complete four weeks of a Primary Care elective.

# REQUIREMENTS FOR THE TRANSITION TO CLINICAL MEDICINE



Students must successfully complete the Basic Sciences curriculum and be recommended by the Pre-Clinical Medicine faculty to enter the Clinical Medicine portion of the curriculum. Other requirements for clerkships include:



- Application for professional liability insurance.
- Completed current immunization form.
- Participation in a clinical orientation session.
- Personal interview with Office of Clinical Medicine staff.
- Signed clinical contract.
- Signed consent form.
- Completed clinical preference questionnaire.
- Up-to-date curriculum vitae (typed).
- Clearance from Saba University: Students completing the Basic Sciences or concluding studies for any reason must first obtain a financial clearance letter from the school's Administrative Office. Clearance signatures are required from the student's landlord, major utility company, and Satel N.V., the local telephone company. Without this form, it will be impossible to purchase a ticket from Saba to St. Maarten. The clearance form must be presented to the immigration officer at the airport before a student is permitted to board a flight. Holds may be placed for grade reports or transcripts for nonpayment of expenses while in residence on Saba.
- Passing score on USMLE Step 1: Students are expected to take the USMLE Step 1 examination within three months of completing the Basic Sciences program. Students are only permitted to begin clinical clerkships after completing USMLE Step 1.
- Research: Literature Review and Analysis final paper approved by sponsor for presentation to committee.

# RESEARCH: LITERATURE REVIEW AND ANALYSIS (REQUIRED)

The purpose of the Research: Literature Review and Analysis portion of the curriculum is to further develop students' abilities to evaluate and assimilate scientific evidence and to reinforce the skills required to critically appraise the ever-changing body of medical knowledge.

Consistent with the university's motto—"Education for Life"—these skills are essential to modern practicing physicians who will have to continuously improve their medical knowledge and clinical skills over the course of their career.

Students are expected to apply the knowledge and understanding from their Basic Sciences courses to analyze a current and complex medical care question, using evidence from published medical literature. As part of this course, students are required to write a paper that is evaluated by a faculty committee.

While working independently, students will interact on a regular basis with a sponsor who will provide oversight throughout the project including: selection of an appropriate topic; identification of relevant literature; formulating conclusions; and the preparation of a final paper. The sponsor will also review the written paper to ensure that it meets university standards prior to approval for submittal to the faculty committee for review. **(8 weeks)**

## INTERNAL MEDICINE

Students build on skills acquired in physical diagnosis to include the completion of a thorough history and physical examination of primarily adult patients. Students will be a part of the clinical management team and given responsibilities for certain aspects of direct patient care under the close supervision of a preceptor. Students will have clerkship experiences in both inpatient and ambulatory care settings. Lectures will include the management of commonly encountered disease processes as well as an introduction to the use of diagnostic procedures. Students will be given direct assignments for research and expected to present them at clinical conferences. **(12 weeks)**

## SURGERY

Students will be introduced to disease processes which require various levels of surgical intervention. Initially, students will be taught the policies and procedures of the operating room to include scrubbing and the maintaining of sterile technique. They will have opportunities to do pre-surgical histories and physical examinations. Opportunities will be provided for direct practice of simple procedures such as suturing, debridement and wound care. Students will be able to observe and assist during various procedures in the operating room and participate in the follow-up and treatment of the postsurgical patient in the hospital and in ambulatory practice settings. **(12 weeks)**

## OBSTETRICS AND GYNECOLOGY

Students will be introduced to the normal course of pregnancy to include prenatal care, labor, delivery and the postpartum period. Students will be taught the fundamentals of a proper obstetric and gynecologic history and examination. Observation and participation in a number of live births will be provided. Students will also have lectures and direct experience with various disease processes and complications of pregnancy and delivery. Students will learn the fundamentals of family planning and dealing with patients with sexually transmitted diseases. **(6 weeks)**

## PEDIATRICS

This clinical rotation introduces the student to the challenging medical treatment of infants, children and adolescents. Students initially will learn to take histories and perform physical examinations on well infants and children in inpatient and outpatient clinic settings. The diagnosis and treatment of common illnesses will be emphasized, but the student will have an opportunity to learn about the more rare congenital as well as acquired disorders. **(6 weeks)**

## PSYCHIATRY

In a primarily institutional setting, the student will learn about the major psychiatric illnesses such as schizophrenia, affective and anxiety disorders. Special emphasis will be placed on the difference between organic and functional mental illnesses through taking a proper psychiatric history and performing a mental status examination. Students will be instructed in the judicious use of major classes of psychotropic medications. **(6 weeks)**

## FAMILY MEDICINE AND OTHER ELECTIVES

Students must have their elective clinical clerkships approved by the Office of Clinical Medicine prior to the beginning of the rotation. The total of elective clerkships must be a minimum of 30 weeks. Suggested length for electives is a four-week minimum and an eight-week maximum. All students must complete four weeks of a Primary Care Elective. Students who plan to practice in California or Texas must take four weeks of Family Medicine in a hospital having an appropriately credentialed residency training program.

Highly recommended electives include:
- Cardiology
- Family Medicine
- Dermatology
- Emergency Medicine
- Anesthesiology
- Intensive Care Medicine
- Neurology
- Pathology

## REQUIRED CORE CLERKSHIPS

| | |
|---|---|
| Internal Medicine | 12 weeks |
| Surgery | 12 weeks |
| Obstetrics and Gynecology | 6 weeks |
| Pediatrics | 6 weeks |
| Psychiatry | 6 weeks |
| Total | 42 weeks |

- Plastic Surgery
- Radiology
- Urology
- Vascular Surgery

# CLINICAL PLACEMENT

Geographical mobility is required of all students in the Clinical Medicine program. Students are given an opportunity to fill out a geographical preference form prior to entering the Clinical Medicine program. Special consideration is given to engaged students, married students and students with school-age children. Scores on the USMLE Step 1 may also be taken into consideration, as some hospitals/medical centers have set cutoff scores for acceptance into a clinical rotation at their respective centers.

For students requiring visas, Saba University School of Medicine will make every attempt to place a student in a clinical rotation within an approved U.S. Hospital/Medical Center. This placement is subject to United States government regulations.

Clinical clerkships are scheduled through the Saba University Office of Clinical Medicine. Students are not permitted to contact affiliated hospitals directly until official assignment to the site is received via a clerkship confirmation form. Special arrangements for electives or other clerkships should be cleared first through the Office of Clinical Medicine, which will provide proof of insurance and liaison contacts with the hospital or preceptor.

Hospital affiliations in the United States are divided into major geographic areas: East, Southeast and the Midwest.

Although 95% of all Saba University students complete their clinical clerkships in the United States, clerkships outside the United States may be requested by a student who should organize and submit the details to the Office of Clinical Medicine for approval at least three months in advance.

Saba University graduates have participated in elective clerkships in Great Britain, Ireland, Israel, Canada, Australia, India, Dutch Caribbean, Africa, Central America and Bosnia.

## PARTIAL LIST OF HOSPITAL AFFILIATIONS

The following is a partial list of major affiliated hospitals in the United States where Saba University students regularly do clinical clerkships:

Bridgeport Hospital, CT
Brookdale Hospital, NY
Cape Cod Hospital, MA
Harbor Hospital Center, MD
Holy Cross Hospital, MD
Leonard J. Chabert Medical Center, LA
Rochester General Hospital, NY
Spring Grove Hospital, MD
St. Luke's Hospital, MO
St. Mary's Hospital, CT
St. Mary's Health Center, MO
Union Memorial Hospital, MD
Wyckoff Heights Medical Center, NY



# POSTGRADUATE MEDICAL EDUCATION

The Clinical Medicine program staff at Saba University School of Medicine takes special pride in mentoring students for residency positions in the United States and other countries.

Students become eligible for the National Resident Matching Program in the United States by passing Step 1, Step 2CK and Step 2CS of the USMLE.

Each student is given individual attention and guidance throughout their application process. Personal statements are reviewed and a comprehensive Medical Student Performance Evaluation (MSPE), formerly known as the Dean's Letter, is written for residency training directors.

A partial list of Saba University graduates' residency appointments is located at the end of this catalog.

The medical world is changing rapidly: new medical problems arise continually and scientific research develops worldwide.  As such, the ability to think critically and apply scientific methodology, especially when assessing new developments, is essential to the practice of medicine.  Research at Saba University School of Medicine, and its integration into its program of medical education, is designed to support these principles.  To this end, the curriculum is designed to ensure that all graduates are able to:

- Integrate and apply their knowledge, understanding and problem solving abilities in new or unfamiliar environments within the context of medicine.

- Handle complexity and formulate judgments with incomplete or limited information.

- Understand the social and ethical responsibilities linked to the application of their knowledge and judgment.

- Communicate their conclusions, and the knowledge and rationale underpinning these conclusions, clearly and unambiguously.

- Continue to study medicine in what may be largely self-directed or autonomous settings.

The development of these competencies begins at the outset of the Basic Sciences curriculum through an introductory course focused on research skills and evidence based medicine.  Students continue their exposure to research throughout the basic sciences program where course directors and faculty are encouraged to incorporate the latest developments in medical research into their respective courses.  Case presentations are also utilized as a means to teach students how biomedical research becomes part of patient care.

Prior to beginning their formal clinical training, students are required to complete a research module.  In this required research module, the cornerstone of the research program at Saba University, students choose a current and complex medical care question, develop an actionable hypothesis, research published literature and critically assess their findings under the guidance of a faculty mentor.  The research module culminates with a written paper in which students present their findings and formulate conclusions which are evaluated by a committee composed of faculty and deans.

In addition to the required research elements of the curriculum, Saba University students are actively encouraged to pursue research projects independently and in conjunction with faculty members during the basic sciences and clinical medicine portions of their education.  Each semester the school affords students and faculty the opportunity to publish and present their research projects to their peers at the university.  The university also supports the publication and presentation of student and faculty research projects in various journals and other recognized forums.

## THE RESEARCH COMMITTEE

The Research Committee, consisting of university faculty members, evaluates all proposals for research projects to be conducted at the university.  The committee reviews projects in the context of the desirability / feasibility of the proposal and the soundness of the experimental design.

## INSTITUTIONAL REVIEW BOARD

In addition to the Research Committee, the Institutional Review Board for Human Subjects (IRB) is responsible for the safety of human subjects.  Its role is to see that:

- All elements of "Informed Consent" as defined by the National Institutes of Health of the United States have been met.

- The subjects will not be placed at risk.

- All subjects are fully aware of any conditions to which they may be exposed.

The IRB is made up of three members of the faculty and the Chief Medical Officer of Saba.  No research project, clinical study or investigation that involves human subjects will be conducted in university facilities without approval of both the Research Committee and the IRB.



## HONOR SYSTEM

Students are required to sign an honor code contract prior to matriculation, stating that he/she will maintain a high degree of personal honor and integrity during their medical training. The Student Honor Code is printed in the Student Handbook.

## ATTENDANCE

Regular, punctual attendance (90% minimum) is mandatory of all students in Basic Sciences classes. Students who exceed the number of allotted absences are subject to academic review and penalty. Full attendance is required at all clerkships. Students are expected to make up days missed due to illness or other reasons.

## WITHDRAWAL

Requests for withdrawal from medical school must be submitted in writing to the Associate Dean of the Basic Sciences or Associate Dean of Clinical Medicine. Basic Sciences students are also required to submit an island clearance to the Administrative Office. Failure to comply may result in retention of student records.

## DISMISSAL

A student may be dismissed from the school for the following reasons:

1. Failure to maintain academic performance as determined by the Student Promotions Committee.

2. Cheating, plagiarism or other unethical academic conduct.

3. Violation of the laws or statutes of the island of Saba, Dutch Caribbean.

4. Demonstration of unprofessional behavioral or emotional instability which impairs judgment and/or represents a potential compromise to patient care.

