**EXHIBIT "5"**



| DATE | INVOICE # |
|---|---|
| 7/15/2006 | 12816 |

Karen S. Fowler

| DESCRIPTION | AMOUNT |
|---|---|
| Tuition (Clinical Medicine) 6th Semester | 7,950.00 |
| Malpractice Liability Insurance | 600.00 |

**SABA UNIVERSITY**
**SCHOOL OF MEDICINE**
P.O. BOX 386
GARDNER, MA 01440-0386

Invoice

BILL TO:
P.O. Box 933
Melbourne, AR 72556

☐ PLEASE NOTE
ADDRESS CHANGE
ON BACK

PLEASE DETACH HERE AND RETURN WITH PAYMENT.

TOTAL $8,550.00

Balance Due 08/15/06