**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiff, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

**ORDER GRANTING DEFENDANT R3 EDUCATION, INC. D/B/A SABA UNIVERSITY SCHOOL OF MEDICINE'S MOTION FOR SUMMARY JUDGMENT**

Considering Defendant R3 Education, Inc. d/b/a Saba University School of Medicine's Motion for Summary Judgment ("Motion"), due notice having been given, and the Court, having considered the Motion, the memorandum in support thereof, any response or reply thereto, and the competent summary judgment evidence, finds that the Motion should be, and is hereby, in all things **GRANTED.** It is therefore,

**ORDERED** that R3 Education, Inc. d/b/a Saba University School of Medicine's Motion is **GRANTED**, and all of Plaintiffs' claims against R3 Education, Inc. d/b/a Saba University School of Medicine asserted in this lawsuit are **DISMISSED WITH PREJUDICE;** and

**IT IS FURTHER ORDERED** that all costs are taxed against Plaintiffs.  This is a **FINAL JUDGMENT** in this case for all purposes as to all claims and all causes of action against R3 Education, Inc. d/b/a Saba University School of Medicine.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
**UNITED STATES BANKRUPTCY JUDGE**