# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | |
| | **CASE NO. 14-11638** |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| | **Chapter 7** |
| **Debtors.** | |
| **WILLIAM A. DEMMONS and** | |
| **KAREN S. FOWLER** | |
| | |
| **Plaintiff,** | |
| | |
| vs. | |
| | **Adversary No. 15-01024** |
| | |
| **R3 EDUCATION INC., d/b/a** | |
| **SABA UNIVERSITY SCHOOL OF** | |
| **MEDICINE; AMERICAN** | |
| **EDUCATIONAL SERVICES;** | |
| **NAVIENT SOLUTIONS, INC., AND** | |
| **NELNET, INC.** | |
| | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I certify that on the 12th day of February, the Motion for Summary Judgment, Memorandum In Support and Statement of Undisputed Fact [Docket 128] have been caused to be served on the following through the Court's CM/ECF system and U.S. Mail as indicated:

**U.S. Mail**
Robin R. DeLeo
800 Ramon St
Mandeville, LA 70448

Earl F. Sundmaker
The Sundmaker Firm
1027 Ninth St.
New Orleans, LA 70115

Joseph M McCandlish

NO:1451240/00041:182051v1

Weltman Weinberg & Reis Co., LPA
3705 Marlane Drive
Grove City, OH 43123

Heather A. LaSalle
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

Dated: February 12, 2016                Respectfully Submitted,

                                        By: */s/ C. Davin Boldissar*
                                        C. Davin Boldissar (La. #29094)
                                        Bradley C. Knapp (La. # 35867)
                                        Locke Lord LLP
                                        601 Poydras Street, Suite 2660
                                        New Orleans, Louisiana 70130-6036
                                        Telephone: (504) 558-5100
                                        Fax: (504) 558-5200


                                        **ATTORNEYS FOR R3 EDUCATION INC.,
                                        d/b/a SABA UNIVERSITY SCHOOL OF
                                        MEDICINE**

NO:1451240/00041:182051v1