UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
Demmons, III et al v. R3 Education, Inc. dba Saba University School of M  
**Debtor**

**Bankruptcy Case No.:** 15–01024

**Chapter** 0

# NOTICE OF DEFICIENCY

**To:** C. David Boldissar

Your **Motion** is/are deficient for the following reason(s):

Notice of Hearing contains an incorrect time.

---

Related document(s):

*128* – Motion For Summary Judgment Filed by R3 Education, Inc. dba Saba University School of Medicine (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit) (Boldissar, C.)

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, February 16, 2016.

Gaynell Donelon  
Deputy Clerk