## Notice Recipients

| | | |
|---|---|---|
| District/Off: 053L–2 | User: gd | Date Created: 2/16/2016 |
| Case: 15–01024 | Form ID: defntcg | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     C. Davin Boldissar     nobankecf@lockelord.com

                                                                                  TOTAL: 1