## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| **William A. Demmons and** | * | DIVISION "B" |
| **Karen S. Fowler** | * | |
| **Debtors** | * | |
| | * | CASE NO. 14-11638 |

*********************************************************************

| | | |
|---|---|---|
| | * | |
| **William A. Demmons and** | * | |
| **Karen S. Fowler** | * | |
| | * | |
|     Plaintiff/Debtors | * | ADV PROC. NO. 15-1024 |
| | * | |
| **VERSUS** | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Education Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc. | * | |
| | * | |
|     Defendants | * | |
| | * | |

*********************************************************************

### AMENDED NOTICE OF HEARING[1]

**PLEASE TAKE NOTICE,** that Defendant R3 Education, Inc. d/b/a Saba University School of Medicine ("Saba"), have filed a Motion for Summary Judgment ("Motion") (Doc. 128), in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Jerry A. Brown, in the United States Bankruptcy Court for the Eastern District of Louisiana on March 2, 2016 at 9:00 a.m. at U.S. Bankruptcy Court, Eastern District of Louisiana,

---

[1] This Notice amends the prior Notice of Hearing to correct the hearing time.

1

500 Poydras Street, Courtroom B-705, New Orleans, LA 70130, at which time the Court will consider and rule on said Motion and any objections filed thereto.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing and filed with the Clerk of Court, United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 and served on undersigned counsel at least seven (7) calendar days prior to the scheduled hearing date

Dated: February 16, 2016         Respectfully Submitted,


By: */s/ C. Davin Boldissar*_____
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200
*Attorneys for R3 Education Inc., dba Saba University School of Medicine*

2

## **CERTIFICATE OF SERVICE**

I certify that on February 16, 2016 the foregoing was served on Counsel for Plaintiffs via Certified Mail and email and on the remaining counsel of record through the Court's CM/ECF system or by US Mail.

Robin R. DeLeo
800 Ramon St
Mandeville, LA 70448
*Counsel for Plaintiffs*

Earl F. Sundmaker
The Sundmaker Firm
1027 Ninth St.
New Orleans, LA 70115

Joseph M McCandlish
Weltman Weinberg & Reis Co., LPA
3705 Marlane Drive
Grove City, OH 43123

Heather A. LaSalle
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

                                                By: */s/ C. Davin Boldissar*_____
                                                   C. Davin Boldissar

NO:1451240/00041:182047v2