UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit Management | * | |
| Corporation, | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF WILLIAM A. DEMMONS

**STATE OF LOUISIANA**

**PARISH ST. TAMMANY**

1. My name is William A. Demmons and I am the Plaintiff/Debtor in the above captioned Adversary Proceeding. The facts contained herein are true and correct to the best of my knowledge and recollection.

2. Saba's assertion that I caused the delay in the origination of my Clinical Medicine

1

program is incorrect. As indicated in my Basic Sciences exit interview with Sandy Murphy, I was willing to take a Clinical placement in hospitals located in multiple states, and throughout the process I always kept my options open– not limiting myself to just Louisiana, as argued by Saba.

3. The fact is Saba had limited available clinical spots for the increasing number of enrolled students and they arbitrarily and capriciously made last minute changes in policies and academic requirements. All of which, in my opinion, were employed in an attempt to manage the clinical bottleneck which ultimately led to increased delays and increased financial obligations and increased loan interest charges for the students. The fact is that by bumping out periods of enrollment and forcing students to backdate LOA's (Leave of Absence) Saba was able to retain student loan proceeds for extended periods of time.

4. The requirements for graduation as described in the 2015-2017 Saba University catalogue, have changed and are not applicable to Fowler and myself. The updated catalogue reflects a newer curriculum and different requirements added by Saba since our attendance. For example, the Research Literature Review and Analysis module was not an option or requirement when Fowler and I attended Saba. Therefore, the newer catalog relied upon by Saba for graduation requirements is irrelevant to our case.

5. When Fowler and I attended Saba, it was understood that students would be permitted to begin the Clinical Medicine program after a successful completion of the Basic Sciences. Entrance into the Clinical Medicine program and subsequent rotations was not dependant on the passage of the Step 1 Exam. Students were permitted to start clinical rotations prior to receiving a passing Step 1 score while some started their clinical rotations with Step 1 failures. These facts are well supported by the attached letter from Dr. Fredrick, president of Saba University, which provides that "After successful completion of your Basic Sciences, you may enter the Clinical Medicine program either in the United

2

States or abroad.... with a 100% placement rate of our clinical medicine students." Attached hereto as Exhibit 1 is the Fredrick's Placement Letter.

6. Saba argues that it had no contractual obligation to refund tuition paid "too far in advance." To the contrary, Saba's Financial Aid Information indicates that a student loan application can be submitted no earlier than 60 days prior to the start of classes. See Exhibit 2 attached hereto.

7. Saba is further obligated by its own Financial Aid Information which stipulates that the student's tuition and fee payments are due 30 days prior to matriculation, which hinges on Saba's financial aid office being able to certify the student with the lender. If a student is non-matriculated or less than half-time the financial aid office is obligated to refund the student loan to the lender. See Exhibit 3 attached hereto.

8. In the case of a student withdrawal, a refund must be calculated by the financial aid office and returned within 30 days. *See* Exhibit 3 above. As refunds must be generated for students unable to attend classes due to non-matriculation or failure to attend full time, similarly the policy is applicable to Saba's practice of inappropriately retaining loan proceeds for extended periods of time when Saba is unable to place a student in a Clinical Medicine program.

9. Although refunding loan proceeds is an industry norm, Saba's practice is to circumvent the process of refunding student loans by bumping out periods of enrollment and forcing students to backdate LOA's (Leave of Absence) in order to retain student loan proceeds for extended periods of time. This forces Saba students to incur finance charges on student loans without receiving a benefit in exchange from Saba for these extended periods of time.

10. The interest on my student loans began to accrue when such loans were remitted to Saba, however Saba withheld my student loan funds and retained tuition for 455 days in

3

advance of my Semester 6; 146 days in advance of my Semester 7; 199 in advance of my Semester 8; 229 days in advance of my Semester 9; and for 152 days in advance of my Semester 10. I did not derive any benefit for the pre-payment of my tuition from my student loan proceeds.

11. Saba's practice of retaining funds so far in advance of providing a corresponding benefit is illogical and injured me by forcing me to pay interest on my student loans that far exceeded the amount that I would have been obligated to pay had the loans been taken within 60 days prior to attendance in the program as set forth as the procedure supposedly followed by Saba in Saba's own financial aid package (*ie.* "a student loan application can be submitted no sooner than 60 days prior to the start of class").

12. In footnote 7 of the Saba Memorandum in Support of Summary Judgment, Saba recognizes that I produced in discovery the "Common Manual Unified Student Loan Policy" (the "Common Manual"). The Common Manual is evidence of industry standards for refunding student loan proceeds.

13. The Common Manual is a cooperate effort of all the nation's loan guarantors that participate in the Federal Family Education Loan Program (FFELP). The Common Manual provides a single, standardized set of current student loan rules and policy guidance for schools and lenders. Saba's practice of taking student loans to advance payment of tuition to itself does not meet industry standards.

