or fax (978) 632-2168. (3) "Police Clearance Letter" (see sample enclosed) obtainable from you local police department using their letterhead. Please fax a copy to the U.S. administrative office and keep the original with you to be presented to the secretary during orientation. (4) Application for "Temporary Residence Permit" must be completed in triplicate and presented to the Dean during orientation on campus. (5) TERI and MedAchiever loan applications if you choose to complete, must be returned to our office for verification.

The Admissions Committee encourages any student who desires, to visit the SABA University campus prior to matriculation, if this of interest to you, please contact the Campus Administrative Office via email at sabauvoice@yahoo.com to schedule an appropriate time. Visiting the campus will enable you to meet with the academic deans as well as sit in on class, visit the dorm, talk with students about their medical school education, and tour the island. If you do plan to visit SABA University, please advise us of the date and time of your arrival so that the appropriate appointments can be made.

Again, *congratulations* on your acceptance to our medical school and we look forward to having you as a SABA student. We shall remain in contact with you periodically to assist in answering any questions that you may have. Please do not hesitate to contact the Office of Admissions at (978) 630-5122, if you require our assistance with any immediate concerns.

Sincerely,

David L. Fredrick, Ph.D.
President, SABA University

jml
Enclosures