# Financial Aid Information

To be eligible for financial aid, students must be accepted to the MD program and enrolled half time or better. Financial aid forms are included in the acceptance packet. The Financial Aid Office will only certify a loan once the student has secured placement and paid their first semester tuition in full. Applications can be submitted no earlier than 60 days prior to the start of classes. To speak to a representative regarding loans, contact the stateside Finance Office.

## TERI Loans

The Education Resource Institute (TERI) is a not-for-profit organization specializing in education financing and has approved SABA University School of Medicine for student loans. Students must be enrolled at least half time at a TERI approved institution. Teri offers 2 kinds of loans—the ISLP and the CanHelp. Students can also check on the status of their application by calling IEFC at 1-888-296-4332 (US and Canada); or by visiting their webpage at www.IEFC.com

### ISLP, International Student Loan Program

This credit-based loan is available to qualified applicants who are U.S. citizens or permanent U.S. residents. International or non-U.S. students must apply with a creditworthy U.S. citizen co-signer or a permanent resident co-signer. This loan has five loan levels that are semester specific.

### CanHELP Loans

This credit-based loan is available to qualifying Canadian citizens. This credit-based loan has five loan levels that are semester specific. Students may apply on their own signature or with a credit worthy co-borrower who is also a Canadian citizen.

## MedAchiever

The MedAchiever Loan is a private, credit-based loan offered under Key Bank USA, N.A. Loan Program, and is offered to qualified SABA students who are pursuing a career in medicine. Eligible students must be a U.S. Citizen, a U.S. National or be in possession of an I-151 or I-551 INS card. Students may borrow up to the total cost of education as specified, less other financial aid. Registered students may apply on line at www.key.com/educate/grad or by calling 1-800-KEY-LEND. Loan applications must be certified by the U.S. Financial Aid Office.

## Canadian Student Loans

Canadian students are eligible for federal loans through the Ministry of Education Student Support Branch in the province of residence. Students may apply for up to 52 weeks of financial assistance annually. Work directly with your individual province for information regarding requirements. SABA University's school code for applying is NUBP.



# Required Educational Equipment & Materials

## Microscope

It is mandatory for students to rent microscopes. The rental fee is included in the tuition. The binocular medical microscope has a 4-place objective, a graduated mechanical stage, a focusable substage condenser with iris diaphragm and light source of variable intensity. Students may bring their own microscope if they choose; however, the rental fees will not be waived.

## Clinical Jackets

Students must purchase their own laboratory coats and aprons.

## Textbooks

Students will be given a list of required textbooks and other equipment at the time of admission. SABA University School of Medicine reserves the right to change the booklist. To prevent unnecessary expenditures, it is suggested that students should purchase their textbooks one semester at a time.

## Withdrawal

Requests for withdrawal from medical school must be submitted "in writing" to the Dean of the Basic Sciences or Clinical Medicine program. Basic Science students are required to submit an island clearance to the Administrative Office. Failure to comply may result in retention of student records.

*Education for Life*   35

## Tuition Payment Policies

All students are responsible for payment of tuition and fees in U.S. personal check, bank check or money order, one month prior to matriculation into each new semester whether Basic Science or Clinical Medicine Program. A $500.00 deposit is due within thirty days of the date of the letter of acceptance. A student may request a refund within three days of receipt of the deposit. After the three day grace period, the deposit is nonrefundable and is applied to the first term basic science tuition. All students entering into first semester must pay tuition 45 days prior to matriculation. If payment is made by check, the cancelled check will serve as the student's receipt. If a student remits a check that is returned because of insufficient funds, he or she must make any future payments to the University in the form of a U.S. bank check, or money order. Payment of all tuition and fees are due in full by the due date specified on the student bill. A returned check fee of $35.00 will be imposed for a personal check returned not honored. Students will be billed approximately two months prior to the beginning of each new semester. Invoices are mailed to the permanent address on record for registered students. Payments for a student's semester bill should be directed to the Bursar's Office. If a bill is not received, it is the student's responsibility to contact the Finance office. All fees for the Clinical Medicine program must be paid prior to graduation. Students whose account has not been paid in full, or otherwise cleared by the finance office, will be subject to cancellation of class enrollment. SABA University reserves the right to withhold all diplomas, degrees, official transcripts and any other documentation from any student with outstanding financial obligations. (Rates are subject to change without notice)

## Tuition Refund Policy

Tuition and fees shall be refunded in full, less an administrative fee of $100, and the $750 acceptance deposit, if notice of withdrawal is received prior to the first day of class. Tuition and fees shall also be refunded in full for the current enrollment period, less an administrative fee of $100, and the acceptance deposit, under the following circumstances:

- Courses cancelled by the institution
- Involuntary call to active military duty
- Documented death of the student
- Exceptional circumstances, with approval of the president or designee of the institution.

Application fees are non-refundable. Refunds will be calculated by the finance office and will be refunded within (30) days of withdrawal. The tuition will be refunded as follows:

A refund of 100% of the tuition for which the student is obligated shall be issued if the student withdraws prior to the first day of class.
A refund of 90% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 10% of the period of enrollment for which the student was charged or obligated.
A refund of 50% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 25% of the period of enrollment for which the student was charged or obligated but more than 10%.
A refund of 25% of the tuition for which the student is obligated shall be issued if the student's last date of attendance is prior to the expiration of 50% of the period of enrollment for which the student was charged or obligated but more than 25%.
In case of withdrawal after 50% of the period of enrollment, the student is obligated for full tuition and fees.

All monies paid by an applicant will be refunded if cancellation occurs within three business days after signing the terms of enrollment and making initial payment. In order to be eligible for a tuition refund, students must obtain a financial clearance letter from the administrative office at SABA University and a formal withdrawal form must be completed and authorized by the Dean.

## Late Fees

Students will be assessed a late fee of $200.00 for tuition not paid on or before the tuition due date. Tuition not received prior to the start of each semester will result in cancellation of classes.

## Tuition and fees payment policy for first semester student

First semester students must pay their tuition and fees (U.S. currency) in full 45 days prior to registration. Subsequent semesters are due 30 days prior to matriculation. Credit card payments are not accepted. Please mail your check or money order made payable to:

SABA University School of Medicine
C/O Education Information Consultants Inc.
P.O. Box 386
Gardner, MA 01440

34  SABA UNIVERSITY SCHOOL OF MEDICINE