# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| William A. Demmons and | * | DIVISION "B" |
| Karen S. Fowler | * | |
| Debtors | * | |
| | * | CASE NO. 14-11638 |

*************************************************************

| | | |
|---|---|---|
| William A. Demmons and | * | |
| Karen S. Fowler | * | |
| | * | |
| Plaintiff/ Debtors | * | ADV PROC. NO. 15-01024 |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; | * | |
| American Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit Management | * | |
| Corporation, | * | |
|     Defendants | * | |
| | * | |

*********************************************

## AFFIDAVIT OF KAREN S. FOWLER

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

1.  My name is Karen S. Fowler and I am the Plaintiff/Debtor in the above captioned Adversary Proceeding. The facts contained herein are true and correct.

2.  I attended medical school at Saba beginning January 5, 2004.

1

3. I completed the Basic Sciences required by Saba in the Spring of 2006 (Semester 5).

4. I paid all tuition out-of-pocket to Saba for the Basic Sciences portion of medical school. The only financial assistance I requested was for Semester 5 living expenses.

5. To that end, I applied for a student loan in approximately January 2006 (account number ending 7YHG). Of the $31,130 loan balance ("Student Loan #1"), Saba made two disbursements to me. I received $14,975 from an initial $15,000 disbursement on January 19, 2006 to cover my living expenses for Semester 5.

6. From Student Loan #1, Saba subsequently made a disbursement of $16,130 – of which $8,825 was retained by Saba to cover Semester 6 tuition and fees; and $7,305 was disbursed to me for living expenses.

7. I believed that I was to begin the Clinical Medicine portion of medical school beginning in the Fall of 2006 with Semester 6. I allowed Saba to keep Semester 6 tuition and fees of $8,825 for what I believed would be my Semester 6 Clinical Medicine expenses.

8. From the Fall of 2006 through the Spring of 2009, I studied on my own and without assistance from Saba for the USMLE Step 1 Exam (the "Step 1 Exam"). I successfully completed the Basic Sciences and left the island in August 2006 and in 2007, 2008, and 2009, I was living in Louisiana, not on the Island of Saba. I utilized review courses which were unaffiliated with Saba in order to prepare for the Step 1 Exam and I at all times believed that I would be placed in a clinical rotation once an opening became available.

9. I was charged $600 by Saba for "Malpractice Liability Insurance" as part of my Clinical Medicine Tuition (*See* Saba Invoice attached as Exhibit 1).

10. Malpractice Liability Insurance is only charged to a student when they participate in the Clinical Medicine program.

2

11. I never participated in the Clinical Medicine program in the Fall of 2006 because no available spots existed, despite the fact that I paid tuition and malpractice liability insurance for Semester 6.

12. In order to continue to fund my Clinical Medicine program, I took out a second student loan, account number ending UGYC, in November 2007 ("Student Loan #2").

13. Student Loan #2 had an adjusted loan amount of $38,460. From this amount, $17,260 was retained by Saba to cover Semester 7 Clinical Medicine program of $8,070 and Semester 8 Clinical Medicine program of $9,190. The remaining proceeds of Student Loan #2 in the amount of $21,200 was disbursed to me on December 13, 2007 to cover living expenses.

14. The total tuition withheld by Saba from my student loan proceeds was $26,085 consisting of payment of Clinical Medicine program of $8,825 for Semester 6; $8,070 for Semester 7; and $9,190 for Semester 8.

15. After much complaining and threatening by Demmons and myself, Saba eventually made a refund payment of $25,210, payable to Great Lakes, with a check dated June 9, 2009 attached to a cover letter dated July 17, 2009 (45 days later).

16. In actuality, the refund check dated June 9, 2009, was not received by Great Lakes until November 2009.

17. The refund from Saba was not received by Great Lakes until November, 2009, over three years since I was last enrolled in classes and received my first loan disbursement.

18. In issuing the refund, however, Saba did not appropriately divide the amount refunded between the two loans. Instead, Saba returned one lump sum all referencing the later loan number – Student Loan #2 ending in UGYC.

