

**SABA UNIVERSITY SCHOOL OF MEDICINE**
P.O. BOX 386
GARDNER, MA 01440-0386

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/15/2006 | 142816 |

**BILL TO:**
Karen S. Fowler
P.O. Box 933
Melbourne, AR 72556

☐ PLEASE NOTE ADDRESS CHANGE ON BACK

PLEASE DETACH HERE AND RETURN WITH PAYMENT

| DESCRIPTION | AMOUNT |
|---|---|
| Tuition (Clinical Medicine) 6th Semester | 7,950.00 |
| Malpractice Liability Insurance | 600.00 |

Balance Due 08/15/06

**TOTAL** $8,550.00