-----Original Message-----
**From:** Janet Baczewski [mailto:finance@saba.edu]
**Sent:** Tuesday, March 07, 2006 10:37 AM
**To:** 'karen fowler'
**Cc:** 'accounting@saba.edu'; 'bursar@saba.edu'
**Subject:** SLX loan

Hello Karen,

The Finance Dept. has been notified that you will be taking only one course for the upcoming May 2006 semester. Being "below half-time status" makes you ineligible to receive loan funds at this time. Therefore I have rescheduled your second loan disbursement on your current Student Loan Xpress loan to Aug. 2006. This disbursement is to cover your semester 6 tuition and living expenses (Sept. 2006 billing period). Your third disbursement (to cover your semester 7 tuition and living expenses) is currently rescheduled out to Nov. 2006 (this is subject to change depending on your step 1 study and exam test date.)

The May 2006 billings are going out to the students this week. It will be your responsibility to pay this invoice out of your pocket until your loan funds are back in place.
Please contact the Finance Office if you have any questions.
Regards,
Janet

*Janet Baczewski*
*Loan Officer*

*Saba University School of Medicine*
c/o E.I.C.
P.O. Box 386
Gardner, MA 01440
Phone (978) 630-5122 ext. 108
Fax (978) 632-2168

Ex. 2.