**From:** Janet Baczewski <finance@saba.edu>
**Sent:** Friday, October 26, 2007 12:48 PM
**To:** 'Karen Fowler'
**Subject:** RE: Loan Application

Hi Karen,

Sorry for the delay in response.

Here is the information to help get you started on the online loan application process. I recommend you submit your online loan application today (the signed paper promissory note can be submitted after the end of this month, but the pre-approved loan application date of submittal must be before). Your new loan period will be 09/01/2007 – 08/31/2008 to cover sem. 7, 8, and 9 tuition and living expenses, 4th Year Grad Loan.

Also, please complete the attached two forms and return them to my attention in the Finance Dept. by fax, mail or email, so I will know how to disburse your funds when the time comes.

Feel free to contact me with any further questions.

Regards,

Janet


*Janet Baczewski*
*Loan Officer*

*Saba University School of Medicine*
c/o E.I.C.
P.O. Box 386
Gardner, MA 01440
Phone (978) 630-5122 ext. 108
Fax (978) 632-2168