From: Jacey Rosa <j.rosa@saba.edu>
Sent: Wed 1/7/2015 10:58 AM
To: William Demmons;

Below is a record we have for Karen Fowler:

- 08/09/2006 - 1st loan disbursement of $16,130.00 received (**$8,825.00** applied to 6th semester invoice, $7,305.00 refunded to student)
- **09/04/2006 - Student entered CM**
- 10/31/2007 – Failed 1st Step 1 attempt (13 months after entering CM)
- 12/05/2007 – 2nd loan disbursement of $38460.00 received (**$17,260.00** applied to 7th and 8th semester invoices, $21,200.00 refunded to student)
- 03/31/2008 – Failed 2nd Step 1 attempt (5 months after 1st attempt)
- 08/18/2008 - Failed 3rd Step 1 attempt (4.5 months after 2nd attempt)
- 06/09/2009 – Student academically dismissed from university
- 07/17/2009 – Loan funds retained by the university returned to Great Lakes in the amount of **$25,210.00** on behalf of student with respect to the above 2 disbursements.

Jacey Rosa
Bursar
Saba University School of Medicine
R3 Education Inc.
27 Jackson Road, Suite 301
Devens, MA 01434
Phone:   978-862-9600 x 632
Fax:       978-862-9699

EX. 4