# SABA UNIVERSITY
## SCHOOL OF MEDICINE

U.S. Office
Education Information Consultants, Inc. • P.O. Box 386, Gardner, MA 01440
Tel. (978) 630-5122 • Fax (978) 632-2168 • www.saba.edu
Admissions/Registrar: admissions@saba.edu • Clinicals: clinical@saba.edu • Finance Office: finance@saba.edu

July 25, 2003

Ms. Karen S. Fowler
P.O. Box 933
Melbourne, AR 72556

Dear Karen:

Thank you very much for your application for admission to **SABA University School of Medicine** and the opportunity of conducting a phone interview with you. After carefully evaluating your complete application, the Admissions Committee has made a decision to accept you into the winter 2004 semester. As a regular first semester student, classes will commence on January 6, 2004 with orientation and registration scheduled for Monday, January 5, 2004. We strongly encourage all new incoming students arrive on Saba, one to two days prior to orientation and registration. This is to ensure that the Matthew Dorm will be available for immediate occupancy. Your assigned student identification number is <u>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.</u>

The Basic Science portion of your program will consist of five semesters of course work on the island of Saba. After successful completion of your basic sciences, you may enter the Clinical Medicine program either in the United States or abroad. Currently, SABA University has over 50 hospital affiliations in 27 different states with a 100% placement rate of our clinical students. Clinical rotations will be arranged through our Dean of Clinical Medicine.

To secure your placement in the January 2004 class, you will need to send the non-refundable tuition deposit of **$500.00** along with the <u>signed</u> white registration form by **August 25, 2003**. Please mail your check or money order in US funds to **SABA University, C/O Education Information Consultants, Inc., P.O. Box 386 Gardner, MA 01440**. If the tuition deposit is not received by the due date, your placement in the January class may be awarded to another student. The remainder of your tuition & fees (**$5880.00**) are due in our office <u>45 days</u> prior to registration (November 15, 2003).

Also enclosed you will find: (1) Student handbook which describes details about your future studies on SABA including required books and materials. (2) "Dormitory Questionnaire" that should be completed immediately and returned to our office via mail

*[Handwritten margin note: 8-19-03 Joan extended 8-25-03 deadline for 1 week]*

---
Caribbean Campus
P.O. Box 1000 • Saba, Netherlands-Antilles • Tel. 011-599-4163456 • Fax 011-599-4163458

or fax (978) 632-2168. (3) "Police Clearance Letter" (see sample enclosed) obtainable from you local police department using their letterhead. Please fax a copy to the U.S. administrative office and keep the original with you to be presented to the secretary during orientation. (4) Application for "Temporary Residence Permit" must be completed in triplicate and presented to the Dean during orientation on campus. (5) TERI and MedAchiever loan applications if you choose to complete, must be returned to our office for verification.

The Admissions Committee encourages any student who desires, to visit the SABA University campus prior to matriculation, if this of interest to you, please contact the Campus Administrative Office via email at sabauvoice@yahoo.com to schedule an appropriate time. Visiting the campus will enable you to meet with the academic deans as well as sit in on class, visit the dorm, talk with students about their medical school education, and tour the island. If you do plan to visit SABA University, please advise us of the date and time of your arrival so that the appropriate appointments can be made.

Again, *congratulations* on your acceptance to our medical school and we look forward to having you as a SABA student. We shall remain in contact with you periodically to assist in answering any questions that you may have. Please do not hesitate to contact the Office of Admissions at (978) 630-5122, if you require our assistance with any immediate concerns.

Sincerely,

David L. Fredrick, Ph.D.
President, SABA University

jml
Enclosures