

# SABA UNIVERSITY
## SCHOOL OF MEDICINE

**U.S. Office**
R3 Education Inc. • 27 Jackson Road, Suite 301 • Devens, MA 01434
Tel. (978) 862-9600 • Fax (978) 862-9699 • www.saba.edu
Admissions: admissions@saba.edu • Clinicals: clinical@saba.edu • Finance Office: finance@saba.edu

*[handwritten left margin: NOT RECEIVED BY GREAT LAKES = NOVEMBER]*

*[handwritten right: KAREN WAS DENIED ACCESS INTO CLINICAL MEDICINE*
*6TH SEMESTER*
*08/09/06 - $8,825.00*
*GEN JRNL # TUTION 1325, LOAN PAYMENT*

*7TH & 8TH SEMESTERS*
*12/05/07 - $8,070.00*
*9,190.00*
*$17,260.00*
*PMT # JAN08, TUITION PAYMENT RETAINED]*

July 17, 2009

Great Lakes
P.O. Box 7941
Madison, WI 53707

Attn: Cash Operations Department

Re: Karen Fowler
SS#: 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

Attn: Cash Operations Department,

*[handwritten left: ORIGINAL DISBURSEMENT 08/08/06 →]*

This is to inform you that Karen Fowler (Loan no. GRTLKSORIGASNUGYC, original disbursement date of 12/04/07) no longer needs this loan. She has been withdrawn from Saba University School of Medicine as of 06/09/2009.

*[handwritten left: + SEE SABA BILLING STATEMENTS DEMMONS - FOWLER 2003-2009]*

Therefore, we are returning a portion of the tuition payment for that disbursement ($25,210.00) on our enclosed check number 4878. Please credit the account of this former student accordingly. Thank you for your assistance in this matter.

If you have any questions regarding this information, please contact me at 978-862-9600 ext.631.

Regards,

*Cheryl L Jones*

Cheryl L. Jones
Financial Aid Officer
Saba University School of Medicine

cc: Karen Fowler

---

**Caribbean Campus**
P.O. Box 1000 • Saba, Netherlands-Antilles • Tel. 011-599-4163456 • Fax 011-599-4163458