SABA Univ. School of Medicine

**Statement**

| DATE |
|---|
| 11/30/2014 |

| BILL TO |
|---|

Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $0.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 11/15/2005 | INV #140006. Tuition/refund- Withdrew from Pathology II on 02/15/06 (44th day of semester) - 25% refund, LOA 09/2005 semester, allowed to repeat N/C 01/2006, Basic Science 5th Semester, defered from Fall 2005 adj. 9/30/05 | 6,803.75 | -606.25 |
| 01/20/2006 | INV #141584. Wire Fee | 25.00 | -581.25 |
| 01/20/2006 | GENJRNL #Loan. Wire Fee Payment | -25.00 | -606.25 |
| 03/15/2006 | INV #141920. Irregular Semester, subject to change upon registration | 2,585.00 | 1,978.75 |
| 04/21/2006 | PMT #4565. | -1,978.75 | 0.00 |
| 07/15/2006 | INV #142816. Clinical Medicine 6th Semester | 8,550.00 | 8,550.00 |
| 07/17/2006 | INV #143239. Bachelor of Science Degree Application Fee | 30.00 | 8,580.00 |
| 07/17/2006 | PMT #4570. | -30.00 | 8,550.00 |
| 07/21/2006 | INV #143287. Bachelor of Science Degree Fee | 250.00 | 8,800.00 |
| 08/08/2006 | INV #143341. Wire Fee | 25.00 | 8,825.00 |
| 08/09/2006 | GENJRNL #Tuition1325. Loan Payment | -8,825.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Page 2

Ex. 7

SABA Univ. School of Medicine

**Statement**

| DATE |
|---|
| 11/30/2014 |

| BILL TO |
|---|

Karen S. Fowler
400 Baptiste Circle
Houma, LA 70363

| AMOUNT DUE | AMOUNT ENC. |
|---|---|
| $0.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/15/2007 | INV #146551. Clinical Medicine 7th Semester | 8,070.00 | 8,070.00 |
| 11/15/2007 | INV #148108. Clinical Medicine 8th Semester Jan 2008 | 9,190.00 | 17,260.00 |
| 12/05/2007 | PMT #Jan 08. Tuition Payment Retained From Loan | -17,260.00 | 0.00 |
| 02/23/2009 | INV #152535. Transcript sent to Student | 10.00 | 10.00 |
| 02/23/2009 | PMT #5063. | -10.00 | 0.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |