UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
MARCH 2, 2016

IN RE

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

    DEBTORS

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

    PLAINTIFFS

VERSUS

**R3 EDUCATION, INC., dba SABA**
**UNIVERSITY SCHOOL OF MEDICINE, et al.**

    DEFENDANTS

BANKRUPTCY NO.
14-11638
SECTION "B"

CHAPTER 7

ADVERSARY NO.
15-1024

This matter came before the Court on March 2, 2016 as a hearing on the motion for summary judgment filed by Defendant R3 Education, Inc. D/b/a Saba University School of Medicine (Saba") **(P-128)** and the objection filed by William A. Demmons, III and Karen S. Fowler ("Plaintiffs") **(P-133).**

    PRESENT:  C. Davin Boldissar
                      Counsel for the Defendant

                      Robin R. DeLeo
                      Counsel for the Plaintiffs

Considering the arguments of counsel,

**IT IS ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, March 7, 2016.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE