# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | Chapter 7 |
| Debtors. | |
| WILLIAM A. DEMMONS and KAREN S. FOWLER | |
| Plaintiff, | |
| vs. | Adversary No. 15-01024 |
| R3 EDUCATION INC., d/b/a SABA UNIVERSITY SCHOOL OF MEDICINE; AMERICAN EDUCATIONAL SERVICES; NAVIENT SOLUTIONS, INC., AND NELNET, INC. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of March 2016, the Court's Order [Docket 136] denying Defendant R3 Education, Inc. d/b/a Saba University School of Medicine Motion for Summary Judgment [Docket 128] has been caused to be served on the following in this matter by mailing a copy thereof by first class U.S. mail, postage prepaid, with all other parties served through the Court's CM/ECF system:

    American Educational Services
    Eddie Upshaw, Registered Agent
    Rt 2, Box. 15
    Spearsville, LA 71277

    Maine Educational Services

NO:1451240/00041:182480v1

National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

Navient Solutions, Inc.
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

FCDB NPSL LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

FCDB NPSL LLC
c/o Goal Structured Solutions
401 West A Street, Suite 1300
San Diego, CA 92101

Dated: March 9, 2016　　　　　　　　　Respectfully Submitted,

By: */s/ Bradley C. Knapp*_____
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 558-5200

**ATTORNEYS FOR R3 EDUCATION INC.,
d/b/a SABA UNIVERSITY SCHOOL OF
MEDICINE**

NO:1451240/00041:182480v1