## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 7** |
| | * | |
| **William A. Demmons and** | * | **DIVISION "B"** |
| **Karen S. Fowler** | * | |
| **Debtors** | * | |
| | * | **CASE NO. 14-11638** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| | * | |
| **William A. Demmons and** | * | |
| **Karen S. Fowler** | * | |
| | * | |
| **Plaintiff/ Debtors** | * | **ADV PROC. NO. 15-01024** |
| | * | |
| **versus** | * | |
| | * | |
| **R3 Education Inc., dba Saba University** | * | |
| **School of Medicine; American** | * | |
| **Educational Services; Maine** | * | |
| **Educational Services; Navient Solutions,** | * | |
| **Inc., and Nelnet, Inc, FCDB NPSL, LLC** | * | |
| **Deutche Bank, Key Bank, NA, Key Bank** | * | |
| **USA, NA, Educational Credit** | * | |
| **Management Corporation,** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEBTORS' EX-PARTE MOTION
### TO DISMISS ADVERSARY PROCEEDING

   **NOW INTO COURT**, through undersigned counsel, come William Demmons and Karen

Fowler, Debtors herein, who move this Court to dismiss as a Defendant from their Adversary

Proceeding Defendant R3 Education Inc., dba Saba University School of Medicine ("Saba") and

respectfully represents as follows:

1.

William Demmons and Karen Fowler ("Demmons" or "Fowler " " or "Debtors") filed the above referenced Adversary Proceeding on March 12, 2015 against various student loan Defendants and against Saba.  Trial of this matter is set for April 13, 2016.

2.

Debtors and Saba have settled their dispute.

3.

It is Debtors desire to dismiss Saba as a Defendant in this Adversary Proceeding.

4.

Saba has no opposition to the Debtors' Motion to Dismiss.

**WHEREFORE**, the Debtors, William Demmons and Karen Fowler pray that R3 Education Inc., dba Saba University School of Medicine be dismissed as a Defendant in the above referenced Adversary Proceeding and for all other relief as is equitable and just.

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70471
(985) 727-1664 Telephone
(985) 727-4388 Facsimile
Jennifer@northshoreattorney.com
Elaine@northshoreattorney.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing ExParte Motion to Dismiss Adversary Proceeding as to R3 Education Inc., dba Saba University School of Medicine was served on the

following entities on April 11, 2016, by Electronic Filing through the Court's electronic filing

system upon:

| | |
|---|---|
| Chapter 13 Trustee SJ Beaulieu | ecf@ch13no.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| C. Davin Boldissar**,** Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | dboldiss@lockelord.com |
| Bradley C. Knapp, Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036 | bknapp@lockelord.com |
| Earl F. Sundmaker<br>The Sundmaker Firm<br>1027 Ninth St.<br>New Orleans, LA 70115 | trey@sundmakerfirm.com |
| Joseph M McCandlish<br>Weltman Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123 | jmccandlish@weltman.com |
| Heather LaSalle<br>McGlinchey Stafford, PLLC<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 | hlasalle@mcglinchey.com |

and by First Class Mail, Postage Prepaid upon:

FCDB NPSL, LLC
c/o Goal Structured Solutions
401 W. A Street, St. 1300
San Diego, CA 92101

FCDB NPSL, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70471
(985) 727-1664
Jennifer@northshoreattorney.com
Elaine@northshoreattorney.com