UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
APRIL 12, 2016

| | |
|---|---|
| IN RE | |
| | **BANKRUPTCY NO.** |
| **WILLIAM A. DEMMONS** | **14-11638** |
| **KAREN S. FOWLER** | **SECTION "B"** |
| DEBTORS | CHAPTER 7 |
| **WILLIAM A. DEMMONS** | |
| **KAREN S. FOWLER** | |
| PLAINTIFFS | |
| VERSUS | **ADVERSARY NO.** |
| | **15-1024** |
| **R3 EDUCATION, INC., dba SABA UNIVERSITY SCHOOL OF MEDICINE, et al.** | |
| DEFENDANTS | |

This matter came on for trial on April 12, 2016.

PRESENT:  Robin R. DeLeo
 Counsel for the Plaintiffs

 Heather LaSalle Alexis
  Counsel for ECMC

 Joseph McCandish
 Earl F. Sundmaker
  Counsel for Deutsche Bank and Key Bank

 Dr. Alan David Kaye
 William A. Demmons, III
 Karen S. Fowler
  Witnesses

The taking of evidence was completed. Counsel for the Plaintiffs is to file a post-trial memo (limited to 25 pages) fourteen days *after receipt of the transcript\*\**. Counsel for the Defendants are to file post-trial briefs (limited to 20 pages) fourteen days later. Plaintiffs' reply brief, if necessary, (limited to 14 pages) is to be filed seven days later. The Court will take the matter **under advisement** upon the filing of the last brief.

New Orleans, Louisiana, April 13, 2016.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE

*\*\*Counsel have not yet agreed to order the transcript at this time. If they decide not to order the transcript, the brief deadlines will run from entry of this order.*

**(The Exhibit binder is located in the Exhibit Room)**