## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| **William A. Demmons and** | * | **DIVISION "B"** |
| **Karen S. Fowler** | * | |
| **Debtors** | * | |
| | * | **CASE NO. 14-11638** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| | * | |
| **William A. Demmons and** | * | |
| **Karen S. Fowler** | * | |
| | * | |
| **Plaintiff/ Debtors** | * | **ADV PROC. NO. 15-01024** |
| | * | |
| versus | * | |
| | * | |
| **R3 Education Inc., dba Saba University** | * | |
| **School of Medicine; American** | * | |
| **Educational Services; Maine** | * | |
| **Educational Services; Navient Solutions,** | * | |
| **Inc., and Nelnet, Inc, FCDB NPSL, LLC** | * | |
| **Deutche Bank, Key Bank, NA, Key Bank** | * | |
| **USA, NA, Educational Credit** | * | |
| **Management Corporation,** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Plaintiff/Debtors' Ex-Parte Motion to Dismiss Defendant, R3 Education, Inc. dba Saba University School of Medicine as a party from this Adversary Proceeding, **(P-142)** and considering proper service; it is

**HEREBY ORDERED** that Plaintiff/Debtors' Ex-Parte Motion to Dismiss Defendant R3 Education, Inc. dba Saba University School of Medicine from this Adversary Proceeding is;

**GRANTED** and that the Complaint is Dismissed as to R3 Education, Inc. dba Saba University School of Medicine, with prejudice.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 11, 2016.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

Demmons, III,
    Plaintiff

Adv. Proc. No. 15-01024-JAB

American Educational Services,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 053L-2     User: gd     Page 1 of 1     Date Rcvd: Apr 11, 2016
                       Form ID: pdf955     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2016.
smg          U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,    New Orleans, LA   70130-7212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Apr 11 2016 19:28:13    Office of the U.S. Trustee,    400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
                                                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2016 at the address(es) listed below:
        Bradley C. Knapp    on behalf of Defendant    R3 Education, Inc. dba Saba University School of Medicine bknapp@lockelord.com
        C. Davin Boldissar    on behalf of Defendant    R3 Education, Inc. dba Saba University School of Medicine nobankecf@lockelord.com
        Earl F. Sundmaker    on behalf of Defendant    Key Bank N.A. trey@sundmakerfirm.com, alexis@sundmakerfirm.com;michelle@sundmakerfirm.com
        Earl F. Sundmaker    on behalf of Creditor    Deutsche Bank National Trust Co. trey@sundmakerfirm.com, alexis@sundmakerfirm.com;michelle@sundmakerfirm.com
        Heather A. LaSalle    on behalf of Defendant    Educational Credit Management Corporation hlasalle@mcglinchey.com, lgraff@mcglinchey.com
        Joseph M McCandlish    on behalf of Defendant    Key Bank USA, N.A. jmccandlish@weltman.com, colnationalecf@weltman.com
        Robin R. DeLeo    on behalf of Plaintiff Karen S. Fowler jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
        Robin R. DeLeo    on behalf of Plaintiff William A. Demmons, III jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
                                                                                                                 TOTAL: 8