UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
APRIL 12, 2016

IN RE

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

      DEBTORS

**BANKRUPTCY NO.**
**14-11638**
**SECTION "B"**

CHAPTER 7

**WILLIAM A. DEMMONS**
**KAREN S. FOWLER**

      PLAINTIFFS

VERSUS

**ADVERSARY NO.**
**15-1024**

**R3 EDUCATION, INC., dba SABA**
**UNIVERSITY SCHOOL OF MEDICINE, et al.**

      DEFENDANTS

This matter came on for trial on April 12, 2016.

PRESENT:  Robin R. DeLeo
    Counsel for the Plaintiffs

    Heather LaSalle Alexis
     Counsel for ECMC

    Joseph McCandish
    Earl F. Sundmaker
     Counsel for Deutsche Bank and Key Bank

    Dr. Alan David Kaye
    William A. Demmons, III
    Karen S. Fowler
     Witnesses

The taking of evidence was completed. Counsel for the Plaintiffs is to file a post-trial memo (limited to 25 pages) fourteen days *after receipt of the transcript\*\**. Counsel for the Defendants are to file post-trial briefs (limited to 20 pages) fourteen days later. Plaintiffs' reply brief, if necessary, (limited to 14 pages) is to be filed seven days later. The Court will take the matter **under advisement** upon the filing of the last brief.

New Orleans, Louisiana, April 13, 2016.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE

*\*\*Counsel have not yet agreed to order the transcript at this time. If they decide not to order the transcript, the brief deadlines will run from entry of this order.*

**(The Exhibit binder is located in the Exhibit Room)**

```
                          United States Bankruptcy Court
                           Eastern District of Louisiana

Demmons, III,
        Plaintiff                                          Adv. Proc. No. 15-01024-JAB

American Educational Services,
        Defendant
                              CERTIFICATE OF NOTICE
District/off: 053L-2          User: gd                Page 1 of 2         Date Rcvd: Apr 13, 2016
                              Form ID: pdf900         Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2016.
smg            +Collector of Revenue,   City of New Orleans,   Department of Finance,
                 1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,  P. O. Box 66658,
                 Baton Rouge, LA 70896-6658
smg             U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,  Suite 1600,
                 New Orleans, LA 70130-7212
dft             American Educational Services,   Eddie Upshaw, Registered Agent,  Rt 2, Box. 15,
                 Spearsville, LA 71277
dft            +Deutche Bank,   Through Legal Department,   60 Wall Street 36th Floor,
                 New York, NY 10005-2837
cr             +Deutsche Bank National Trust Co.,   1027 Ninth St.,   New Orleans, LA 70115-2308
dft            +Educational Credit Management Corporation,   McGlinchey Stafford, PLLC,
                 c/o Heather LaSalle Alexis,   601 Poydras Street, 12th Floor,   New Orleans, LA 70130-6057
dft            +FCDB NPSL LLC,   The Corporation Trust Company,   Corporation Trust Center,
                 1209 Orange Street,   Wilmington, DE 19801-1196
dft            +FCDB NPSL LLC,   c/o Goal Structured Solutions,   401 West A Street, Su 1300,
                 San Diego, CA 92101-7901
pla            +Karen S. Fowler,   400 Baptiste Circle,   Houma, LA 70363-8504
dft            +Key Bank N.A.,   Through CEO Beth Mooney,   127 Public SQ,   Cleveland, OH 44114-1226
dft             Key Bank USA, N.A.,   Through Keybank Risk Operations,   4901 Tiedman Road,  OH-01-51-4002,
                 Brooklyn, OH 44144
dft            +Maine Educational Services,   National Education Association,
                 Jonathan S R Beal, Registered Agent,   PO Box 1400,   Portland, ME 04104-1400
dft             Navient Solutions, Inc.,   Corporate Service Company, Registered Ag,  320 Somerulos St.,
                 Baton Rouge, LA 70802-6129
pla            +William A. Demmons, III,   400 Baptiste Circle,   Houma, LA 70363-8504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Apr 13 2016 19:39:08    Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
ust            +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Apr 13 2016 19:38:50     Office of the U.S. Trustee,
                 400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2016 at the address(es) listed below:
              Earl F. Sundmaker    on behalf of Creditor    Deutsche Bank National Trust Co.
               trey@sundmakerfirm.com, alexis@sundmakerfirm.com;michelle@sundmakerfirm.com
              Earl F. Sundmaker    on behalf of Defendant    Key Bank N.A. trey@sundmakerfirm.com,
               alexis@sundmakerfirm.com;michelle@sundmakerfirm.com
              Heather A. LaSalle    on behalf of Defendant    Educational Credit Management Corporation
               hlasalle@mcglinchey.com, lgraff@mcglinchey.com
              Joseph M McCandlish    on behalf of Defendant    Key Bank USA, N.A. jmccandlish@weltman.com,
               colnationalecf@weltman.com
              Robin R. DeLeo    on behalf of Plaintiff Karen S. Fowler jennifer@northshoreattorney.com,
               elaine@northshoreattorney.com,deleolawfirm@gmail.com
              Robin R. DeLeo    on behalf of Plaintiff William A. Demmons, III jennifer@northshoreattorney.com,
               elaine@northshoreattorney.com,deleolawfirm@gmail.com
```

```
District/off: 053L-2          User: gd                  Page 2 of 2              Date Rcvd: Apr 13, 2016
                              Form ID: pdf900           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                TOTAL: 6