## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| **William A. Demmons and** | * | DIVISION "B" |
| **Karen S. Fowler** | * | |
| **Debtors** | * | |
| | * | CASE NO. 14-11638 |

*****************************************************************

| | | |
|---|---|---|
| | * | |
| **William A. Demmons and** | * | |
| **Karen S. Fowler** | * | |
| | * | |
|    **Plaintiff/ Debtors** | * | **ADV PROC. NO. 15-01024** |
| | * | |
| versus | * | |
| | * | |
| **R3 Education Inc., dba Saba University** | * | |
| **School of Medicine; American** | * | |
| **Educational Services; Maine** | * | |
| **Educational Services; Navient Solutions,** | * | |
| **Inc., and Nelnet, Inc, FCDB NPSL, LLC** | * | |
| **Deutche Bank, Key Bank, NA, Key Bank** | * | |
| **USA, NA, Educational Credit** | * | |
| **Management Corporation,** | * | |
|    **Defendants** | * | |

************************************************************************

### NOTICE OF RECEIPT OF TRIAL TRANSCRIPT

**NOTICE** is hereby given that debtor's counsel received a physical copy of the Trial Transcript on May 18, 2016.

                    THE DE LEO LAW FIRM L.L.C.

                    /s/Robin R. De Leo
                    Bar Roll No. 20347
                    800 Ramon St.
                    Mandeville, LA 70448
                    (985) 727-1664
                    (985) 727-4388 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the Notice of Receipt of Trial Transcript has been served via electronic filing on this 25th day of May, 2016, to the following:

| | |
|---|---|
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| Earl F. Sundmaker<br>The Sundmaker Firm<br>1027 Ninth St.<br>New Orleans, LA 70115 | trey@sundmakerfirm.com |
| Joseph M McCandlish<br>Weltman Weinberg & Reis Co., LPA<br>3705 Marlane Drive<br>Grove City, OH 43123 | jmccandlish@weltman.com |
| Heather LaSalle<br>McGlinchey Stafford, PLLC<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130 | hlasalle@mcglinchey.com |

The DE LEO LAW FIRM LLC
/s/ Robin De Leo
Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448