# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| **William A. Demmons and** | * | DIVISION "B" |
| **Karen S. Fowler** | * | |
| **Debtors** | * | |
| | * | CASE NO. 14-11638 |

*************************************************************************

| | | |
|---|---|---|
| **William A. Demmons and** | * | |
| **Karen S. Fowler** | * | |
| | * | |
|     **Plaintiff/ Debtors** | * | **ADV PROC. NO. 15-01024** |
| | * | |
| versus | * | |
| | * | |
| R3 Education Inc., dba Saba University | * | |
| School of Medicine; American | * | |
| Educational Services; Maine | * | |
| Educational Services; Navient Solutions, | * | |
| Inc., and Nelnet, Inc, FCDB NPSL, LLC | * | |
| Deutche Bank, Key Bank, NA, Key Bank | * | |
| USA, NA, Educational Credit | * | |
| Management Corporation, | * | |
|     **Defendants** | * | |

*************************************************************************

## ORDER OF JUDGMENT BY DEFAULT

Considering the Entry of Default by the Clerk of Court and considering Defendant FCDB NPSL, LLC's failure to defend or otherwise appear in the Adversary Proceeding; and considering the evidence admitted by Plaintiff in the Adversary Proceeding;

IT IS ORDERED that a Judgment by Default be entered against Defendant, FCDB NPSL, LLC; and

IT IS FURTHER ORDERED that any loans (including student loans) owed to FCDB NPSL, LLC by either William A. Demmons and/or Karen S. Fowler, are hereby discharged as imposing an undue hardship on Debtors.

1

2

IT IS FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 31, 2016.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge