# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053L–2 | User: gd | Date Created: 5/31/2016 |
| Case: 15–01024 | Form ID: pdf900 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Robin R. DeLeo      jennifer@northshoreattorney.com

TOTAL: 1