# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | * | **CHAPTER 7** |
| | * | |
| **William A. Demmons and** | * | **DIVISION "B"** |
| **Karen S. Fowler** | * | |
| **Debtors** | * | |
| | * | **CASE NO. 14-11638** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| | * | |
| **William A. Demmons and** | * | |
| **Karen S. Fowler** | * | |
| | * | |
|     **Plaintiff/ Debtors** | * | **ADV PROC. NO. 15-01024** |
| | * | |
| **versus** | * | |
| | * | |
| **R3 Education Inc., dba Saba University** | * | |
| **School of Medicine; American** | * | |
| **Educational Services; Maine** | * | |
| **Educational Services; Navient Solutions,** | * | |
| **Inc., and Nelnet, Inc, FCDB NPSL, LLC** | * | |
| **Deutche Bank, Key Bank, NA, Key Bank** | * | |
| **USA, NA, Educational Credit** | * | |
| **Management Corporation,** | * | |
|     **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Order of Judgment by Default (P-150) was served on May 31, 2016 upon the following:

Earl F. Sundmaker                      trey@sundmakerfirm.com
The Sundmaker Firm
1027 Ninth St.
New Orleans, LA 70115

Joseph M McCandlish              jmccandlish@weltman.com
Weltman Weinberg & Reis Co., LPA
3705 Marlane Drive
Grove City, OH 43123

Heather LaSalle     hlasalle@mcglinchey.com
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

and by First Class Mail, Postage Prepaid upon:

FCDB NPSL, LLC
c/o Goal Structured Solutions
401 W. A Street, St. 1300
San Diego, CA 92101

FCDB NPSL, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

                                                  THE DE LEO LAW FIRM LLC
                                                  /s/ Robin R. De Leo
                                                  Bar Roll No. 20347
                                                  800 Ramon St.
                                                  Mandeville, LA 70448
                                                  (985) 727-1664
                                                  (985) 727-4388 (Facsimile)