# Notice Recipients

| District/Off: 053L–2 | User: gd | Date Created: 10/7/2016 |
| Case: 15–01024 | Form ID: pdf820 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| aty | Earl F. Sundmaker | trey@sundmakerfirm.com |
| aty | Heather A. LaSalle | hlasalle@mcglinchey.com |
| aty | Joseph M McCandlish | jmccandlish@weltman.com |
| aty | Robin R. DeLeo | jennifer@northshoreattorney.com |

TOTAL: 4