UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 14-11638 |
| WILLIAM A. DEMMONS, III AND<br>KAREN S. FOWLER | SECTION "B" |
|     DEBTORS | CHAPTER 7 |

**********************************************************************

WILLIAM A. DEMMONS, III AND
KAREN S. FOWLER
    PLAINTIFFS

VERSUS                                                               ADV.P. NO. 15-1024

R3 EDUCATION, INC. dba SABA
UNIVERSITY SCHOOL OF MEDICINE, et al.

## **JUDGMENT**

This matter came before the court on April 12, 2016 as a trial on the complaint and amended complaint of plaintiffs William A. Demmons, III ("Demmons") and Karen S. Fowler ("Fowler") against defendant Saba University School of Medicine for breach of contract and fraudulent misrepresentation, and against defendants American Educational Services, Maine Educational Services, Navient Solutions, Inc., State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist, Nelnet, Inc, Key Bank, N.A., Key Bank USA, N.A., Deutsche Bank National Trust Co., Educational Credit Management Corporation, and FCDB NPSL LLC, seeking to have ten student loan debts declared dischargeable pursuant to 11 U.S.C. § 523(a)(8). Prior to the trial on the complaint, Demmons and Fowler either entered into settlement agreements

with or were granted default judgments against all of the above entities except for the Educational Credit Management Corporation ("ECMC"), Key Bank, N.A. ("Key Bank"), and Deutsche Bank National Trust Co. (Deutsche Bank"). For the reasons set forth in the accompanying memorandum opinion of this same date,

IT IS ORDERED that the debtors' student loan debts are discharged in their entirety because requiring payment creates an undue hardship for the debtors pursuant to 11 U.S.C. § 523(a)(8).

New Orleans, Louisiana, October 7, 2016.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge