UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                    CASE NO. 14-11638

WILLIAM A. DEMMONS, III AND                    SECTION "B"
KAREN S. FOWLER

       DEBTORS                                                            CHAPTER 7
*************************************************************************
WILLIAM A. DEMMONS, III AND
KAREN S. FOWLER
       PLAINTIFFS

VERSUS                                                            ADV.P. NO. 15-1024

R3 EDUCATION, INC. dba SABA
UNIVERSITY SCHOOL OF MEDICINE, et al.

## **JUDGMENT**

This matter came before the court on April 12, 2016 as a trial on the complaint and amended complaint of plaintiffs William A. Demmons, III ("Demmons") and Karen S. Fowler ("Fowler") against defendant Saba University School of Medicine for breach of contract and fraudulent misrepresentation, and against defendants American Educational Services, Maine Educational Services, Navient Solutions, Inc., State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist, Nelnet, Inc, Key Bank, N.A., Key Bank USA, N.A., Deutsche Bank National Trust Co., Educational Credit Management Corporation, and FCDB NPSL LLC, seeking to have ten student loan debts declared dischargeable pursuant to 11 U.S.C. § 523(a)(8). Prior to the trial on the complaint, Demmons and Fowler either entered into settlement agreements

1

with or were granted default judgments against all of the above entities except for the Educational Credit Management Corporation ("ECMC"), Key Bank, N.A. ("Key Bank"), and Deutsche Bank National Trust Co. (Deutsche Bank"). For the reasons set forth in the accompanying memorandum opinion of this same date,

IT IS ORDERED that the debtors' student loan debts are discharged in their entirety because requiring payment creates an undue hardship for the debtors pursuant to 11 U.S.C. § 523(a)(8).

New Orleans, Louisiana, October 7, 2016.

*J. A. Brown*
Jerry A. Brown
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

Demmons, III,
    Plaintiff
                                                      Adv. Proc. No. 15-01024-JAB

American Educational Services,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: gd     Page 1 of 2     Date Rcvd: Oct 24, 2016
                     Form ID: pdf891     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.

```
smg        +Collector of Revenue,   City of New Orleans,   Department of Finance,
            1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg         Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
            Baton Rouge, LA 70896-6658
smg         U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
            New Orleans, LA 70130-7212
dft         American Educational Services,   Eddie Upshaw, Registered Agent,   Rt 2, Box. 15,
            Spearsville, LA 71277
dft        +Deutche Bank,   Through Legal Department,   60 Wall Street 36th Floor,
            New York, NY 10005-2837
cr         +Deutsche Bank National Trust Co.,   1027 Ninth St.,   New Orleans, LA 70115-2357
dft        +Educational Credit Management Corporation,   McGlinchey Stafford, PLLC,
            c/o Heather LaSalle Alexis,   601 Poydras Street, 12th Floor,   New Orleans, LA 70130-6057
dft        +FCDB NPSL LLC,   The Corporation Trust Company,   Corporation Trust Center,
            1209 Orange Street,   Wilmington, DE 19801-1196
dft        +FCDB NPSL LLC,   c/o Goal Structured Solutions,   401 West A Street, Su 1300,
            San Diego, CA 92101-7901
pla        +Karen S. Fowler,   400 Baptiste Circle,   Houma, LA 70363-8504
dft         Key Bank USA, N.A.,   Through Keybank Risk Operations,   4901 Tiedman Road,   OH-01-51-4002,
            Brooklyn, OH 44144
dft        +Maine Educational Services,   National Education Association,
            Jonathan S R Beal, Registered Agent,   PO Box 1400,   Portland, ME 04104-1400
dft         Navient Solutions, Inc.,   Corporate Service Company, Registered Ag,   320 Somerulos St.,
            Baton Rouge, LA 70802-6129
pla        +William A. Demmons, III,   400 Baptiste Circle,   Houma, LA 70363-8504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg        +E-mail/Text: bankruptcy_bpc@lwc.la.gov Oct 24 2016 19:37:12     Louisiana Workforce Commission,
            UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
            Baton Rouge, LA 70802-3338
ust        +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Oct 24 2016 19:37:09     Office of the U.S. Trustee,
            400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
dft        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Oct 24 2016 19:37:20     Key Bank N.A.,
            Through CEO Beth Mooney,   127 Public SQ,   Cleveland, OH 44114-1226
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:

```
          Earl F. Sundmaker    on behalf of Defendant    Key Bank N.A. trey@sundmakerfirm.com,
           alexis@sundmakerfirm.com;michelle@sundmakerfirm.com;Jennifer@sundmakerfirm.com
          Earl F. Sundmaker    on behalf of Creditor    Deutsche Bank National Trust Co.
           trey@sundmakerfirm.com,
           alexis@sundmakerfirm.com;michelle@sundmakerfirm.com;Jennifer@sundmakerfirm.com
          Heather A. LaSalle    on behalf of Defendant    Educational Credit Management Corporation
           hlasalle@mcglinchey.com,   lgraff@mcglinchey.com
          Joseph M McCandlish    on behalf of Defendant    Key Bank USA, N.A. jmccandlish@weltman.com,
           colnationalecf@weltman.com
```

```
District/off: 053L-2          User: gd                 Page 2 of 2              Date Rcvd: Oct 24, 2016
                              Form ID: pdf891          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Joseph M McCandlish   on behalf of Creditor   Deutsche Bank National Trust Co. jmccandlish@weltman.com, colnationalecf@weltman.com
         Joseph M McCandlish   on behalf of Defendant   Key Bank N.A. jmccandlish@weltman.com, colnationalecf@weltman.com
         Robin R. DeLeo   on behalf of Plaintiff Karen S. Fowler jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com
         Robin R. DeLeo   on behalf of Plaintiff William A. Demmons, III jennifer@northshoreattorney.com, elaine@northshoreattorney.com,deleolawfirm@gmail.com

                                                                                                          TOTAL: 8