## STUDENT GRIEVANCE: PROCEDURES AND APPEALS

Students seeking to resolve problems or complaints should first contact their instructor. Should a student desire to appeal a decision made by an instructor, he/she shall notify the appropriate Associate Dean in writing, stating the reason for the appeal and submitting any supporting documents relative to the appeal for review. Students who feel that the grievance has not been adequately addressed by the Associate Dean should contact the Executive Dean in writing. (Refer to Student Handbook for more detailed information regarding appeals).

## EXAMINATIONS AND GRADING

Examinations are given in each Basic Sciences course every third Monday, while final exams are given at the end of each semester. Examinations are in a format compatible with that of the USMLE and will include laboratory and clinical skill assessment when appropriate. Oral examinations are an integral part of the clinical skills segment of the curriculum.

A score of 70% or higher is required to pass examinations in both the Basic Sciences and Clinical Medicine curricula.



21

## COURSE GRADES WILL BE BASED ON THE FOLLOWING CRITERIA:

| | | |
|---|---|---|
| A | 90-100% = 4.0 | Superior performance. |
| B | 80-89% = 3.0 | Good - commendable performance. |
| C | 70-79% = 2.0 | Satisfactory performance. |
| F | below 70% | Unsatisfactory - failing performance. |
| I | Incomplete | This indicates that a student was doing satisfactory work, but for nonacademic reasons (other than competencies) was unable to meet the full requirements of the course. |
| W | Withdrawn | This indicates that a student was permitted to with-draw without an academic grade penalty. Any student who withdraws on or before the drop date, as defined in the course syllabus, will receive a W. |
| WF | Withdrawn Failing | This indicates that a student was permitted to with-draw from a class after the drop date, as defined in the course syllabus, while failing the course. |
| WP | Withdrawn Pass | This indicates passing at the time of withdrawal without academic grade penalty. |
| T/C | Transfer Credit | Accepted transfer credits. |
| SCHEDULED | | Approved clerkship - no grade awarded. |
| CURRENT | | Clerkship in progress - indicates weeks but no grade. |
| PENDING | | Clerkship complete - pending evaluation to enter grade. |

## OFFICE OF THE REGISTRAR – TRANSCRIPT INFORMATION

Permanent records of each student enrolled at the university are maintained in the Office of the Registrar. The Office of the Registrar is responsible for all enrollment statistics, verification of attendance, management of all student records and issuance of transcripts and grade reports.

Requests for transcripts must be submitted in writing directly to the the Office of the Registrar. The fee is $10 per transcript request. An online transcript request form can be downloaded from Saba's website under the Forms section. E-mail, fax or phone requests will not be honored.

All transcripts sent directly to students will be marked "Issued to Student" and will generally not be considered official. Transcripts will not be released for students who have an outstanding financial obligation to the university. Students applying to ERAS are not charged a transcript fee. Transcript requests are normally processed within three business days.

## LEAVE OF ABSENCE

Requests for a leave of absence may be granted for medical, personal, financial or academic reasons. Emergency leaves for a short period of time may be granted in cases of a serious illness or death in the family within 24 hours of written notification by the Associate Dean of Basic Sciences or Clinical Medicine, as appropriate. Students are required to give advanced written notification and must assume responsibility to complete course or clinical rotation requirements upon returning. Time missed during Basic Sciences studies will be counted as part of the 90% class attendance requirement. The maximum time granted for a leave of absence in the Basic Sciences is one academic semester (15 weeks). For students who are receiving financial aid, notification will be submitted to the loan agencies for an approved Leave of Absence. Students who neglect to return to the program at the end of the leave of absence or who neglect to apply for an extension are subject to administrative withdrawal from Saba University.

Clinical Medicine students who take more than 30 days off during their third and or fourth year clerkships must request in writing permission to the Associate Dean of Clinical Medicine. Students must specify dates and the reason for the request. Students who fail to request a leave of absence may be subject to immediate administrative withdrawal. The Office of Clinical Medicine, the preceptor and the hospital's Office of Medical Education must be notified immediately if a student has a personal emergency requiring absence from a rotation. All time missed during a rotation must be made up to the satisfaction of the hospital's Director of Medical Education or the preceptor.

# EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES (ECFMG) CERTIFICATION

Saba University School of Medicine prepares its students for the practice of medicine. Students should familiarize themselves with the licensure and certification requirements of the jurisdiction(s) in which they may wish to practice. All students are required to sit for and pass the United States Medical Licensing Exam (USMLE) Step 1, USMLE Step 2 Clinical Knowledge and USMLE Step 2 Clinical Skills United States Medical Licensing Exam (USMLE), regardless of whether they intend to practice in the United States. In accordance with the school's regulatory and accrediting requirements, all students are further required to report their USMLE scores to the school, provide a consent allowing ECFMG to report their scores to the school, and provide a consent allowing the school to report their scores to the school's regulatory and accrediting bodies.

Information regarding the USMLE and the ECFMG Certification can be found at www.ecfmg.org.

Students may be permitted a maximum of two attempts for Step 1 and Step 2. Further approval requires a written appeal to the Student Promotions Committee.

# STUDENT PROMOTIONS COMMITTEE

The Student Promotions Committee reviews every student's performance during and at the end of each semester. The Promotions Committee may take any of the following actions in regard to the student's standing in the medical school program:

1. All students accepted into the SUSOM medical curriculum with advanced standing will be placed on academic probation during their first semester.

2. The Promotions Committee may place a student on academic probation when it is determined that the student is experiencing academic difficulty or course failure. Faculty advisors are informed by the Promotions Committee of all students placed on academic probation at midterm and at the end of the semester.

The Assistant Dean of Student Affairs sits on the Promotions Committee and is responsible for monitoring the progress of all students on academic probation. The Assistant Dean of Student Affairs acts as a liaison between the Student Government Association and the Saba University administration.



# STUDENT CONDUCT

The highest standards of personal conduct are expected and required of students of the Saba University School of Medicine. Inappropriate conduct while on the island of Saba or during clinical training may result in immediate dismissal from the medical school program. Students are subject to the laws of the Dutch Caribbean while in residence on the island. Refer to the Student Handbook for procedures and guidelines.

For more details, please refer to Student Handbook and Academic Policies.

# STUDENT SERVICES AND ADVISING

### STUDENT SERVICES

Student health services will be maintained on the island of Saba for routine care. Clinical psychologists are available as needed. The local physician will assess medical emergencies, and the student will be evacuated if necessary to the nearest appropriate facility. Students should examine their individual health insurance plans to be sure medical evacuation is included in the policy.  A modern medical-surgical hospital is available on St. Maarten for both inpatient and outpatient care.

### SUBSTANCE ABUSE

The use, possession or distribution of illegal drugs carries serious penalties. Abuse of alcohol resulting in impaired performance or legal difficulties will be dealt with stringently. Saba University School of Medicine recognizes health care professionals are at risk for substance abuse and will attempt to assist any student with substance abuse problems in a rehabilitative manner. The services of a psychiatrist and psychologist are available for such cases.

### STUDENT ADVISING

Students in the first, second and third semesters are assigned a faculty advisor. Students in the fourth and fifth semester enter a group advising system that involves the fourth- and fifth-semester faculty and liaison personnel from the Office of Clinical Medicine. Faculty advisors are informed of all advisees failing courses at the midterm and are required to meet with the student. The grades of all assigned advisees are sent to each faculty member at the end of the semester.

# STUDENT AWARDS

### DEAN'S LIST

Students who achieve a 4.0 grade point average and are full-time students qualify for the Dean's list.

### HONORS LIST

Students whose grade point average is 3.50–3.99 and are full-time students qualify for the Honors list.

### DEAN OF BASIC SCIENCES AWARD

In recognition of the student with the highest academic class average in the Basic Sciences division.

### STUDENT EXCELLENCE AWARD

In recognition of overall academic excellence and contributions to the student body, the medical school and the Saba community.

### DEAN OF CLINICAL MEDICINE AWARD

In recognition of consistently outstanding performance in the Clinical Medicine portion of training.



24

# CEREMONIES

### BASIC SCIENCES AWARDS CEREMONY

Fifth-semester students who have successfully completed all the Basic Sciences requirements must attend the Basic Sciences Awards Ceremony, which is held during the last week of classes each semester.

### COMMENCEMENT

A commencement exercise to celebrate the conferring of degrees is held annually in the United States. Students who have completed the graduation requirements in the preceding September, January and May semesters are expected to attend, but are not required to attend in order to obtain their degree.

# STUDENT RESPONSIBILITIES

### HEALTH INSURANCE

Students are required to carry health insurance coverage for the duration of their medical school education. Proof of coverage is necessary upon matriculation and is required by hospitals prior to students beginning a clinical rotation. Health insurance policy information is included in the acceptance packet or may be requested from the Administrative Office.

### MEDICAL EVACUATION AND REPATRIATION INSURANCE

This blanket insurance policy covers emergency medi-vac and repatriation. The premium is $30 per student per semester and is included as part of the tuition fees. It is mandatory that all Basic Sciences students and dependents carry this insurance.

### LIABILITY INSURANCE

Students must carry liability insurance during their clinical clerkships. Application forms are provided to the student upon admission to the Clinical Medicine program.

### SMOKE-FREE ENVIRONMENT POLICY

Saba University School of Medicine is committed to the promotion of a healthy environment for all students. Smoking is not permitted within any of the medical school buildings, hospital, library, or other school facilities. Designated smoking areas are provided. Students are expected to adhere to hospital smoking policies during clerkships.

### CHANGE IN STATUS

If a student has a change in name, address, e-mail address, telephone number, financial situation, etc., it is the responsibility of the student to notify the appropriate official of any changes as soon as possible.



## ARRIVING

New incoming students arriving by air or ferry will be provided with a complementary taxi ride directly to the dorm. Taxi services are available at the airport and port entry for students who have secured off-campus housing.

## DORM ARRANGEMENTS

Saba University offers two separate on-campus housing facilities designed exclusively for Saba students. These fully furnished units are conveniently located within walking distance of the campus. The Matthew Dorm can accommodate up to 38 students based on double occupancy. Single units can be requested; however, space availability will determine approval. Each room is fully equipped with a private bath, walk-in closet, ceiling fan, air conditioning, refrigerator, microwave, twin bed, desk, chair and lamp. Laundry facilities are located on the bottom floor of the premises. The Hillside Dorm features single rooms in quad units and houses 24 students. Each of the six quad units features a common living room and kitchen equipped with a full-size refrigerator, cabinets and microwave. A private bath is shared between two bedrooms. Each unit offers a walk-out balcony. The Hillside Dorm is located adjacent to campus and provides air conditioning and on-site coin-operated laundry faculties.

All new incoming unaccompanied students, single or married, are required to stay in the dorm during their first semester. Residing in the dorm will give students an opportunity to meet classmates, become oriented with the island and the school and form study groups that may lead to future roommates for off-campus housing.

## OFF-CAMPUS HOUSING

Approximately 80% of the medical students live off-campus. Apartments, private rooms, houses, and single rooms are available for rent throughout the island with single bedroom apartments starting at $500 monthly. Three- and four-bedroom houses are extremely limited on Saba and rentals begin at $1,000 and up, excluding utilities. Fully furnished rentals generally include linens, towels, fans and utilities. Some apartments are especially designed for students and provide maid service. Students attending with large families should check with the medical school Housing Coordinator well in advance to discuss their housing needs. The Housing Coordinator will provide assistance in locating suitable housing for those students arriving on Saba with a spouse or family. Contacts should be made approximately two months prior to matriculation.



The island of Saba is approximately 5 square miles. The university is located at The Bottom, the capital, which is also near the island's harbor. Another major community is Windwardside, which also has restaurants and accommodations. The trip from the airport in the north to Saba University is approximately 20 minutes.

## MEAL PLAN

The campus cafeteria offers students and faculty breakfast and lunch during the week. The cafeteria is open Monday–Friday during school hours. Prices range from $1.00 to $6.00 including daily specials.