FURTHER AFFIANT SAYETH NOT

_____
William A. Demmons, III

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 24 DAY OF FEBRUARY, 2016.

_____
Notary Public #20347

4



# SABA UNIVERSITY
## SCHOOL OF MEDICINE

U.S. Office
Education Information Consultants, Inc. • P.O. Box 386, Gardner, MA 01440
Tel. (978) 630-5122 • Fax (978) 632-2168 • www.saba.edu
Admissions/Registrar: admissions@saba.edu • Clinicals: clinical@saba.edu • Finance Office: finance@saba.edu

July 25, 2003

Ms. Karen S. Fowler
P.O. Box 933
McRoustie, AR 72556

Dear Karen:

Thank you very much for your application for admission to **SABA University School of Medicine** and the opportunity of conducting a phone interview with you. After carefully evaluating your complete application, the Admissions Committee has made a decision to accept you into the winter 2004 semester. As a regular first semester student, classes will commence on January 6, 2004 with orientation and registration scheduled for Monday, January 5, 2004. We strongly encourage all new incoming students arrive on Saba, one to two days prior to orientation and registration. This is to ensure that the Matthew Dorm will be available for immediate occupancy. Your assigned student identification number is <u>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</u>.

The Basic Science portion of your program will consist of five semesters of course work on the island of Saba. After successful completion of your basic sciences, you may enter the Clinical Medicine program either in the United States or abroad. Currently, SABA University has over 50 hospital affiliations in 27 different states with a 100% placement rate of our clinical students. Clinical rotations will be arranged through our Dean of Clinical Medicine.

In order to secure your placement in the January 2004 class, you will need to send the non-refundable tuition deposit of $500.00 along with the signed white registration form by August 25, 2003. Please mail your check or money order in US funds to *SABA University C/O Education Information Consultants, Inc, P.O. Box 386 Gardner, MA 01440*. If the tuition deposit is not received by the due date, your placement in the winter class may be awarded to another student. The remainder of your tuition & fees ($6,025.00) will be due at our office 45 days prior to registration (November 15, 2003).

Also enclosed you will find: (1) Student handbook which describes details about matriculating earlier on SABA including required books and materials. (2) "Dormitory Reservation" that should be completed immediately and returned to our office via mail

On-Faculty Campus
Tel 011-599-416-3456 • Fax 011-599-416-3458

or fax (978) 632-2168. (3) "Police Clearance Letter" (see sample enclosed) obtainable from you local police department using their letterhead. Please fax a copy to the U.S. administrative office and keep the original with you to be presented to the secretary during orientation. (4) Application for "Temporary Residence Permit" must be completed in triplicate and presented to the Dean during orientation on campus. (5) TERI and MedAchiever loan applications if you choose to complete, must be returned to our office for verification.

The Admissions Committee encourages any student who desires, to visit the SABA University campus prior to matriculation, If this of interest to you, please contact the Campus Administrative Office via email at sabauvoice@yahoo.com to schedule an appropriate time. Visiting the campus will enable you to meet with the academic deans as well as sit in on class, visit the dorm, talk with students about their medical school education, and tour the island. If you do plan to visit SABA University, please advise us of the date and time of your arrival so that the appropriate appointments can be made.

Again, *congratulations* on your acceptance to our medical school and we look forward to having you as a SABA student. We shall remain in contact with you periodically to assist in answering any questions that you may have. Please do not hesitate to contact the Office of Admissions at (978) 630-5122, if you require our assistance with any immediate concerns.

Sincerely,

David L. Fredick, Ph.D
President, SABA University

/ml
Enclosures

# Financial Aid Information

To be eligible for financial aid, students must be accepted to the MD program and enrolled half time or better. Financial aid forms are included in the acceptance packet. The Financial Aid Office will only certify a loan once the student has secured placement and paid their first semester tuition in full. Applications can be submitted no earlier than 60 days prior to the start of classes. To speak to a representative regarding loans, contact the stateside Finance Office.

## TERI Loans

The Education Resource Institute (TERI) is a not-for-profit organization specializing in education financing and has approved SABA University School of Medicine for student loans. Students must be enrolled at least half time at a TERI approved institution. Teri offers 2 kinds of loans—the ISLP and the CanHelp. Students can also check on the status of their application by calling IEFC at 1-888-296-4332 (US and Canada), or by visiting their webpage at www.IEFC.com.

### ISLP: International Student Loan Program

This credit-based loan is available to qualified applicants who are U.S. citizens or permanent U.S. residents. International or non-U.S. students must apply with a creditworthy U.S. citizen co-signer or a permanent resident co-signer. This loan has five loan levels that are semester specific.

### CanHELP Loans

This credit-based loan is available to qualifying Canadian citizens. This credit-based loan has five loan levels that are semester specific. Students may apply on their own signature or with a credit worthy co-borrower who is also a Canadian citizen.