19. Saba should have refunded tuition of $8,825 for Student Loan #1.

3

20. The current owner of Loan #1 is Deutsche Bank.

21. Because Saba failed to accurately credit the correct student loan, I have continued to accrue interest over a higher amount over a longer period of time than had Saba correctly credited Student Loan #1 instead of applying this amount to Student Loan #2.

22. Saba should have refunded tuition of $17,260 on Student Loan #2.

23. The current owner of Loan #2 is FCDB NPSL 2010-1 Trust.

24. In June, 2009, I was academically dismissed from Saba for failure to progress. Despite the fact that I was prohibited from beginning my Clinical Program, Saba considered me a full time student until June 9, 2009.

25. By paying itself $26,085 for tuition and fees while simultaneously prohibiting me from attendance in the Clinical Program, Saba has caused me damage.

26. Student Loan policies – as advanced by Saba – provide that being "below half-time status" makes you ineligible to received loan funds." *See* E-Mail to me from Janet Baczewski of the Saba Finance Department dated March 7, 2006, attached hereto as Exhibit 2.

27. By waiting until June, 2009 to academically dismiss me, Saba has damaged me by advancing student loans that have cost me thousands of dollars while at the same time, denying my admission into the Clinical Medicine program.

28. According to Dr. Fredrick, President of Saba University when I attended, "After successful completion of your Basic Sciences, you may enter the Clinical Medicine program either in the United States or abroad…. with a 100% placement rate of our clinical medicine students." I know Saba students starting their Clinical Medicine rotations prior to passing the Step 1 Exam in both the US and abroad. At the time that I attended Saba, many of the foreign

medical schools allowed their students to enter the Clinical Medicine rotations before taking the Step 1 examination. See Exhibit #5 attached hereto.

29. In October 23, 2007, I was told by email received from Janet Baczewski of Saba, to apply for Student Loan #2 and Saba withheld tuition for Semester 7 and Semester 8 from Student Loan #2. Obviously Saba treated me as if I was enrolled in the Clinical Medicine program by advising me to apply for additional student loans to cover ongoing tuition. See Exhibit 3 attached hereto.

30. I was not dismissed for failure to pass the Step 1 Exam, but for failure to progress. I was not able to progress because I was never scheduled to begin a clinical rotation. According to Saba Bursar J. Rosa in an email dated Jan. 2015, I entered the Clinical Medicine Program in August 2006 and was subsequently charged tuition for clinical semester 6 along with Medical Malpractice insurance. This clearly indicates that I was slotted to begin a clinical rotation as soon as a spot became available. A copy of Bursar Rosa's Jan. 2015 e-mail is attached as Exhibit 4.

31. Additionally, Arthur Maron, MD, MPA the Executive Dean, members of the Promotions Committee and the Associate Dean for Clinical Medicine, recognized that "personal issues have hampered your progress" and indicated that my Basic Science grades and GPA were a consideration in their review process; Even after repeated requests, Saba failed to correct my academic transcript by adding my missing course MED 903 Medical Board Review (grade is Pass) in Winter 2006, recalculating my final grades and cumulative averages that were miscalculated for Summer 2006, GPA should be 3.4 (i.e., 37.4 quality points / 11 hours for Clinical Pathology II = 3.4 semester GPA) generating a final overall cumulative GPA greater than or equal to 3.15. HBOT 1, 2 & 3 grades should be recorded as A's for me (the research grant was awarded to both Demmons and myself and the research project was conducted as a

joint effort with the findings defended in the same Master's thesis presentation, refer to Dr. Angel Kurtev). Finally, I earned a BS and MS (my transcript is missing the M.S. in Hyperbaric Medicine awarded on 04/11/2006).

32.	In the clinical semesters 6, 7, and 8, there was not a non-refundable administrative fee of $100.00 nor a non-refundable deposit of $500.00, as alleged by Saba. This fee was in fact the $600.00 Malpractice Liability Insurance fee charged to Clinical Medicine students.