## CLOTHING

Summer cotton sportswear is appropriate for daytime activities all year round.  A sweater or light jacket may be needed for the cooler winter evenings. Although formal wear is not required on Saba, certain social activities may require semi-formal attire. Students are required to maintain a respectable appearance on campus and within the Saban community.

# STUDENT ORGANIZATIONS AND RECREATION

Saba University has several student-run organizations and intramural sports including basketball, soccer and hockey. Scuba diving and hiking are also popular among the medical students.

## STUDENT GOVERNMENT ASSOCIATION (SGA): The Student Government Association ratified a constitution in July 1995. The goal of the SGA is to promote self-improvement, to mediate and resolve student problems and to organize recreational activities. Each semester the student body elects a president, vice-president, secretary and treasurer. Class representatives to the SGA are elected from semesters 1-5 and serve on the SGA. Student Activity fees are allocated for SGA projects each term. The SGA sponsors numerous student events including a welcome party for new students and health-related projects for the island community. The officers

meet regularly with the medical school administration to discuss student issues. Membership in the American Medical Student Association is actively promoted by the SGA.

## AMERICAN MEDICAL STUDENTS ASSOCIATION (AMSA): AMSA is a student-governed national organization that is committed to representing the concerns of physicians in training. AMSA deals with issues such as Universal Health Insurance, Global Health, Diversity in Medicine and Medical Education. AMSA strives to get students involved in medical topics as well as educate them to better prepare them for issues they will have to face in practice. AMSA is one of the largest student groups on campus and is actively involved in the Saban community, fundraising events and seminars.

## SIGNIFICANT OTHERS OF SABA (SOS): The SOS is a support network of spouses and significant others of medical students and faculty members. The organization elects officers each term and sponsors a number of projects including a formal banquet, a bulk food ordering program and a children's Halloween party. SOS members meet all new students with families and provide a survival kit of food and other necessities to help a family through the initial adjustment to island life.

## WOMEN'S MEDICAL STUDENT ASSOCIATION: The mission of this organization is to facilitate the integration of women into the field of medicine at all levels. It is dedicated to the enhancement of personal growth, promoting gender balance in administrative and faculty appointments and sponsoring education events for the Saba community to further the cohesion of all medical students. Officers are elected each term and meetings are held monthly.



## THE INDIAN STUDENT ASSOCIATION (ISA): The ISA promotes Indian culture and heritage among students, faculty, staff and the local population of Saba. Membership is free and open to all students of Saba University. ISA encourages members from various cultural and ethnic backgrounds to share their cultural experiences with the group. Celebrations of important festivals and social events are sponsored by ISA throughout the school year.

## MUSLIM STUDENT ASSOCIATION (MSA): The MSA encourages students in the learning and practice of traditional Islam. Apart from being a spiritual and social outlet, the MSA at Saba strives to support humanity both locally and abroad. The MSA hosts several special events such a welcome dinner for new incoming students and Eid in November and February. Meetings are held monthly and are open to all students and spouses.

## CHRISTIAN STUDENT ORGANIZATION (CSO): The CSO meets every Sunday for an informal student worship service. This Christian group is open to all students and is non-denominational and Bible-based. Students play musical instruments, and the worship service is led by fellow students.

## CANADIAN STUDENT SOCIETY:

The Canadian Student Society provides a forum for information pertinent to Canadian students studying medicine abroad. The society helps celebrate Canadian heritage and support students in their adjustment to Saba. Meetings are usually held twice a semester.

## JEWISH STUDENT ASSOCIATION OF SABA:

The Jewish Student Association involves students in religious activities such as prayer, celebration of Jewish Holy Days, meetings and discussions to help students spiritually, educationally and socially.

## SABA BASKETBALL CLUB:

The Saba Basketball Club is dedicated to the mission of providing athletic opportunities to help foster the principles of sportsmanship, respect, fair play and teamwork which are essential on and off the court. All students can achieve by providing fun, enjoyment, and wellness to students who wish to engage in a physical activity. This extracurricular activity helps student to maintain good balance between activities and schoolwork.

## SOUTH ASIAN STUDENT SOCIETY (SASS):

The South Asian Student Society exposes Saba University medical students and the Saban community to South Asian culture. This society helps educate the student body and faculty by providing an opportunity for South Asian students to demonstrate and learn more about their vibrant background. The SASS provides an opportunity for other people to participate in traditional South Asian celebrations and events that are held each semester.



## STUDENT INTEREST GROUP IN NEUROLOGY (SIGN):

Since 2002, SIGN has fostered medical students interested in neurology by providing opportunities to participate in activities that may involve other universities and the Saban community. Becoming a member allows the individual to become more aware and involved in helping establish programs that are concerned with clinical and research-oriented neuroscience studies and information.

## AFRICAN DIASPORA ASSOCIATION (ADA):

The African Diaspora Association mission is to share the African, Afro-American and Afro-Caribbean culture by raising awareness and/or assist in the community with respect to various school events and certain issues.

Several meetings are held during the semester, and membership is open to students, faculty and staff.

# TUITION AND FEES
### EFFECTIVE SEPTEMBER 1, 2014

## TUITION

| | |
|---|---|
| Basic Sciences Tuition per Semester (semesters 1-5) | $13,000.00 |
| Clinical Medicine Tuition per Semester (semesters 6-10) | $14,350.00 |
| Part-Time Tuition per Credit Hour | $506.00 |

## FEES AND DEPOSITS

| | |
|---|---|
| Application Fee | $75.00 |
| Clinical Liability Insurance (per semester) | $295.00 |
| Graduation Fee | $375.00 |
| First Semester Lab Fee | $345.00 |
| Kaplan Review | $500.00 |
| Lab Fee (Saba Campus only) | $195.00 |
| Non-refundable Tuition Deposit | $750.00 |
| Non-refundable Administrative Fee | $100.00 |
| Returned Check (insufficient funds) | $35.00 |
| Shelf Exam Fee (Saba Campus only) | $125.00 |
| Student Activity Fee | $50.00 |
| Transcript Fee | $10.00 |
| Non-refundable Deferment Fee | $500.00 |
| Wire Transfer Fee | $25.00 |

## DORM FEES

The following dormitory fees are based on double occupancy per semester. The dorm fees are paid directly to the dorm manager upon arrival. Rent units include electric, maid service, air-conditioning, refrigerator and microwave.

## PER SEMESTER

| | |
|---|---|
| Matthew Dorm Double Occupancy | $1,900.00 |
| Hillside Dorm Single Occupancy | $2,450.00 |
| Matthew Dorm Security Deposit | $100.00 |
| Hillside Dorm Security Deposit | $150.00 |

Tuition, fees and other expenses are listed in U.S. dollars, unless otherwise noted. Dormitory rates based at time of printing and are subject to change without notice.

*Saba University School of Medicine Board of Trustees reserves the right to change tuition and adjust fees or to establish additional fees or charges.*

## TUITION PAYMENT POLICIES

All students are responsible for payment of tuition and fees in U.S. personal check, bank check or money order one month prior to matriculation into each new semester, whether into the Basic Sciences or Clinical Medicine program.

A $750.00 deposit is due within thirty days of the date of the letter of acceptance. A student may request a refund within three days of receipt of the deposit. After the three-day grace period, the deposit is nonrefundable and is applied to the first term Basic Sciences tuition.

All students entering into first semester must pay tuition 45 days prior to matriculation. If payment is made by check, the cancelled check will serve as the student's receipt. If a student remits a check that is returned because of insufficient funds, he or she must make any future payments to the university in the form of a U.S. bank check or money order.

Payment of all tuition and fees are due in full by the due date specified on the student bill. A $35.00 fee will be imposed for a returned check.

Students will be billed approximately two months prior to the beginning of each new semester. Invoices are mailed to the permanent address on record for registered students.

Payments for a student's semester bill should be directed to the Bursar's Office. If a bill is not received, it is the student's responsibility to contact the Finance Office.

All fees for the Clinical Medicine program must be paid prior to graduation. Students whose account has not been paid in full, or otherwise cleared by the Finance Office, will be subject to cancellation of class enrollment.

Saba University reserves the right to withhold all diplomas, degrees, official transcripts and any other documentation from any student with outstanding financial obligations (rates are subject to change without notice).

## LATE FEES

Students will be assessed a late fee of $200.00 for tuition not paid on or before the tuition due date. Students who have not paid tuition prior to the start of the semester will not be permitted to attend classes.

## DEFERMENT FEE

A $500 nonrefundable fee is assessed when a student requests and is granted postponement of matriculation to Saba University. This fee is credited to the first semester's tuition along with the initial deposit. The deferral fee must be received within 10 working days of the approved deferral.

## TUITION AND FEES PAYMENT POLICY FOR FIRST SEMESTER STUDENTS

First-semester students must pay their tuition and fees (U.S. currency) in full 45 days prior to registration. Subsequent semesters' tuition payments are due 30 days prior to the beginning of the semester. Credit card payments are not accepted. Please mail your check or money order made payable to:

## TUITION REFUND POLICY

Tuition and fees shall be refunded in full, less an administrative fee of $100, and the $750 acceptance deposit, if notice of withdrawal is received prior to the first day of class. Tuition and fees shall also be refunded in full for the current enrollment period, less an administrative fee of $100 and the acceptance deposit, under the following circumstances:

- Courses cancelled by the institution
- Involuntary call to active military duty
- Documented death of the student
- Exceptional circumstances, with approval of the President or designee of the institution

Application fees are nonrefundable. Refunds will be calculated by the Finance Office and will be refunded within (30) days of withdrawal. The tuition will be refunded as follows:

- A refund of 100% of the tuition for which the student is obligated shall be issued if the student withdraws prior to the first day of class.
- A refund of 90% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 10% of the period of enrollment for which the student was charged or obligated.
- A refund of 50% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 25% of the period of enrollment for which the student was charged or obligated but more than 10%.
- A refund of 25% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 50% of the period of enrollment for which the student was charged or obligated but more than 25%.
- In case of withdrawal after 50% of the period of enrollment, the student is obligated for full tuition and fees.

All monies paid by an applicant will be refunded if cancellation occurs within three business days after signing the terms of enrollment and making initial payment.

In order to be eligible for a tuition refund, students must obtain a financial clearance letter from the Administrative Office at Saba University and a formal withdrawal form must be completed and authorized by the Dean.

c/o R3 Education Inc.
One Jackson Place
27 Jackson Road, Suite 301
Devens, Massachusetts 01434
United States

# FINANCIAL AID

We realize that attendance at medical school represents a significant investment for our students and their families. At Saba University, we are committed to doing everything we can to make your medical education more affordable. This includes maintaining a cost-effective tuition that is substantially less than the average per-semester tuition among U.S. public medical schools, as surveyed by the American Association of Medical Colleges.

We work closely with students to take full advantage of scholarship and financial support options such as Canadian Financial Aid programs and Ed-Invest.

## U.S. FEDERAL DIRECT LOAN PROGRAM

Saba University School of Medicine has been approved by the United States Department of Education for participation in the William D. Ford Federal Direct Loan Program. Qualified citizens and permanent residents of the United States may be eligible to receive funding from the Direct Loan programs to help pay for the cost of their education. The Free Application for Federal Student Aid ("FAFSA") must be completed to determine eligibility.

## CANADIAN STUDENT LOANS

Canadian students are eligible for federal loans through the Ministry of Education Student Support Branch in the province of residence. Students may apply for up to 52 weeks of financial assistance annually. Work directly with your individual province for information regarding requirements. Saba University's school code for applying is NUBP.

## ED-INVEST

Ed-Invest offers a private, credit-based student loan for eligible Saba University students who are U.S. citizens or permanent residents. The interest rates and fees on this loan are tiered according to you and your cosigner's credit history and credit scores. For more information, students can go to http://www.ed-invest.com/fmed.html.