## MedAchiever

The MedAchiever Loan is a private, credit-based loan offered under Key Bank USA, N.A. Loan Program, and is offered to qualified SABA students who are pursuing a career in medicine. Eligible students must be a U.S. Citizen, a U.S. National or be in possession of an I-151 or I-551 INS card. Students may borrow up to the total cost of education as specified, less other financial aid. Registered students may apply on line at www.key.com/educate/grad or by calling 1-800-KEY-LEND. Loan applications must be certified by the U.S. Financial Aid Office.

## Canadian Student Loans

Canadian students are eligible for federal loans through the Ministry of Education Student Support Branch in the province of residence. Students may apply for up to 52 weeks of financial assistance annually. Work directly with your individual province for information regarding requirements. SABA University's school code for applying is NUBP.



# Required Educational Equipment & Materials

## Microscope

It is mandatory for students to rent microscopes. The rental fee is included in the tuition. The binocular medical microscope has a 4-place objective, a graduated mechanical stage, a focusable substage condenser with iris diaphragm and light source of variable intensity. Students may bring their own microscope if they choose; however, the rental fees will not be waived.

## Clinical Jackets

Students must purchase their own laboratory coats and aprons.

## Textbooks

Students will be given a list of required textbooks and other equipment at the time of admission. SABA University School of Medicine reserves the right to change the booklist. To prevent unnecessary expenditures, it is suggested that students should purchase their textbooks one semester at a time.

## Withdrawal

Requests for withdrawal from medical school must be submitted "in writing" to the Dean of the Basic Sciences or Clinical Medicine program. Basic Science students are required to submit an island clearance to the Administrative Office. Failure to comply may result in retention of student records.

*Education for Life*

35

## Tuition Payment Policies

All students are responsible for payment of tuition and fees in U.S. personal check, bank check or money order, one month prior to matriculation into each new semester whether Basic Science or Clinical Medicine Program. A $500.00 deposit is due within thirty days of the date of the letter of acceptance. A student may request a refund within three days of receipt of the deposit. After the three day grace period, the deposit is nonrefundable and is applied to the first term basic science tuition. All students entering into first semester must pay tuition 45 days prior to matriculation. If payment is made by check, the cancelled check will serve as the student's receipt. If a student remits a check that is returned because of insufficient funds, he or she must make any future payments to the University in the form of a U.S. bank check, or money order. Payment of all tuition and fees are due in full by the due date specified on the student bill. A returned check fee of $25.00 will be imposed for a personal check returned not honored. Students will be billed approximately two months prior to the beginning of each new semester. Invoices are mailed to the permanent address on record for registered students. Payments for a student's semester bill should be directed to the Bursar's Office. If a bill is not received, it is the student's responsibility to contact the Finance office. All fees for the Clinical Medicine program must be paid prior to graduation. Students whose account has not been paid in full, or otherwise cleared by the finance office, will be subject to cancellation of class enrollment. SABA University reserves the right to withhold all diplomas, degrees, official transcripts and any other documentation from any student with outstanding financial obligations. (Rates are subject to change without notice.)

## Tuition Refund Policy

Tuition and fees shall be refunded in full, less an administrative fee of $100, and the $750 acceptance deposit, if notice of withdrawal is received prior to the first day of class. Tuition and fees shall also be refunded in full for the current enrollment period, less an administrative fee of $100, and the acceptance deposit, under the following circumstances:

- Courses cancelled by the institution
- Involuntary call to active military duty
- Documented death of the student
- Exceptional circumstances, with approval of the president or designee of the institution.

Application fees are non-refundable. Refunds will be calculated by the finance office and will be refunded within 150 days of withdrawal. The tuition will be refunded as follows:

A refund of 100% of the tuition for which the student is obligated shall be issued if the student withdraws prior to the first day of class.
A refund of 90% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 10% of the period of enrollment for which the student was charged or obligated.
A refund of 50% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 25% of the period of enrollment for which the student was charged or obligated but more than 10%.
A refund of 25% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 50% of the period of enrollment for which the student was charged or obligated but more than 25%.
In case of withdrawal after 50% of the period of enrollment, the student is obligated for full tuition and fees.

All monies paid by an applicant will be refunded if cancellation occurs within three business days after signing the terms of enrollment and making initial payment. In order to be eligible for a tuition refund, students must obtain a financial clearance letter from the administrative office at SABA University and a formal withdrawal form must be completed and authorized by the Dean.

## Late Fees

Students will be assessed a late fee of $200.00 for tuition not paid on or before the tuition due date. Tuition not received prior to the start of each semester will result in cancellation of classes.

## Tuition and fees payment policy for first semester student

First semester students must pay their tuition and fees (U.S. currency) in full 45 days prior to registration. Subsequent semesters are due 30 days prior to matriculation. Credit card payments are not accepted. Please mail your check or money order made payable to:

SABA University School of Medicine
C/O Education Information Consultants Inc.
P.O. Box 386
Gardner, MA 01440

34  SABA UNIVERSITY SCHOOL OF MEDICINE