33. Below is a summary of my student loans:

Student Loan-Xpress

Tuition Refund Explained

Student Loan #1 –

CLUID: GRTLKORIGA0V7YHG

DEUTSCHE BANK – PARTS 2 is the Current Owner of Loan #1

| 01/19/2006 1st | Disbursements Loan No.1 | $15,000.00 | | |
|---|---|---|---|---|
| $14,975.00 Deposited to Karen | | | | |
| 08/07/2006 2nd | Disbursements Loan No.1 | $16,130.00 | $8,825.00 | Tuition |
| 6th | | | | |
| | Adjusted Loan Amount: | $31,130.00 | $7,305.00 | |

Deposited to Karen

| Adjusted by Lender for < ½ Time / Non Matriculated | $15,530.00 |
|---|---|
| Original Request Amount: | $46,660.00 |

6

Student Loan #2

CLUD: GRTLKSORIGASNUGYC.

FCDB NPSL TRUST 2010-1 is the Current Owner of Loan #2

| | | | |
|---|---|---|---|
| 12/05/2007 Tuition Retained From Loan No.2 | $17,260.00 | $8,070.00 | Tuition 7th |
| | | $9,190.00 | Tuition 8th |
| 12/13/2007 1st Disbursements Loan No.2 | $21,200.00 | | |

$21,200.00 Deposited to Karen

Adjusted Loan Amount: $38,460.00    $26,085.00 Tuition to be Refunded

$25,210.00

Actual Refund

Adjusted by Lender for < ½ Time / Non Matriculated     $19,230.00

Original Request Amount:    $57,690.00

34. The difference in the amount charged by Saba for tuition in fees and the amount refunded by Saba to Great Lakes was $875.

35. When questioned as to my academic record at Saba, it replied by email with the following analysis:

08/09/2006 - 1st loan disbursement of $16,130.00 received ($8,825.00 applied to 6th semester invoice, $7,305.00 refunded to student)

7

09/04/2006 - Student entered CM

10/31/2007 – Failed 1st Step 1 attempt (13 months after entering CM)

12/05/2007 – 2nd loan disbursement of $38460.00 received ($17,260.00 applied to 7th and 8th semester invoices, $21,200.00 refunded to student)

03/31/2008 – Failed 2nd Step 1 attempt (5 months after 1st attempt)

08/18/2008 - Failed 3rd Step 1 attempt (4.5 months after 2nd attempt)

06/09/2009 – Student academically dismissed from university

07/17/2009 – Loan funds retained by the university returned to Great Lakes in the amount of $25,210.00 on behalf of student with respect to the above 2 disbursements.

Exhibit 4 attached hereto is the email referenced above.

36. The Declaration made by Terry Moya of Saba, attached as Defendant's Exhibit 1 to its Statement of Uncontested Facts, is inaccurate in the following ways:

(i) Statement #5 provides that Saba's records reflect that Fowler borrowed under a student loan, a total of $25,810. Fowler did not have one student loan; but in fact, had two student loans. Fowler did not borrow a total of $25,810 in student loan proceeds to cover tuition and fees, but in fact, borrowed a total of $26,085 in tuition and fees for Semesters 6, 7 and 8. *See* Saba Invoices to me for semesters 6, 7 and 8 attached as Exhibit 7.

(ii) Statement #6 states that there was a non-refundable administrative fee of $100 and a non-refundable deposit of $500 were retained from my student loan account, to explain the $600 discrepancy in the amount Saba's records indicate that I paid for tuition and fees and the amount refunded by Saba to Great Lakes. My invoices and records from Saba never reveal an assessment of $600 in non-refundable fees, with the exception of the $500 non-refundable fee charged to me in association with my acceptance letter dated July 25, 2003. In that case, in order to start school

8

at Saba and reserve a place in the class, I had to remit a $500 non-refundable fee by August 25, 2003. I made this payment – in cash – in August, 2003. If that is the amount referred to by Moya as the $500 non-refundable fee – it is nonsensical to insinuate that this was taken from student loan proceeds borrowed three years after the non-refundable fee was due.

More believable, however, is Saba's Semester 6 billing statement to me (attached hereto as Exhibit 1), which evidences a $600 malpractice liability charge made to all clinical medicine students.