For information regarding financial aid, call (978) 862-9600, press "3" for Finance.

# REQUIRED EDUCATIONAL EQUIPMENT AND MATERIALS

## MICROSCOPE

Microscopes are provided on campus. The binocular medical microscope has a 4-place objective, a graduated mechanical stage, a focusable substage condenser with iris diaphragm and light source of variable intensity.

## MEDICAL APPAREL

Students must purchase their own medical apparel (i.e., laboratory coats, scrubs, short white coat, etc.).

## COMPUTER

Students should consider bringing a laptop for note taking during classes. All lectures are presented using PowerPoint.

## TEXTBOOKS

Students will be given a list of required textbooks and other equipment at the time of admission. A complete listing is available on the Saba University website. Saba University School of Medicine reserves the right to change the book list. To prevent unnecessary expenditures, it is suggested that students should purchase their textbooks one semester at a time.



## CUSTOMS AND IMMIGRATION

Saba is a duty-free port. St. Maarten, your only stop when traveling to or from the U.S., is also a duty-free port. U.S. citizens and Canadians need a valid passport, birth certificate or voter's registration card.

## CURRENCY AND BANKING

The U.S. dollar and traveler's checks are acceptable currency everywhere on Saba. Visa and MasterCard are also acceptable nearly everywhere. Banks on Saba are open on weekdays but closed weekends. The two banks on Saba are First Caribbean International Bank and the RBTT Bank, which are located in Windwardside. Students may have funds wire-transferred directly to the banks on Saba. ATM machines are located at the RBTT Bank in Windwardside and The Bottom, within close proximity of the Saba campus.

## ELECTRICITY AND TELEPHONE

Electricity is based on the U.S. standard of 110 volts. Students bringing computers and other electronic equipment are encouraged to also bring a surge protector. Modern, direct-dialing, worldwide telephone service is standard on Saba. Nearly all hotels and government offices have fax machines.

## CHURCHES ON SABA

Numerous religious denominations are represented on Saba. Some of the churches include Roman Catholic, Anglican, Seventh-Day Adventist, and Wesleyan Holiness.

## PUBLIC SCHOOLS AND EDUCATION FOR CHILDREN ON SABA

Public schools for grades kindergarten through high school are available on Saba. All classes are taught in English. Medical students with children are encouraged to make contact with the school principal well in advance of their arrival on Saba to facilitate their children's matriculation in public school. The following information should be useful for those medical students with dependent school age children. Website: www.geocities.com/sacredheartprimaryschool

## ELEMENTARY SCHOOL - KINDERGARTEN AND GRADES THROUGH 6

Sacred Heart Primary School located in St. John's on Saba. Classes are from 7:30 a.m. to 12:45 p.m. daily. Subjects covered are language arts, reading, mathematics, social studies, science, art, music, physical education, drama, religious education and foreign languages. Transportation to and from school is provided free. Tuition is approximately $100.00 per child per year.

## SECONDARY SCHOOL

Saba Comprehensive School, located in St. John's on Saba. Classes extend from 7:15 a.m. to 2:00 p.m. daily. Some of the subjects covered are English, physical education, mathematics, physics, computer studies, geography, business, accounting, art, foreign languages and history. Transportation to and from school is provided free.

Tuition is approximately $250.00 per year. Website: www.scsSaba.com

## DAYCARE SERVICE

Located in The Bottom is a very nice daycare center. Cost for children attending Laura Linsay Day Care Center is $110 or 200 Guilders monthly. Breakfast and lunch are included. Open daily from 7:30 a.m. to 5:30 p.m.

## CHILD FOCUS FOUNDATION

Provides after-school activities. Website: www.childfocusSaba.org

## CLIMATE

The mountains on Saba create a temperate climate with temperatures in the 78°–82° range year round. In the evenings the air may cool to the mid 60s; minimum rainfall is 42 inches annually.

## HIKING

The elevation of Saba ranges from sea level to an over 3,000 ft. high tropical rainforest often hidden in the clouds. The Saba Conservation Foundation has marked and groomed trails for hikers of all abilities.

## DIVING

The Saba Bank has established itself as one of the most pristine diving spots in the world. The Saba Marine Park Foundation, under the direction of the Saba government and a marine biologist, has 29 permanent moorings for dive boats. Diving is excellent on Saba all year round, with visibility to a

depth of 100–125 feet and 75°–86° water temperatures. The diving sites include lava flows, sand spills, overhangs, caves, Elkhorn coral forests and underwater mountains. Several dive centers on Saba provide NAUI and PADI instruction.

### SABA MARINE PARK HYPERBARIC FACILITY

Saba is very fortunate to be one of the locations in the Caribbean to have a Hyperbaric-Recompression Chamber.  This hyperbaric facility is administrated by the Saba Marine Park authorities and is under the medical direction of a Saba faculty member. It is run entirely by volunteers, most of whom are medical students at Saba University and local community residents.

### SHOPPING, SIGHTSEEING, AND SAILING

Duty-free shopping on both Saba and St. Maarten is a must. St. Maarten, less than 15 minutes from Saba, has a population of more than 40,000 residents, hundreds of restaurants, world class hotels, and is surrounded by white, sandy beaches. Sailboats are readily available on St. Maarten for day sailing between the islands.

# TRANSPORTATION

### AIR TRAVEL

All travels to Saba must first connect in St. Maarten (SXM). There are several major commercial international airlines that offer daily flights from the United States, North America, South America and Europe. Winair offers five or more daily direct flights to Saba's Juancho E.Yrausquin Airport. The short trip between St. Maarten and Saba is approximately 15 minutes by air.

### FERRY SERVICE

Travelers can choose between two ferry services located on St. Maarten. *Dawn II* travels between Fort Bay, Saba and Dock Maarten in Philipsburg, St. Maarten three times a week on Tuesday, Thursday and Saturday. *The Edge* offers departures Wednesday through Sunday at 9:00 a.m. from Simpson Bay/ Pelican Marina in St. Maarten. Travel by ferry from St. Maarten to Fort Bay, Saba is approximately one hour.

### TRANSPORTATION ON SABA

Taxis and small vans are readily available for newcomers to Saba. However, once you become a familiar face on the island, local residents will always give you a ride in their direction. Given the small size of Saba, getting around the island should not present a problem.  Saba University has several school vans that provide transportation to and from class for students living off-campus.

# SABA CALENDAR OF EVENTS

The following holidays are observed on Saba. On these legal holidays, business offices, banks and most shops are closed. Visit the Website www.Sabatourism.com for additional information.

### JANUARY

New Year's Day

### APRIL

Good Friday
Easter Sunday
Easter Monday
30th Coronation Day &
    Queen's Birthday

### MAY

1st Labor Day

### JUNE

Ascension Thursday

### JULY

Saba Summer Carnival Festival
Saba Grand Carnival Parade
Carnival Monday

### OCTOBER

21st Antillean Day

### DECEMBER

Saba Days "Mini Winter Carnival"
(first Friday of the month)
25th Christmas Day
26th Boxing Day



**CHAIRMAN, BOARD OF TRUSTEES**
Paul L. Dalbec, M.D.

**PRESIDENT**
Joseph Chu, M.D., M.P.H.

**ASSOCIATE DEAN, BASIC SCIENCES**
James G. Lewis, Ph.D.

**ASSOCIATE DEAN, CLINICAL MEDICINE**
Michael Eliastam, M.D., F.A.C.P., M.P.P.

**ASSOCIATE DEAN, MEDICAL EDUCATION**
James Bruzik, Ph.D.

**ASSISTANT DEAN, CLINICAL MEDICINE**
Melissa Fox, M.D.

**ASSISTANT DEAN, CLINICAL MEDICINE**
Paula Habib, M.D.

**ASSISTANT DEAN, STUDENT AFFAIRS**
Herman Reid, M.D.

**ASSISTANT DEAN, ACADEMIC AFFAIRS**
Dheeraj Bansal, M.B.B.S., M.D., M.S.

**STUDENT COUNSELING**
Daniel Linton, Ph.D.

**LIBRARY DIRECTOR**
Samuel Johnson, M.L.S.

**ADMINISTRATIVE OFFICE (SABA CAMPUS)**
Tara A. Every, Administrator
Laura Boatswain, Administrative Assistant
Patricia Nation, Jr., Housing Coordinator
Cecilia Gonzalez, Receptionist

**DIRECTOR OF ADMISSIONS**
Christopher Cebula

**ADMISSIONS OFFICE**
Joanne Lafortune, Admissions Coordinator
Lorelei McClure
Lisa Bentley
Mariana Ferreira

**UNIVERSITY REGISTRAR**
Paula Boisseau

**CHIEF FINANCIAL OFFICER**
Terry J. Moya

**FINANCIAL AID**
Beverly Guerin, Dir. U.S. Financial Aid
Cheryl Jones, Financial Aid

**FINANCE OFFICE**
Doreen Gallant, Bursar

**CLINICAL MEDICINE OFFICE**
Sandra Murphy, Clinical Coordinator
Lisa Grigg, Clinical Associate
Noela Burks, Clinical Assistant
Marion Strait, Clinical Assistant
Kate Newton, Clinical Assistant

**GRADUATE/ALUMNI AFFAIRS**
Bonnie O'Brien, Coordinator

**COMPUTER/MEDIA SPECIALISTS**
Justin Kantor, IT Specialist (U.S. Office)
Michel Nation, Assistant IT Specialist
(Saba Campus)

**ADMISSIONS COMMITTEE**
Christopher Cebula, Director
Michael Eliastam, M.D.
James Lewis, Ph.D.
Dheeraj Bansal, M.B.B.S., M.D., M.S.

**FACILITIES**
Martien Alkema (Saba Campus)
Francis Ouellet (U.S. Office)

**BOARD OF TRUSTEES**
Paul L. Dalbec, M.D.
Pankaj Desai, M.D.
David Pepple, M.D.
Sahana Vyas, M.D.

**OFFICERS AND DIRECTORS**
Steven C. Rodger - President and Director
Gregory S. Czuba - Director
Bryan C. Daniels - Director
Donald J. Donahue - Director
Patrick J. Donnellan - Secretary and Director
Stephen King - Director

**STATEMENT OF CONTROL:** *Saba University School of Medicine is a foreign profit corporation owned by R3 Education Inc. which is registered with the Florida Department of State, Division of Corporations to do business in Florida as Saba University School of Medicine.*

**Richard Williams, M.D.**
Internal Medicine
M.D., University of Virginia School of
Medicine
B.S., Duke University

**Sukhpal Jassi, M.D., F.A.C.P.**
Internal Medicine
M.B.B.S., Christian Medical College

**Frank Ling, M.D.**
Obstetrics & Gynecology
M.D., University of Texas Southwestern
Medical School
A.B., Wabash College

**Estevan Garcia, M.D., M.P.A., C.P.E., F.A.A.P.**
Pediatrics
M.D., University of Texas Southwestern
Medical School
M.P.A., New York University
B.A., Austin College

**Anthony Frasca, M.D, M.S.P.H.**
Psychiatry
M.D., University of South Carolina School
of Medicine
M.S.P.H., University of South Carolina School
of Public Health
B.A., Temple University

**Pete Hanna, M.D., F.A.C.S.**
Surgery
M.D., University of Damascus



**Dominic Akpan, M.D.**
*Associate Professor, Pathology*

Post-Graduate Fellowship: Anatomic Pathology, University of Toronto, ON, Canada

Pathology, Lagos University Teaching Hospital, Nigeria

M. B. B. S., University of Calabar, CRS, Nigeria



**Anthony R. Atkinson, M.A., M.B.B.S., F.C.C.P., F.R.C.P.C., F.R.C.P. (Lond.)**
*Associate Professor, Doctor/Patient Relationship/ Clinical Medicine*

M.A. Physiological Science, Oxford University UK

M.B.B.S. St. Georges Hospital Medical School, University of London UK

Post graduate training at London and Bristol Universities, UK and Dalhousie University, Nova Scotia, Canada