 (iii) Statement #7 provides that Saba had a longstanding practice and policy not to allow participation in clinical programs until after successful passage of the USMLE Step 1 Exam. If this was Saba's policy, it was sporadically enforced. If this was Saba's policy, this is contrary to Fredrick's placement letter. *See* Exhibit 5.

 (iv) Statement #9 states that "As a result of her failure to pass the USMLE Step 1 Exam, Fowler was academically dismissed from Saba effective June 9, 2009 for failure to progress. However, according to the letter by Saba dated July 17, 2009 refunding the student loan proceeds to Great Lakes, it states that Fowler "no longer needs this loan. She has been withdrawn from Saba University School of Medicine as of 6/9/2009." *See* Exhibit 6 attached hereto correspondence from Saba to Great Lakes

FURTHER AFFIANT SAYETH NOT

*Karen S. Fowler*
Karen S. Fowler

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS 24 DAY OF FEBRUARY, 2016.

Notary Public #20347

9



-----Original Message-----
**From:** Janet Baczewski [mailto:finance@saba.edu]
**Sent:** Tuesday, March 07, 2006 10:37 AM
**To:** 'karen fowler'
**Cc:** 'accounting@saba.edu'; 'bursar@saba.edu'
**Subject:** SLX loan

Hello Karen,

The Finance Dept. has been notified that you will be taking only one course for the upcoming May 2006 semester. Being "below half-time status" makes you ineligible to receive loan funds at this time. Therefore I have rescheduled your second loan disbursement on your current Student Loan Xpress loan to Aug. 2006. This disbursement is to cover your semester 6 tuition and living expenses (Sept. 2006 billing period). Your third disbursement (to cover your semester 7 tuition and living expenses) is currently rescheduled out to Nov. 2006 (this is subject to change depending on your step 1 study and exam test date.)

The May 2006 billings are going out to the students this week. It will be your responsibility to pay this invoice out of your pocket until your loan funds are back in place.
Please contact the Finance Office if you have any questions.
Regards,
Janet

*Janet Baczewski*
*Loan Officer*

*Saba University School of Medicine*
c/o E.I.C.
P.O. Box 386
Gardner, MA 01440
Phone (978) 630-5122 ext. 108
Fax (978) 632-2168

Ex. 2.

**From:** Janet Baczewski <finance@saba.edu>
**Sent:** Friday, October 26, 2007 12:48 PM
**To:** 'Karen Fowler'
**Subject:** RE: Loan Application

Hi Karen,

Sorry for the delay in response.

Here is the information to help get you started on the online loan application process. I recommend you submit your online loan application today (the signed paper promissory note can be submitted after the end of this month, but the pre-approved loan application date of submittal must be before). Your new loan period will be 09/01/2007 – 08/31/2008 to cover sem. 7, 8, and 9 tuition and living expenses, 4th Year Grad Loan.

Also, please complete the attached two forms and return them to my attention in the Finance Dept. by fax, mail or email, so I will know how to disburse your funds when the time comes.

Feel free to contact me with any further questions.

Regards,

Janet


*Janet Baczewski*
*Loan Officer*

*Saba University School of Medicine*
c/o E.I.C.
P.O. Box 386
Gardner, MA 01440
Phone (978) 630-5122 ext. 108
Fax (978) 632-2168

From: Jacey Rosa <j.rosa@saba.edu>
Sent: Wed 1/7/2015 10:58 AM
To: William Demmons;

Below is a record we have for Karen Fowler:

- 08/09/2006 - 1st loan disbursement of $16,130.00 received (**$8,825.00** applied to 6th semester invoice, $7,305.00 refunded to student)
- **09/04/2006 - Student entered CM**
- 10/31/2007 – Failed 1st Step 1 attempt (13 months after entering CM)
- 12/05/2007 – 2nd loan disbursement of $38460.00 received (**$17,260.00** applied to 7th and 8th semester invoices, $21,200.00 refunded to student)
- 03/31/2008 – Failed 2nd Step 1 attempt (5 months after 1st attempt)
- 08/18/2008 - Failed 3rd Step 1 attempt (4.5 months after 2nd attempt)
- 06/09/2009 – Student academically dismissed from university
- 07/17/2009 – Loan funds retained by the university returned to Great Lakes in the amount of **$25,210.00** on behalf of student with respect to the above 2 disbursements.