Fellow American College of Chest Physicians, Royal College of Physicians of Canada, and the Royal College of Physicians (London UK)



**Ritwik Baidya, M.B.B.S., M.S.**
*Associate Professor, Anatomy and Embryology*

M.B.B.S, Christian Medical College, Madras University, India

M.S., Anatomy, Christian Medical College, The Tamil Nadu Dr. M.G.R. Medical University, India

Postgraduate Clinical Training: Christian Medical College, India (Rotating Internship); Baptist Christian Hospital, India (Medical Officer; Non-PG Registrar Surgical Intensive Care)



**Dheeraj Bansal, M.B.B.S., M.D., M.S.**
*Assistant Dean, Academic Affairs*
*Associate Professor, Physical Diagnosis, ICM*

M.B.B.S., LLRM Medical College, India

M.D., Community Medicine, Kasturba Medical College, India

M.S., University of Southern Maine, Muskie School of Public Service

Postgraduate Clinical Training: Safdarjung Hospital, India (Surgery, Blood Banking)



**Shalini Bhardwaj, M.D., Ph.D.**
*Associate Professor, Course Director, Physiology*

Ph.D., Molecular Medicine, University of Kuopio, Finland

M.D., Physiology, Meerut University, India

M.B.B.S., Meerut



**Andrew J. Boileau, M.D.**
*Associate Professor, Neuroscience*

Ph.D., Neuroscience, University of Wisconsin-Madison

B.S. in Biochemistry, University of Wisconsin-Madison

Post-doctoral training in Molecular Neuropharmacology, University of Wisconsin-Madison



**Peter Chovanec, Ph.D.**
*Assistant Professor, Genetics*

Ph.D., Biochemistry, Slovak University of
Technology, Bratislava, Slovakia

M.Sc., Biochemistry and Biotechnology, Slovak
University of Technology, Bratislava, Slovakia

Plant Biology, University of Manchester, UK

Proteomics in Environmental and
Evolutionary Studies, Duquesne University,
Pittsburgh, PA, USA



**Ivana N. Despotovic, M.D.**
*Assistant Professor, Doctor-Patient
Relationship, ICM*

M. D., University of Belgrade School of
Medicine, Belgrade, Serbia

Postgraduate Clinical Training:
Ophthalmology Residency, Zvezdara
University MedicalCenter, Belgrade, Serbia;
Neuro-Ophthalmology Fellowship, Michigan State
University, East Lansing, Michigan



**Lockie McGehee Johnson, Ph.D.**
*Professor, Medical Psychology*

Ph.D. Psychology, Duke University,
Durham, N.C.

M.S. University of Chicago, Chicago, IL

B.A. Duke University, Durham, N.C.



**Victor M. DeLaCruz, M.D.**
*Associate Professor; Course Director, Pathology*

M.D., Universidad de Caldas, Manizales,
Colombia

Anatomic and Clinical Pathologist,
U. Javeriana, Bogota, Colombia

Anatomic Pathologist, Jackson Memorial Hospital
University of Miami

Transplant Pathology/Cytopathology
Fellowship, University of Miami



**Michael Gillett, Ph.D.**
*Associate Professor, Biochemistry/Genetics*

Ph.D., Biochemisry, University of London, UK

Post-doctoral Research, Federal University of
Pernambuco, Brazil

B.Sc., (Honors), Biochemisry, Sheffield, UK



**Sushil Kumar, M.B.B.S., M.D.**
*Associate Professor, Anatomy and Embryology*

M.B.B.S., Patna Medical College and
Hospital, Patna, India

M.D., Institute of Medical Sciences, Banaras
Hindu University, Varanasi, India



**Vaughn E. Huckfeldt, Ph.D.**
*Assistant Professor, Course Director, Medical
Ethics*

Ph.D., Philosophy, Johns Hopkins University,
Baltimore, MD

B.A. University of Colorado, Boulder, CO



**Angel Kurtev, M.D., Ph.D.**
*Professor, Medical Physiology*

M.D., Higher Institute of Medicine, Bulgaria

Ph.D., Physiology, Medical Academy, Bulgaria

Diploma, Medical Physiology, Medical
Academy, Bulgaria



**Michael B. Laskowski, Ph.D.**
*Professor, Neuroscience*

Ph.D., Physiology and Biophysics, University of Oklahoma School of Medicine

B.S., Biology, Loyola University, Chicago

Post-doctoral: Neuroanatomy, Northwestern University; Neuropharmacology, Vanderbilt University



**James G. Lewis, Ph.D.**
*Professor, Pathology*

Ph.D., Pathology, Duke University, Durham, NC

B.Sc., Anatomic Pathology, Duke University, Durham, NC



**Daniel K. Linton, Ph.D.**
*Associate Professor, Course Director, Medical Psychology*

Ph.D., York University, Toronto, Ontario, Canada

M.A., York University, Toronto, Ontario, Canada

B.Sc., Biology/Psychology, York University, Toronto, Canada



**Achut Malur, Ph.D.**
*Associate Professor, Microbiology/Immunology*

Ph.D., Free University of Brussels, Belgium

M.Sc., Free University of Brussels, Belgium



**Nilda H. Manansala, M.D.**
*Assistant Professor, Physiology*

Doctor of Medicine, University of the Philippines College of Medicine

Post Graduate Diploma in Diabetes Studies, UERMMMC-Institute for Studies

Post Graduate Residency Training in Internal Medicine, Batangas Regional

B.S. Zoology, University of the Philippines at Los Banos



**George McMillan, Ph.D.**
*Professor, Medical Psychology*

Ph.D. Clinical Psychology, The Union Institute and University, Cincinnati, Ohio

MA Behavioral Science, California State University, Sacramento, California

BA, Psychology/Sociology California State University, Sacramento, California



**Martin Meyers, M.D.**
*Assistant Professor, Doctor/Patient Relationship, Clinical Medicine*

M.D., Wright State University, Dayton, OH

B.S., Biology, Wright State University, Dayton, OH



**Amir Mhawi, Ph.D.**
*Professor, Histology*

Ph.D., Veterinary Sciences, Czech Academy of Sciences, Prague

D.V.M., Veterinary Medicine and Surgery, University of Baghdad, Baghdad

Postdoctoral training, University of Western Ontario, London, ON, Canada

Research Fellowship, University of Western Australia, Perth, Australia



**Herman Reid, M.D.**
*Professor, Histology*

M.D. American International School of Medicine, Guyana

M.Sc., Pathology, University of London, U.K.

B.S., D.V.M. Tuskegee University, AL

Postgraduate Fellow: OMAF/Univ. of Guelph, ON, Canada

NIH Post-Doctoral Fellow and Resident, Comparative Pathology: University of Miami School of Medicine, FL



**Rachel L. Robson, Ph.D.**
*Assistant professor, Microbiology/Immunology*

Ph.D., Pathology and Laboratory Medicine, University of Kansas Medical Center, Kansas City, KS

B.S., Biology, University of Kansas, Lawrence, KS

FUTURE in Biomedicine Fellowship: Staphylococcus aureus carriage, University of Iowa Carver College of Medicine, Iowa City, IA



**Himadri Roy, M.D., Ph.D.**
*Associate Professor, Course Director, Doctor/Patient Relationship; ICM*

M.D/Ph.D., University of Kuopio, Finland

M.D., Meerut University, India

M.B.B.S., Meerut University, India

Postgraduate Clinical Training: L.L.R.M. Medical College, Meerut University, India (Pediatrics Residency); Fellowship: Gene therapy (A.I Virtanen Institute, University of Kuopio, Finland)



**Nanik A. Sakhrani, M.D., FPCS**
*Assistant Professor, Anatomy and Embryology*

Doctor of Medicine - Far Eastern University Institute of Medicine-NRMF, Philippines Residency Training – General, Cancer, and Laparoscopic Surgery – FEU-NRMF Medical Center

Post-Graduate Training – Basic and Advanced Minimally Invasive Surgery (Queen Mary Hospital, Hong Kong and National University Hospital

Post-Graduate Fellowship – Philippine College of Surgeons, Philippine Society of Laparoscopic Surgeons, Asia-Pacific Hernia Society, World Association of Laparoscopic Surgeons B. Sc. Medical Technology – Far Eastern University College of Science, Philippines



**Himal Sangraula, M.B.B.S., M.D.**
*Professor, Pharmacology*

M.B.B.S., Tribhuvan University, Kathmandu, Nepal

M.D., All India Institute of Medical Sciences, New Delhi, India



**Rogelio T. Sarmiento Jr. M.D.**
*Instructor, Doctor/Patient Relationship; ICM*

Doctor of Medicine, Manila Central University College of Medicine, Philippines

B.S. Biology, University of Sto. Tomas, Manila Philippines



**Maria Theresa T. Sarmiento-Pinlac, M.D., M.Sc.**
*Associate Professor, Biochemistry, Doctor Patient Relationship*

M.Sc., Biochemistry, University of the Philippines College of Medicine, Manila, Philippines

M.D., University of the Philippines College of Medicine, Manila, Philippines

B.Sc., Biology (cum laude), University of the Philippines, Diliman, Quezon City, Philippines

Postgraduate Clinical Training: University of the Philippines-Philippine General Hospital, Manila, Philippines (Pediatrics Residency); University of the Philippines-Philippine General Hospital with Department of Health, Manila, Philippines (Child Protecti



**Anooshirvan Shayeganpour, Ph.D., R.Ph.**
*Associate Professor, Pharmacology*

Ph.D., Pharmacy and Pharmaceutical Sciences, University of Alberta, Edmonton, AB, Canada

Pharm. D., Medical Sciences University of Isfahan, Isfahan, Iran

Post Doctoral Fellowship:Novel Drug Delivery, University of Alberta, Edmonton, AB, Canada Molecular Biology of Asthma, University of Alberta, Edmonton, AB, Canada



**Carol J. Wikstrand, Ph.D.**
*Professor, Microbiology and Immunology*

Ph.D., Microbiology, University of North Carolina, Chapel Hill, NC

A.B., Middlebury College, Middlebury, VT

Postdoctoral Fellowship: Tumor Immunology, University of North Carolina, Chapel Hill, NC



**Raghvendra Vikram Tey, M.B.B.S, M.D.**
*Assistant Professor, Biochemistry*

M.B.B.S , Yenepoya University, Mangalore, India

MD, Clinical Biochemistry/Chemical Pathology, K.M.C, Manipal University, India



**Tomas L. Sepulveda, Jr., M.D.**
*Assistant Professor, Anatomy and Embryology*

Doctor of Medicine, University of the East Ramon Magsaysay Memorial Medical Center, Inc., Philippines

Residency Training: Otorhinolaryngology- Head and Neck Surgery University of the East Ramon Magsaysay Memorial Medical Center Inc., Philippines

B. Sc. Industrial Pharmacy University of the Philippines, Philippines

## Anesthesiology

Boston University Medical Center—Boston, MA

Hospital of the University of Pennsylvania—Philadelphia, PA

McMaster University/Hamilton General Hospital—
Hamilton, ON (CAN)

MetroHealth Medical Center/Case Western Reserve University—
Cleveland, OH

University of Florida College of Medicine—Jacksonville, FL

University of Toledo College of Medicine—Toledo, OH

## Diagnostic Radiology

Allegheny General Hospital/Drexel University College of Medicine—
Pittsburgh, PA

Providence Hospital/Wayne State University School of Medicine—
Southfield, MI

University of Texas Medical Branch—Galveston, TX

## Emergency Medicine

Detroit Medical Center/Wayne State University
School of Medicine—Detroit, MI

Maimonides Medical Center—New York, NY

## Family Medicine

Aultman Hospital/NEOMED—Canton, OH

Carilion Clinic/Virginia Tech Carilion School of Medicine—
Roanoke, VA

Cedar Rapids Family Medicine—Cedar Rapids, IA

Central Maine Medical Center Rural—Swift River, ME

Dalhousie University—Halifax, NS (CAN)