Jacey Rosa
Bursar
Saba University School of Medicine
R3 Education Inc.
27 Jackson Road, Suite 301
Devens, MA 01434
Phone:   978-862-9600 x 632
Fax:        978-862-9699

EX. 4



# SABA UNIVERSITY
## SCHOOL OF MEDICINE

**U.S. Office**
Education Information Consultants, Inc. • P.O. Box 386, Gardner, MA 01440
Tel. (978) 630-5122 • Fax (978) 632-2168 • www.saba.edu
Admissions/Registrar: admissions@saba.edu • Clinicals: clinical@saba.edu • Finance Office: finance@saba.edu

July 25, 2003

Ms. Karen S. Fowler
P.O. Box 931
Melbourne, AR 72556

Dear Karen,

Thank you very much for your application for admission to SABA University School of Medicine and the opportunity of conducting a phone interview with you. After carefully evaluating your complete application, the Admissions Committee has made a decision to accept you into the winter 2004 semester. As a regular first semester student, classes will commence on January 6, 2004 with orientation and registration scheduled for Monday, January 5, 2004. We strongly encourage all new incoming students arrive on Saba one to two days prior to orientation and registration. This is to ensure that the dormitory room will be available for immediate occupancy. Your assigned student identification number is 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.

The Basic Science portion of your program will consist of five semesters of course work on the Island of Saba. After successful completion of your basic sciences, you may enter the Clinical Medicine program either in the United States or abroad. Currently, SABA University has over 50 hospital affiliations in 27 different states with a 100% placement rate of our clinical students. Clinical rotations will be arranged through our Dean of Clinical Medicine.

To confirm your acceptance in the January 2004 class, you will need to send the non-refundable deposit of $500.00 along with the signed white registration form by August 15, 2003. Please mail your check or money order in US funds to SABA University, Education Information Consultants, Inc., P.O. Box 386 Gardner, MA 01440. If your deposit is not received by the due date, your placement in the January 2004 class may be awarded to another student. The remainder of your tuition & fees is due at the finance office 45 days prior to registration (November 15, 2003).

Enclosed you will find the: (1) Student handbook which describes details about the school, housing, curriculum, (2) A list of required books and materials, (2) "Dormitory Agreement Form" this form must be signed immediately and returned to our office via mail

or fax (978) 632-2168. (3) "Police Clearance Letter" (see sample enclosed) obtainable from you local police department using their letterhead. Please fax a copy to the U.S. administrative office and keep the original with you to be presented to the secretary during orientation. (4) Application for "Temporary Residence Permit" must be completed in triplicate and presented to the Dean during orientation on campus. (5) TERI and MedAchiever loan applications if you choose to complete, must be returned to our office for verification.

The Admissions Committee encourages any student who desires, to visit the SABA University campus prior to matriculation, if this of interest to you, please contact the Campus Administrative Office via email at sabauvoice@yahoo.com to schedule an appropriate time. Visiting the campus will enable you to meet with the academic deans as well as sit in on class, visit the dorm, talk with students about their medical school education, and tour the island. If you do plan to visit SABA University, please advise us of the date and time of your arrival so that the appropriate appointments can be made.

Again, *congratulations* on your acceptance to our medical school and we look forward to having you as a SABA student. We shall remain in contact with you periodically to assist in answering any questions that you may have. Please do not hesitate to contact the Office of Admissions at (978) 630-5122, if you require our assistance with any immediate concerns.