Eastern Maine Medical Center—Bangor, ME

Erie County Medical Center/University at Buffalo School of
Medicine—Buffalo, NY

Florida Hospital Orlando—Orlando, FL

Fort Wayne Medical Educational Program—Fort Wayne, IN

Grand Rapids Medical Education Partners/Michigan State
University College of Human Medicine (2)—Grand Rapids, MI

Greenville Health System/University of South Carolina (2)—
Greenville, SC

Hennepin County Medical Center—Minneapolis, MN

Lee Memorial Hospital/Florida State University
School of Medicine—Fort Myers, FL

Loma Linda University—Loma Linda, CA

Louisiana State University Health Science Center
University Hospital/Louisiana State University
School of Medicine—Shreveport, LA

Louisiana State University Lake Charles Program/
Louisiana State University School of Medicine (2)—
Lake Charles, LA

Louisiana State University New Orleans/
Louisiana State University School of Medicine—
New Orleans, LA

Maine-Dartmouth Family Medicine—Augusta, ME

Medical Center Central Georgia/Mercer University
School of Medicine—Macon, GA

MetroHealth Medical Center/Case Western Reserve University—
Cleveland, OH

North Florida Regional Medical Center (2)—Gainesville, FL

Northeast Iowa Medical Education Foundation (2)—Waterloo, IA

Orange Park Medical Center—Orange Park, FL

Providence Hospital/Wayne State University School of Medicine—
Southfield, MI

Research Medical Center/University of Missouri Kansas City
School of Medicine—Kansas City, MO

Shands Hospital/University of Florida College of Medicine (2)—
Gainesville, FL

Southern Illinois University School of Medicine—Decatur , IL

Southern Illinois University School of Medicine & Affiliated
Hospitals—Springfield, IL

Stamford Hospital/Columbia University—Columbia, CT

Tallahassee Memorial Healthcare—Tallahassee, FL

University of Alabama School of Medicine (4)—Tuscaloosa, AL

University of Calgary—Calgary, AB (CAN)

University of California San Francisco—Fresno, CA

University of Iowa Hospitals and Clinics—Iowa City, IA

University of Kansas School of Medicine—Kansas City, KS

University of Manitoba, Rural, Winnipeg— Winnipeg, MB (CAN)

University of Manitoba, Urban, Winnipeg—Winnipeg, MB (CAN)

University of Missouri-Kansas City—Kansas City, MO

University of North Dakota—Minot, ND

University of Ottawa—Ottawa, ON

University of Toronto—Toronto, ON (CAN)

University of Wyoming—Casper, WY

Western Michigan University Stryker School of Medicine (3)—Kalamazoo, MI

Wheeling Hospital (2)—Wheeling, WV

William Beaumont Health System—Grosse Pointe, MI

## General Surgery
MedStar Union Memorial Hospital/Johns Hopkins University—Baltimore, MD

San Joaquin Gen Hospital—French Camp, CA

Texas Tech University Health Science Center at El Paso/Paul Foster School of Medicine—El Paso, TX

University of Missouri-Kansas City—Kansas City, MO

## Internal Medicine
Baton Rouge General Medical Center—Baton Rouge, LA

Bridgeport Hospital (2)—Bridgeport, CT

Canton Medical Education Foundation/NEOMedical (2)—Canton, OH

Erie County Medical Center/University at Buffalo School of Medicine (3)—Buffalo, NY

Florida Atlantic University Charles E. Schmidt College of Medicine—Boca Raton, FL

Henry Ford Health Science Center—Detroit, MI

Icahn School of Medicine Queens Hospital—Jamaica, NY

James H. Quillen College of Medicine/East Tennessee State University—Johnson City, TN

Leonard J. Chabert Medical Center/Louisiana State University School of Medicine (2)—Houma, LA

Marshfield St. Joseph's—Marshfield, WI

MedStar Harbor Hospital/John Hopkins University School of Medicine—Baltimore, MD

MedStar Union Memorial Hospital/John Hopkins University School of Medicine (4)—Baltimore, MD

Norwalk Hospital/New York Medical College—Norwalk, CT

Orlando Health—Orlando, FL

Queen's University School of Medicine Faculty of Health Sciences (2)—Kingston, ON (CAN)

Rochester General Hospital/University of Rochester School of Medicine and Dentistry—Rochester, NY

Seton Hall University School of Health & Medical Science—South Orange, NJ

Shands Hospital/University of Florida College of Medicine—Gainesville, FL

St. Louis University School of Medicine—St. Louis, MO

St. Mary's Health Center (3)—Richmond Heights, MO

St. Mary's Hospital (2)—Waterbury, CT

Staten Island University Hospitals—Staten Island, NY

SUNY Upstate Medical University Hospital—Syracuse, NY

Tulane University School of Medicine—New Orleans, LA

University Hospitals/University of Mississippi School of Medicine—Jackson, MS

University Hospitals/University of Missouri-Columbia Program—Columbia, MO

University of Missouri-Kansas City—Kansas City, MO

University of Western Ontario Schulich School of Medicine/London Health Science Center—London, ON (CAN)

Vidant Medical Center/East Carolina University—Greenville, NC

West Suburban Medical Center—Oak Park, IL

## Neurology
Memorial University of Newfoundland—St. John's, NF (CAN)

## Obstetrics/Gynecology
Bridgeport Hospital—Bridgeport, CT

Henry Ford Health Science Center—Detroit, MI

Monmouth Medical Center—Long Branch, NJ

Mt. Sinai Hospital Medical Center—Chicago, IL

Providence Hospital/Wayne State University School of Medicine—Southfield, MI

St. Luke's Hospital—Bethlehem, PA

University of Missouri-Kansas City—Kansas City, MO

## Pathology
SUNY Downstate Medical Center, Brooklyn, NY

## Pediatrics
Albert Einstein Medical Center—Philadelphia, PA

Louisiana State University Health Science Center University Hospital/Louisiana State University School of Medicine—Shreveport, LA

SUNY Upstate Medical University Hospital—Syracuse, NY

University of Florida College of Medicine—Jacksonville, FL

## Physical Medicine & Rehabilitation
Detroit Medical Center/Wayne State University
School of Medicine—Detroit, MI

SUNY Upstate Medical University Hospital—Syracuse, NY

## Preliminary Internal Medicine
MedStar Franklin Square Medical Center—Baltimore, MD

MedStar Harbor Hospital/John Hopkins University
School of Medicine—Baltimore, MD

SUNY Upstate Medical University Hospital—Syracuse, NY

## Preliminary Surgery
Baystate Medical Center/Tufts University School of Medicine—
Springfield, MA

Geisinger Health System—Danville , PA

Louisiana State University New Orleans/Louisiana State University
School of Medicine—New Orleans, LA

University of Florida College of Medicine—Jacksonville, FL

Yale-New Haven Hospital—New Haven, CT

## Psychiatry
Charleston Area Medical Center West Virginia University—
Charleston, WV

Detroit Medical Center/Wayne State University
School of Medicine—Detroit, MI

Howard University Hospital—Washington, DC

New York Medical Center Westchester Medical Center—
Valhalla,  NY

St. Mary Mercy Hospital—Livonia, MI

University Hospitals/University of Missouri-Columbia Program—
Columbia, MO

University of Kansas School of Medicine—Kansas City, KS

University of Kansas School of Medicine—Wichita, KS

University of Louisville School of Medicine—Louisville, KY

University of Texas Health Science Center—San Antonio, TX

Northern Ontario School Medicine—Northern Ontario, ON (CAN)

## Transitional Year
Providence Hospital/Wayne State University
School of Medicine (2)—Southfield, MI

Stony Brook Program at Mather Hospital/SUNY Stony Brook
School of Medicine—Port Jefferson, NY

## Vascular Surgery
Hershey Medical Center/Penn State—Hershey, PA

## Anesthesiology
North Shore Long Island Jewish Health System/SUNY Downstate
Medical Center College of Medicine—New Hyde Park, NY

University of Nevada School of Medicine—Reno, NV

University of Toledo College of Medicine (2)—Toledo, OH

## Emergency Medicine
Louisiana State University Baton Rouge Program/LSU School of
Medicine—Baton Rouge, LA

Sinai-Grace Hospital/Wayne State University School of Medicine—
Detroit, MI

## Family Medicine
Advocate Christ Medical Center/University of Illinois at Chicago
College of Medicine—Oak Lawn, IL

Aultman Hospital/NEOMED (4)—Canton, OH

Carilion Clinic/Virginia Tech Carilion School of Medicine—
Roanoke, VA

Crittenton Hospital Medical Center/Wayne State University School
of Medicine—Detroit, MI

Dalhousie University—Charlottetown, PEI (CAN)

Genesys Regional Medical Center/Michigan State University—
Grand Blanc, MI

Grand Rapids Med Ed Partners/Michigan State University College
of Human Medicine—Grand Rapids, MI

Indiana University School of Medicine (3)—Indianapolis, IN

Louisiana State University Health Science Center University
Hospital/LSU School of Medicine —Shreveport, LA

Louisiana State University Lake Charles Program/LSU School
of Medicine —Lake Charles, LA

Maine-Dartmouth Family Medicine—Augusta, ME

Mayo Clinic/Mayo School of Graduate Medicine Education—
Jacksonville, FL

McGill University—Montreal, QC (CAN)

McMaster University/Hamilton General Hospital (2)—
Hamilton, ON (CAN)

Methodist Medical Center/University of Illinois—Peoria, IL

Northeast Iowa Medical Education Foundation—Waterloo, IA

Queen's University School of Medicine Faculty of Health Sciences
(4)—Kingston, ON (CAN)

Research Medical Center/University of Missouri Kansas City School
of Medicine (2)—Kansas City, MO

Riverside County Regional Medical Center/University of California
Riverside School of Medicine—Moreno Valley, CA

Shands Hospital/University of Florida College of Medicine—
Gainesville, FL

Sparrow Hospital/Michigan State University—Lansing, MI

St. Francis Hospital & Medical Center/University of Connecticut
School of Medicine—Hartford, CT

St. Joseph's Hospital & Medical Center/University of Arizona
College of Medicine—Phoenix, AZ

St. Joseph's Hospital Health Center Program /SUNY Upstate
Medical University (2)—Syracuse, NY

University Hospitals/University of Missouri-Columbia Program—
Columbia, MO

University of Arkansas Medical Sciences AHEC Program West—
Fort Smith, AR

University of Kansas School of Medicine—Kansas City, KS

University of North Dakota—Minot, ND

University of Ottawa (2) —Ottawa, ON (CAN)

University of Saskatchewan—Moose Jaw, SK (CAN)

University of Saskatchewan (2)—Saskatoon, SK (CAN)

University of Toronto (3)—Toronto, ON (CAN)

University of Western Ontario Schulich School of Medicine/
London Health Science Center—London, ON (CAN)

University of Western Ontario Schulich School of Medicine/
Windsor Regional Memorial Hospital (2)—
Windsor, ON (CAN)

Western Michigan University Homer Stryker MD School of
Medicine—Kalamazoo, MI

Wheeling Hospital (2)—Wheeling, WV

William Beaumont Health System—Grosse Pointe, MI

William Beaumont Health System—Troy, MI

## General Surgery
Jewish Hospital of Cincinnati—Cincinnati, OH

St. Agnes Hospital/John Hopkins University School of Medicine—
Baltimore, MD

St. Joseph Mercy Hospital—Ann Arbor, MI

## General Surgery (P)
Baystate Medical Center/Tufts University School of Medicine—
Springfield, MA

Detroit Medical Center/Wayne State University School of Medicine
(2) —Detroit, MI

Easton Hospital/Drexel University College of Medicine—Easton, PA

St. Mary's Hospital/Yale University School of Medicine—
Waterbury, CT

Texas Tech University Health Science Center at El Paso/Paul Foster
School of Medicine—El Paso, TX

Union Memorial Hospital/Johns Hopkins University—
Baltimore, MD

University of Washington Affiliated Hospitals/University of
Washington School of Medicine—Seattle, WA

Western Reserve Health Education/NEOMED—Youngstown, OH

## Internal Medicine
Allegheny General Hospital/Drexel University College of
Medicine—Pittsburgh, PA

Aventura Hospital & Medical Center—Aventura, FL

Brooklyn Hospital Center/Weill Cornell Medical College—
Brooklyn, NY

Carilion Clinic/Virginia Tech Carilion School of Medicine—
Roanoke, VA

Detroit Medical Center/Wayne State University School of
Medicine—Detroit, MI

East Tennessee State University/James H. Quillen College of
Medicine—Johnson City, TN

Erie County Medical Center/University at Buffalo School of
Medicine (7)—Buffalo, NY

Florida Atlantic University Charles E. Schmidt College of
Medicine (2)—Boca Raton, FL

Hahnemann University Hospital/Drexel University College of
Medicine (2)—Philadelphia, PA

Interfaith Medical Center/SUNY Downstate Med. Ctr. College
of Medicine, Brooklyn, NY—Brooklyn, NY

Jewish Hospital of Cincinnati—Cincinnati, OH

Legacy Good Samaritan Hospital/Oregon Health & Sciences
University School of Medicine—Portland, OR

Leonard J. Chabert Medical Center/Louisiana State University
School of Medicine (3)—Houma, LA

Louis A. Weiss Memorial Hospital—Chicago, IL

Lutheran Medical Center/SUNY Downstate Medical Center
College of Medicine —Brooklyn, NY

Maricopa Medical Center/University of Arizona College of
Medicine—Phoenix, AZ

Medstar Union Memorial Hospital/John Hopkins University
School of Medicine— (3) Baltimore, MD

Mercy Medical Center/University of Pittsburgh—Pittsburgh, PA

Metro Health Medical Center/Case Western Reserve University
School of Medicine—Cleveland, OH

New Hanover Regional Medical Center/University of NC at
Chapel Hill School of Medicine—Wilmington, NC

Norwalk Hospital/New York Medical College—Norwalk, CT

Rochester General Hospital/University of Rochester School
of Medicine and Dentistry (2)—Rochester, NY

Roger Williams Medical Center/Boston University (2)—Providence, RI

Sanford USD Medical Center/University of South Dakota School of Medicine—Sioux Falls, SD

Sinai Hospital of Baltimore/Johns Hopkins University School of Medicine —Baltimore, MD

Southern Illinois University School of Medicine—Springfield, IL

St. Luke's Hospital/Saint Louis University School of Medicine—St. Louis, MO

St. Luke's Hospital/University of Missouri Kansas City School of Medicine (3)—Kansas City, MO

St. Mary's Medical Center/David Geffen School of Medicine at UCLA —Long Beach, CA

Stony Brook Program at Mather Hospital/SUNY Stony Brook School of Medicine—Port Jefferson, NY

SUNY Upstate Medical University Hospital (2)—Syracuse, NY

Texas Tech University Health Science Center at El Paso/Paul Foster School of Medicine—El Paso, TX

University Hospitals/University of Mississippi School of Medicine (3)—Jackson, MS

University Hospitals/University of Missouri-Columbia Program—Columbia, MO

University of California (San Francisco)/Fresno Program—Fresno, CA

University of Illinois College of Medicine—Urbana, IL

University of Manitoba—Winnipeg, MB (CAN)

University of Toronto—Toronto, ON (CAN)

Vidant Medical Center/East Carolina University—Greenville, NC

West Virginia University School of Medicine—Morgantown, WV

York Hospital/Drexel University College of Medicine—York, PA

## Internal Medicine (P)
Erie County Medical Center/University at Buffalo School of Medicine—Buffalo, NY

Loyola University Health System/University of Chicago School of Medicine-—Maywood, IL

## Neurology
University of Toronto—Toronto, ON (CAN)

## Neurosurgery
University of Ottawa—Ottawa, ON (CAN)

## Obstetrics/Gynecology
Providence Hospital/Wayne State University School of Medicine—Southfield, MI

University of Toronto—Toronto, ON (CAN)

## Orthopedic Surgery
University of Western Ontario Schulich School of Medicine/London Health Science Center—London, ON (CAN)

## Pediatrics
Goryeb Children's Hospital/Atlantic Health Systems—Morristown, NJ

Louisiana State University Health Science Center University Hospital/LSU School of Medicine —Shreveport, LA

Memorial University Medical Center/Mercer University School of Medicine—Savannah, GA

SUNY Health Science Center at Brooklyn —Brooklyn, NY

Tulane University School of Medicine—New Orleans, LA

University of Arizona Affiliate Hospitals/University of Arizona College of Medicine—Tucson, AZ

University of Toronto—Toronto, ON (CAN)

## Physical Medicine/Rehab
McMaster University/Hamilton General Hospital—-Hamilton, ON (CAN)

## Psychiatry
Ohio State University Med Center—Columbus, OH

Sheppard Pratt Health System/University of Maryland School of Medicine (2)—Baltimore, MD

Southern Illinois University School of Medicine—Springfield, IL

University of Texas Health Science Center—San Antonio, TX

Western Psychiatric Institute & Clinic/University of Pittsburgh Medical Center—Pittsburgh, PA

## Radiology
Detroit Medical Center/Wayne State University School of Medicine—Detroit, MI

Tulane University School of Medicine—New Orleans, LA

## Transitional Year
Detroit Medical Center/Wayne State University School of Medicine—Detroit, MI

## Urology
University of Toronto—Toronto, ON (CAN)

## Anesthesiology

Case Western Metrohealth Medical Center—Cleveland, OH

John H. Stroger, Jr. Hospital of Cook County Chicago, IL (2)

Medical College of Georgia-Georgia Regents University—Augusta, GA

University of Connecticut School of Medicine—Farmington, CT

University of Missouri, Kansas City Programs, St. Luke's—Kansas City, MO

## Family Medicine

Aultman Hospital/Northeast Ohio Medical University (NEOMED)—Canton, OH

Barberton Hospital/Northeast Ohio Medical University (NEOMED)—Barberton, OH

Beaumont Health System—Grosse Pointe, MI (2)

Beaumont Health System—Troy, MI

Carilion Clinic-Virginia Tech Carilion School of Medicine—Roanoke, VA

Case Western Metrohealth Medical Center—Cleveland, OH

Central Maine Medical Center—Lewiston, ME

Dalhousie University—Annapolis Valley, NS (CAN)

Dalhousie University—Fredericton, NB (CAN)

Dalhousie University—Sydney, NS (CAN)

Einstein/Beth Israel Medical Center—New York, NY

Family Medicine Residency of Idaho—Magic Valley, ID

Florida Hospital—Orlando, FL (3)

Glen Cove Hospital, Northshore/LIJ/Hofstra School of Medicine—Glen Cove, NY

Grand Rapids Medical Education Partners—Grand Rapids, MI (4)

Hennepin County Medical Center—Minneapolis, MN (2)

Indiana University School of Medicine—Indianapolis, IN (3)

Institute for Family Health, Mid-Hudson—Kingston, NY (2)

Jamaica Hospital Medical Center—Queens, NY

McGill University—Montreal, QC (2) (CAN)

McMaster University—Hamilton, ON (CAN)

Memorial University of NF, St. John's Rural Areas—St. John's, NF (CAN)

Mountainside Hospital—Montclair, NJ

Queen's University/Kingston Thousand Islands—Kingston, ON (CAN) (2)

Quincy Family Practice Center—Quincy, IL

Research Medical Center—Kansas City, MO

Southern Illinois University—Decatur, IL

Southern Regional AHEC Family Residency—Fayetteville, NC

Sparrow Hospital—Lansing, MI

St. Elizabeth Medical Center—Utica, NY

University of Alabama School of Medicine—Tuscaloosa, AL

University of Tennessee College of Medicine, St. Francis—Memphis, TN

UMDNJ, Robert Wood Johnson Medical School—Piscataway, NJ

University Manitoba, Winnipeg Rural Areas—Winnipeg, MB (CAN)

University of Ottawa—Ottawa, ON (CAN)

University of Ottawa Rural Pembroke, ON (CAN)

University of Saskatchewan—N. Battleford, SK (CAN)

University of Saskatchewan—Saskatoon, SK (CAN)

University of Toronto—Toronto, ON (CAN) (2)

University at Buffalo School of Medicine, Erie County—Buffalo, NY (3)

University at Buffalo School of Medicine, Millard Fillmore—Buffalo, NY

University of Florida COM, Shands Hospital—Gainesvlle, FL (2)

University of Pittsburgh Medical Center—McKeesport, PA

Western Michigan University SOM—Kalamazoo, MI (2)

Wilson Memorial Regional UHS—Johnson City, NY

## General Medicine

Counties Manukau Dist Health Bd / Middlemore Hospital—Auckland, NZ

## General Surgery

Baptist Health System—Birmingham, AL

Louisiana State University—New Orleans, LA

## Internal Medicine

Advocate Lutheran General Hospital—Park Ridge, IL

Brooklyn Hospital Center—Brooklyn, NY

Carilion Clinic-Virginia Tech Carilion School of Medicine—Roanoke, VA

Case Western Metrohealth Medical Center—Cleveland, OH (5)

Creighton University Affiliate Hospitals—Omaha, NE

Dalhousie University, Halifax—Halifax, ON (CAN)

Dalhousie University—Saint John, NB (CAN)

Drexel University COM, Hahnemann University Hospital—Philadelphia, PA

Henry Ford HSC—Detroit, MI (3)

Indiana University Health Ball Memorial Hospital—Muncie, IN

Jewish Hospital of Cincinnati—Cincinnati, OH

Kern Medical Center—Bakersfield, CA

Leonard J. Chabert Medical Center—Houma, LA (4)

Louisiana State University HSC-Shreveport—Shreveport, LA

Mercer University School of Medicine Medical Center
    Central Georgia—Macon, GA

Morristown Memorial Hospital—Morristown, NJ

Mt. Sinai Hospital Medical Center—Chicago, IL

New Hanover Regional Medicine Center—Wilmington, NC

Norwalk Hospital—Norwalk, CT

PinnacleHealth Hospitals—Harrisburg, PA

Providence Hospital—Southfield, MI

Rochester General Hospital—Rochester, NY (6)

Seton Hall University School of Health & Medical Science—
    South Orange, NJ (2)

St. Joseph's Hospital and Medical Center—Phoenix, AZ

St. Joseph Mercy Health System— Ann Arbor, MI

SUNY Upstate Medical University—Syracuse, NY (3)

University of Connecticut School of Medicine—Farmington, CT

University of Toronto—Toronto, ON (CAN)

University Hospitals—Columbia, MO

University Hospitals—Jackson, MS

University of Missouri, Kansas City Programs—
    Kansas City, MO (2)

University of Ottawa—Ottawa, ON (CAN)

University Hospitals—Columbia, MO (2)

University of Hawaii—Manoa, HI

West Suburban Medical Center—Oak Park, IL

**Neurology, Internal Medicine - Preliminary**
University of Tennessee COM—Memphis, TN

**Obstetrics & Gynecology**
Aurora Health Care/ASMC—Milwaukee, WI

Bridgeport Hospital—Bridgeport, CT

Einstein Medical Center—Philadelphia, PA

Louisiana State University HSC-Shreveport—Shreveport, LA

McMaster University—Hamilton, ON (CAN)

Providence Hospital—Southfield, MI

SUNY HSC Brooklyn—Brooklyn, NY

**Pathology**
SUNY HSC Brooklyn—Brooklyn, NY

University of Massachusetts Medical School—Worcester, MA

**Pediatrics**
Driscoll Childrens Hospital—Corpus Christi, TX

Hurley Medical Center—Flint, MI

Staten Island University Hospital—Staten Island, NY (2)

SUNY Upstate Medical University—Syracuse, NY

University of Illinois, St. Francis Medical Center—Peoria, IL

University of Arizona Affiliated Hospitals—Phoenix, AZ

**Physical Medicine & Rehabilitation**
Barnes-Jewish Hospital—St. Louis, MO

**Physical Medicine & Rehabilitation,**
**Internal Medicine-Preliminary**
Mt. Sinai Hospital Medical Center and Marianjoy Rehab
    Hospital—Chicago/Wheaton, IL

University of Utah Afilated Hospitals—Salt Lake City, UT

**Psychiatry**
East Carolina University, Vidant Medical Center—Greenville, NC

Henry Ford HSC—Detroit, MI

University at Buffalo SOM, NY—Buffalo, NY

University of Kansas SOM—Kansas City, KS

**Radiology**
Detroit Medical Center Corporation—Detroit, MI

**Surgery-Preliminary**
Icahn School of Medicine at Mt Sinai—New York, NY

Jewish Hospital of Cincinnati—Cincinnati, OH

Mayo School of Graduate Medicine Education—Rochester, MN

Yale-New Haven Hospital—New Haven, CT

**Anesthesiology**
Indiana University School of Medicine—Indianapolis, IN

John H. Stroger, Jr. Hospital of Cook County—Chicago, IL

Loyola University Health System—Maywood, IL

McMaster University / Hamilton General Hospital—
    Hamilton, ON (CAN)

Rush University Medical Center—Chicago, IL

Tulane University School of Medicine—New Orleans, LA

University of Florida College of Medicine Jacksonville /
Shands Jacksonville Medical Center—Jacksonville, FL

University of Missouri Kansas City School of Medicine /
St. Luke's Hospital—Kansas City, MO

University of Rochester School of Medicine /
Strong Memorial Hospital—Rochester, NY (2)

University of Western Ontario Schulich School of Medicine—
London, ON (CAN)

Washington University in St. Louis School of Medicine /
Barnes-Jewish Hospital—St. Louis, MO

Wayne State University School of Medicine /
Detroit Medical Center—Detroit, MI

**Emergency Medicine**
Loyola University Chicago/ Stritch School of Medicine /
Resurrection Medical Center—Chicago, IL

Wayne State University School of Medicine /
Henry Ford Hospital—Detroit, MI

**Family Medicine**
Brody School of Medicine at East Carolina University /
Pitt County Memorial Hospital—Greenville, NC

Case Western Reserve University School of Medicine—
Cleveland, OH (2)

Cedar Rapids Medical Education Foundation—Cedar Rapids, IA

Cleveland Clinic Program / Fairview Hospital—Cleveland, OH

Dalhousie University / Annapolis Valley District—Annapolis
Community Health Center—Annapolis Valley, NS (CAN)

Dalhousie University / Cape Breton Regional Hospital—
Sydney, NS (CAN)

East Tennessee State University / James H. Quillen
College of Medicine—Johnson City, TN

Genesys Regional Medical Center—Grand Blanc, MI (2)

Kingston Hospital-Mid Hudson Family Practice Program—
Kingston, NY

Louisiana State University School of Medicine / Alexandria
Family Medicine Residency Program—Alexandria, LA (2)

Mayo Clinic—Jacksonville, FL

McMaster University / Brampton Civic Hospital /
William Osler Health Center—Brampton, ON (CAN)

Memorial University of Newfoundland—St. John, NF (CAN)

Michigan State University College of Human Medicine /
Grand Rapids Health Center—Grand Rapids, MI

Michigan State University College of Human Medicine /
Mid-Michigan Medical Center—Midland, MI

Michigan State University College of Human Medicine /
St. Mary's Health Care—Grand Rapids, MI

Northeast Ohio Medical University / Aultman Hospital—
Canton, OH (3)

Northern Ontario School of Medicine—Northern Ontario, ON (CAN)

Southern Illinois University School of Medicine /
Quincy Family Practice Center—Quincy, IL

St. Louis University School of Medicine—Belleville, IL

University at Buffalo  / School of Medicine and Biomedical
Sciences—Buffalo, NY

University of Alabama School of Medicine / DCH Regional
Medical Center—Tuscaloosa, AL

University of Alabama School of Medicine /
St. Vincent's East Hospital—Birmingham, AL

University of Alberta—Edmonton, AB (CAN)

University of Arizona College of Medicine / St. Joseph's Hospital
and Medical Center—Phoenix, AZ

University of Cincinnati College of Medicine /
St. Elizabeth Family Medicine Program—Edgewood, KY

University of Connecticut School of Medicine /
St. Francis Hospital & Medical Center—Hartford, CT

University of Manitoba Rural—Steinbach, MB (CAN)

University of Minnesota Medical Center—Minneapolis, MN

University of Pittsburgh School of Medicine /
Mckeesport Hospital Program—Mckeesport, PA

University of Toronto—Toronto, ON (CAN)

University of Washington School of Medicine /
Family Medicine Residency of Idaho—Boise, ID

University of Western Ontario Schulich School of Medicine /
London Health Science Center—London, ON (CAN) (3)

Virginia Tech Carilion School of Medicine /
Carilion Clinic—Roanoke, VA

William Beaumont Hospital—Troy / Sterling Heights, MI (2)

William Beaumont Hospital—Grosse Pointe, MI

**General Surgery (Preliminary)**
Johns Hopkins University School of Medicine /
Union Memorial Hospital—Baltimore, MD (2)

Nassau University Medical Center—E. Meadow, NY

University of Alabama School of Medicine /
Baptist Health System—Birmingham, AL

University of Pittsburgh / Mercy Medical Center—Pittsburgh, PA

**Internal Medicine**
Boston University / Roger Williams Medical Center—Providence, RI

Brody School of Medicine at East Carolina University /
Pitt County Memorial Hospital—Greenville, NC (2)

Case Western Reserve University School of Medicine /
Metro Health Medical Center—Cleveland, OH

Dalhousie University - Atlantic Health Sciences /
St. John Regional Hospital—St. John, NB (CAN)

David Geffen School of Medicine at UCLA—Bakersfield, CA

Jewish Hospital of Cincinnati—Cincinnati, OH

Leonard J. Chabert Medical Center—Houma, LA

Louisiana State University School of Medicine /
University Hospital—Shreveport, LA

Maine Medical Center—Portland, ME

Marshall University School of Medicine—Huntington, WV

New Hanover Regional Medical Center—Wilmington, NC

New York Medical College / Norwalk Hospital—Norwalk, CT

Northern Ontario School of Medicine—Northern Ontario, ON (CAN)

Queens University—Kingston, ON (CAN)

Richmond University Medical Center—Staten Island, NY

Sanford School of Medicine of the University of S. Dakota /
Sanford USD Medical Center—Sioux Falls, SD

St. Louis University School of Medicine /
St. Mary's Health Center—St Louis, MO (2)

University at Buffalo / School of Medicine and Biomedical
Sciences—Buffalo, NY (2)

University of California (San Francisco)/Fresno Program—
Fresno, CA

University of Connecticut School of Medicine /
Bridgeport Hospital—Bridgeport, CT (5)

University of Maryland School of Medicine /
Harbor Hospital—Baltimore, MD

University of Medicine and Dentistry of New Jersey Medical
School / Overlook Hospital—Summit, NJ

University of Missouri Kansas City School of Medicine /
St. Luke's Hospital—Kansas City, MO (8)

University of Ottawa—Ottawa, ON (CAN)

University of Rochester School of Medicine and Dentistry /
Rochester General Hospital—Rochester, NY (2)

University of Utah School of Medicine /
Veterans Affairs Medical Center—Salt Lake City, UT

Virginia Tech Carilion School of Medicine / Carilion Clinic—
Roanoke, VA (2)

Wayne State University School of Medicine /
Detroit Medical Center—Detroit, MI

Wayne State University School of Medicine /
Sinai-Grace Hospital—Detroit, MI

Wayne State University School of Medicine /
St. Joseph Mercy-Oakland Hospital—Pontiac, MI

West Virginia University School of Medicine /
Charleston Area Medical Center—Charleston, WV

Yale University School of Medicine / St. Mary's Hospital—
Waterbury, CT (2)

### Internal Medicine (Preliminary)
Jewish Hospital of Cincinnati—Cincinnati, OH

Mount Sinai School of Medicine / Queens Hospital Center—
Jamaica, NY

Mt. Sinai Hospital—Chicago, IL

University of Maryland School of Medicine /
Harbor Hospital—Baltimore, MD

University of Missouri Kansas City School of Medicine /
St. Luke's Hospital—Kansas City, MO

### Neurology
University of Western Ontario Schulich School of Medicine—
London, ON (CAN)

### Obstetrics and Gynecology
Northeast Ohio Medical University / Aultman Hospital—
Canton, OH

SUNY Downstate Medical Center College of Medicine /  Brookdale
University Hospital & Medical Center—Brooklyn, NY

University of Maryland School of Medicine /
Franklin Square Hospital—Baltimore, MD

University of Rochester School of Medicine and Dentistry /
Rochester General Hospital—Rochester, NY (2)

Wayne State University School of Medicine /
St. Joseph Mercy Hospital—Ypsilanti, MI

### Orthopedic Surgery
University of Western Ontario Schulich School of Medicine—
London, ON (CAN)

### Pediatrics
Brody School of Medicine at East Carolina University /
Pitt County Memorial Hospital—Greenville, NC (2)

Case Western Reserve University School of Medicine /
Metro Health Medical Center—Cleveland, OH

Jersey Shore University Medical Center—Neptune, NJ

Michigan State University College of Human Medicine /
Hurley Medical Center—Flint, MI

Staten Island University Hospital—Staten Island, NY

University of Arizona College of Medicine—Tucson, AZ

University of Illinois at Chicago College of Medicine /
OSF St. Francis Medical Center—Peoria, IL

University of Western Ontario Schulich School of Medicine—
    London, ON (CAN)

University of South Florida Health Morsani College of Medicine /
    Tampa General Hospital—Tampa, FL

**Pediatrics (Preliminary)**
William Beaumont Hospital—Royal Oaks, MI

**Physical Medicine & Rehabilitation**
University of Ottawa—Ottawa, ON (CAN)

Wayne State University School of Medicine /
    Detroit Medical Center—Detroit, MI

**Psychiatry**
Brody School of Medicine at East Carolina University /
    Pitt County Memorial Hospital—Greenville, NC

Creighton University School of Medicine—Omaha, NE

Louisiana State University School of Medicine / Our Lady of the
    Lake Regional Medical Center—Baton Rouge, LA

University at Buffalo School of Medicine—Buffalo, NY

University of Minnesota School of Medicine /
    Hennepin County Medical Center—Minneapolis, MN

University of North Dakota School of Medicine /
    Sanford Health—N. Fargo, ND

University of Toronto / Toronto General Hospital —Toronto, ON (CAN)

**Radiology Diagnostic**
Albany Medical College / Albany Medical Center—Albany, NY

Northeast Ohio Medical University /
    Aultman Hospital—Canton, OH

University of Minnesota Medical Center —–Minneapolis, MN

**Transitional Year (Preliminary)**
Northeast Ohio Medical University / Aultman Hospital—Canton, OH

**SABA UNIVERSITY SCHOOL OF MEDICINE**
**"EDUCATION FOR LIFE"**

P.O. Box 1000, Church Street
The Bottom, Saba, Dutch Caribbean
Phone 011-599-416-3456  Fax 011-599-416-3458
Website: www.Saba.edu
E-mail: admissions@Saba.edu


U.S. Information Office:


c/o R3 Education Inc.
27 Jackson Road, Suite 301
Devens, Massachusetts 01434, United States
Phone: (978) 862-9600  Fax: (978) 862-9699



Copyright © 2015 Saba University.
All rights reserved.