Sincerely,

David L. Fredrick, Ph.D.
President, SABA University

Enclosures



# SABA UNIVERSITY
## SCHOOL OF MEDICINE

**U.S. Office**
R3 Education Inc. • 27 Jackson Road, Suite 101 • Devens, MA 01434
Tel: (978) 862-9600 • Fax (978) 862-9699 • www.saba.edu
Admissions: admissions@saba.edu • Clinicals: clinical@saba.edu • Finance Office: finance@saba.edu

*[handwritten notes in margins:]*
*NOT RECEIVED BY GREAT LAKES IN NOVEMBER*

*VALUED WITHDRAWN MID 5TH SEM CLINICAL MEDICINE*
*5TH SEMESTER*
*08/09/06 — $8,825.00*
*ACTUAL TUITION $8,825, LOAN PAYMENT*

*7TH & 8TH SEMESTERS*
*12/05/07 — $8,070.00*
*9,190.00*
*$17,260.00*

*PMT # 34003, TUITION PAYMENT RETURNED*

July 17, 2009

Great Lakes
P.O. Box 7941
Madison, WI 53707

Attn: Cash Operations Department

Re: Karen Fowler
SS#: 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

Attn: Cash Operations Department,

*[margin: ORIGINAL DISBURSEMENT 08/08/06]*

This is to inform you that Karen Fowler (Loan no. GRTLKSORIGASNUGYC, original disbursement date of 12/04/07) no longer needs this loan. She has been withdrawn from Saba University School of Medicine as of 06/09/2009.

*[margin: + SEE SABA BILLED STATEMENTS DEMMONS-FOWLER 2003-2009]*

Therefore, we are returning a portion of the tuition payment for that disbursement ($25,210.00) on our enclosed check number 4878. Please credit the account of this former student accordingly. Thank you for your assistance in this matter.

If you have any questions regarding this information, please contact me at 978-862-9600 ext.631.

Regards,

*Cheryl L. Jones*

Cheryl L. Jones
Financial Aid Officer
Saba University School of Medicine

cc: Karen Fowler

---

**Caribbean Campus**
P.O. Box 1000 • Saba, Netherlands-Antilles • Tel. 011-599-4163456 • Fax 011-599-4163458

SABA Univ. School of Medicine

**Statement**

| DATE |
|---|
| 11/30/2014 |

| BILL TO |
|---|

Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $0.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/15/2005 | INV #140006. Tuition/refund- Withdrew from Pathology II on 02/15/06 (44th day of semester) - 25% refund, LOA 09/2005 semester, allowed to repeat N/C 01/2006, Basic Science 5th Semester, defered from Fall 2005 adj. 9/30/05 | 6,803.75 | -606.25 |
| 01/20/2006 | INV #141584. Wire Fee | 25.00 | -581.25 |
| 01/20/2006 | GENJRNL #Loan. Wire Fee Payment | -25.00 | -606.25 |
| 03/15/2006 | INV #141920. Irregular Semester, subject to change upon registration | 2,585.00 | 1,978.75 |
| 04/21/2006 | PMT #4565. | -1,978.75 | 0.00 |
| 07/15/2006 | INV #142816. Clinical Medicine 6th Semester | 8,550.00 | 8,550.00 |
| 07/17/2006 | INV #143239. Bachelor of Science Degree Application Fee | 30.00 | 8,580.00 |
| 07/17/2006 | PMT #4570. | -30.00 | 8,550.00 |
| 07/21/2006 | INV #143287. Bachelor of Science Degree Fee | 250.00 | 8,800.00 |
| 08/08/2006 | INV #143341. Wire Fee | 25.00 | 8,825.00 |
| 08/09/2006 | GENJRNL #Tuition1325. Loan Payment | -8,825.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Page 2

Ex. 7

SABA Univ. School of Medicine

**Statement**

| DATE |
| --- |

11/30/2014

| BILL TO |
| --- |

Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

| AMOUNT DUE | AMOUNT ENC. |
| --- | --- |
| $0.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 07/15/2007 | INV #146551. Clinical Medicine 7th Semester | 8,070.00 | 8,070.00 |
| 11/15/2007 | INV #148108. Clinical Medicine 8th Semester Jan 2008 | 9,190.00 | 17,260.00 |
| 12/05/2007 | PMT #Jan 08. Tuition Payment Retained From Loan | -17,260.00 | 0.00 |
| 02/23/2009 | INV #152535. Transcript sent to Student | 10.00 | 10.00 |
| 02/23/2009 | PMT #5063. | -10.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |